IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE GRAND JURY | ) | 2:05CRJ19-F |
| | ) | CR. ~~MISC. NO. 799~~ |
| OF JUNE 21, 2004 | ) | |

## ORDER SEALING CASE

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the case arising from the indictment returned by the Grand Jury for this district sitting on May 17, 2005, is hereby sealed.

DONE this the 17th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE