IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
OCT 26 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| IN RE GRAND JURY | ) | CR. MISC. 799 |
| OF JUNE 21, 2004 | ) | 2:05CR119-F |

## MOTION TO UNSEAL CASE

Comes now the United States of America, by and through Louis V. Franklin, Acting United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the case arising from the indictment returned by the Grand Jury for this district sitting on May 17, 2005.

Respectfully submitted this 26th day of October, 2005.

_____
Louis V. Franklin, Sr.
Acting United States Attorney