IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
OCT 26 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| IN RE GRAND JURY | ) | |
| | ) | CR. MISC. 799 |
| OF JUNE 21, 2004 | ) | 2:05CR119-F |

## ORDER UNSEALING CASE

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the case arising from the indictment returned by the Grand Jury for this district sitting on May 17, 2005, is hereby unsealed.

DONE this the 20 day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE