COURTROOM DEPUTY MINUTES  DATE: __10/27/05__
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: __3:08 p.m. to 3:24 p.m.__

- ✓ INITIAL APPEARANCE        COURT REPORTER: __RISA ENTREKIN__
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE __CHARLES S. COODY__        DEPUTY CLERK: __WANDA STINSON__

CASE NO. __2:05CR119-F-CSC__        DEFT. NAME: __DON EUGENE SIEGELMAN__

USA: __LOUIS FRANKLIN__        ATTY: __DON JONES & REDDING PITT__

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: __TAMARA MARTIN__

Defendant _____ does ✓ does NOT need an interpreter;
Interpreter present ✓ NO ___ YES    NAME: _____

- ☐ Kars.    Date of Arrest _____ or  ☐ karsr40
- ✓ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.    Deft. First Appearance with Counsel
- ☐    Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.    Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted    **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ✓    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ Set for_____;  ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ✓ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ✓ kbnd.    ✓ **BOND EXECUTED** (M/D AL charges) $ __$25,000__  Deft released (kloc LR)
-        ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ karr.    ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of **NOT GUILTY** entered.
-        ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-        DISCOVERY DISCLOSURES DATE: __11/9/05__
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt    **Waiver of Speedy Trial Act Rights Executed.**