IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-119-F |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD SCRUSHY | ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment filed on May 17, 2005, heretofore filed in the above styled cause as to Don Eugene Siegelman and Richard Scrushy, on the following grounds, to wit:

Superseding Indictment filed on October 26, 2005.

Respectfully submitted this the 3rd day of November, 2005.

                                                              Respectfully submitted,

                                                              /s/ Louis V. Franklin, Sr.
                                                              LOUIS V. FRANKLIN, SR.
                                                              Acting United States Attorney
                                                               One Court Square, Suite 201
                                                              Montgomery, Alabama 36104
                                                              Telephone: (334) 223-7280
                                                              Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:05-cr-119-F |
| ) | |
| DON EUGENE SIEGELMAN and  ) | |
| RICHARD SCRUSHY    ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles Redding Pitt; Douglas Jones; Henry Lewis Gillis; and Leslie Vernon Moore.

Respectfully submitted,

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135