IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CR NO. 2:05-cr-119-F |
| v. | ) |
| | ) |
| DON EUGENE SIEGELMAN, et al | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR RECUSAL

Based on matters disclosed in chambers on October 27, 2005, defendant Don Eugene Siegelman respectfully moves the Honorable Charles S. Coody, United States Magistrate Judge, to recuse himself from this action.

Respectfully submitted,

/s/ G. Douglas Jones_____
G. DOUGLAS JONES

OF COUNSEL:
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 3rd day of November 2005, the foregoing document was filed with the Court via CM/ECF that will send notification of such filing to all counsel of record.

                                                /s/ G. Douglas Jones_____
                                                OF COUNSEL