IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-F |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD SCRUSHY | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Don Eugene Siegelman and Richard Scrushy (Doc. # 31), heretofore filed in the above styled cause, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

DONE this 4th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE