IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. |
| | ) | |
| DON EUGENE SIEGELMAN, ET AL., | ) | CR NO. 2:05-cr-00119-MEF |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Comes now RUSSELL JACKSON DRAKE, the undersigned counsel, and gives notice to the Court of his appearance as additional counsel of record for Defendant Don Eugene Siegelman in the above-referenced matter.

The undersigned counsel requests that all future correspondence, pleadings, notices, documents and/or inquires should also be directed to him on behalf of the Defendant.

Respectfully submitted,

/s/ Russell Jackson Drake
RUSSELL JACKSON DRAKE
ASB No. ASB-0983-K67R

OF COUNSEL:
G. Douglas Jones
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of November 2005, the foregoing document was filed with the Court via CM/ECF that will send notification of such filing to all counsel of record.

Henry Lewis Gillis
Thomas, Means, Gillis & Seay, P.C.
P. O. Drawer 5058
Montgomery, AL  36103-5058

Leslie Vernon Moore
Moore & Associates, LLC
4000 Eagle Point Corp. Drive
Birmingham, AL  35242

James B. Perrinie
Louis V. Franklin, Sr.
Stephen P. Feaga
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL  36101-0197

/s/ Russell Jackson Drake_____
OF COUNSEL