IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR NO. 2:05-cr-119-F |
| DON EUGENE SIEGELMAN, et al | ) |
| Defendant. | ) |

## NOTICE OF COURT CONFLICT FOR THE MONTHS OF JANUARY THROUGH MAY, 2006

Comes NOW G. Douglas Jones and Russell J. Drake, attorneys for Defendant Don Eugene Siegelman, and pursuant to this Honorable Court's instruction, hereby give notice of their Court conflict for the months of January through May, 2006.

1. The week of March 20-24, 2006, G. Douglas Jones is scheduled to be out of state on a previously planned family vacation.

2. On April 3, 2006, G. Douglas Jones is scheduled to appear in U.S. District Court for the Northern District of Alabama before the Honorable Robert Propst for trial of the case styled *United States vs. Jewell Christopher McNair, et al*, Case No. 2:05-cr-0061-RBP-TMP. This trial is likely to last four to six weeks.

3. On May 15, 2006, Russell J. Drake is scheduled to appear for trial in Alameda County, California, Superior Court, in the case styled *Hoffman v. American Express*, Case No. 2001-022881. The trial is expected to last three weeks.

Respectfully submitted this 28th day of November, 2005.

/s/ G. Douglas Jones_____
G. DOUGLAS JONES


/s/ Russell J. Drake_____
RUSSELL J. DRAKE

OF COUNSEL:

WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203
(205) 328-9576
(205) 328-9669 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.


/s/ G. Douglas Jones_____
OF COUNSEL

2