IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05cr119-F |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD SCRUSHY | |

**ORDER**

Upon consideration of the motions to reconsider (docs. # 56 & 58) filed by the defendants, it is

ORDERED that the United States shall file a response to the motions on or before December 21, 2005.

Done this 8th day of December, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE