1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF ALABAMA
 3                     NORTHERN DIVISION
 4                       GRAND JURY
 5
 6
 7   IN RE:
 8   GRAND JURY INVESTIGATION          CRC 03-0233
 9
10
11              *  *  *  *  *  *  *  *  *  *  *
12
13
14
15           BE IT KNOWN that on Wednesday, September 21,
16   2005, the testimony of FORREST "MAC" MARCATO was
17   taken before the Grand Jury of the United States
18   District Court for the Middle District of Alabama,
19   Northern Division, in the Grand Jury Room, United
20   States Courthouse, One Church Street, Montgomery,
21   Alabama; RICHARD PILGER interrogating.
22
23                              COPY
24              *  *  *  *  *  *  *  *  *  *  *
25
```

1   waved at Crum and they spoke and talked about this or
2   that little issue that I wasn't even really listening
3   to because it wasn't something I even cared about.
4   And then I met the Governor. And it wasn't any more
5   than we shook hands and he patted me on the back and
6   really appreciated me. And then all of a sudden
7   somebody called for him and he's gone again. That's
8   about the extent of it and we left.
9   Q       Now, when you met the Governor then, this is
10  Governor Don Siegelman, right?
11  A       That's Don Siegelman.
12  Q       Had you ever met the Governor before?
13  A       Yes.
14  Q       And when was that?
15  A       It was the first time he ran, four years
16  before.
17  Q       And in either of those meetings did you
18  discuss your business with him?
19  A       No.
20  Q       Now, subsequent to the meeting where you
21  gave him the three checks dated September 9th, 2002,
22  did you get a telephone call from the Governor?
23  A       Yeah, I did.
24  Q       And when was that?
25  A       About a week later. It could have been four

1  or five days. It might have been eight days. I'm
2  going to say about a week later he called me on the
3  phone, and they paged --
4  Q      Let me get a few details of the
5  circumstances first. The date on the checks again
6  was September 9th, 2002. Were they written the same
7  day that you gave them to the Governor?
8  A      Yes, sir. We took them straight with us.
9  We wrote the checks. Crum told us what to do. I
10 walked out and got in the car and we went straight
11 down there.
12 Q      Now, the phone call you're talking about is?
13 A      A week to ten days after, maybe a week
14 later.
15 Q      And where were you when you got the call?
16 A      At my office.
17 Q      Okay. And did you pick up the phone or what
18 happened?
19 A      Well, I was paged over the intercom, and
20 they said it was Don Siegelman on the phone. I said
21 yeah, okay, well, put George Bush on hold. I
22 actually thought -- I actually figured it was Bill
23 Bradley or somebody like that, because they would
24 call up, you know, and say this is the president of
25 the United States or whatever. It took a minute or

13

so talking to him to realize this really was the Governor, because I thought it was somebody pulling a joke on me.

And I figured out it was the Governor. We talked a couple of pleasantries. And then he said that he was getting ready to go into some kind of big meeting, some kind of big important meeting about RainLine, which I thought really strange. What kind of meeting would he be going to?

Then almost instantly he rolled right over and started talking about being a businessman. And I was listening, and he said, well, you're a businessman and for you to operate you've got to have money. You've got to have cash coming in, you've got to have money, whatever. Of course, that's pretty much understood.

Then he said, but think about it like this. I'm a businessman, too, he said, but my business is being the governor or running for governor. He says, I have to have money to operate, too. And then he said, I need you to send me $250,000. And I said, sir, you must don't know me. You must have me confused with somebody else, I said, because I ain't got that kind of money. He said, oh, I do know you, too. He said, I know you well and you could pay it.

1   I said, well, I can't pay it.  Then he said, what
2   about a hundred thousand?  I said, I can't do that.
3   He said, well, then just send me whatever you can.
4   And really at that point I was kind of reeling a
5   little bit and I don't know what was said after that,
6   maybe bye.  But that was the end of that
7   conversation.
8   Q       About how long altogether was that
9   conversation?
10  A       Three, four, five minutes, you know, just
11  long enough to tell what I just told, maybe with a
12  few pleasantries.
13          I mean I was really shocked and amazed
14  because I felt like I was being shook down or
15  something.  So I walked in there and told my wife.  I
16  said, you ain't going to believe who just called me.
17  And I went and told her the story.  I told her I just
18  could not believe this because -- you know, it kind
19  of made me angry, but it also kind of worried me.  If
20  you think about it, here's the governor mentioning my
21  company and then wanting this money.  I mean you
22  don't know what they're going -- you don't know what
23  they could do to you or how they could mess you up or
24  something, you know.
25  Q       Now, when you say that, you don't know what

```
 1   they could do or how they could mess you up, you'd
 2   had difficulty getting RainLine approved for use in
 3   the state of Alabama previously, right?
 4   A       I've had a lot of problems, and it's not
 5   about the merit of the product.
 6   Q       And you had seen that approval turned on and
 7   turned off, right?
 8   A       Like a political football was the way I used
 9   to describe it.  I was sick of it.
10   Q       And was all that in your mind when you came
11   up shocked after that call?
12   A       Of course.  Because, see, every time I turn
13   around somebody -- and this is a safety thing for the
14   people.  It's not -- it shouldn't be dictated by any
15   kind of politics.  Like in California, in California
16   and Oregon, these other places, politics don't come
17   into it.  You don't have to know anybody.  They use
18   the product on the merit.  But not in Alabama.
19   Q       Now, sir, did you give Don Siegelman any
20   $250,000 after that phone call?
21   A       No.  I didn't give him anything.  We didn't
22   give him a dime.  We were through with him.
23   Q       In fact, did you at that point switch your
24   support to Governor Siegelman's opponent in that
25   campaign, Mr. Riley?
```