| COURTROOM DEPUTY'S MINUTES | DATE: 12/28/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:13 - 10:17 |
| | COURT REPORTER: RISA ENTREKIN |
| x ARRAIGNMENT  ☐ CHANGE OF PLEA | ☐ CONSENT PLEA |
| ☐ RULE 44(c) HEARING  ☐ SENTENCING | |

PRESIDING MAG. JUDGE: <u>Vanzetta Penn McPherson</u>    DEPUTY CLERK: <u>Wanda A. Robinson</u>
CASE NUMBER: 2:05cr119-F    DEFENDANT NAME: Don Eugene Siegelman
AUSA: James Perrine, Joseph Fitzpatrick, Louis Franklin    DEFENDANT ATTORNEY: Charles Redding Pitt, Gordon Douglas Jones
Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:
DISCOVERY DISCLOSURE DATE: 1/6/06

☐ This is defendant's **FIRST APPEARANCE**.
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☑ **Not Guilty**    ☐ **Nol Contendere**
    ☐ **Not Guilty by reason of insanity**
    ☐ **Guilty as to:**
        ☐ Count(s):
        ☐ Count(s):    ☐ dismissed on oral motion of USA
                ☐ to be dismissed at sentencing
☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY** as to Counts
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Posting a $_____ bond;
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. **CRIMINAL TERM:**