IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05-cr-119-F |
| ) | |
| DON EUGENE SIEGELMAN, *et al.* ) | |

## **O R D E R**

It is hereby ORDERED that a status conference is set for January 20, 2006 at 3:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. At the conference, counsel for the parties should be prepared to discuss all pending motions and a schedule for a trial date.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE