IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CR NO. 2:05-cr-119-F ) ) |
| DON EUGENE SIEGELMAN, et al | ) ) |
| Defendant. | ) |

## ADDENDUM TO MOTION TO UNSEAL

COME NOW Don Eugene Siegelman and Richard M. Scrushy, by and through their undersigned attorneys, and hereby file the attached Exhibit "A" to the Motion to Unseal, which was inadvertently not included with the Motion filed on January 12, 2006.

Respectfully submitted,

/s/ G. Douglas Jones_____
G. Douglas Jones
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576

*Attorney for Don Eugene Siegelman*

/s/ Arthur W. Leach_____
Arthur W. Leach
Leslie V. Moore
2310 Marin Drive
Birmingham, AL 35243
Phone: (205) 822-4224

Henry Lewis Gillis
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

James K. Jenkins
Bruce Maloy
Maloy & Jenkins
75 Fourteenth St NW
25th Floor
Atlanta, GA 30309

*Attorneys for Richard M. Scrushy*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of January, the foregoing document was filed with the Court via CM/ECF.

_____
OF COUNSEL