**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 13, 2006

# NOTICE OF DEFICIENCY

**To:**              G. Douglas Jones and Arthur W. Leach

**From:**            Kelli Gregg
                     Deputy Clerk

**Case Style:**      United States of America vs. Don Eugene Siegelman, et al.

**Case Number:**     2:05cr119-F

**Referenced Pleading:** Defendant's Addendum to Motion to Unseal, DN 89

**Notice is hereby given that the referenced deficient pleading was filed on January 13, 2006, in the above-styled case. The referenced pleading did not contain a signature on the Certificate of Service page. The listed deficiency must be corrected within 10 days from the date of this notice.**