IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD SCRUSHY ) | |
| GARY MACK ROBERTS ) | |
| PAUL MICHAEL HAMRICK ) | |

**ORDER**

It is hereby ORDERED that the status conference set for January 20, 2006 at 3:00 P.M. is rescheduled for January 20, 2006 at **8:30 A.M.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 17th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE