IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD SCRUSHY ) | |
| GARY MACK ROBERTS ) | |
| PAUL HAMRICK ) | |

**<u>SCHEDULING ORDER</u>**[1]

As set forth during the status conference held on January 20, 2006, it is hereby ORDERED that:

1. All pretrial motions must be filed on or before February 13, 2006. Responses to pretrial motions must be filed on or before February 27, 2006. Replies to responses to pretrial motions must be filed on or before March 6, 2006. A hearing on all pretrial motions will be held on March 13, 2006.

2. Any proposed jury questionnaire questions must be filed on or before March 10, 2006.[2]

3. Motions in Limine, proposed voir dire, and proposed jury instructions must be filed on or before April 3, 2006, with responses due on or before April 10,

---

[1] The deadlines set forth in this Order are applicable only if the Court denies the pending motions for severance. If the Court grants one or both of the motions for severance, a revised Scheduling Order will be issued.

[2] Note that this is earlier than the March 20 deadline discussed during the status conference.

      2006.

4.     A pretrial conference will be held during that last week of March 2006.

5.     Jury selection will commence on April 19, 2006

6.     Trial will commence on May 1, 2006.

DONE this the 23rd day of January, 2006.

                                      /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE