IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, *et al.*  ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), defendant Scrushy's First Motion to Dismiss and Challenge to the Composition of Petit Jury Pool (Doc. #104) and First Motion for Discovery of Jury Records (Doc. #105) filed on January 24, 2006 are referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 25th day of January, 2006.


                /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE