## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, JUDGE | AT | | Montgomery, Alabama |
| DATE COMMENCED: 2/2/06 | AT | | |
| DATE COMPLETED: 2/2/06 | TO | | Digital Recorded |

```
UNITED STATES OF AMERICA        *
                                *
V.                              *       CASE NO.: 2:05CR119-MEF-CSC
                                *
DON SIEGLEMAN, ET AL            *
                                *
```

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. James B. Perrine | * | Atty. Charles R. Pitt |
| Atty. Louis V. Franklin, Sr. | * | Atty. Doug Jones |
| Atty. Stephen P. Feaga | * | Atty. ArthurW. Leach |
| Atty. Joseph Fitzpatrick, Jr. | * | Atty. Lewis Gillis |
| | * | Atty. Leslie V. Moore |
| | * | Atty. Christopher Whitehead |
| | * | Atty. Ron Wise |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Court Reporter:** James Dickens
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **ORAL ARGUEMENT ON MOTIONS**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 05cr119-N USA vs. Siegleman - Oral Arguments;
**Date:** 2/2/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 10:01:37 AM | Court | Court convenes; Discussion as to jury challenge motion and discovery; Discussion as to who would take lead on matters; |
| 10:02:03 AM | Atty. Leach | Will argue for the defense; |
| 10:02:16 AM | Court | Discussion as to whether the motion to dismiss is premature; |
| 10:02:24 AM | Atty. Leach | Response - Not premature; site related cases to the court; |
| 10:03:36 AM | Court | Discussion as to the Carmichael Challenge; Was it a challenge to the grand jury or petit jury? |
| 10:03:51 AM | Atty. Leach | Only the petit jury; |
| 10:03:56 AM | Court | Response - The petit jury in the Carmichael case came out of the 2001 qualified wheel; The grand jury that returned the indictments in the case came out of the 2001 qualified wheell Yhere has been no discovery about the composititon of grand jury; |
| 10:04:19 AM | Atty. Leach | That's correct; Asking that the lawyers for the defense be included under Carmichael protective order; |
| 10:05:06 AM | Court | Wanted to get that clear; Not in position to rule on the motions; Discussions as to courts concerns of the sufficiency of the Affidavit of Mr. Jenkins; Discussions as to the law applicable to the cases; |
| 10:06:58 AM | Atty. Leach | Response regarding request in the motion; |
| 10:07:34 AM | Court | Addresses timing issue; Discussion as to discovery that would be allowed; Want to establish claim; |
| 10:08:13 AM | Atty. Leach | Response; Discussion as to the make of the jury wheel; |
| 10:08:55 AM | Court | Response - The way to address that is to take the depo of the jury clerk? |
| 10:09:02 AM | Atty. Leach | After we have discovery so to have some idea what I'm looking at; |
| 10:09:34 AM | Court | Discussion as to view of problem of the composition of the petiti jury that Mr. Jenkins discussion in his affidavit; |
| 10:09:49 AM | Atty. Leach | Response; |
| 10:10:04 AM | Court | Discussion as to whether the clerk did not comply to the order entered by Judge Thompson; |
| 10:10:06 AM | Atty. Leach | Response;Discussion as to how to conduct the discovery and analyze the statistic to include jurors coming out of the system and why they are coming out of the system; |
| 10:10:46 AM | Court | Response; |
| 10:10:49 AM | Atty. Leach | Response at to allegations made in Carmichael; |
| 10:11:03 AM | Court | Discussion as to the whether or not the grand jury and the composition of the petit jury different? |
| 10:11:51 AM | Atty. Leach | Addresses problems; Understanding of grand jury selection process; |

| | | |
|---|---|---|
| 10:12:42 AM | Court | Discussion of depleat a grand jury that is selected; |
| 10:12:49 AM | Atty. Leach | People are excused; |
| 10:13:49 AM | Court | Discussions as to the Clay issue and how the clerk dealt with jurors that were deferred; |
| 10:14:17 AM | Atty. Leach | Response - we don't know without discovery; Discussion as to whether the motion should stand; |
| 10:14:57 AM | Court | You want me to allow all access to the Carmichael information; |
| 10:15:12 AM | Atty. Leach | That's correct. |
| 10:15:17 AM | Court | That's not a problem; |
| 10:15:22 AM | Atty. Leach | Discussions as to the 2005 wheel dispute; Ask that the same kind of discovery be submitted; |
| 10:15:33 AM | Court | We don't have a petit jury yet; |
| 10:15:39 AM | Atty. Leach | Response; |
| 10:15:45 AM | Court | Not going to get information as to juror biographical information; |
| 10:16:03 AM | Atty. Leach | Response as to how to determine the racial make up of the jurors; |
| 10:16:22 AM | Court | Your entitled to that; Could be done as to juror number; |
| 10:16:22 AM | Atty. Leach | Information might be different; Participant be numbers cannot be correlated to race without the name; |
| 10:17:30 AM | Atty. Perrine | Response; |
| 10:18:18 AM | Court | Not voter registration list, it's the percent of African Americans eligible to vote in the district; Discrepency in the figures used; |
| 10:18:46 AM | Atty. Leach | Response; |
| 10:18:55 AM | Court | Response as to age; |
| 10:19:15 AM | Atty. Leach | Discussion of the Clay analysis; |
| 10:19:52 AM | Court | Response as to Fair Cross Selection claim; |
| 10:20:19 AM | Atty. Leach | Response; |
| 10:21:27 AM | Court | Addresses issue that both motion seek biographical information; |
| 10:22:02 AM | Atty. Leach | Response; |
| 10:22:43 AM | Court | Discussion as to composition of the petite jury; |
| 10:24:22 AM | Atty. Leach | Response as to discovery needed; |
| 10:27:04 AM | Court | Discussion as to trial setting and time frame to get matters done; |
| 10:27:22 AM | Atty. Leah | Prepared to waive speedy trial; |
| 10:28:17 AM | Court | Response; May 1st is a firm trial date; |
| 10:28:39 AM | Atty. Leach | Response; |
| 10:29:03 AM | Court | Discussion as to what discovery that will be allowed; Discussion as to the make up of theracial make up of the jury; |
| 10:30:11 AM | Atty. Leach | Response; |
| 10:31:13 AM | Court | Response; will set internim conf |
| 10:31:39 AM | Atty. Perrine | Addresses isssue; Discussion and to disclosure of name on the jury wheel; |
| 10:32:13 AM | Court | Addresses the Fair cross claim; |
| 10:33:25 AM | Atty. Leach | Response; |
| 10:33:53 AM | Court | 2001 GJ information; |

| | | |
|---|---|---|
| 10:34:08 AM | Atty. Leach | Might need to expand discovery; |
| 10:34:33 AM | Court | Will take a look at that; |
| 10:35:11 AM | Atty. Leach | Respnse; |
| 10:35:56 AM | Court | |
| 10:36:23 AM | Atty. Leach | Discussion as to 2005 wheel; |
| 10:36:38 AM | Court | The gove. position? |
| 10:36:53 AM | Atty. Perrine | Response; |
| 10:37:25 AM | Atty. Leach | Response; |
| 10:37:33 AM | Court | Will get order out on the discovery; |
| 10:37:42 AM | Court | Court is recessed. |
| | | |