IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR NO. 2:05-cr-119-F |
| v. ) | |
| ) | |
| DON EUGENE SIEGELMAN, et al ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER
FOR DEFENDANT SIEGELMAN**

COMES NOW Don E. Siegelman, by and through his undersigned attorney, and hereby moves this Honorable Court for an Order modifying the Scheduling Order (Doc. No. 103) entered on January 23, 2006, and as grounds in support thereof states as follows:

1. Defendant and his attorneys have previously advised the Court that a May 1, 2006 trial setting would likely result in defendant obtaining new counsel due to scheduling conflicts of his present attorneys.

2. Within the last week it has become apparent that counsels' scheduling conflicts are firm, prompting Defendant and undersigned counsel to move forward with efforts to obtain and educate new counsel. It is anticipated that new counsel will enter an appearance in this case within the next few days.

3. Pre-trial motions are due on Monday, February 13, 2006, which will not give new counsel adequate time in which to become familiar enough with this case to have any meaningful input into any pleadings. It is essential that defendant's new counsel have sufficient time to make informed decisions as to pre-trial motions.

4. Based on the foregoing, Defendant seeks modifications of the scheduling order by extending all deadlines by only one week. Defendant does not seek a change of the March 13, 2006

hearing date.

5. This Motion seeks modification of the scheduling order only as it applies to Defendant Siegelman, not to any other defendant.

6. Undersigned counsel has discussed this motion with Louis Franklin, Esq., acting Unites States Attorney, who advised that the United States has no objection to a modification of the Scheduling Order as it pertains to Defendant Siegelman and Defendant Hamrick, who is also in the process of obtaining new counsel.

Wherefore premises considered, Defendant Siegelman respectfully moves this Honorable Court for an order modifying the Court's Scheduling Order as it pertains to Defendant Siegelman by extending the deadlines for filing motions, responses and replies by one week.

This 8th day of February, 2006.

Respectfully submitted,

/s/ G. Douglas Jones_____

**OF COUNSEL:**
Russell Jackson Drake
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576
Fax: (205) 328-9669

Charles Redding Pitt
John D. Saxon. PC
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
Fax: 205-323-1583

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2006, I electronically filed the foregoing " Motion for Modification of Scheduling Order for Defendant Siegelman" with the Clerk of the Court using CM/ECF system which will sent notification of such to counsel of record.

/s/ G. Douglas Jones_____
OF COUNSEL