IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |

### ORDER

Upon consideration of the Motion for Modification of Scheduling Order for Defendant Siegelman, it is hereby ORDERED that the motion is GRANTED to the extent that

1. The deadline for Defendant Siegelman to file pretrial motions is extended from February 13, 2006 to February 21, 2006.

2. The deadline for filing responses to Defendant Siegelman's pretrial motions is extended from February 27, 2006 to March 6, 2006.

3. The deadline for filing replies to responses to Defendant Siegelman's pretrial motions is extended from March 6, 2006 to March 13, 2006.

4. Though not requested by Defendant Siegelman in his motion, the hearing on all pretrial motions is continued from March 13, 2006 to March 14, 2006, at a time and location to be set by a separate Order of this Court.

The extensions of the filing deadlines as to Defendant Siegelman do not change the filing deadlines set forth in the Scheduling Order (Doc. # 103) as to the other three Defendants.

However, the change in the pretrial motion hearing date applies to all four Defendants.

DONE this the 9th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE