IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR NO. 2:05-cr-119-F |
| v. ) | |
| ) | |
| DON EUGENE SIEGELMAN, et al ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Russell Jackson Drake, who previously entered an appearance in this case on behalf of Defendant Don Eugene Siegelman. For reasons stated to the Court both in writing and orally, the undersigned hereby moves to withdraw from this case. Movant has a conflict with a longstanding case set for trial in Alameda County, California. The withdrawal by Drake will in no way affect the scheduling or trial of this case. New counsel for Siegelman have, or soon will, enter appearances in this action.

Submitted by,

/s/ Russell Jackson Drake

**OF COUNSEL:**
G. Douglas Jones
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576
Fax: (205) 328-9669

Charles Redding Pitt
John D. Saxon. PC
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
Fax: 205-323-1583

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2006, I electronically filed the foregoing "Motion to Withdraw" with the Clerk of the Court using CM/ECF system which will sent notification of such to counsel of record.

/s/ Russell Jackson Drake
OF COUNSEL