IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL NO.: 2:05-CR-119-F |
| vs. | * | |
| | * | |
| DON E. SIEGELMAN, PAUL M. | * | |
| HAMRICK, GARY MACK ROBERTS, | * | |
| and RICHARD M. SCRUSHY. | * | |

**NOTICE OF APPEARANCE**

Attorneys VINCENT F. KILBORN, III, DAVID A. McDONALD and W. PERRY HALL of the Mobile law firm KILBORN, ROEBUCK & McDONALD hereby notify the Court of their appearance as additional counsel of record for Defendant Don E. Siegelman.

Dated this the 15th day of February, 2006.

Respectfully submitted,

/s/ W. Perry Hall
Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama  36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

David A. McDonald, Esquire (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

                              /s/ W. Perry Hall
                              COUNSEL