**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CRIMINAL NO.: 2:05-CR-119-F |
| vs. | * |
| | * |
| DON E. SIEGELMAN, PAUL M. | * |
| HAMRICK, GARY MACK ROBERTS, | * |
| and RICHARD M. SCRUSHY. | * |

**NOTICE OF APPEARANCE**

Comes now VINCENT F. KILBORN, III, Esquire, of the Mobile law firm KILBORN, ROEBUCK & McDONALD and hereby notifies the Court of his appearance as additional counsel of record for Defendant Don E. Siegelman.

Dated this the 16th day of February, 2006.

Respectfully submitted,

/s/ Vincent F. Kilborn, III
Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama  36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

David A. McDonald, Esquire (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of February, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

                                              /s/ Vincent F. Kilborn, III
                                              COUNSEL