**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 22, 2006

# NOTICE OF DEFICIENCY

**To:** G. Douglas Jones

**From:** Kelli Gregg
Deputy Clerk

**Case Style:** United States of America vs. Don Eugene Siegelman, et al.

**Case Number:** 2:05cr119-MEF

**Referenced Pleading:** Motion of Governor Siegelman for Enhanced Jury-Selection Procedures

**The defendant's Motion of Governor Siegelman for Enhanced Jury-Selection Procedures filed on February 20, 2006, does not include a signature on the certificate of service page as required by this Court.**