IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |
| PAUL MICHAEL HAMRICK | ) | |

**ORDER**

For good cause, it is

ORDERED that a telephone status conference be and is hereby SET for **9:00 a.m.** on **March 2, 2006**. The United States shall set up this conference call. The purpose of this conference is to discuss scheduling. The parties should be prepared to present their views about whether the resolution of the jury challenge issues should be deferred until the conclusion of the trial in this case.

Done this 23rd day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE