**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL NO.: 2:05-cr-119-MEF |
| vs. | * | |
| | * | |
| DON EUGENE SIEGELMAN, et al., | * | |

**DEFENDANT DON EUGENE SIEGELMAN'S**
**MOTION TO ADOPT DEFENDANT RICHARD SCRUSHY'S**
**MOTIONS REGARDING JURY RECORDS AND OTHER RELATED MOTIONS**

COMES NOW the Defendant Don Eugene Siegelman and moves this Honorable Court to adopt the Defendant Richard Scrushy's Second Motion for Discovery of Jury Records dated January 22, 2006 and filed February 22, 2006 (Doc 147) and Motion for Jury Records filed January 24, 2006 (Doc. 105) and all other motions filed by Defendant Richard Scrushy challenging the composition of the grand jury under the Jury Selection and Service Act of 1968, 21 U.S.C. Section 1867(f) and for grounds thereof states that although Defendant Siegelman adopts the position of Defendant Richard Scrushy on the issues raised by these motions, he does not wish to file the completed motions in order to save the Court's time and the Defendant's expense and time in duplicating the motions.

Defendant Siegelman further states that this matter was brought to the Court's attention in the conference call dated February 23, 2006 at which time the Court indicated it would grant this motion because of the economies of time and expense involved.

Defendant Siegelman further states that he adopts any expected future motions on this issue

to be filed by Defendant Richard Scrushy.

WHEREFORE, Defendant Siegelman prays that this Honorable Court will grant this motion allowing him to adopt Defendant Richard Scrushy's positions as set forth in the above cited motions and any future motions on this issue.

Dated this the 1st day of March, 2006.

Respectfully submitted,

/s/ VINCENT F. KILBORN, III
Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

David A. McDonald, Esquire (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1ST day of March, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/ VINCENT F. KILBORN, III
COUNSEL