**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL NO.: 2:05-cr-119-MEF |
| vs. | * | |
| | * | |
| DON EUGENE SIEGELMAN, et al., | * | |

**DEFENDANT DON EUGENE SIEGELMAN'S**
**MOTION TO ADOPT DEFENDANT RICHARD SCRUSHY'S**
**THIRD MOTION FOR DISCOVERY OF JURY RECORDS**

COMES NOW the Defendant Don Eugene Siegelman and moves this Honorable Court to allow him to adopt the Defendant Richard Scrushy's Third Motion for Discovery of Jury Records filed on March 5, 2006 (Doc. 189). As grounds for this Motion, Defendant Siegelman states that although he adopts the position of Defendant Scrushy on the issues raised by his latest motion, he does not wish to file the completed motion in order to save the Court's time and Defendant's expense and time in duplicating the motion.

WHEREFORE, Defendant Siegelman prays that this Honorable Court will grant this motion allowing him to adopt Defendant Scrushy's positions as set forth in the above cited motion.

Dated this the 6th day of March, 2006.

Respectfully submitted,


 /s/ VINCENT F. KILBORN, III
Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD

1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama  36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

David A. McDonald, Esquire (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

 /s/ VINCENT F. KILBORN, III
COUNSEL