## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 3/6/06 | AT | 11:02 a.m. to 11:36 a.m. |
| DATE COMPLETED: 3/6/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.                                    CASE NO.: 2:05CR119-MEF-CSC

DON SIEGELMAN, ET AL

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | | Atty. Redding Pitt (Siegelman) |
| Atty. J. B. Perrine | | Atty. Doug Jones (Siegelman) |
| Atty. A. Clark Morris | | Atty. David McDonald (Siegelman) |
| Atty. Jennifer Garrett | | Atty. James Jenkins (Scrushy) |
| Atty. Joseph Fitzpatrick | | Atty. Arthur W. Leach (Scrushy) |
| | | Atty. Leslie V. Moore (Scrushy) |
| | | Atty. David McKnight (Roberts) |
| | | Atty. Samuel Briskman (Roberts) |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson         Debra P. Hackett, Clerk
**Court Reporter:** Jimmy Dickens            Melissa Myers, Jury Adm.
**Law Clerk:** Corrie Long                   Wanda Robinson
                                             Cornelius White

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Teelohone Status Conf - 05cr119-F-CSC | | |
|---|---|---|---|
| Date | 3 / 6 /2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 11:02:26 AM | Court | Conf begins; parties present on line ; parties pesent in courtroom ; Court had discussed with Mrs. Hackett, Clerk of the Court as to how long it would take to gather requested documents Deft Scrushy's second Discovery request ; Will have her address discovery request #10; |
| 11:05:12 AM | Mrs. Hackett | Response to request #10; |
| 11:05:53 AM | Court | What infornation needed re: request #10?; |
| 11:06:02 AM | Atty. Jenkins | Response as to whether process have been followed since 2000; |
| 11:06:25 AM | Hackett | Response; Almost sure for the year 2000; |
| 11:07:26 AM | Jenkins | Challenge involves both the 2001 wheel and the 2005 wheel; Would like to examine Mrs. Hackett when she has access to the records for the 2001 wheel so that she can be specific as to her memory as to what that procedure was at that time; |
| 11:08:03 AM | Court | Will discuss the deposition of staff; Will allow the discovery as request with the exception of number 12; Will disallow #12; Discussion as to the availability of information; Discussion as to request #7 - do not want the name of the juror, just the participant number; |
| 11:09:59 AM | Atty. Jenkins | That's correct; The request is similar to the request in #6; |
| 11:10:16 AM | Court | You want the jury history file for each of the 100 juror listed on the report as part of the grand jury pool; How would it take to get that infornation? |
| 11:10:47 AM | Atty, Hackett | Response - Professor Dunlach got a data dump of the entire wheel that included the juror history on each person; |
| 11:11:02 AM | Court | They already have the 2001 information |
| 11:11:05 AM | Atty. Hackett | Yes sir  and we gave them the list of the 100 jurors without their names that has their participant numbers; He's got all the information from the SQLs that were runned; |
| 11:11:25 AM | Court | Can he identify the 100 jurors who were pulled from this grand jury? |
| 11:11:35 AM | Atty. Hackett | He's got the participant numbers and that's all got on the pool selection list; |
| 11:11:52 AM | Atty. Jenkins | Would have to speak with Dr. Dunlach to clarify that; |
| 11:12:27 AM | Court | Let's get Dr. Dunlach and Mrs. Hackett and anybody else who wants to participate on conf. call does not have to be with the Court  and determine if he has that information or we need to get the information to him; Will grant the request contingent upon some demonstration that Dr. Dunlach does not already have the information; |
| 11:13:01 AM | Atty. Jenkins | Can Mrs. Hackett advise whether or not that information was furnished electronically or in paper format; |

| 11:13:24 AM | Mrs. Hackett | The information as far as the history was furnished electrnically; we furnished the list of the 100 people names in paper form; |
| --- | --- | --- |
| 11:13:56 AM | Atty. Jenkins | Question as to which juror history files were furnished and where they linked to the 93 district wide panels that were pulled out of the 2001 wheel? |
| 11:14:28 AM | Mrs. Hackett | Response - jury history is linked to the participant number; |
| 11:14:53 AM | Atty. Jenkins | Would information supplied identify the other 92 panels pulled from the 2001 wheel; Would that information identify who was on those panels by participant number?; |
| 11:15:15 AM | Mrs. Hackett | Explaination of assignment of participant numbers; Participant history is connected to participant number; |
| 11:16:03 AM | Atty. Jenkins | Response - Question as to whether panel information was supplied to Dr. Gunlap so that he could match participant numbers with a particular panels pulled from the 2001 qualified jury wheel?; |
| 11:16:33 AM | Mrs. Hackett | Not sure; He should be able to pull it up by the participant numbers; |
| 11:16:55 AM | Atty. Perrine | Response to issue; |
| 11:17:20 AM | Court | It would be profitable that Dr. Gunlap and Mrs. Hackett should converse directly which the court authorizes them to do; Mr. Jenkins is granted leave to get that set up as soon as possible; |
| 11:17:45 AM | Atty. Jenkins | Will do so. |
| 11:17:52 AM | Mrs. Hackett | Discussion as to #7 - should that be from the 2001 Qualified wheel and not the 2005; |
| 11:18:07 AM | Mrs. Jenkins | That correct; that's a typograghical error; |
| 11:18:15 AM | Court | Discussion as to Number 8; Participant number of each juror selected from the Master jury wheel that was sent a jury questionnaire; |
| 11:18:53 AM | Mrs. Jenkins | We also requested the date they were sent; |
| 11:18:58 AM | Court | We discussed whether it was possible to get the date sent; |
| 11:19:08 AM | Mrs. Hackett | Response - We don't have a report that would print this; ACS could do us a report; |
| 11:20:43 AM | Court | And when the questionnaire was returned; |
| 11:20:47 AM | Ms. Hackett | Response - We would know with participant history would have when the questionnaire came back; participant history do not have when the questionnaire was sent; |
| 11:21:09 AM | Court | Do you want that information? |
| 11:21:12 AM | Atty. Jenkins | We do; |
| 11:21:17 AM | Mrs. Hackett | The participant history is not going to show when the questionnaire was printed; |
| 11:21:33 AM | Atty. Jenkins | Response - the dated that the questionnaires were printed would correspond to the date it was mailed out? |
| 11:21:50 AM | Mrs. Hackett | It should. We can't print that, we would have to get with ACS to get them to run something; |

| 11:22:16 AM | Court | That's for the creation of the 2005 Qualified wheel; Discussion as to request #9; |
| --- | --- | --- |
| 11:22:45 AM | Atty. Jenkins | As well as non-responders too; |
| 11:22:47 AM | Mrs. Hackett | By non-deliverable you mean undeliverable? We do not have reports that will print out the undeliverable, we have to see if ACS can do a report on that; There is not a report for that; |
| 11:23:09 AM | Court | If a questionnaire doesn't come back, we don't know it? |
| 11:23:15 AM | Mrs. Hackett | That's a non-responder; We can print a report on the non-responders; |
| 11:23:47 AM | Atty. Jenkins | Did hear last part of statement; |
| 11:23:55 AM | Mrs. Hackett | The non-responders, we can do; The undeliverables, we don't have a report; We would have to got ACS to get them to do something; |
| 11:24:03 AM | Atty. Jenkins | It's possible that an SQL will turn up that information; |
| 11:24:09 AM | Court | But we don't know; |
| 11:24:09 AM | Mrs. Hackett | Possible; |
| 11:24:13 AM | Court | Discussion as to request #11; |
| 11:24:27 AM | Mrs. Hackett | Response - They are wanting information about the 2005 wheeel; |
| 11:24:39 AM | Court | That's what I understand; These are petite jury reports; |
| 11:24:48 AM | Mrs. Hackett | Discussion as to trial identifications; We don't have anything that termed trial identification; |
| 11:25:11 AM | Court | We can give them a report on each jury venire that were selected in the district; |
| 11:25:25 AM | Mrs. Hackett | We can them a pool selection report; |
| 11:26:22 AM | Court | Discussion of Mr. Scrushy motion filed yesterday re: additional information requested to #11 re: jury history; |
| 11:27:01 AM | Mrs. Hackett | Response - |
| 11:27:42 AM | Court | Can we electronically give them the complete jury history; |
| 11:27:48 AM | Mr.s Hackett | Yes. We can ACS to do a SQL to do it; |
| 11:28:00 AM | Court | Would that solve your problem? |
| 11:28:00 AM | Atty. Jenkins | I believe so; |
| 11:28:35 AM | Court | You would the history file and the participant number for each; |
| 11:28:49 AM | Mrs. Hackett | Yes. Response ; |
| 11:29:52 AM | Court | With regarding to #11 including the modification in Mr. Scrushy's 3rd request for discovery, will allow counsel to contact Mrs. Hackett directly to refine the nature of request; |
| 11:30:31 AM | Atty. Jenkins | Response - will do so; |
| 11:31:16 AM | Court | Just list of people on the venire for each pool; |
| 11:31:22 AM | Atty. Jenkins | In the order listed; |
| 11:31:41 AM | Court | Discussions as to deferring this matter; How long will hearing on this take? |
| 11:32:10 AM | Atty. Jenkins | Within 2 days; |

| | | |
|---|---|---|
| 11:32:38 AM | Court | Depositions is the more appropriate way to do it, assuming you talking about the depostion of the clerk and any of her staff; |
| 11:32:55 AM | Atty. Jenkins | Yes. May want to depose the expert witness of the other party; |
| 11:33:18 AM | Court | What's the government position on mutual deposition of experts? |
| 11:33:18 AM | Atty. Perrine | Response - agreeable to that; |
| 11:33:38 AM | Court | Discussion as to the purpose of discovery ;  Will authorize the deposition of the Clerk and each others experts; This hearing will start at 9:00 a.m. on April 3rd; Parties advised to ready; Will set a deadline of March 27th for the exchange of witnesses and exhibits; |
| 11:36:25 AM | Atty. Perrine | Request that whatevery information given be also provided to the government; |
| 11:36:36 AM | Court | Court is recessed. |