IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DONE EUGENE SIEGELMAN ) | |
| PAUL MICHAEL HAMRICK ) | |
| GARY MACK ROBERTS ) | |
| RICHARD M. SCRUSHY ) | |

**ORDER**

It is hereby ORDERED that a status conference is set for March 14, 2006 at 8:15 a.m. in the United States Courthouse, One Church Street, Courtroom 2F, Montgomery, Alabama. At the conference, counsel for the parties should be prepared to discuss all pending motions pertaining to their clients. In particular, counsel should be prepared to discuss the motions for a *James* hearing (and related motions) (Docs. # 124, 128, 141, & 159), motions for a bill of particulars (Docs. # 125, 126, 142, & 157), motions to dismiss (Docs. # 127 & 139), and the motion for a *Daubert* hearing (Doc. # 129). Counsel should also be prepared to discuss jury selection and trial procedures.

In addition, all parties should come prepared with any equipment (computers, etc.) they wish to use during trial to access the courtroom technology available for evidence presentation. They should also bring any IT personnel or other staff members necessary to assist them in the use of such equipment. The Clerk of the Court is DIRECTED to have a representative of the Court's IT staff available during the conference to assist the parties with the use of the courtroom technology.

DONE this the 8th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE