IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,  *

vs.  *

CR NO.: 2:05CR119-F

DON EUGENE SIEGELMAN  *
RICHARD SCHRUSHY
GARY MACK ROBERTS  *
PAUL MICHAEL HAMRICK
 *

Defendants.
 *

## NOTICE OF APPEARANCE

COMES NOW, Buzz Jordan, and files his Notice of Appearance as co-counsel on behalf of Defendant, Don Eugene Siegelman, in the above referenced case.

Respectfully submitted,

*/s/ Buzz Jordan*
Buzz Jordan
Co-Counsel for Don Eugene Siegelman

OF COUNSEL:
BUZZ JORDAN
Post Office Box 210
Mobile, Alabama 36601-0210
(251) 432-5400 (Telephone)
(251) 432-5445 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each party in this proceeding. I also certify that I have served a copy of this document on all parties in this proceeding who is not currently using the CM/ECF system.

jdrake@whatleydrake.com

steve.feaga@usdoj.gov

jfitzpatrick@ago.state.al.us

louis.franklin@usdoj.gov

wph@krmlaw.com

djones@whatleydrake.com

vfk@krmlaw.com

dam@krmlaw.com

jb.perrine@usdoj.gov

richard.pilger@usdoj.gov

rpitt@saxonattorneys.com

ckwhitehead@tmgpc.com

DATED this 9th day of March 2006.

/s/ Buzz Jordan
Buzz Jordan