IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| vs. * | |
| * | CR NO.: 2:05CR119-F |
| DON EUGENE SIEGELMAN * | |
| RICHARD SCHRUSHY | |
| GARY MACK ROBERTS * | |
| PAUL MICHAEL HAMRICK | |
| * | |
| Defendants. | |
| * | |

### DEFENDANT, DON SIEGELMAN'S SUPPLEMENTAL JUROR QUESTIONNAIRE

Juror's name: _____

Please circle the appropriate response.

1.  Are you registered to vote in the State of Alabama? Yes / No

2.  Are you or any member of your family a member in active service in the Armed Forces or are you or any member of your family a paid member of any law enforcement agency or Fire Department? Yes / No

3.  Are you related to a public official or an employee in the executive, legislative, or judicial branch of the U.S. government or the Alabama State government? Yes / No

4.  Are you or any of your immediate family members or close personal friends currently employed by or have any connection with:

    A.) The legal system (such as attorneys, paralegals, legal secretaries, Alabama Attorney General's office, administrators at law firms, judges, marshals, bailiffs, court clerks, court reporters, detectives, surveillance, all other court employees). Yes / No

    B.) An advertising, marketing, or market research company. Yes / No

   C.) The media (such as journalists, reporters for any kind of media, employees of any T.V., radio, or newspaper, or any other media or public relations company) Yes / No

5. Have you or any member of your family or someone close to you ever worked for any of the following:

   1.) Alabama State Legislature. Yes / No

   2.) Alabama Governor's Office. Yes / No

   3.) Any United States Attorney's Office. Yes / No

   4.) The Republican Party. Yes / No

   5.) The Democratic Party. Yes / No

   6.) A political campaign. Yes / No

    A.) If yes, which campaigns? _____

6. Would you rate the job that Governor Riley is doing in office as excellent, good, fair, or poor?

7. And, thinking back would you rate the job that Governor Siegelman did as excellent, good, fair, or poor?

8. In terms of personal honesty, would you say that Governor Riley is honest? Yes / No

9. In terms of personal honesty, would you say that Governor Siegelman is honest? Yes / No

10. For each of the following statements, please indicate whether you agree or disagree.

   A.) Politicians do more dishonest things than we know. Agree / Disagree

   B.) The only politicians we hear about are the ones that get caught. Agree / Disagree

      C.) When a friend or a supporter of a politician gets a contract from the government, it almost always means rules were bent to help the friend or supporter get the contract. Agree / Disagree

      D.) People who run for political office are almost always trying to get something for themselves and almost never trying to help the people. Agree / Disagree

      E.) People who give campaign contributions to politicians almost always expect to get state contracts or appointments in return from the politicians. Agree / Disagree

11. If you were a juror in a case in which a politician has been indicted for illegal conduct, would you tend to believe that the politician is most likely guilty? Yes / No

12. The next few questions are about your opinions of the government. Please answer Yes or No.

      A.) If the federal government indicts someone with a crime, is that person usually guilty of something? Yes / No

      B.) Regardless of what the law says, should a Defendant in a criminal trial be required to prove his or her innocence before they can be acquitted? Yes / No

      C.) Do you believe that a politician charged by the government with multiple crimes is probably guilty of at least one of them? Yes / No

      D.) Do you believe government officials involved in law enforcement use the powers of their office to investigate their political opponents? Yes / No

      E.) Do you believe that federal or state law enforcement agents sometimes use the power of their position to investigate people or public officials whose political views they oppose? Yes / No

      F.) Do you believe government officials who are appointed by the President, like U.S. Attorneys, are more honest than politicians who are elected, like Governors? Yes / No

13. Do you think it is hard for a Defendant in a criminal case to get a fair trial when the case has gotten a great deal of media attention? Yes / No

14. Have you heard or read anything recently about Governor Siegelman? Yes / No

    A.) If yes, what have you heard or read?
    _____
    _____

15. Describe your personal opinion of Governor Siegelman?
    _____
    _____

16. What is the reputation of Governor Siegelman in your community?
    _____
    _____

17. Do you think Governor Siegelman was indicted by the Federal government because he did something wrong? Yes / No

18. What would you say is the main reason that Governor Siegelman was indicted?
    _____
    _____

19. The Government has accused Governor Siegelman of taking bribes. Governor Siegelman claims he is innocent and that he is being prosecuted for political reasons. From what you have heard or read, do you tend to believe that Governor Siegelman is guilty or not guilty? Guilty / Not Guilty

20. If you voted in the last election for governor, did you vote for Governor Riley or Governor Siegelman? Governor Riley / Governor Siegelman

21. Have you or a member of your family ever been a member or contributed to any of the following:

    A.) National Republican Party - Yes / No
    B.) Alabama Republican Party - Yes / No
    C.) Local County Republican Party - Yes / No

22. Have you ever been a delegate to a Republican Convention - Yes / No

23. Have you or a member of your family ever worked or volunteered for any Republican Party campaign? Yes / No

24. Would you believe the testimony of a law enforcement officer over the testimony of a person who is not a law enforcement officer? Yes / No

25. Do you believe that law enforcement officers never lie about a case? Yes / No

26. Can you think of an example where law enforcement gave false testimony in a case? Yes / No

    A.) If yes, give that example.
    _____
    _____

27. Do you believe that law enforcement officers are always correct in the way they perceive an event? Yes / No

28. Do you feel that you have a "public duty" to find a person guilty in a criminal case? Yes / No

29. Have you or any member of your family ever contributed money to any political campaign? Yes / No

    A.) Was there an expectation to receive something in return for the political contribution? Yes / No

    B.) If yes, what did you or your family member expect?
    _____
    _____

30. Do you favor or oppose an education lottery in Alabama? Favor / Oppose

31. Do you believe that it is okay for an elected official to help a constituent? Yes / No

32. Have you ever personally contacted a political figure and asked for assistance or help with a business, professional, or personal matter? Yes / No

33. Do you believe that making political contributions to a Political Action Committee (PAC) is improper? Yes / No

34. Have you or any of your family members or friends ever worked or volunteered for Senator Sessions? Yes / No

35. Have you or any of your family members or friends ever worked or volunteered for Attorney General Bill Pryor? Yes / No

36. Have you or any of your family or friends ever worked for the State of Alabama? Yes / No

    A.) If yes, what department and who was the supervisor?
    _____

37. Please list three (3) people you admire the most.
    1. _____
    2. _____
    3. _____

38. Please list three (3) people you admire the least.
    1. _____
    2. _____
    3. _____

39. Have you or any member of your family or friends held leadership roles in any political organization? Yes / No

Respectfully submitted,

*/s/ Vince Kilborn*
Vince Kilborn
Attorney for Don Siegelman

OF COUNSEL:
**KILBORN, ROEBUCK, & MCDONALD**
1810 Old Government Street
Mobile, Alabama 36660
251-479-9010

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each party in this proceeding. I also certify that I have served a copy of this document on all parties in this proceeding who is not currently using the CM/ECF system.

steve.feaga@usdoj.gov

jfitzpatrick@ago.state.al.us

louis.franklin@usdoj.gov

wph@krmlaw.com

djones@whatleydrake.com

vfk@krmlaw.com

dam@krmlaw.com

jb.perrine@usdoj.gov

richard.pilger@usdoj.gov

rpitt@saxonattorneys.com

ckwhitehead@tmgpc.com

DATED this 10th day of March 2006.

/s/ Vince Kilborn
Vince Kilborn