IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 14 A 8:16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**United States of America**

v.

**Don Eugene Siegelman,
Paul Michael Hamrick,
Gary Mack Roberts, and
Richard M. Scrushy**

CRIMINAL NO. 2:05-CR-119-F

### NOTICE OF APPEARANCE

Comes now Hiram Eastland and enters his appearance on behalf of Defendant Don Eugene Siegelman, in the above captioned case and gives notice that he will be a designated representative along with other co-counsel appearing on behalf of Defendant Siegelman.

Counsel Eastland hereby certifies that he is a member in good standing of the Mississippi Bar Association, #5294 and has practiced extensively before the United States Federal Courts in Mississippi, as well as United States Court of Appeals for the Fifth Circuit.

| | |
|---|---|
| Name: | Hiram Eastland |
| Address: | 107 Grand Boulevard |
| | Greenwood, Mississippi 38930 |
| Telephone No.: | (662) 453-1227 |
| Fax No.: | (662) 453-2808 |
| Email: | eastlandlaw@bellsouth.net |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Appearance has been duly served upon the United States government, by depositing this in the United States Mail, via first class, postage pre-paid, this the 14th day of March, 2006.

_____
Hiram C. Eastland