IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-MEF |
| | ) | |
| RICHARD SCRUSHY | ) | |

ORDER

Upon consideration of the government's motion for leave to substitute exhibit (doc. # 188), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 15th day of March, 2006.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE