ALABAMA FAIR CAMPAIGN PRACTICES A...

# POLITICAL COMMITTEE ANNUAL REPORT SUMMARY FORM 1A

THIS AREA FOR OFFICIAL USE ONLY



A-200/T-2000.

JAN 2000 RECEIVED

Please Print in Ink or Type.

| Name of Political Committee (as appears on Statement of Organization) | Acronym for PAC |
|---|---|
| ALABAMA EDUCATION FOUNDATION | |

| Address (as appears on Statement of Organization) ☐ Check box if reporting new address |
|---|
| POST OFFICE BOX 230008 |

334-261-3854

| City | State | ZIP Code | Telephone Number |
|---|---|---|---|
| MONTGOMERY | AL | 36123 | |

Type of Report (check one)
- ☒ Annual Report for Year 1999
- ☒ Termination Report
- ☐ Amended Annual Report for Year ____

### SECTION I – Summary of activity from last filed report through December 31 of reporting year

| | | | | |
|---|---|---|---|---|
| 1 | Beginning balance (ending balance from previous filing) | | 1 | 773,823.08 |
| | **Cash Contributions** | | | |
| 2a | Itemized cash contributions (total from Form 2) | 2a  414,385.00 | | |
| 2b | Non-itemized cash contributions | 2b  405.00 | | |
| 2c | Non-itemized employee payroll contributions | 2c | | |
| 2d | Total cash contributions (add lines 2a, 2b, and 2c) | | 2d | 414,790.00 |
| | **In-Kind Contributions** | | | |
| 3a | Itemized in-kind contributions (total from Form 3) | 3a  43,206.56 | | |
| 3b | Non-itemized in-kind contributions | 3b  0.00 | | |
| 3c | Total in-kind contributions (add lines 3a and 3b) | 3c  43,206.56 | | |
| | **Receipts from Other Sources** | | | |
| 4 | Total receipts from other sources (total from Form 4) | | 4 | 406,450.65 |
| | **Expenditures** | | | |
| 5a | Itemized expenditures (total from Form 5) | 5a  1,592,089.35 | | |
| 5b | Non-itemized expenditures | 5b  2,974.38 | | |
| 5c | Total expenditures (add lines 5a and 5b) | | 5c | 1,595,063.73 |
| 6 | Ending balance (add lines 1, 2d, & 4, then subtract line 5c) | | 6 | 0.00 |

### SECTION II – Summary of activity for entire reporting year – January 1st through December 31st

| | | | | |
|---|---|---|---|---|
| 7 | Beginning balance (as of January 1 of reporting year) | | 7 | 0.00 |
| 8 | Total cash contributions for year | | 8 | 4,609,147.99 |
| 9 | Total in-kind contributions for year | 9  142,483.88 | | |
| 10 | Total receipts from other sources for year | | 10 | 406,450.65 |
| 11 | Total expenditures for year | | 11 | 5,015,598.64 |
| 12 | Ending balance (add lines 7, 8, & 10, then subtract line 11) | | 12 | 0.00 |

Sworn to and subscribed before me this 31st day of JANUARY of the year 2000. My commission expires the 1st day of April of the year 2002.

_Judy Davis Dean_
Signature of Notary Public
T.J. Davis Dean

As required by the Alabama Fair Campaign Practices Act, I hereby swear or affirm to the best of my knowledge and belief that the attached report(s) and the information contained herein are true and correct and that this information is a full and complete statement of all contributions, expenditures, and other required information during the applicable period of time.

Signature of Chairperson or Treasurer of Political    1/31/00
Date

GH280815
GH132-0006/1

EXHIBIT A

**THE FAIR CAMPAIGN PRACTICES ACT**

**FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE**

**NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION**

PAGE 1 OF 4

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE AND ZIP) | SOURCE OF CONTRIBUTION | | | | | DATE CONTRIBUTION RECEIVED (mo/day/yr) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| | | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | | |
| 3M General Offices | 3M Center Building 300-JC-12, St. Paul, Minnesota 55144-1000 | x | | | | | 11/02/99 | 20,000.00 |
| Abbott Amusement Co., Inc. | 11 20th St S, Pell City, Al 35125 | x | | | | | 10/08/99 | 1,000.00 |
| Abraham A. Mitchell | P O Box 16066, Mobile, Al 36616 | | x | | | | 10/12/99 | 1,500.00 |
| Adams and Reese, L.L.P. | New Orleans, La | x | | | | | 10/05/99 | 100.00 |
| Adolescent & Pediatric Associates, PC | 2611 Wendley Park Dr, Montgomery, AL 36116 | x | | | | | 10/08/99 | 5,000.00 |
| Alabama Cable Telecommunications Association, Inc. | P O Box 20683, Montgomery, Al 36120 | x | | | | | 10/05/99 | 1,200.00 |
| Alabama Credit Union League, Inc. | P O Box 380128, Hoover, Al 35238-0428 | x | | | | | 10/13/99 | 1,000.00 |
| Alabama Oil Co. | P O Box 187, Sheffield, Al 35660 | x | | | | | 10/02/99 | 500.00 |
| Alex Nelson | P O Box 2115, Florence, Al 35630 | | x | | | | 10/26/99 | 1,200.00 |
| Amanda P.A.C. | 400 Massey Building, Birmingham, Al 35203 | | | x | | | 10/02/99 | 100.00 |
| Ann G Zarate | 144 Kensington Dr, Florence, Al 35633 | | x | | | | 10/04/99 | 500.00 |
| Applied Systems and Technologies Ltd. | 2225 Drake Ave Ste 17, Huntsville, Al 35805 | x | | | | | 10/22/99 | 250.00 |
| Arol Augburger, O.D. | 4432 Hampton Heights Dr, Birmingham, Al 35209 | | x | | | | 10/13/99 | 100.00 |
| Atty. Raymond L. Johnson, Jr. | 2306 Stag Rim Cir, Birmingham, Al 35226 | | x | | | | 10/13/99 | 150.00 |
| Aufienrode & Aufienrode, PC | 511 Madison St, Huntsville, Al 35801 | x | | | | | 10/08/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/18/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/18/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/04/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| BFI | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/28/99 | 200.00 |
| Baskerville-Donovan Inc. | P O Box 13340, Pensacola, Fl 32591 | x | | | | | 10/12/99 | 500.00 |
| Ben W Danner | P O Box 4007, Huntsville, Al 35815-1007 | | x | | | | 10/18/99 | 500.00 |
| Beverly Enterprises, Inc. | 5111 Rogers Ave Ste 40A, Fort Smith, Ar 72919-8300 | x | | | | | 10/02/99 | 25,000.00 |
| Bigbee Steel Buildings, Inc. | P O Box 2114, Muscle Shoals, Al 35662 | x | | | | | 10/02/99 | 5,000.00 |
| Billy Don Anderson | 127 Highland Pl, Sheffield, Al 35660 | | x | | | | 10/04/99 | 100.00 |
| Bolt Law Offices, PC | P O Box 36077, Birmingham, Al 35236 | x | | | | | 10/04/99 | 500.00 |
| Binkley & Chestnut | 3107 Randolph Ave, Huntsville, Al 35804-2028 | x | | | | | 10/03/99 | 5,000.00 |
| Brown & Root, Inc. | P O Box 3, Houston, Tx 77001 | x | | | | | 10/25/99 | 2,500.00 |
| Burns, Burns, Burns and Morgan | 821 Chestnut St, Gadsden, Al 35901 | x | | | | | 10/02/99 | 5,000.00 |
| C McDowell Lee | 178 Dienda Ave, Auburn, Al 36830 | | x | | | | 10/22/99 | 1,000.00 |
| Cen Ole of Beaumont, Inc. | 8050 Eastex Pwy, Beaumont, Tx 77708 | x | | | | | 10/28/99 | 5,000.00 |
| Cash | Anonymous | | | | x | | | 120.00 |
| CDR Lee A Halsema | 201 15th St E, Tuscaloosa, Al 35401 | | x | | | | 10/04/99 | 200.00 |
| Charlene Dobbs | 4315ssa Way, Birmingham, Al 35243 | | x | | | | 10/05/99 | 500.00 |
| | | | | | | | **Total Contributions This Page** | **102,450.00** |

GH280816

GH280817

THE FAIR CAMPAIGN PRACTICES ACT

FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS | SOURCE OF CONTRIBUTION | | | | | DATE CONTRIBUTION RECEIVED (mm/dd/yy) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| | | BUSINESS CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | | |
| Charles C Anderson | 202 North Court St, Florence, AL 35630 | | x | | | | 10/02/99 | 1,000.00 |
| Charles E. Robinson, Jr. | 467 Eagle Pointe Dr, Pell City, AL 35128 | | x | | | | 10/04/99 | 500.00 |
| Charles F. Lolly | 7912 Craigmont Rd, Huntsville, AL 35802 | | x | | | | 10/04/99 | 500.00 |
| Clarence E Crayton | 1670 Johnston St, Mobile, AL 36605 | | x | | | | 10/05/99 | 300.00 |
| Clyde G Echols, OD | 2525 Center Point Pkwy, Birmingham, AL 35215 | | x | | | | 10/02/99 | 100.00 |
| Col Thomas Walker | 2205 Wicksburg Rd, Newton, AL 36352 | | x | | | | 11/02/99 | 150.00 |
| Conseco Services, LLC | 11815 N Pennsylvania St, Carmel, IN 46032 | x | | | | | 10/02/99 | 10,000.00 |
| CR Beaver Jr | 1927 Charlotte Ct, Florence, AL 35630 | | x | | | | 10/02/99 | 100.00 |
| Curtis O Liles, III | 67 Cross Creek Park, Birmingham, AL 35213 | | x | | | | 10/04/99 | 500.00 |
| Daniel H. Markstein, III | 3361 Dell Rd, Birmingham, AL 35223 | | x | | | | 10/04/99 | 1,000.00 |
| Daniel L. Burgess, Attorney | 1010 Warwick Ct, Birmingham, AL 35209 | | x | | | | 10/12/99 | 500.00 |
| David C Adcock | 3228 Fieldale Dr, Hueytown, AL 35023 | | x | | | | 10/05/99 | 500.00 |
| David Evans & Associates, Inc. | 2806 Ruffner Rd Ste 200, Birmingham, AL 35210 | | x | | | | 10/04/99 | 750.00 |
| David H Null | PO Box 1039, Jackson, MS 39215 | | x | | | | 10/04/99 | 2,000.00 |
| David H. Marsh | 1 Chase Corporate Dr Ste 460, Birmingham, AL 35244 | | x | | | | 10/08/99 | 10,000.00 |
| David W. Hadjiam | 100 Ryther Rd, Dothan, AL 36301 | | x | | | | 10/12/99 | 200.00 |
| Davidson L Laning | 3504 Shandwick Pl, Birmingham, AL 35242 | | x | | | | 10/04/99 | 500.00 |
| Deason C Dungan, MD PA | 101 Williams Ave Ste 1421, Huntsville, AL 35801 | | x | | | | 10/15/99 | 2,500.00 |
| Delinda Company | 1713 Timbercrest Circle, Birmingham, AL 35235 | x | | | | | 10/26/99 | 1,000.00 |
| Delta Air Lines | PO Box 25013, Atlanta, GA 30320-2533 | x | | | | | 11/13/99 | 2,500.00 |
| Dianne T. Davis | 2111 Shades Ave, Birmingham, AL 35216 | | x | | | | 11/08/99 | 500.00 |
| Don Logan | 1271 Avenue of the Americas, New York, NY 10020 | | x | | | | 10/13/99 | 1,000.00 |
| Donald A B Mills | 6448 Wynwood Pl, Montgomery, AL 36117 | | x | | | | 10/12/99 | 2,500.00 |
| Dr Guy Dobbs | 203 Laurel Breeze Dr, Enterprise, AL 36330 | | x | | | | 10/05/99 | 500.00 |
| Dr Thomas M Lovett | 106 Doublecee Lane, Florence, AL 35630 | | x | | | | 10/02/99 | 500.00 |
| Dr. C D Denney & Associates | 151 W Adam St, Dothan, AL 36301 | x | | | | | 10/04/99 | 250.00 |
| Dr. Elliot A Paul | 110 Doxey Ln, Florence, AL 35630 | | x | | | | 10/02/99 | 250.00 |
| Dr. G Daniel Howard | 110 Cypress Cove, Florence, AL 35634 | | x | | | | 10/02/99 | 500.00 |
| Dr. Hovey G Reed | 326 Doubletree Ln, Florence, AL 35630 | | x | | | | 10/02/99 | 250.00 |
| Dr. Marion H. McMurphy, Jr. | 122 Eaton Square J, Mobile, AL 36608 | | x | | | | 10/13/99 | 200.00 |
| Dr. Michael E Malone | 800 Oppert Rd, Dothan, AL 36301 | | x | | | | 10/12/99 | 200.00 |
| Dr. Michael W Butler | 162 Ridgehill Dr, Florence, AL 35634 | | x | | | | 10/02/99 | 250.00 |
| Dr. Paula Gilliam Chiropractic Clinic Inc | 1900 Sparkman Dr, Huntsville, AL 35816-1124 | x | | | | | 10/02/99 | 500.00 |
| Dr. Thomas A Hutchinson | 201 Somerset Pl, Enterprise, AL 36330 | | x | | | | 10/05/99 | 500.00 |

Total Contributions This Page: 42,550.00

PAGE ___ OF ___

THE FAIR CAMPAIGN PRACTICES ACT

FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

GH280818

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, & ZIP CODE) | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mm/dd/yy) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Jay Ponroy | P O Box 2333, Anniston, Al 36202 | | x | | | | 10/12/99 | 250.00 |
| Jerry L Culberson | 2600 Cherokee Co Rd 1, Collinsville, Al 35961 | | x | | | | 10/05/99 | 500.00 |
| Jerry M. Kelly | 510 Belleville Ave, Brenton, Al 36426 | | x | | | | 10/02/99 | 1,000.00 |
| Joe H. Ritch | 1600 West Pine Dr, Huntsville, Al 35801 | | x | | | | 10/04/99 | 500.00 |
| Joseph D Hubbard | 483 Jewell Rd, Oxford, Al 36203 | | x | | | | 10/02/99 | 100.00 |
| JRB Special | 861 E Davis St, Elba, Al 36323 | x | | | | | 10/14/99 | 2,500.00 |
| June Wilder | 5927 Camel Dr, Montgomery, Al 36117 | | x | | | | 10/26/99 | 100.00 |
| K Dan Sumney | 201 E Queenchury Ln, Florence, Al 35630 | | x | | | | 10/02/99 | 100.00 |
| Kaylene A Gebert | 2130 Cedar Ln, Eufaula, Fa 17025 | | x | | | | 10/02/99 | 100.00 |
| Kendal Foster, MD | 1701 Springhill Ave, Mobile, Al 36604 | | x | | | | 10/05/99 | 100.00 |
| Kenneth R. Adams | 2501 Watkins Circle, Birmingham, Al 35216 | | x | | | | 10/13/99 | 5,000.00 |
| Kenwealth of Birmingham, Inc | P O Box 698, Birmingham, Al 35201 | x | | | | | 10/05/99 | 5,000.00 |
| Kuykendall & Associates, LLC | 2013 Ave N, Birmingham, Al 35203 | x | | | | | 10/04/99 | 250.00 |
| Larry D. Morris, Attorney At Law | P O Box 66, Alpine, Al 35014 | | x | | | | 10/02/99 | 100.00 |
| Lary F Warren | 1349 Canterbury Ct, Anniston, Al 36207 | | x | | | | 10/05/99 | 100.00 |
| Lizabeth M Harden MD PC | 201 Sivley Rd Ste 550, Huntsville, Al 35801 | x | | | | | 10/02/99 | 1,000.00 |
| Main Drug, Inc. | P O Box 432, Union Springs, Al 36089 | x | | | | | 10/08/99 | 1,000.00 |
| Malcom Street Jr OR | 311 55th St, Anniston, Al 36206 | | x | | | | 10/27/99 | 100.00 |
| Marcia J Little | P O Box 8130, Mobile, Al 36685 | | x | | | | 10/05/99 | 100.00 |
| Marguerite J Barber-Owens MD PC | 3001 Gaston Ave Ste C, Montgomery, Al 36105 | x | | | | | 10/02/99 | 100.00 |
| Mary Beth Eck Campbell | Fan Unl Ln, Florence, Al 35630-2070 | | x | | | | 10/02/99 | 100.00 |
| Mayer Mitchell | P O Box 16106, Mobile, Al 36616 | | x | | | | 10/08/99 | 1,000.00 |
| McMillian & Associates, L.L.C. | P O Box 241651, Montgomery, Al 36124 | x | | | | | 10/05/99 | 500.00 |
| Michael D Yates, MD PC | 303 Williams Ave Ste 1421, Huntsville, Al 35801 | x | | | | | 10/13/99 | 2,500.00 |
| Morris and Comdin, P.C. | P O Box 248, Huntsville, Al 35804 | x | | | | | 10/13/99 | 500.00 |
| Mrs. Ellis J. Porch | 1171 Gantersville Rd, Arab, Al 35016 | | x | | | | 10/13/99 | 250.00 |
| Norman H. Ginder | 3401 Prince George Dr, Montgomery, Al 36109 | | x | | | | 10/13/99 | 200.00 |
| Oscar Crawley | 611 N 14th St, Lanett, Al 36863 | | x | | | | 10/13/99 | 200.00 |
| P. H. McLaughlin, Jr. | 106 Joseph Dr, Ozark, Al 36361 | | x | | | | 10/12/99 | 100.00 |
| P. E. LaMoreaux & Associates, Inc. | P O Box 2310, Tuscaloosa, Al 35403 | x | | | | | 10/22/99 | 500.00 |
| Panel-Tec, Inc. | P O Box 2394, Huntsville, Al 35804 | x | | | | | 10/13/99 | 500.00 |
| Paris Wixon | 2520 Ginter Park Dr, Montgomery, Al 36109 | | x | | | | 10/13/99 | 10,000.00 |
| Parsons Wible Bromnal Alkire/Architects, Inc. | 4001 Carmichael Rd Ste 100, Montgomery, Al 36106-3601 | x | | | | | 10/13/99 | 1,000.00 |
| Patrick B. Trannnell | 2317 21st Ave S, Birmingham, Al 35223-1720 | | x | | | | 10/13/99 | 1,000.00 |

Total Contributions This Page: 40,400.00

# THE FAIR CAMPAIGN PRACTICES ACT
## FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE
### NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR PO BOX, CITY, STATE AND ZIP) | BUSINESS/CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mm-dd-yy) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Patsy C. Covey | 3616 Stein St, Mobile, Al 36608 | | x | | | | 10/08/99 | 1,000.00 |
| Paul D. Owens, Jr. | PO Box 1329, Brewton, Al 36427 | | x | | | | 10/13/99 | 1,000.00 |
| Penn Credit Corp | 916 South 14th St, Harrisburg, Pa 17104 | x | | | | | 10/11/99 | 1,000.00 |
| Plantation Springs, Inc. | 1905 Florence Blvd, Florence, Al 35630 | x | | | | | 10/28/99 | 500.00 |
| Project Innovation of Mobile | PO Box 8508, Mobile, Al 36608 | x | | | | | 10/08/99 | 500.00 |
| R. Allen Cruse | PO Box 2532, Anniston, Al 36202 | | x | | | | 10/02/99 | 100.00 |
| Ralph W. Hornsby | 1110 Gleneagles Dr, Huntsville, Al 35801 | | x | | | | 10/04/99 | 500.00 |
| Rhea, Boyd & Rhea | 930 Forrest Ave, Gadsden, Al 35901 | | x | | | | 10/12/99 | 500.00 |
| Rice Banking Company | 109 South Court St, Montgomery, Al 36104 | x | | | | | 10/13/99 | 2,500.00 |
| Richard F. Scruggs | PO Drawer 1425, Pascagoula, Ms 39568 | | x | | | | 10/08/99 | 25,000.00 |
| RNR Ventures, LLC | 205 Clinton Ave Ste 404, Huntsville, Al 35801 | x | | | | | 10/04/99 | 5,000.00 |
| Robert A. Serio | 7728 Donegal Dr, Huntsville, Al 35802 | | x | | | | 10/12/99 | 250.00 |
| Robert A. Shearer | 1218 Marseille Dr, Mobile, Al 36609 | | x | | | | 10/18/99 | 240.00 |
| Robert M. Echl | PO Box 580, Anniston, Al 36202 | | x | | | | 10/12/99 | 100.00 |
| Robert M. Hill Jr. Attorney at Law | 129 Creekside Dr, Florence, Al 35630 | | x | | | | 10/02/99 | 500.00 |
| Robert R. Holimon, Jr. | 215 West Sequoia Blvd, Florence, Al 35630 | | x | | | | 10/02/99 | 1,000.00 |
| Robert W. Buchalter | 1026 Mallard Cir, Tuscaloosa, Al 35405 | | x | | | | 10/12/99 | 5,000.00 |
| Roosevelt McCorvey | 308 Ross Parks Ave, Montgomery, Al 36105 | | x | | | | 10/05/99 | 1,500.00 |
| Roosevelt McCorvey, MD | 9200 Gatewood, Montgomery, Al 36117 | | x | | | | 10/05/99 | 255.00 |
| Russell R. Steiner | 3509 Riviere Du Chein Ct, Mobile, Al 36693 | | x | | | | 10/04/99 | 1,000.00 |
| S. F. Ledoux | 2604 Charleston Oaks, Mobile, Al 36695 | | x | | | | 10/13/99 | 100.00 |
| Samuel H. Munk | PO Box 636, Anniston, Al 36202 | | x | | | | 10/02/99 | 500.00 |
| SIXPac | 4905 Union Sq Ste 465, Montgomery, Al 36104 | | | x | | | 10/08/99 | 15,000.00 |
| South Alabama Bancorporation PAC | PO Box 3067, Mobile, Al 36652 | | | x | | | 10/18/99 | 1,760.00 |
| South Alabama Political Action Committee For Higher Ed | Mobile, Al | | | x | | | 10/18/99 | 1,000.00 |
| Stallings & Sons, Inc. | 11400 Newell Parkway, Montgomery, Al 36110 | x | | | | | 10/18/99 | 5,760.00 |
| Stanley M. Roper | 61 Sulfur Springs Rd, Springville, Al 35146 | | x | | | | 10/08/99 | 200.00 |
| Sterling Bank | Montgomery, Al 36106 | x | | | | | 10/08/99 | 5,000.00 |
| Susanna Revelle Gwyn | 424 McClung Ave S/E, Huntsville, Al 35801 | | x | | | | 10/12/99 | 500.00 |
| Tamara V. Lee | 2531 Poplar St, Montgomery, Al 36107 | | x | | | | 10/12/99 | 250.00 |
| Ted Hooks | 1300 Old Gadsden Hwy, Anniston, Al 36207 | | x | | | | 10/02/99 | 100.00 |
| Terry G. Davis, PC Attorney at Law | PO Box 230907, Montgomery, Al 36123 | x | | | | | 10/02/99 | 1,000.00 |
| The Hollingsworth Companies | Two Centre Plaza, Clinton, Tn 37716 | x | | | | | 10/02/99 | 5,000.00 |
| Thomas A. P. R. Jones | PO Box 2367, Selma, Al 36702-2367 | | x | | | | 10/11/99 | 1,000.00 |
| | | | | | | | Total Contributions This Page | $3,455.00 |

GH280819
GH132-0006/5

**THE FAIR CAMPAIGN PRACTICES ACT**

**NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION**

**FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE**

I hereby certify that these contributions were received by the above named political action committee during the reporting period indicated.

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE AND ZIP) | SOURCE OF CONTRIBUTION | | | | | DATE CONTRIBUTION RECEIVED (mo/day/yr) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| | | BUSINESS/CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | | |
| Thomas M Tyrrell | 281 Lancaster Rd, Mobile, AL 36608 | | | | | | 10/05/99 | 100.00 |
| Thomas T. Gallion | P O Box 4660, Montgomery, AL 36103-4660 | | | | | | 10/08/99 | 2,500.00 |
| United Healthcare of Alabama | 3700 Colonnade Pkwy, Birmingham, AL 35243 | x | x | | | | 10/22/99 | 2,500.00 |
| United Transportation Union | Cleveland, OH 44107-4250 | | | | | | 10/08/99 | 1,000.00 |
| USG Corporation | 125 S Franklin St, Chicago, IL 60606-4678 | x | x | | | | 10/08/99 | 25,000.00 |
| Vesta Insurance Group, Inc. State PAC (VESTPAC) | 3760 River Run Dr, Birmingham, AL 35243 | | | x | | | 10/13/99 | 10,000.00 |
| Vulcan Material Company | P O Box 380607, Birmingham, AL 35238-0607 | x | x | | | | 10/13/99 | 10,000.00 |
| Vulcan Publications, Inc. | P O Box 55886, Birmingham, AL 35255 | x | x | | | | 10/12/99 | 5,000.00 |
| W. L. Perry Wholesale Company, Inc. | P O Box 745, Troy, AL 36081 | x | x | | | | 10/08/99 | 10,000.00 |
| W. Troy Massey, P.C. | 4200 Carmichael Ct N, Montgomery, AL 36106 | x | x | | | | 10/08/99 | 500.00 |
| Ward N. Pell | 6161 Crowne Falls Pkwy, Hoover, AL 35244 | | x | | | | 10/26/99 | 2,000.00 |
| Wheeler G. Foshee, Jr. | 3457 Wareingon Rd, Montgomery, AL 36111 | | x | | | | 10/13/99 | 2,500.00 |
| Wilbur H Shuler | 503 Oak Hill, Sheffield, AL 35660 | | x | | | | 10/02/99 | 250.00 |
| Wilkins, Bankester, Biles & Wynne, P.A. | P O Box 400, Bay Minette, AL 36507 | x | x | | | | 10/02/99 | 2,500.00 |
| William R Jones Jr | 695 Dopson Point Rd, Jallassee, AL 36078-2613 | | x | | | | 10/13/99 | 2,500.00 |
| William S Smith | Rt 8 Box 398, Florence, AL 35630 | | x | | | | 10/02/99 | 1,000.00 |
| Wisner, Adams, Walker & Linc, P.C. | 100 Washington St #200, Huntsville, AL 35801 | x | | | | | 10/01/99 | 100.00 |
| Wyatt Brothers Enterprises | 3528 Skyland Blvd E, Tuscaloosa, AL 35405 | | | | | | 10/04/99 | 500.00 |
| Yarbrough Companies, Inc | 2809 5th Ave S, Birmingham, AL 35233 | | | | | | 10/04/99 | 1,000.00 |
| | | | | | | | **Total Contributions This Page** | **81,200.00** |

GH280820

ALABAMA FAIR CAMPAIGN PRACTICES ACT

# FORM 3: IN-KIND CONTRIBUTIONS RECEIVED BY POLITICAL COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 1 OF 1

The FCPA requires that those contributions greater than $100 be itemized. DO NOT LIST cash or loans on this form. Use Forms 2 and 4 for those listings.

| CONTRIBUTOR (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | Administrative | Advertising | Consultants/Polling | Equipment | Food | Rent | Transportation | Other | Business/Corporation | Individual | PAC | Other | DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIMOTHY FLETCHER | HARNESS HILL, ROOMINGTON RD MONTGOMERY, AL 36106 | | | | | X | | | | X | | | | 10/26/99 | 466.56 |
| MAYNARD COOPER | 1901 6TH AVENUE NORTH #2400 BIRMINGHAM, AL 35214 | | | | | | | | X | X | | | | 12/31/99 | 26,000.00 |
| KASSOUF & CO. | 2208 UNIVERSITY BOULEVARD BIRMINGHAM, AL 35233-2393 | | | | | | | | X | X | | | | 12/31/99 | 16,740.00 |

TOTAL IN-KIND CONTRIBUTIONS THIS PAGE: 43,206.56

FORM REVISED 10 28 99

GH280821
GH132-0006/7

# ALABAMA FAIR CAMPAIGN PRACTICES ACT

## FORM 4: RECEIPTS FROM OTHER SOURCES
### LOANS/INTEREST/OTHER SOURCES OF INCOME TO POLITICAL COMMITTEE

NAME OF POLITICAL COMMITTEE: **ALABAMA EDUCATION FOUNDATION**

The FCPA requires that those contributions greater than $100 be itemized. DO NOT LIST cash or in-kind contributions on this form. Use Forms 2 and 3 for those listings.

PAGE 1 OF 1

| SOURCE OF RECEIPT (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | FORM OF RECEIPT | | | COMPLETE THIS BLOCK IF RECEIPT IS A LOAN — GUARANTORS (FCPA REQUIRES FULL NAME AND COMPLETE ADDRESS OF INDIVIDUAL(S) ENDORSING OR GUARANTEEING LOAN) | RECEIPT SOURCE (CHECK ONE) | | | | | DATE RECEIVED (mo./day/yr.) | AMOUNT OF RECEIPT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Interest | Loan | Other | | Lending Institution | PAC | Individual | Business | Other | | |
| COLONIAL BANK | P.O. BOX 1108 MONTGOMERY, AL 36101-1108 | | X | | SEE ATTACHED SCHEDULE | X | | | | | 10/3/99 | 250,000.0 |
| COLONIAL BANK | P.O. BOX 1108 MONTGOMERY, AL 36101-1108 | | X | | SEE ATTACHED SCHEDULE | X | | | | | 10/7/99 | 150,000.0 |
| MESSAGE & MEDIA, INC | 65 CHURCH ST. NEW BRUNSWICK, NJ 08901 | | | X | | | | | X | | 10/18/99 | 6,000.0 |
| FOUR POINTS HOTEL | 1000 GLENN HEED BLVD HUNTSVILLE, AL 35824 | | | X | | | | | X | | 10/26/99 | 15.0 |
| CARTER WELLS | 1157 SO. PERRY ST. MONTGOMERY, AL 36104 | | | X | | | | | | X | 11/12/99 | 435.6 |

TOTAL RECEIPTS THIS PAGE: 406,450.6

FORM REVISED 10.20.99

GH280822
GH132-00678

GH280823

Alabama Education Foundation
Political Committee Annual Report
Attachment to Form 4: Receipts From Other Sources

| Name | Amount |
|---|---|
| John Crowder<br>Gregory B. Breedlove, Esquire<br>Cunningham, Bounds, Yance, Crowder and Brown, LLC<br>1601 Dauphin Street<br>Mobile, Alabama 36604 | 30,000<br>30,000 |
| Alex W. Newton<br>David Leon Ashford<br>290 21st Street North<br>Suite 800<br>Birmingham, AL 35203 | 30,000<br>30,000 |
| Donald M. Leebern, III<br>7 Crown Circle<br>Columbus, GA 31907 | 160,000 |
| Christopher Peters<br>401 Church Street<br>Mobile, AL 36613 | 30,000 |
| Samuel A. Cherry<br>Kelith Givens<br>163 W. Main Street<br>Dothan, AL 36301 | 30,000<br>30,000 |
| W. Lee Pittman<br>Kenneth W. Hooks<br>Pittman, Hooks, Dutton & Hollis<br>2001 Park Place North<br>Suite 1100<br>Birmingham, AL 35203 | 30,000<br>30,000 |
| Meri Nabors<br>1212 N. Hercules Avenue<br>Clearwater, FL 33765 | 30,000 |

GH280823
GH132-0006/9

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

PAGE 1 OF 1

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mm/dd/yr) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABC Printing | 2834 W Edgemont Ave, Montgomery, AL 36132 | X | | | | | | | | | | 10/10/99 | (4,494.00) |
| Action in Mailing Postage Account | 6036 Perimeter Pkwy, Montgomery, AL 36132 | X | | | | | | | | | | 10/06/99 | (665.21) |
| Alabama Business Broadcast Ctr | Montgomery, Al | | X | | | | | | | | | 10/10/99 | (1,850.00) |
| Alabama Department of Revenue | P O Box 327483, Montgomery, AL 36132-7483 | X | | | | | | | | | | 01/05/00 | (676.65) |
| Alabama Department of Revenue | P O Box 327483, Montgomery, AL 36132-7483 | X | | | | | | | | | | 10/11/99 | (1,473.87) |
| Alabama Power Co | P O Box 242, Birmingham, AL 35292 | X | | | | | | | | | | 10/27/99 | (203.26) |
| Alabama Press Association | 3324 Independence Drive #200, Birmingham, AL 35232 | X | | | | | | | | | | 10/04/99 | (40,097.00) |
| Anniston Crusader | Montgomery, Al | | X | | | | | | | | | 10/04/99 | (660.00) |
| Arch Paging | P O Box 740085, Cincinnati, Oh 45274-1085 | X | | | | | | | | | | 10/11/99 | (124.37) |
| Arch Paging | P O Box 9001310, Louisville, Ky 40290-1310 | X | | | | | | | | | | 11/10/99 | (131.52) |
| Auburn University Montgomery | 1157 So Perry St, Montgomery, AL 36104 | | X | | | | | | | | | 10/04/99 | (150.00) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, AL 35244-1870 | X | | | | | | | | | | 10/03/99 | (653.68) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, AL 35244-1870 | X | | | | | | | | | | 10/03/99 | (1,218.89) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, AL 35244-1870 | X | | | | | | | | | | 11/03/99 | (308.51) |
| BellSouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 10/13/99 | (2,189.59) |
| BellSouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 10/26/99 | (612.13) |
| BellSouth Mobility | P O Box 530028, Atlanta, GA 30353-0022 | X | | | | | | | | | | 10/27/99 | (1,544.35) |
| Birmingham Times | 115 3rd Avenue. W, Birmingham, AL 35233 | | X | | | | | | | | | 10/01/99 | (661.00) |
| Brendle Rental | 485 N Eastern Blvd, Montgomery, AL 36104 | X | | | | | | | | | | 10/12/99 | (463.71) |
| Capitol Filmworks | 1032 Eastdale Mall, Montgomery, AL 36131 | X | | | | | | | | | | 10/27/99 | (2,960.65) |
| Carter Wells | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/11/99 | (5,975.37) |
| Carter Wells | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/14/99 | (4,211.76) |
| Carter Wells | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/10/99 | (3,640.97) |
| Carter Wells (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/13/99 | (2,005.35) |
| Carter Wells (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/28/99 | (2,005.35) |
| Carter Wells (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/12/99 | (2,005.35) |
| Chris Burrineau | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/03/99 | (110.00) |
| CNS | P O Box 5346, Denver, Co 80217-5345 | X | | | | | | | | | | 10/03/99 | (1,123.47) |
| CNS | P O Box 5346, Denver, Co 80217-5346 | X | | | | | | | | | | 10/26/99 | (1,327.41) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 01/05/00 | (130.44) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 11/12/99 | (1,548.38) |
| | | | | | | | | | | | TOTAL EXPENDITURES ON THIS PAGE | | (88,505.37) |

GH280824

GH280824
GH132-0006/10

THE FAIR CAMPAIGN ACT
FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

Page 5 of

**PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE**

| Expenditure (Include Full Name) | Address (Address Should Include Street or PO Box, City, State, and Zip Code) | Administration | Advertising | Consultants-Polling | Contribution | Food | Fundraising | Loan Repayment | Lodging | Transportation | Other Give Brief Explanation | Date of Expenditure (mo/day/yr) | Amount of Expenditure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colonial Bank | 649 Monroe St, Montgomery, AL 36131-4220 | X | | | | | | | | | | 10/13/99 | (4,350.31) |
| Colonial Bank | 649 Monroe St, Montgomery, AL 36131-4220 | X | | | | | | | | | | 10/11/99 | (109.58) |
| Colonial Bank | 649 Monroe St, Montgomery, AL 36131-4220 | X | | | | | | | | | | 10/18/99 | (424.08) |
| Congress-11 | PO Box 6107, Montgomery, AL 36106-0107 | | X | | | | | | | | | 10/11/99 | (376.92) |
| Cooper & Secrest Associates | Montgomery, AL | | X | | | | | | | | | 10/21/99 | (307.77) |
| Cooper & Secrest Associates | Montgomery, AL | | | | | | | | | | | 11/01/99 | (13,920.00) |
| Crawford Communications | 535 Plasamour Dr, Atlanta, GA 30324 | | X | | | | | | | | | 10/26/99 | (175.00) |
| Cunningham Harris & Associates | 101 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 10/04/99 | (8,000.00) |
| Cunningham Harris & Assoc, Inc. | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 10/11/99 | (700.31) |
| Cunningham Harris & Assocs, Inc. | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 10/26/99 | (5,046.71) |
| Cunningham Harris & Assocs, Inc. | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | X | | | | | | 10/11/99 | (8,000.00) |
| Cunningham Harris & Associates | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | X | | | | | | 10/03/99 | (3,513.90) |
| Darin Cline | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/03/99 | (350.42) |
| Darin Cline | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/03/99 | (252.80) |
| Department of Industrial Relations | Montgomery, AL | X | | | | | | | | | | 01/05/00 | (200.63) |
| Department of Industrial Relations | Montgomery, AL | X | | | | | | | | | | 10/13/99 | (663.45) |
| DJs BBQ | 892 Twin Lake Dr NE, Birmingham, AL 35232 | X | | | | | | | | | | 10/12/99 | (1,008.45) |
| Faith Tribune | 5311 Wares Ferry Rd, Montgomery, AL 36104 | | X | | | | | | | | | 10/04/99 | (260.00) |
| Federal Express | PO Box 1140, Memphis, TN 38101-1139 | X | | | | | | | | | | 10/03/99 | (138.10) |
| Federal Express | PO Box 1140, Memphis, TN 38101-1140 | X | | | | | | | | | | 10/11/99 | (243.25) |
| Federal Express | PO Box 1140, Memphis, TN 38101-1140 | X | | | | | | | | | | 10/26/99 | (174.00) |
| First Commercial Bank | 9124 Parkway East, Birmingham, AL 35216 | | | | | | | X | | | | 10/29/99 | (402,238.75) |
| Four Points Hotel | 320 Paul W Bryant Drive East, Tuscaloosa, AL 35473 | | | | | | | | X | | | 11/03/99 | (135.00) |
| Frontier Communications Service | Montgomery, AL | X | | | | | | | | | | 11/10/99 | (1,851.10) |
| Giles Farley | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/05/99 | (197.60) |
| Golden Tiger Network | 1157 So Perry St, Montgomery, AL 36104 | | X | | | | | | | | | 11/04/99 | (1,100.00) |
| Greene Co. Democrat | Montgomery, AL | | X | | | | | | | | | 10/05/99 | (396.00) |
| Hall & Hall LLC | 600 Luckie Dr Ste 405, Birmingham, AL 35223 | X | | | | | | | | | | 10/11/99 | (5,408.07) |
| Hashiis | PO Box 4803, Montgomery, AL 36102 | X | | | | | | | | | | 11/03/99 | (234.98) |
| Hashiis Inc | PO Box 4803, Montgomery, AL 36103 | X | | | | | | | | | | 10/11/99 | (619.12) |
| Jaime Hargove | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/26/99 | (1,113.98) |
| Jaime Hargove (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/13/99 | (697.00) |

TOTAL EXPENDITURES ON THIS PAGE (452,767.47)

GH280825
GH280825
GH132-0006/11

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

PAGE 3 OF 5

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P O BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo/day/yr) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaime Hargrove (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/28/99 | (697.00) |
| Jaime Hargrove (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/12/99 | (697.00) |
| James Andrews & Company | 1201 11th Avenue South, Birmingham, AL 35236 | X | | | | | | | | | | 10/04/99 | (23,839.46) |
| James Andrews & Company | 1201 11th Avenue South, Birmingham, AL 35236 | X | | | | | | | | | | 10/14/99 | (2,135.95) |
| Janie Hargrove | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/03/99 | (730.17) |
| Jason Anderson | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/14/99 | (2,265.17) |
| Jesse Lewis & Associates | 1129 22nd Street South, Birmingham, AL 35233 | | | X | | | | | | | | 10/08/99 | (12,644.98) |
| Jesse Lewis & Associates | 1129 22nd Street South, Birmingham, AL 35233 | | | X | | | | | | | | 10/09/99 | (9,500.00) |
| Joe Hagler | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/09/99 | (1,000.00) |
| Kristin Carvell (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/15/99 | (2,005.35) |
| Kristina M Van | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/03/99 | (575.15) |
| Leigh Maples | 1156 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/01/99 | (500.00) |
| Leigh Maples (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/13/99 | (422.86) |
| Leigh Maples (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/28/99 | (422.86) |
| Leigh Maples (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/12/99 | (422.86) |
| Michael Balh (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/13/99 | (406.49) |
| Michael Balh (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/28/99 | (406.49) |
| Michael Balh (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 11/12/99 | (406.49) |
| MindSpring Enterprises, Inc. | 1430 West Peachtree St NW Ste 400, Atlanta, Ga 30309 | X | | | | | | | | | | 10/03/99 | (149.00) |
| Montgomery - Tuskegee Times | 523 Augusta Avenue, Montgomery, AL 36104 | | X | | | | | | | | | 10/03/99 | (567.00) |
| Montgomery Catering | 710 Washington St F16, Montgomery, AL 36104 | | | | | X | | | | | | 10/03/99 | (1,373.40) |
| Montgomery Jazz | Montgomery, AL | | | | X | | | | | | | 10/12/99 | (500.00) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, AL 36102-1826 | X | | | | | | | | | | 10/12/99 | (122.42) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, AL 36102-1826 | X | | | | | | | | | | 10/13/99 | (237.89) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, AL 36102-1826 | X | | | | | | | | | | 10/26/99 | (367.35) |
| Monticello | 6037 Monticello Dr, Montgomery, AL 36117 | X | | | | | | | | | | 10/03/99 | (350.00) |
| Newfields (R. Dent) | 1008 Monticello Ct, Montgomery, AL 36117 | X | | | | | | | | | | 10/28/99 | (4,479.02) |
| OPA | 468 Palisades Blvd, Birmingham, AL 35209 | | | | X | | | | | | | 10/14/99 | (6,100.00) |
| Parker Group | 1157 So Perry St, Montgomery, AL 36104 | | | | | | | | | | | 10/14/99 | (40,686.79) |
| Paul Hamrick | 9920 Wares Ferry Road, Montgomery, AL 36104 | X | | | | | | | | | | 10/12/99 | (291.51) |
| Personal Touch Catering | 9920 Wares Ferry Road, Montgomery, AL 36104 | | | | | X | | | | | | 10/14/99 | (1,741.00) |
| Personal Touch Catering | 9920 Wares Ferry Road, Montgomery, AL 36104 | | | | | X | | | | | | 10/14/99 | (2,375.00) |
| **TOTAL EXPENDITURES ON THIS PAGE:** | | | | | | | | | | | | | **(121,017.72)** |

GH280826

GH132-0006/12

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

**NAME OF POLITICAL COMMITTEE:** ALABAMA EDUCATION FOUNDATION

*THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.*

### PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME)

| Person/Group/Business | Address | Admin | Advert | Consult/Polling | Contrib | Food | Fundraising | Loan Repay | Lodging | Transport | Other/Explanation | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Powertel | 1233 O G Skinner Dr, West Point, Ga 31833 | X | | | | | | | | | | 10/03/99 | (639.91) |
| Powertel | 1233 O G Skinner Dr, West Point, Ga 31833 | X | | | | | | | | | | 10/26/99 | (1,541.36) |
| Quentin Jefferson | Montgomery, AL | X | | | | | | | | | | 10/13/99 | (175.00) |
| Real Estate Management Company | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/04/99 | (500.00) |
| Sheraton Birmingham Hotel | 8 Perimeter Park South, Birmingham, AL 35216 | | | | | | | | X | | | 10/09/99 | (189.00) |
| Shott & Associates Media Account | New York, NY | | X | | | | | | | | | 10/04/99 | (400,000.00) |
| Shott & Associates Media Account | New York, NY | | X | | | | | | | | | 10/04/99 | (400,000.00) |
| Shott & Associates, Inc. | New York, NY | | X | | | | | | | | | 10/11/99 | (3,710.21) |
| Skinner Printing Company, Inc. | P O Box 1787, Montgomery, AL 36102-1787 | X | | | | | | | | | | 10/26/99 | (318.61) |
| Skinner Printing Company, Inc. | P O Box 1787, Montgomery, AL 36102-1787 | X | | | | | | | | | | 10/12/99 | (1,615.79) |
| Special Occasions | 2820 Central Avenue, Birmingham, AL 35212 | | | | | X | | | | | | 10/26/99 | (2,450.90) |
| Sprint | P O Box 101343, Atlanta, GA 30392-1343 | X | | | | | | | | | | 10/27/99 | (297.91) |
| State of Alabama | Montgomery, AL | X | | | | | | | | | | 10/04/99 | (78,851.07) |
| The Parker Group | 468 Palisades Blvd, Birmingham, AL 35209 | X | | | | | | | | | | 11/01/99 | (519.00) |
| Tim Huddleston | Montgomery, AL | X | | | | | | | | | | 10/11/99 | (658.23) |
| Trissi Simpkins (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/28/99 | (658.23) |
| Trissi Simpkins (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, AL 36104 | X | | | | | | | | | | 10/05/99 | (60,728.94) |
| USPS | Montgomery, AL | X | | | | | | | | | | 12/31/99 | (262.08) |
| USPS | P O Box 830821 Drawer 1041, Birmingham, AL 35283-0821 | X | | | | | | | | | | 12/26/99 | (217.83) |
| Viva Health | Birmingham, AL | X | | | | | | | | | | 12/31/99 | (400.00) |
| Westside Weekly | 260 West Main Street, Dothan, AL 36123 | X | X | | | | | | | | | 10/05/99 | (96.00) |
| Wiregrass Times | 2745 Day Street, Montgomery, AL 36104 | | X | | | | | | | | | 10/04/99 | (2,075.25) |
| Wind Specialties | Montgomery, AL | X | | | | | | | | | | 12/31/99 | (608.65) |
| Frontier Communications Service | P O Box 530128, Atlanta, GA 30353-0022 | X | | | | | | | | | | 12/31/99 | (799.15) |
| Bellsouth Mobility | Montgomery, AL | X | | | | | | | | | | 12/31/99 | (458.16) |
| Alabama Gas Corporation | 2119 East South Blvd, Montgomery, AL 36104 | X | | | | | | | | | | 12/31/99 | (116.00) |
| Kyser Furniture Leasing | P O Box 1826, Montgomery, AL 36102-1826 | X | | | | | | | | | | 12/31/99 | (1,102.40) |
| Montgomery Office Equipment | Birmingham, AL | X | | | | | | | | | | 12/31/99 | (12,366.90) |
| DDD&McKay | P O Box 530128, Atlanta, GA 30353-0022 | X | | | | | | | | | | 12/31/99 | (316.29) |
| Bellsouth | P O Box 5346, Denver, Co 80217-5345 | X | | | | | | | | | | 12/31/99 | (871.78) |
| CNS | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 12/31/99 | (4,329.96) |
| Cunningham Harris & Associates, Inc | | X | | | | | | | | | | 12/31/99 | (350.75) |
| Federal Express | P O Box 1140, Memphis, TN 38101-1139 | X | | | | | | | | | | 12/31/99 | (2,367.43) |
| Premiere Voice & Data Messaging | Montgomery, AL | X | | | | | | | | | | | |

**TOTAL EXPENDITURES ON THIS PAGE:** (923,500.79)

GH280827
GH132-0006/13

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

PAGE 1 OF 1

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P O BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo/day/yr) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sprint Conference Line | Birmingham, AL | X | | | | | | | | | | 12/31/99 | (141.06) |
| Global Crossing | P O Box 741276, Cincinnati, OH 45274-1276 | X | | | | | | | | | | 12/31/99 | (608.65) |
| Capital Filmworks | 1032 Eastdale Mall, Montgomery, AL 36131 | X | | | | | | | | | | 12/31/99 | (801.61) |
| Adam's Mark Mobile | 64 South Water Street, Mobile, AL 36602 | X | | | | | | | | | | 12/31/99 | (331.52) |
| Alabama Telephone Systems, Inc | 20 Cecil Lane, Montgomery, AL 36109 | X | | | | | | | | | | 12/31/99 | (207.76) |
| Protection One | P O Box 78855, Phoenix, AZ 85062-8855 | X | | | | | | | | | | 12/31/99 | (113.97) |
| L Paul Kassouf & Co., P.C. | 2208 University Blvd., Birmingham, AL 35233-2393 | X | | | | | | | | | | 12/31/99 | (3,093.43) |

GH280828
GH280828
GH132-0006/14