LAW OFFICES OF
## COPELAND, FRANCO, SCREWS & GILL, P. A.

PROFESSIONAL ASSOCIATION
444 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
P. O. Box 347
MONTGOMERY, AL 36101-0347

TELEPHONE (334) 834-1180
FACSIMILE (334) 834-3172

RICHARD H. GILL
ROBERT D. SEGALL
JOHN A. HENIG, JR.
JAMES M. EDWARDS
LEE H. COPELAND

OF COUNSEL:
HERMAN B. FRANCO
EUEL A. SCREWS, JR.

TRUMAN M. HOBBS, JR.
GEORGE W. WALKER, III
MITCHEL H. BOLES
J. DAVID MARTIN
SHANNON L. HOLLIDAY

ALBERT W. COPELAND
(1927-1983)
DEXTER C. HOBBS
(1955-1990)

July 26, 2002

<u>VIA HAND DELIVERY</u>
The Honorable Jim Bennett
Alabama Secretary of State
State Capitol Building
Montgomery, AL 36135

  Re: **Alabama Education Foundation**

Dear Secretary Bennett:

  Enclosed please find three filings made on behalf of the Alabama Education Foundation. These forms are an amendment of the 1999 Annual Report and Annual Reports for the years 2000 and 2001. As you know, the Foundation was formed to promote the Alabama Education Lottery, and in the past made filings pursuant to the Alabama Fair Campaign Practices Act. The Foundation's most recent filing occurred in January 2000, when it filed its 1999 Annual Report.

  Since that time, the Foundation has ceased to operate as a Political Committee. It therefore has no current Chairman or Treasurer for reporting purposes, and as such, I have signed these as an attorney on behalf of the Foundation. The information contained in this report has been gathered to the best of my ability from several sources, including a review of the relevant bank records.

  These forms disclose all contributions to, and expenditures made by, the Foundation that have previously not been reported, *i.e.*, those not contained in previous filings. Although I cannot state with certainty the reason for the failure to file these reports sooner, it appears that following the defeat of the lottery in October of 1999, those involved with the campaign



The Honorable Jim Bennett
July 26, 2002
Page 2


gradually moved on to other pursuits, and inadequate attention was given to filing requirements associated with winding up the affairs of the Foundation. The enclosed reports should, however, satisfy all requirements.

Sincerely,

*Robert D. Segall* (signature)

Robert D. Segall

cc:   Attorney General Pryor (w/encl.)

ALABAMA FAIR CAMPAIGN PRACTICES ACT
# POLITICAL COMMITTEE ANNUAL REPORT SUMMARY FORM 1A

THIS AREA FOR OFFICIAL USE ONLY

Please Print in Ink or Type.

| Name of Political Committee (as appears on Statement of Organization) | Acronym for PAC |
|---|---|
| Ala. Education Foundation | |

| Address (as appears on Statement of Organization) ☐ Check box if reporting new address |
|---|
| P. O. Box 230008 |

| City | State | ZIP Code | Telephone Number |
|---|---|---|---|
| Montgomery | AL | 36123 | |

Type of Report (check one)
☐ Annual Report for Year _____
☐ Termination Report
☒ Amended Annual Report for Year 1999

### SECTION I - Summary of activity from last filed report through December 31 of reporting year

| | | | | |
|---|---|---|---|---|
| 1 | Beginning balance (ending balance from previous filing) | | 1 | $773,823.08 |
| | **Cash Contributions** | | | |
| 2a | Itemized cash contributions (total from Form 2) | 2a  $704,385.00 | | |
| 2b | Non-itemized cash contributions | 2b  $405.00 | | |
| 2c | Non-itemized employee payroll contributions | 2c | | |
| 2d | Total cash contributions (add lines 2a, 2b, and 2c) | | 2d | $704,790.00 |
| | **In-Kind Contributions** | | | |
| 3a | Itemized in-kind contributions (total from Form 3) | 3a  $43,206.56 | | |
| 3b | Non-itemized in-kind contributions | 3b | | |
| 3c | Total in-kind contributions (add lines 3a and 3b) | 3c  $43,206.56 | | |
| | **Receipts from Other Sources** | | | |
| 4 | Total receipts from other sources (total from Form 4) | | 4 | $406,450.65 |
| | **Expenditures** | | | |
| 5a | Itemized expenditures (total from Form 5) | 5a  $1,593,817.52 | | |
| 5b | Non-itemized expenditures | 5b  $2,589.23 | | |
| 5c | Total expenditures (add lines 5a and 5b) | | 5c | $1,596,406.75 |
| 6 | Ending balance (add lines 1, 2d, & 4, then subtract line 5c) | | 6 | $288,656.98 |

### SECTION II - Summary of activity for entire reporting year - January 1st through December 31st

| | | | | |
|---|---|---|---|---|
| 7 | Beginning balance (as of January 1 of reporting year) | | 7 | $0.00 |
| 8 | Total cash contributions for year | | 8 | $4,899,147.99 |
| 9 | Total in-kind contributions for year | 9  $142,483.88 | | |
| 10 | Total receipts from other sources for year | | 10 | $406,450.65 |
| 11 | Total expenditures for year | | 11 | $5,016,941.66 |
| 12 | Ending balance (add lines 7, 8, & 10, then subtract line 11) | | 12 | $288,656.98 |

Sworn to and subscribed before me this 26th day of July of the year 2002. My commission expires the 05 day of 05 of the year 2006.

_[signature]_
Signature of Notary Public

Donna Michaud
Printed Name of Notary Public

As required by the Alabama Fair Campaign Practices Act, I hereby swear or affirm to the best of my knowledge and belief that the attached report(s) and the information contained herein are true and correct and that this information is a full and complete statement of all contributions, expenditures, and other required information during the applicable period of time.

_[signature]_   7-26-02
Signature of Chairperson or Treasurer of Political Committee    Date

FORM REVISED 10.29.99

ANNUAL REPORT

THE FAIR CAMPAIGN PRACTICES ACT

## FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 1 OF 6

THE FCPA REQUIRES THAT THOSE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED. DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM. (SEE FORMS 3 AND 4 FOR THOSE LISTINGS).

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mo/day/yr) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| 3M General Offices | 3M Center Building 300-JC-12, St Paul, Minnesita 55144-1000 | x | | | | | 11/02/99 | 20,000.00 |
| Abbott Amusement Co., Inc. | 11 20th St S, Pell City, Al 35125 | x | | | | | 10/08/99 | 1,000.00 |
| Abraham A. Mitchell | P O Box 16006, Mobile, Al 36616 | | x | | | | 10/08/99 | 1,000.00 |
| Adams and Reese, L.L.P. | New Orleans, La | x | | | | | 10/12/99 | 1,500.00 |
| Adolescent & Pediatric Associates, PC | 2611 Woodley Park Dr, Montgomery, AL 36116 | x | | | | | 10/05/99 | 100.00 |
| Alabama Cable Telecommunications Association, Inc. | P O Box 20683, Montgomery, Al 36120 | x | | | | | 10/08/99 | 5,000.00 |
| Alabama Credit Union League, Inc. | P O Box 380428, Hoover, Al 35238-0428 | x | | | | | 10/05/99 | 1,200.00 |
| Alabama Oil Co. | P O Box 157, Sheffield, Al 35660 | x | | | | | 10/13/99 | 1,000.00 |
| Alex Nelson | P O Box 2115, Florence, Al 35630 | | x | | | | 10/02/99 | 500.00 |
| Amanda P.A.C. | 400 Massey Building, Birmingham, Al 35203 | | | x | | | 10/26/99 | 1,200.00 |
| Ann G Zarate | 144 Kensington Dr, Florence, Al 35633 | | x | | | | 10/02/99 | 100.00 |
| Applied Systems and Technologies,Ltd | 2225 Drake Ave Ste 17, Huntsville, Al 35805 | x | | | | | 10/04/99 | 500.00 |
| Arol Augsburger, O.D. | 4432 Hampton Heights Dr, Birmingham, Al 35209 | x | | | | | 10/22/99 | 250.00 |
| Atty. Raymond L. Johnson, Jr. | 2506 Stag Run Cir, Birmingham, Al 35226 | | x | | | | 10/13/99 | 100.00 |
| Auffenorde & Auffenorde, PC | 511 Madison St, Huntsville, Al 35801 | x | | | | | 10/13/99 | 150.00 |
| B F I | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| B F I | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| B F I | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| B F I | P O Box 3151, Houston, Tx 77253 | x | | | | | 10/08/99 | 5,000.00 |
| Baskerville-Donovan Inc. | P O Box 13340, Pensacola,Fl 32591 | x | | | | | 10/28/99 | 200.00 |
| Bert W Danner | P O Box 4007, Huntsville, Al 35815-4007 | | x | | | | 10/02/99 | 500.00 |
| Beverly Enterprises, Inc. | 5111 Rogers Ave Ste 40A, Fort Smith, Ar 72919-8300 | x | | | | | 10/08/99 | 25,000.00 |
| Bigbee Steel Buildings, Inc. | P O Box 2314, Muscle Shoals, Al 35662 | x | | | | | 10/04/99 | 5,000.00 |
| Billy Don Anderson | 127 HighlandPl, Sheffield, Al 35660 | | x | | | | 10/02/99 | 500.00 |
| Bolt Law Offices, PC | P O Box 36077, Birmingham, Al 35236 | x | | | | | 10/04/99 | 100.00 |
| Brinkley & Chestnut | 307 Randolph Ave, Huntsville, Al 35804-2028 | x | | | | | 10/04/99 | 500.00 |
| Brown & Root, Inc. | P O Box 3, Houston, Tx 77001 | x | | | | | 10/12/99 | 5,000.00 |
| Burns, Burns, Burns and Morgan | 821 Chestnut St, Gadsden, Al 35901 | x | | | | | 10/25/99 | 250.00 |
| C McDowell Lee | 778 Brenda Ave, Auburn, Al 36830 | | x | | | | 10/02/99 | 1,000.00 |
| Casa Ole' of Beaumont, Inc. | 8050 Eastex Fwy, Beaumont, Tx 77708 | x | | | | | 10/28/99 | 5,000.00 |
| Cash | Anonymous | | x | | | | 10/04/99 | 200.00 |
| CDR Lee A Hallman | 201 15th St E, Tuscaloosa, Al 35401 | | x | | | | 10/04/99 | 100.00 |
| Charlene Dobbs | 4315ssa Way, Birmingham, Al 35243 | | x | | | | 10/05/99 | 500.00 |
| | | | | | Total Contributions This Page | | | 102,450.00 |



PAGE 2 OF 6

THE FAIR CAMPAIGN PRACTICES ACT

FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT THESE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED, DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM, USE FORMS 3 AND 4 FOR THOSE LISTINGS

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | BUSINESS/CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Charles C Anderson | 202 North Court St, Florence, Al 35630 | | X | | | | 10/02/99 | 1,000.00 |
| Charles E. Robinson, Jr. | 467 Eagle Pointe Dr, Pell City, Al 35128 | | X | | | | 10/04/99 | 500.00 |
| Charles F. Lofty | 7912 Craigmont Rd, Huntsville, Al 35802 | | X | | | | 10/04/99 | 500.00 |
| Clarence E Crayton | 1670 Johnston St, Mobile, Al 36605 | | X | | | | 10/05/99 | 300.00 |
| Clyde G Echols, OD | 2525 Center Point Pkwy, Birmingham, Al 35215 | | X | | | | 10/02/99 | 100.00 |
| Col Thomas Walker | 2205 Wicksburg Rd, Newton, Al 36352 | | X | | | | 10/02/99 | 150.00 |
| Conseco Services, LLC | 11815 N Pennsylvania St, Carmel, In 46032 | X | | | | | 10/12/99 | 10,000.00 |
| CR Beaver Jr | 1927 Charlotte Ct, Florence, Al 35630 | | X | | | | 10/02/99 | 100.00 |
| Curtis O Liles, III | 67 Cross Creek Park, Birmingham, Al 35213 | | X | | | | 10/04/99 | 500.00 |
| Daniel H. Markstein, III | 3361 Dell Rd, Birmingham, Al 35223 | | X | | | | 10/04/99 | 1,000.00 |
| Daniel L. Burgess, Attorney | 2010 Warwick Ct, Birmingham, Al 35209 | | X | | | | 10/12/99 | 300.00 |
| David C Adcook | 3228 Fieldale Dr, Hueytown, Al 35023 | | X | | | | 10/05/99 | 500.00 |
| David Evans & Associates, Inc. | 2806 Ruffner Rd Ste 200, Birmingham, Al 35210 | X | | | | | 10/08/99 | 750.00 |
| David H Nutt | P O Box 1039, Jackson, Ms 39215 | | X | | | | 10/04/99 | 2,000.00 |
| David H. Marsh | 2 Chase Corporate Dr Ste 460, Birmingham, Al 35244 | | X | | | | 10/08/99 | 10,000.00 |
| David W. Badham | 300 Ryiber Rd, Dothan, Al 36303 | | X | | | | 10/12/99 | 200.00 |
| Davidson L Laning | 3504 Shandwick Pl, Birmingham, Al 35242 | | X | | | | 10/04/99 | 500.00 |
| Deason C Dunagan, MD PA | 303 Williams Ave Ste 1421, Huntsville, Al 35801 | | X | | | | 10/05/99 | 2,500.00 |
| Delinda Company | 1713 Timbercrest Circle, Birmingham, Al 35235 | X | | | | | 10/26/99 | 1,000.00 |
| Della Air Lines | P O Box 25033, Atlanta, Ga 30320-2533 | X | | | | | 10/13/99 | 2,500.00 |
| Dianne T. Davis | 2111 Shades Ave, Birmingham, Al 35216 | | X | | | | 10/08/99 | 500.00 |
| Don Logan | 1271 Avenue of the Americas, New York, NY 10020 | | X | | | | 10/13/99 | 1,000.00 |
| Donald A B Mills | 6448 Wynwood Pl, Montgomery, Al 36117 | | X | | | | 10/12/99 | 2,500.00 |
| Dr Gary Dobbs | 203 Laurel Breeze Dr, Enterprise, Al 36330 | | X | | | | 10/05/99 | 500.00 |
| Dr Thomas M Lovett | 306 Doubletree Lane, Florence, Al 35630 | | X | | | | 10/02/99 | 500.00 |
| Dr. C D Denney & Associates | 151 W Main St, Dothan, Al 36301 | X | | | | | 10/04/99 | 250.00 |
| Dr. Elliot A Pood | 110 Druery Ln, Florence, Al 35630 | | X | | | | 10/02/99 | 250.00 |
| Dr. G Daniel Howard | 310 Cypress Cove, Florence, Al 35634 | | X | | | | 10/02/99 | 500.00 |
| Dr. Hovey G Reed | 326 Doubletree Ln, Florence, Al 35630 | | X | | | | 10/02/99 | 250.00 |
| Dr. Marion B. McMurphy, Jr. | 122 Eaton Square 3, Mobile, Al 36608 | | X | | | | 10/02/99 | 200.00 |
| Dr. Michael E Malone | 800 Oppert Rd, Dothan, Al 36301 | | X | | | | 10/02/99 | 200.00 |
| Dr. Michael W Butler | 462 Ridgecliff Dr, Florence, Al 35634 | | X | | | | 10/02/99 | 250.00 |
| Dr. Paula Gilliam Chiropractic Clinic Inc | 1900 Sparkman Suite A, Huntsville, Al 35816-1124 | X | | | | | 10/04/99 | 500.00 |
| Dr. Thomas A Hutchinson | 204 Somerset Pl, Enterprise, Al 36330 | | X | | | | 10/05/99 | 500.00 |
| | | | | | | Total Contributions This Page | | 42,550.00 |

THE FAIR CAMPAIGN PRACTICES ACT    FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 3 OF 6

THE FCPA REQUIRES THAT THOSE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED. DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM. USE FORMS 3 AND 4 FOR THOSE LISTINGS.

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Dr. Thomas F. Pebworth | 107 Crosscreek Lane, Florence, Al 35634 | | x | | | | 10/28/99 | 250.00 |
| Dr. Tony Dobbs | P O Box 310668, Enterprise, Al 36331-0668 | | x | | | | 10/05/99 | 500.00 |
| Dr. William A. Gardner | 2451 Fillingim St, Mobile, Al 36617 | | x | | | | 10/08/99 | 500.00 |
| Duncan J McInnes | 4520 Executive Park Dr, Montgomery, Al 36116 | | x | | | | 10/02/99 | 4,000.00 |
| E & D Specialty Stands, Inc. | 2081 Franklin St, North Collins, NY 14111 | x | | | | | 11/02/99 | 25,000.00 |
| E. Cutter Hughes | 200 Clinton Ave S Ste 900, Huntsville, Al 35801 | | x | | | | 11/02/99 | 250.00 |
| E. G. Cummings Memorial Funeral Home | 1120 Bragg St, Montgomery, Al 36108 | x | | | | | 10/13/99 | 500.00 |
| EAP Trucking, Inc. | P O Box 2630, Opelika, Al 36803-2630 | x | | | | | 10/05/99 | 5,000.00 |
| Earl F. Evans | 911 Dearborn Ave, Muscle Shoals, Al 35662 | | x | | | | 10/28/99 | 100.00 |
| Earl J. Gardner | 1820 Kirk St, Florence, Al 35630 | | x | | | | 10/28/99 | 100.00 |
| Edward C Holland | 2170 Keller Quarry Rd, Tuscumbia, Al 35674 | | x | | | | 10/02/99 | 500.00 |
| Edwin A Bullard | 939 Ridgecliff Dr, Florence, Al 35634 | | x | | | | 10/02/99 | 100.00 |
| Elizabeth Wiley | Rt 6 Box 585, Ozark, Al 36360 | | x | | | | 10/12/99 | 100.00 |
| Estes Oil Company, Inc. | 3300 Woodward Ave, Muscle Shoals, Al 35661 | x | | | | | 10/28/99 | 500.00 |
| Floyd Newell | P O Box 670, Phil Campbell, Al 35581 | | x | | | | 10/12/99 | 500.00 |
| Fred Hattabaugh | 109 Colonial Dr, Florence, Al 35630 | | x | | | | 10/02/99 | 250.00 |
| Frenesi P Willson | 639-N Wood Ave, Florence, Al 35630 | | x | | | | 10/02/99 | 250.00 |
| Frenesi P. Wilson | 639-N Wood Ave, Florence, Al 35630 | | x | | | | 10/04/99 | 5,000.00 |
| G Garry Warren | 205 Westchester Ct, Florence, Al 35630 | | x | | | | 10/02/99 | 250.00 |
| G. Walton Anderson Construction Inc. | 1434 Slaughter Rd, Madison, Al 35758 | x | | | | | 10/13/99 | 500.00 |
| George W. Glatis | 8 Goldeaf Ct, Bethesda, Md 20817 | | x | | | | 10/08/99 | 2,000.00 |
| Gulf State Paper Corporation | P O Box 48999, Tuscaloosa, Al 35404-8999 | x | | | | | 10/02/99 | 1,000.00 |
| Howard Bryan | 402 19th Ave SW, Lanett, Al 36863 | | x | | | | 10/04/99 | 100.00 |
| Integrated Health Services, Inc. | 910 Ridgebrook Road, Sparks, MD 21152 | x | | | | | 11/05/99 | 250,000.00 |
| International Association of Fire Fighters | Washington, DC 20006 | x | | | | | 10/13/99 | 5,000.00 |
| IPSCO Steel of Alabama, Inc. | Mobile, Al | x | | | | | 11/05/99 | 25,000.00 |
| J A Powell, MD | 2212 Mallard Ln SE, Decatur, Al 35601 | | x | | | | 10/05/99 | 100.00 |
| J Mark White | 290 21st St N Ste 600, Birmingham, Al 35203 | | x | | | | 10/02/99 | 1,000.00 |
| J. Michael Rediker | 506 Hampton Dr, Birmingham, Al 35209 | | x | | | | 10/12/99 | 1,000.00 |
| J. T. Malugen | 739 W Main St, Dothan, Al 36301 | | x | | | | 10/22/99 | 1,000.00 |
| Jack L Pruitt | 103 Creekwood Dr, Florence, Al 35630 | | x | | | | 10/02/99 | 100.00 |
| James C. King, P.C. | P O Box 1488, Jasper, Al 35502 | | x | | | | 10/08/99 | 5,000.00 |
| James E. Roberts | 4725 Old Looney Mill Rd, Birmingham, Al 35243 | | x | | | | 10/22/99 | 2,500.00 |
| James E. Rotch | 3668 Brookwood Rd, Birmingham, Al 35223 | | x | | | | 11/02/99 | 500.00 |
| James H. Hammonds | P O Box 807, Selma, Al 36702-0807 | | x | | | | 10/13/99 | 300.00 |
| James Parker | 1136 Appian Way, Dothan, Al 36303 | | x | | | | 10/02/99 | 500.00 |
| | | | | | | Total Contributions This Page | | 339,250.00 |

THE FAIR CAMPAIGN PRACTICES ACT   FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 4 OF 6

THE FCPA REQUIRES THAT THOSE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED. DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM. USE FORMS 3 AND 4 FOR THOSE LISTINGS

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Jay Punroy | P O Box 2333, Anniston, Al 36202 | | X | | | | 10/12/99 | 250.00 |
| Jerry L Culberson | 2600 Cherokee Co Rd 1, Collinsville, Al 35961 | | X | | | | 10/05/99 | 500.00 |
| Jerry M. Kelly | 510 Belleville Ave, Brewton, Al 36426 | | X | | | | 10/12/99 | 1,000.00 |
| Joe H. Ritch | 1600 West Pinte Dr, Huntsville, Al 35801 | | X | | | | 10/04/99 | 500.00 |
| Joseph D Hubbard | 484 Jewell Rd, Oxford, Al 36203 | | X | | | | 10/02/99 | 100.00 |
| JRB Special | 661 E Davis St, Elba, Al 36323 | X | | | | | 10/12/99 | 2,500.00 |
| June Wilder | 5927 Carmel Dr, Montgomery, Al 36117 | | X | | | | 10/26/99 | 130.00 |
| K Dan Summy | 203 E Queensbury Ln, Florence, Al 35630 | | X | | | | 10/02/99 | 100.00 |
| Kaylene A Gebert | 2130 Cedar Ln, Enola, Pa 17025 | | X | | | | 10/02/99 | 100.00 |
| Kendal Foster, MD | 1701 Springhill Ave, Mobile, Al 36604 | | X | | | | 10/05/99 | 100.00 |
| Kenneth R. Adams | 2501 Watkins Circle, Birmingham, Al 35216 | | X | | | | 10/13/99 | 5,000.00 |
| Kenworth of Birmingham, Inc. | P O Box 698, Birmingham, Al 35201 | X | | | | | 10/12/99 | 5,000.00 |
| Kuykendall & Associates, LLC | 2013 1st Ave N, Birmingham, Al 35203 | X | | | | | 10/04/99 | 5,000.00 |
| Larry D. Morris, Attorney At Law | P O Box 66, Alpine, Al 35014 | X | | | | | 10/08/99 | 250.00 |
| Larry F Warren | 1349 Canterbury Ct, Anniston, Al 36207 | | X | | | | 10/02/99 | 100.00 |
| Lizabeth M Harden MD PC | 201 Sivley Rd Ste 550, Huntsville, Al 35801 | X | | | | | 10/05/99 | 100.00 |
| Main Drug, inc. | P O Box 432, Union Springs, Al 36089 | X | | | | | 10/08/99 | 1,000.00 |
| Malcom Street Jr OR | 311 55th St, Anniston, Al 36206 | | X | | | | 10/02/99 | 100.00 |
| Marcia J Littles | P O Box 851387, Mobile, Al 36685 | | X | | | | 10/05/99 | 100.00 |
| Marguerite J Barber-Owens MD PC | 3091 Gaston Ave Ste C, Montgomery, Al 36105 | X | | | | | 10/05/99 | 200.00 |
| Mary Beth Eck Campbell | Two Owl Ln, Florence, Al 35630-2070 | | X | | | | 10/02/99 | 100.00 |
| Mayer Mitchell | P O Box 16006, Mobile, Al 36616 | | X | | | | 10/08/99 | 1,000.00 |
| McMillian & Associates, L.L.C. | P O Box 241651, Montgomery, Al 36124 | X | | | | | 10/08/99 | 500.00 |
| Michael D Yates, MD PC | 303 Williams Ave Ste 1421, Huntsville, Al 35801 | X | | | | | 10/05/99 | 2,500.00 |
| Morris and Conchin, P.C. | P O Box 248, Huntsville, Al 35804 | X | | | | | 10/13/99 | 500.00 |
| Mrs. Ellis F. Porch | 1171 Gunterville Rd, Arab, Al 35016 | | X | | | | 10/13/99 | 250.00 |
| Norman H. Grider | 3401 Prince George Dr, Montgomery, al 36109 | | X | | | | 10/12/99 | 200.00 |
| Oscar Crawley | 611 N 14th St, Lanett, Al 36863 | | X | | | | 10/13/99 | 200.00 |
| P. B. McLaughlin, Jr. | 106 Joseph Dr, Ozark, Al 36361 | | X | | | | 10/12/99 | 100.00 |
| P. E. LaMoreaux & Associates, Inc. | PO Box 2310, Tuscaloosa, Al 35403 | X | | | | | 10/22/99 | 500.00 |
| Panel-Tec, Inc. | PO Box 2394, Huntsville, Al 35804 | X | | | | | 10/04/99 | 500.00 |
| Paris Wixon | 2520 Gunter Park Dr, Montgomery, Al 36109 | X | | | | | 10/13/99 | 10,000.00 |
| Parsons Wible Brummal Alkire/Architects, Inc. | 4001 Carmichael Rd Ste 100, Montgomery, Al 36106-3603 | X | | | | | 10/12/99 | 1,000.00 |
| Patrick B. Trammell | 2317 21st Ave S, Birmingham, Al 35223-1720 | | X | | | | 10/13/99 | 1,000.00 |
| | | | | | | Total Contributions This Page | | 40,480.00 |

THE FAIR CAMPAIGN PRACTICES ACT

FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 5 OF 6

THE FCPA REQUIRES THAT THOSE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED. DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM. USE FORMS 3 AND 4 FOR THOSE LISTINGS.

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| Patsy C. Covey | 3616 Stein St, Mobile, Al 36608 | | x | | | | 10/08/99 | 1,000.00 |
| Paul D. Owens, Jr. | P O Box 1229, Brewton, Al 36427 | | x | | | | 10/13/99 | 1,000.00 |
| Penn Credit Corp | 916 South 14th St, Harrisburg, Pa 17104 | x | | | | | 10/12/99 | 1,000.00 |
| Plantation Springs, Inc. | 1905 Florence Blvd, Florence, Al 35630 | x | | | | | 10/28/99 | 500.00 |
| Project Innovation of Mobile | P O Box 8508, Mobile, Al 36608 | x | | | | | 10/08/99 | 500.00 |
| R Allen Crow | P O Box 2532, Anniston, Al 36202 | | x | | | | 10/02/99 | 100.00 |
| Ralph W Hornsby | 1110 Gleneagles Dr, Huntsville, Al 35801 | | x | | | | 10/04/99 | 500.00 |
| Rhea, Boyd & Rhea | 930 Forrest Ave, Gadsden, Al 35901 | x | | | | | 10/12/99 | 500.00 |
| Rice Banking Company | 109 South Court St, Montgomery, Al 36104 | x | | | | | 10/13/99 | 2,500.00 |
| Richard F. Scruggs | P O Drawer 1425, Pascagoula, Ms 39568 | | x | | | | 10/08/99 | 25,000.00 |
| RNR Ventures, LLC | 200 Clinton Ave Ste 404, Huntsville, Al 35801 | x | | | | | 10/04/99 | 5,000.00 |
| Robert A. Serio | 7728 Donegal Dr, Huntsville, Al 35802 | | x | | | | 10/13/99 | 250.00 |
| Robert A. Shearer | 1218 Marseille Dr, Mobile, Al 36693 | | x | | | | 10/04/99 | 240.00 |
| Robert M Field | P O Box 580, Anniston, Al 36202 | | x | | | | 10/02/99 | 100.00 |
| Robert M Hill Jr Attorney at Law | 129 Creekside Dr, Florence, Al 35630 | x | | | | | 10/02/99 | 500.00 |
| Robert R Bottimore, Jr | 213 West Sequoia Dr e, Florence, Al 35630 | | x | | | | 10/02/99 | 1,000.00 |
| Robert W. Buchalter | 1026 Mallard Cir, Tuscaloosa, Al 35405 | | x | | | | 10/12/99 | 5,000.00 |
| Roosevelt McCorvey | 3088 Rosa Parks Ave, Montgomery, Al 36105 | | x | | | | 10/05/99 | 1,500.00 |
| Roosevelt McCorvey, MD | 9200 Gainswood, Montgomery, Al 36117 | | x | | | | 10/05/99 | 255.00 |
| Russell R. Steiner | 3509 Riviere Du Chein Ct, Mobile, Al 36693 | | x | | | | 10/04/99 | 1,000.00 |
| S. E. Ledoux | 2604 Charleston Oaks, Mobile, Al 36695 | | x | | | | 10/08/99 | 100.00 |
| Samuel H Monk | P O Box 636, Anniston, Al 36202 | | x | | | | 10/02/99 | 100.00 |
| SCT Software & Resource Management Corp | Birmingham, AL | x | | | | | 11/05/99 | 15,000.00 |
| SIXPac | 400 S Union St Ste 465, Montgomery, Al 36104 | | | x | | | 10/02/99 | 15,000.00 |
| South Alabama Bancorporation PAC | P O Box 3067, Mobile, Al 36652 | | | x | | | 10/08/99 | 1,000.00 |
| South Alabama Political Action Committee For Higher | Mobile, Al | | | x | | | 10/08/99 | 5,760.00 |
| Stallings & Sons, Inc. | 1140 Newell Parkway, Montgomery, Al 36110 | x | | | | | 10/08/99 | 1,000.00 |
| Stanley M. Roper | 61 Sulfur Springs Rd, Springville, Al 35146 | | x | | | | 10/08/99 | 200.00 |
| Sterling Bank | Montgomery, Al 36106 | x | | | | | 10/08/99 | 5,000.00 |
| Susanna Revelle Gwyn | 424 McClung Ave SE, Huntsville, Al 35801 | | x | | | | 10/04/99 | 500.00 |
| Tamara Y Lee | 2533 Poplar St, Montgomery, Al 36107 | | x | | | | 10/12/99 | 250.00 |
| Ted Hooks | 1300 Old Gadsden Hwy, Anniston, Al 36207 | | x | | | | 10/02/99 | 100.00 |
| Terry G Davis, PC Attorney at Law | P O Box 230907, Montgomery, Al 36123 | x | | | | | 10/02/99 | 1,000.00 |
| The Hollingsworth Companies | Two Centre Plaza, Clinton, Tn 37716 | x | | | | | 10/02/99 | 5,000.00 |
| Thomas AP R Jones | P O Box 2367, Selma, Al 36702-2367 | | x | | | | 10/12/99 | 1,000.00 |
| | | | | | | Total Contributions This Page | | 98,455.00 |

THE FAIR CAMPAIGN PRACTICES ACT    FORM 2: CONTRIBUTIONS RECEIVED BY POLITICAL ACTION COMMITTEE

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 6 OF 6

THE FCPA REQUIRES THAT THOSE CONTRIBUTIONS GREATER THAN $100 BE ITEMIZED. DO NOT LIST IN-KIND CONTRIBUTIONS OR LOANS ON THIS FORM. USE FORMS 3 AND 4 FOR THOSE LISTINGS.

| CONTRIBUTION (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | SOURCE OF CONTRIBUTION ||||| DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| | | BUSINESS/ CORPORATION | INDIVIDUAL | PAC | OTHER | RETURNED | | |
| Thomas M Tyrrell | 28 Lancaster Rd, Mobile, Al 36608 | | X | | | | 10/05/99 | 100.00 |
| Thomas T. Gallion | P O Box 4660, Montgomery, Al 36103-4660 | | X | | | | 10/08/99 | 2,500.00 |
| United Healthcare of Alabama | 3700 Colonnade Pkwy, Birmingham, Al 35243 | X | | | | | 10/22/99 | 2,500.00 |
| United Transportation Union | Cleveland, Oh 44107-4250 | X | | | | | 10/08/99 | 5,000.00 |
| USG Corporation | 125 S Franklin St, Chicago, Il 60606-4678 | X | | | | | 10/13/99 | 25,000.00 |
| Vesta Insurance Group, Inc. State PAC (VESTPAC) | 3760 River Run Dr, Birmingham, Al 35243 | | | X | | | 10/12/99 | 10,000.00 |
| Vulcan Material Company | P O Box 380607, Birmingham, Al 35238-0607 | X | | | | | 10/13/99 | 10,000.00 |
| Vulcan Publications, Inc. | P O Box 55886, Birmingham, Al 35255 | X | | | | | 10/12/99 | 5,000.00 |
| W. L. Perry Wholesale Company, Inc. | P O Box 745, Troy, Al 36081 | X | | | | | 10/08/99 | 10,000.00 |
| W. Troy Massey, P.C. | 4200 Carmichael Ct N, Montgomery, Al 36106 | X | | | | | 10/08/99 | 500.00 |
| Ward N. Pell | 6162 Crowne Falls Pkwy, Hoover, Al 35244 | | X | | | | 10/26/99 | 2,000.00 |
| Wheeler G. Foshee, Jr. | 3457 Warrenton Rd, Montgomery, Al 36111 | | X | | | | 10/13/99 | 250.00 |
| Wilbur B Shuler | 504 Oak Hill, Sheffield, Al 35660 | | X | | | | 10/13/99 | 250.00 |
| Wilkins, Bankester, Biles & Wynne, P.A. | P O Box 400, Bay Minette, Al 36507 | X | | | | | 10/13/99 | 2,500.00 |
| William R Jones Jr | 695 Dopson Point Rd, Tallassee, Al 36078-2613 | | X | | | | 10/02/99 | 2,000.00 |
| William S Smith | Rt 8 Box 398, Florence, Al 35630 | | X | | | | 10/02/99 | 100.00 |
| Wisner, Adams, Walker & Line, P.C. | 100 Washington St #200, Huntsville, Al 35801 | X | | | | | 10/12/99 | 500.00 |
| Wyatt Brothers Enterprises | 3528 Skyland Blvd E, Tuscaloosa, Al 35405 | X | | | | | 10/04/99 | 2,000.00 |
| Yarbrogh Companies, Inc | 2809 5th Ave S, Birmingham, AL 35233 | X | | | | | 10/04/99 | 1,000.00 |

Total Contributions This Page: 81,200.00

ALABAMA FAIR CAMPAIGN PRACTICES ACT

# FORM 3: IN-KIND CONTRIBUTIONS RECEIVED BY POLITICAL COMMITTEE

PAGE 1 OF 1

NAME OF POLITICAL COMMITTEE: Alabama Education Foundation

The FCPA requires that those contributions greater than $100 be itemized. DO NOT LIST cash or loans on this form. Use Forms 2 and 4 for those listings.

| CONTRIBUTOR (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | NATURE OF CONTRIBUTION (CHECK ONE) ||||||||| SOURCE (CHECK ONE) |||| DATE CONTRIBUTION RECEIVED (mo./day/yr.) | AMOUNT OF CONTRIBUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Administrative | Advertising | Consultants/Polling | Equipment | Food | Rent | Transportation | Other | Business/Corporation | Individual | PAC | Other | | |
| Timothy Fletcher | Harness Hill, Roomington Rd. Montgomery, AL 36106 | | | | | ✓ | | | | ✓ | | | | 10/6/1999 | $466.56 |
| Maynard Cooper | 1901 6th Avenue North, #2400 Birmingham, AL 35214 | | | | | | | | ✓ | ✓ | | | | 12/3/1999 | $26,000.00 |
| Kassouf & Co. | 2208 University Boulevard Birmingham, AL 35233 | | | | | | | | ✓ | ✓ | | | | 12/3/1999 | $16,740.00 |

TOTAL IN-KIND CONTRIBUTIONS THIS PAGE

FORM REVISED 10.29.99

ALABAMA FAIR CAMPAIGN PRACTICES ACT

# FORM 4: RECEIPTS FROM OTHER SOURCES

LOANS/INTEREST/OTHER SOURCES OF INCOME TO POLITICAL COMMITTEE

NAME OF POLITICAL COMMITTEE: Alabama Education Foundation

PAGE 1 OF 1

The FCPA requires that those contributions greater than $100 be itemized. DO NOT LIST cash or in-kind contributions on this form. Use Forms 2 and 3 for those listings.

| SOURCE OF RECEIPT (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP) | FORM OF RECEIPT | | | COMPLETE THIS BLOCK IF RECEIPT IS A LOAN — GUARANTORS [FCPA REQUIRES FULL NAME AND COMPLETE ADDRESS OF INDIVIDUAL(S) ENDORSING OR GUARANTEEING LOAN] | RECEIPT SOURCE (CHECK ONE) | | | | | DATE RECEIVED (mo./day/yr.) | AMOUNT OF RECEIPT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Interest | Loan | Other | | Lending Institution | PAC | Individual | Business | Other | | |
| First Commercial Bank | 800 Shades Cr. Pky. Birmingham, AL | | ✓ | | | ✓ | | | | | 10/3/0199 | $250,000.00 |
| First Commercial Bank | 800 Shades Cr. Pky. Birmingham, AL | | ✓ | | | ✓ | | | | | 10/7/0199 | $150,000.00 |
| Message & Media, Inc. | 65 Church St., New Brunswick, NJ | | | ✓ | | | | | ✓ | | 10/8/0199 | $6,000.00 |
| Four Points Hotel | 1000 Glenn Heed Blvd. | | | ✓ | | | | | ✓ | | 10/6/0199 | $15.00 |
| Carter Wells | 1157 S. Perry Street | | | ✓ | | | | | | ✓ | 11/2/0199 | $435.65 |

TOTAL RECEIPTS THIS PAGE

FORM REVISED 10.29.99

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE TOP

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | POLLING/CONSULTANTS | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo./day/yr.) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABC Printing | 2834 W Edgemont Ave, Montgomery, AL 36132 | X | | | | | | | | | | 10/10/99 | (4,494.00) |
| Action in Mailing Postage Account | 6036 Perimeter Pkwy, Montgomery, AL 36132 | X | | | | | | | | | | 10/06/99 | (665.21) |
| Action in Mailing Postage Account | 6036 Perimeter Pkwy, Montgomery, AL 36132 | X | | | | | | | | | | 12/31/99 | (936.90) |
| Alabama Business Broadcast Ctr | Montgomery, Al | X | | | | | | | | | | 10/10/99 | (1,850.00) |
| Alabama Department of Industrial Relations | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (228.80) |
| Alabama Department of Revenue | P O Box 327483, Montgomery, Al 36132-7482 | X | | | | | | | | | | 01/05/00 | (676.65) |
| Alabama Department of Revenue | P O Box 327483, Montgomery, Al 36132-7483 | X | | | | | | | | | | 10/13/99 | (1,475.87) |
| Alabama Gas | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (243.83) |
| Alabama Gas | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (214.33) |
| Alabama Power Co | P O Box 242, Birmingham, AL 35292 | X | | | | | | | | | | 10/27/99 | (205.26) |
| Alabama Press Association | 3324 Independence Drive #200, Birmingham, AL 35232 | | X | | | | | | | | | 10/04/99 | (40,097.00) |
| Anniston Crusader | Montgomery, Al | | X | | | | | | | | | 10/04/99 | (660.00) |
| Arch Paging | P O Box 740085, Cincinnati, Oh 45274-0085 | X | | | | | | | | | | 10/11/99 | (124.37) |
| Arch Paging | P O Box 9001310, Ouuisville, Ky 40290-1310 | X | | | | | | | | | | 11/10/99 | (131.52) |
| Auburn University Montgomery | 1157 So Perry St, Montgomery, Al 36104 | | X | | | | | | | | | 10/04/99 | (150.00) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, Al 35244-1870 | X | | | | | | | | | | 10/03/99 | (653.68) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, Al 35244-1870 | X | | | | | | | | | | 10/03/99 | (1,218.89) |
| BellSouth | 100 Concourse Pkwy Ste 290, Birmingham, Al 35244-1870 | X | | | | | | | | | | 10/03/99 | (208.51) |
| Bellsouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 10/13/99 | (2,189.59) |
| Bellsouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 10/26/99 | (642.14) |
| Bellsouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 12/31/99 | (318.75) |
| Bellsouth | P O Box 740144, Atlanta, Ga 30374-0144 | X | | | | | | | | | | 12/31/99 | (105.43) |
| Bellsouth Mobility | P O Box 530028, Atlanta, GA 30353-0022 | X | | | | | | | | | | 10/27/99 | (3,544.35) |
| Bellsouth Mobility | P O Box 530028, Atlanta, GA 30353-0022 | X | | | | | | | | | | 12/31/99 | (519.93) |
| Bellsouth Mobility | P O Box 530028, Atlanta, GA 30353-0022 | X | | | | | | | | | | 12/31/99 | (279.22) |
| Birmingham Times | 115 3rd Avenue W, Birmingham, AL 35233 | | X | | | | | | | | | 10/04/99 | (663.00) |
| Brendle Rental | 485 N Eastern Blvd, Montgomery, AL 36104 | X | | | | | | | | | | 10/10/99 | (1,127.71) |
| Brendle Rental | 485 N Eastern Blvd, Montgomery, AL 36104 | X | | | | | | | | | | 10/12/99 | (463.12) |
| Capital Filmworks | 1032 Eastdale Mall, Montgomery, AL 36111 | X | | | | | | | | | | 10/27/99 | (2,960.65) |
| Carter Wells | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/11/99 | (5,975.37) |
| Carter Wells | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/14/99 | (4,211.76) |
| Carter Wells | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/10/99 | (3,640.97) |
| Carter Wells (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (2,005.35) |
| Carter Wells (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/28/99 | (2,005.35) |
| | | | | | | | | | | | TOTAL EXPENDITURES ON THIS PAGE | | (84,887.51) |

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

PAGE 7 OF

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/ POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo./day/yr.) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carter Wells (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/12/99 | (2,005.35) |
| Chris Burrineau | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/03/99 | (130.00) |
| CNS | P O Box 5346, Denver, Co 80217-5345 | X | | | | | | | | | | 10/03/99 | (1,123.47) |
| CNS | P O Box 5346, Denver, Co 80217-5346 | X | | | | | | | | | | 10/26/99 | (1,527.41) |
| CNS | P O Box 5346, Denver, Co 80217-5346 | X | | | | | | | | | | 12/31/99 | (584.51) |
| CNS | P O Box 5346, Denver, Co 80217-5346 | X | | | | | | | | | | 12/31/99 | (287.27) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 01/05/00 | (130.44) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | | (1,548.38) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 10/13/99 | (4,350.31) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 10/13/99 | (109.58) |
| Colonial Bank | 649 Monroe St, Montgomery, Al 36131-4220 | X | | | | | | | | | | 10/28/99 | (424.08) |
| Compos-It | P O Box 6107, Montgomery, Al 36106-0107 | | X | | | | | | | | | 10/11/99 | (376.92) |
| Cooper & Secrest Associates | Montgomery, Al | | | X | | | | | | | | 10/27/99 | (307.77) |
| Cooper & Secrest Associates | Montgomery, Al | | | X | | | | | | | | 11/01/99 | (3,920.00) |
| Crawford Communications | 535 Plasamour Dr, Atlanta, Ga 30324 | | X | | | | | | | | | 10/26/99 | (175.00) |
| Cunningham Harris & Associates | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 10/04/99 | (8,000.00) |
| Cunningham Harris & Assoc, Inc. | 201 Grand Central Ave, Ripley, West Virginia 25271 | X | | | | | | | | | | 10/11/99 | (700.31) |
| Cunningham Harris & Assocs, Inc. | 201 Grand Central Ave, Ripley, WV 25271 | X | | | | | | | | | | 10/26/99 | (5,046.71) |
| Cunningham Harris & Assocs. Inc. | 201 Grand Central Ave, Ripley, West Virginia 25271 | | | | | | X | | | | | 10/11/99 | (8,000.00) |
| Cunningham Harris & Associates | 201 Grand Central Ave, Ripley, West Virginia 25271 | | | | | | X | | | | | 10/03/99 | (3,513.90) |
| Cunningham Harris & Associates | 201 Grand Central Ave, Ripley, WV 25271 | X | | | | | | | | | | 12/31/99 | (2,769.09) |
| Cunningham Harris & Associates | 201 Grand Central Ave, Ripley, WV 25271 | X | | | | | | | | | | 12/31/99 | (1,560.87) |
| Darin Cline | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/03/99 | (350.42) |
| Darin Cline | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/03/99 | (252.80) |
| Department of Industrial Relations | Montgomery, Al | X | | | | | | | | | | 10/13/99 | (663.45) |
| DJ's BBQ | 892 Twin Lake Dr NE, Birmingham, AL 35232 | | | | | X | | | | | | 10/12/99 | (1,008.45) |
| Faith Tribune | 5311 Wares Ferry Rd., Montgomery, AL 36104 | | X | | | | | | | | | 10/04/99 | (260.00) |
| Federal Express | P O Box 1140, Memphis, Tn 38101-1139 | X | | | | | | | | | | 10/03/99 | (128.00) |
| Federal Express | P O Box 1140, Memphis, Tn 38101-1140 | X | | | | | | | | | | 10/11/99 | (243.25) |
| Federal Express | P O Box 1140, Memphis, Tn 38101-1140 | X | | | | | | | | | | 10/26/99 | (724.00) |
| Federal Express | P O Box 1140, Memphis, Tn 38101-1140 | X | | | | | | | | | | 12/31/99 | (128.50) |
| Federal Express | P O Box 1140, Memphis, Tn 38101-1140 | X | | | | | | | | | | 12/31/99 | (122.25) |
| First Commercial Bank | 9324 Parkway East, Birmingham, AL 35216 | | | | | | | X | | | | 11/03/99 | (402,258.75) |
| Four Points Hotel | 320 Paul W Bryant Drive East, Tuscaloose, AL 35473 | | | | | | | | X | | | 10/09/99 | (125.00) |
| TOTAL EXPENDITURES ON THIS PAGE | | | | | | | | | | | | | (452,856.24) |

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 3 OF:

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESSES SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/ POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo./day/yr.) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frontier Communications Service | Montgomery, Al | X | | | | | | | | | | 11/10/99 | (1,851.40) |
| Frontier Communications Service | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (324.20) |
| Frontier Communications Service | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (284.45) |
| Giles Farley | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/11/99 | (197.60) |
| Golden Tiger Network | 1157 So Perry St, Montgomery, Al 36104 | | X | | | | | | | | | 11/05/99 | (1,100.00) |
| Greene Co. Democrat | Montgomery, Al | | X | | | | | | | | | 10/04/99 | (396.00) |
| Hall & Hall LLC | 600 Luckie Dr Ste 405, Birmingham, Al 35223 | X | | | | | | | | | | 10/11/99 | (5,408.07) |
| Harbins | P O Box 4803, Montgomery, Al 36102 | X | | | | | | | | | | 11/03/99 | (244.98) |
| Harbin's Inc. | P O Box 4803, Montgomery, Al 36103 | X | | | | | | | | | | 10/11/99 | (619.12) |
| Jaime Hargrove | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/26/99 | (1,113.98) |
| Jaime Hargrove (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (697.00) |
| Jaime Hargrove (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/28/99 | (697.00) |
| Jaime Hargrove (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/12/99 | (697.00) |
| James Andrews & Company | 1201 11th Avenue South, Birmingham, AL 35236 | X | | | | | | | | | | 10/04/99 | (23,839.46) |
| James Andrews & Company | 1201 11th Avenue South, Birmingham, AL 35236 | X | | | | | | | | | | 10/14/99 | (2,135.95) |
| Jamie Hargrove | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/03/99 | (730.17) |
| Jason Anderson | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/14/99 | (2,265.17) |
| Jesse Lewis & Associates | 1129 22nd Street South, Birmingham, AL 35233 | | | X | | | | | | | | 10/08/99 | (12,644.98) |
| Jesse Lewis & Associates | 1129 22nd Street South, Birmingham, AL 35233 | | | X | | | | | | | | 10/09/99 | (9,500.00) |
| Joe Hagler | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/09/99 | (1,000.00) |
| Kristin Carvell (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (2,005.35) |
| Kristina M Van | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/03/99 | (575.15) |
| Leigh Maples | 1156 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/01/99 | (500.00) |
| Leigh Maples (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (422.86) |
| Leigh Maples (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/28/99 | (422.86) |
| Leigh Maples (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/12/99 | (422.86) |
| Michael Babb (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (406.49) |
| Michael Babb (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/28/99 | (406.49) |
| Michael Babb (Payroll 11/1 - 11/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 11/12/99 | (406.49) |
| MindSpring Enterprises, Inc. | 1430 West Peachtree St NW Ste 400, Atlanta, Ga 30309 | X | | | | | | | | | | 10/03/99 | (149.00) |
| Montgomery - Tuskegee Times | 525 Augusta Avenue, Montgomery, AL 36104 | | X | | | | | | | | | 10/04/99 | (567.00) |
| Montgomery Catering | 770 Washington St F16, Montgomery, AL 36104 | | | | | X | | | | | | 10/12/99 | (1,373.40) |
| Montgomery Jazz | Montgomery, Al | X | | | | | | | | | | 10/12/99 | (500.00) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, Al 36102-1826 | X | | | | | | | | | | 10/11/99 | (322.42) |
| | | | | | | | | | | | TOTAL EXPENDITURES ON THIS PAGE | | (74,226.90) |

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 4 OF

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | POLLING CONSULTANTS/ | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo./day/yr.) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montgomery Office Equipment | P O Box 1826, Montgomery, Al 36102-1826 | X | | | | | | | | | | 10/13/99 | (237.89) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, Al 36102-1826 | X | | | | | | | | | | 10/26/99 | (367.35) |
| Montgomery Office Equipment | P O Box 1826, Montgomery, Al 36102-1826 | X | | | | | | | | | | 12/31/99 | (873.60) |
| Monticello | 6037 Monticello Dr, Montgomery, Al 36117 | X | | | | | | | | | | 10/03/99 | (750.00) |
| Newfields (R. Dent) | Montgomery, Al | X | | | | | | | | | | 10/14/99 | (4,479.02) |
| OPM | 1000 Monticello Ct., Montgomery, AL 36117 | | | X | | | | | | | | 10/11/99 | (6,100.00) |
| Parker Group | 468 Palisades Blvd, Birmingham, AL 35209 | X | | | | | | | | | | 10/14/99 | (40,686.79) |
| Paul Hamrick | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/14/99 | (290.57) |
| Personal Touch Catering | 9920 Wares Ferry Road, Montgomery, AL 36104 | | | | | X | | | | | | 10/12/99 | (3,741.00) |
| Personal Touch Catering | 9920 Wares Ferry Road, Montgomery, AL 36104 | | | | | X | | | | | | 10/14/99 | (2,375.00) |
| Powertel | 1233 O G Skinner Dr, West Point, Ga 31833 | X | | | | | | | | | | 10/03/99 | (639.91) |
| Powertel | 1233 O G Skinner Dr, West Point, Ga 31833 | X | | | | | | | | | | 10/26/99 | (1,541.36) |
| Quentin Jefferson | Montgomery, Al | | X | | | | | | | | | 10/13/99 | (175.00) |
| Real Estate Management Company | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | X | | | | | 10/04/99 | (500.00) |
| RSA Activities | | | | | | | | | | | | 11/15/99 | (1,000.00) |
| Sheraton Birmingham Hotel | 8 Perimeter Park South, Birmingham, AL 35216 | | | | | | | | X | | | 10/09/99 | (189.00) |
| Shorr & Associates Media Account | New York, NY | | X | | | | | | | | | 10/05/99 | (292,000.00) |
| Shorr & Associates Media Account | New York, NY | | X | | | | | | | | | 10/04/99 | (400,000.00) |
| Shorr & Associates, Inc. | New York, NY | | X | | | | | | | | | 10/04/99 | (53,000.00) |
| Skinner Printing Company, Inc. | P O Box 1787, Montgomery, Al 36102-1787 | | X | | | | | | | | | 10/11/99 | (2,770.21) |
| Skinner Printing Company, Inc. | P O Box 1787, Montgomery, Al 36102-1787 | | X | | | | | | | | | 10/26/99 | (318.61) |
| Special Occassions | 2820 Central Avenue, Birmingham, AL 35232 | | | | | X | | | | | | 10/12/99 | (1,675.79) |
| Sprint | P O Box 101343, Atlanta, Ga 30392-1343 | X | | | | | | | | | | 10/26/99 | (2,450.90) |
| State of Alabama | Montgomery, AL | X | | | | | | | | | | 10/27/99 | (297.91) |
| The Parker Group | 468 Palisades Blvd, Birmingham, al 35209 | X | | | | | | | | | | 10/04/99 | (78,851.07) |
| Tim Huddleston | Montgomery, AL | X | | | | | | | | | | 11/01/99 | (519.00) |
| Trissi Simpkins (Payroll 10/01 - 10/15) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/13/99 | (658.23) |
| Trissi Simpkins (Payroll 10/16 - 10/31) | 1157 So Perry St, Montgomery, Al 36104 | X | | | | | | | | | | 10/28/99 | (658.23) |
| USPS | Montgomery, AL | X | | | | | | | | | | 10/05/99 | (60,728.94) |
| USPS | Montgomery, AL | X | | | | | | | | | | 10/07/99 | (262.08) |
| Viva Health | P O Box 830821 Drawer 1044, Birmingham, Al 35283-0821 | X | | | | | | | | | | 10/26/99 | (237.83) |
| Westside Weekly | Birmingham, AL | | X | | | | | | | | | 10/05/99 | (400.00) |
| Wiregrass Times | 260 West Main Street, Dothan, AL 36123 | | X | | | | | | | | | 10/04/99 | (964.00) |
| Wood Specialties | 2745 Day Street, Montgomery, AL 36104 | X | | | | | | | | | | 10/05/99 | (2,075.25) |
| | | | | | | | | | | | TOTAL EXPENDITURES ON THIS PAGE | | (961,814.54) |

# THE FAIR CAMPAIGN ACT
## FORM 5: EXPENDITURES/ INCLUDING CONTRIBUTIONS TO CANDIDATES, POLITICAL PARTIES, AND POLITICAL ACTION COMMITTEES

NAME OF POLITICAL COMMITTEE: ALABAMA EDUCATION FOUNDATION

PAGE 5 OF

THE FCPA REQUIRES THAT EXPENDITURES OVER $100 BE ITEMIZED.

| PERSON/GROUP/BUSINESS RECEIVING EXPENDITURE (INCLUDE FULL NAME) | ADDRESS (ADDRESS SHOULD INCLUDE STREET OR P.O. BOX, CITY, STATE, AND ZIP CODE) | ADMINISTRATION | ADVERTISING | CONSULTANTS/POLLING | CONTRIBUTION | FOOD | FUNDRAISING | LOAN REPAYMENT | LODGING | TRANSPORTATION | OTHER GIVE BRIEF EXPLANATION | DATE OF EXPENDITURE (mo./day/yr.) | AMOUNT OF EXPENDITURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BDD&McKay | Birmingham, AL | X | | | | | | | | | | 12/31/99 | (12,366.90) |
| Premiere Voice & Data Messaging | Montgomery, Al | X | | | | | | | | | | 12/31/99 | (2,367.43) |
| Sprint Conference Line | Birmingham, AL | X | | | | | | | | | | 12/31/99 | (141.06) |
| Global Crossing | P O Box 741276, Cincinnatti, OH 45274-1276 | X | | | | | | | | | | 12/31/99 | (608.65) |
| Capital Filmworks | 1032 Eastdale Mall, Montgomery, AL 36131 | X | | | | | | | | | | 12/31/99 | (801.61) |
| Adam's Mark Mobile | 64 South Water Street, Mobile, AL 36602 | X | | | | | | | | | | 12/31/99 | (331.52) |
| Alabama Telephone Systems, Inc | 20 Cecil Lane, Montgomery, AL 36109 | X | | | | | | | | | | 12/31/99 | (207.76) |
| Protection One | P O Box 78855, Phoenix, AZ 85062-8855 | X | | | | | | | | | | 12/31/99 | (113.97) |
| L Paul Kassouf & Co., P.C. | 2208 University Blvd., Birmingham, AL 35233-2393 | X | | | | | | | | | | 12/31/99 | (3,093.43) |
| | | TOTAL EXPENDITURES ON THIS PAGE | | | | | | | | | | | (20,032.33) |