**Pearl River Resort**
Choctaw, MS

Silver Star Hotel & Casino • Golden Moon Hotel & Casino • Dancing Rabbit Golf Club • Geyser Falls Water Theme Park

June 8, 2005

Federal Bureau of Investigation
Jim Murray, Special Agent
1 Commerce Street, Suite 606
Montgomery, Alabama 36104

Dear Mr. Murray:

I have received the subpoena served on the Mississippi Band of Choctaw Indians d/b/a Choctaw Resort Development Enterprise regarding Enterprise Records of:

    E.C. Foshee
    Les Siegelman
    Don Siegelman
    Ray D. Bass
    Jim Allen
    Gary Mac Roberts
    Judy D. Roberts
    Paul Hamrick
    Nick Bailey
    Johnny Crawford
    Ken Funderburk

My office has collected all applicable files/documents in reference to the above named individuals, and I am enclosing copies of the following:

    Report Action Journal
    Credit File
    Accounts Receivable Journal for Credit Files
    Comp Reports
    W-2G's

These records are produced as a result of a search done by our personnel, and to the best of our knowledge these documents comply with the terms of your subpoena request and are the extent of information we have on the subject matter.


EXHIBIT C

P. O. Box 6260 • 390 Industrial Road • Choctaw, Mississippi 39350 • (601) 650.1234
A Development of the Mississippi Band of Choctaw Indians

GH250081

Should you have any problems or need help in reading these documents please contact the following:

    Liz York, Players Club Manager at 601.650.1209, for questions on Report Action Journal's

    Joanne Parker, Credit Manager at 601.663.0291, for questions on Credit Files and Accounts Receivable Journal for Credit Files

    Jason York, Director of Database at 601.663.0326, for questions on Comp Reports

    Ralph Milner, Internal Control Supervisor at 601.663.0364, for questions on W-2G's

Please feel free to contact me with any further questions you may have, I can be reached at 1.800.557.0711 EXT. 6735 or 601.389.3019.

Sincerely,

*RADover*

Ruth Allison Dover
General Counsel
Mississippi Band of Choctaw Indians d/b/a
Choctaw Resort Development Enterprise

RAD/llc