IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05cr119-MEF |
| ) | |
| RICHARD SCRUSHY ) | |
| DON EUGENE SIEGELMAN ) | |
| PAUL MICHAEL HAMRICK ) | |

**ORDER**

On March 6, 2006, the court set a hearing on the defendants' motions challenging the jury composition and setting specific deadlines for exchanging expert witness reports. (Doc. # 193). On March 20, 2006, the court held a status conference during which the parties agreed to adjust some deadlines and reset the hearing from April 3, 2006 until April 10, 2006. Accordingly, it is

ORDERED as follows:

1. That the hearing on the defendants' motions challenging the jury composition be and is hereby RESET from April 3, 2006 to 9:00 a.m. on April 10, 2006, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. That the defendants shall furnish their expert witness reports to opposing counsel on or before March 29, 2006.

3. That the United States shall furnish their expert witness reports to opposing counsel on or before April 3, 2006.

4. That, prior to the hearing on April 10, 2006, counsel are authorized to depose the expert witnesses, no earlier than three days after receipt of the expert witnesses' reports.

5. That all depositions and exhibits upon which the parties will rely shall be filed with the Court. Any depositions and/or exhibits that contain personally identifiable juror information shall be filed under seal.

The Clerk of the Court is DIRECTED to accept and file any depositions and/or exhibits, and to file under seal any depositions or exhibited designated as containing personally identifiable juror information.

Done this 20th day of March, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE