IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>  )<br>   Plaintiff,    )<br>  )<br>v.    )<br>  )<br>DON EUGENE SIEGELMAN, et al )<br>  )<br>   Defendant.    ) | CR NO. 2:05-cr-119-F |

## MOTION TO WITHDRAW

COMES NOW G. Douglas Jones, who previously entered an appearance in this case on behalf of Defendant Don Eugene Siegelman, and hereby moves to withdraw as counsel of record from this case. As the Court has been previously advised, movant has a conflict due to other trial settings. The withdrawal by movant will in no way affect the scheduling or trial of this case in that the transition for new trial counsel for Governor Siegelman is complete.

Submitted by,


/s/ G. Douglas Jones

OF COUNSEL:

G. Douglas Jones
WHATLEY DRAKE, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576
Fax: (205) 328-9669

Charles Redding Pitt
John D. Saxon. PC
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
Fax: 205-323-1583

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2006, I electronically filed the foregoing "Motion to Withdraw" with the Clerk of the Court using CM/ECF system which will sent notification of such to counsel of record.

/s/ G. Douglas Jones
OF COUNSEL