IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw filed by G. Douglas Jones (Doc. #248) on March 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 22nd day of March, 2006.

      /s/ Mark E. Fuller
      CHIEF UNITED STATES DISTRICT JUDGE