IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| PAUL MICHAEL HAMRICK | ) | |
| GARY MACK ROBERTS | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Based on the discussion with counsel during a telephone conference held on March 21, 2006 between the Chief United States Magistrate Judge and counsel, it is

ORDERED that the parties, counsel, and all other persons involved in any way with the defense or prosecution of this case shall not use any of the information or data provided to the parties pursuant to 28 U.S.C. § 1867(f) or the request of any party for the purpose of identifying the name or other identifying information about those persons who may be jurors in the trial of this case. It is further

ORDERED that on or before March 24, 2006, any party, counsel of record, expert and any other person involved with the prosecution or defense of this case who has had access to the information or data shall file with the court an affidavit certifying that they have not used the data or information for the purpose of identifying the name or other identifying information about those persons who may be jurors in the trial of this case. If any party, counsel, expert or other person is unable to make this certification, counsel shall inform the

Chief United States Magistrate Judge of the reasons for this inability on or before March 24, 2006.

DONE this the 22nd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE