IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * |
| | CR NO.: 2:05CR119-F |
| DON EUGENE SIEGELMAN | * |
| RICHARD SCHRUSHY | |
| GARY MACK ROBERTS | * |
| PAUL MICHAEL HAMRICK | |
| | * |
| Defendants. | |
| | * |

## MOTION TO WITHDRAW

COMES NOW, Joe Carl "Buzz" Jordan, who previously entered an appearance in this case on behalf of Defendant, Don Eugene Siegelman, and hereby moves to withdraw as co-counsel of record from this case. Defendant, Siegelman, has other counsel and the withdrawal by movant will in no way affect the scheduling or trial of this case.

Respectfully submitted,

*/s/ Buzz Jordan*
Joe Carl "Buzz" Jordan

OF COUNSEL:
ROSS & JORDAN, P.C.
Post Office Box 210
Mobile, Alabama 36601-0210
(251) 432-5400

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each party in this proceeding. I also certify that I have served a copy of this document on all parties in this proceeding who is not currently using the CM/ECF system.

steve.feaga@usdoj.gov

jfitzpatrick@ago.state.al.us

louis.franklin@usdoj.gov

wph@krmlaw.com

vfk@krmlaw.com

dam@krmlaw.com

jb.perrine@usdoj.gov

richard.pilger@usdoj.gov

rpitt@saxonattorneys.com

ckwhitehead@tmgpc.com

DATED this 23rd day of March 2006.

/s/ Buzz Jordan
Joe Carl "Buzz" Jordan

BJ/tb