IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney by Joe Carl "Buzz" Jordan (Doc. #256) filed on March 24, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 27th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE