IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |

## ORDER

Presently before the Court is Defendant Don E. Siegelman's Motion for Reconsideration of Order Denying Motion to Dismiss (Doc. # 262). Upon consideration, it is hereby ORDERED that the motion is DENIED.[1]

DONE this the 27th day of March, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Doc. # 262 is the corrected version of Doc. # 258. This Order denies both versions.