IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD SCRUSHY | ) | |
| GARY MACK ROBERTS | ) | |
| PAUL MICHAEL HAMRICK | ) | |

ORDER

The parties have filed under seal depositions taken in advance of the hearing on April 10, 2006, relating to the challenges to the process of jury selection. To the extent that the parties desire the court to consider these depositions, the parties shall file on or before April 10, 2006, a written statement setting forth (1) the issue involved, (2) the page and line number of the transcript and (3) a **brief** explanation of how the testimony supports the party's position.

Done this 4th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE