IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

# **O R D E R**

It is hereby ORDERED that a conference will be held with counsel for the parties on Wednesday, April 19, 2006, at 8:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2F, Montgomery, Alabama.   It is further ORDERED that, at the conference, counsel provide the Court with three copies of their witness lists for use during voir dire.

DONE this 7th day of April, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE