# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

Debra H. Hackett                                                    Telephone 334-954-3600
  Clerk

April 11, 2006
**NOTICE**

TO: ALL COUNSEL OF RECORD:

        You are hereby notified that the juror profiles for the term of court beginning on **May 1, 2006, and jury selection that will be on April 19, 2006,** will be available at 3:30 p.m. on **Wednesday, April 12, 2006,** in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.


**CR. NO.  2:05CR119-MEF**
**UNITED STATES OF AMERICA VS. DON EUGENE SIEGELMAN, ET AL.**


**GOVERNMENT**                                          **DEFENDANT**


| **GOVERNMENT** | **DON EUGENE SIEGELMAN** |
| --- | --- |
| JAMES B. PERRINE | **JOHN D. SAXON, P.C.** |
| JAMES L. FITZPATRICK, JR. | CHARLES REDDING PITT |
| LOUIS V. FRANKLIN, SR. | |
| RICHARD C. PILGER | |
| STEPHEN P. FEAGA | **DON EUGENE SIEGELMAN** |
| | **Kilborn, Roebuck & McDonald** |
| | DAVID ALLEN MCDONALD |
| | VINCENT F. KILBORN, III. |
| | W. PERRY HALL |
| | **DON EUGENE SIEGELMAN** |
| | **Eastland Law Offices** |
| | Hiram Chester Eastland, Jr. |

| | |
|---|---|
| **RICHARD SCRUSHY** | **GARY MACK ROBERTS** |
| ARTHUR W. LEACH | **Baxley, Dillard, Dauphin & McKnight** |
| | JOEL EVAN DILLARD |
| | STEWART D. MCKNIGHT, III. |
| | WILLIAM J. BAXLEY |
| | SAMUAL J. BRISKMAN |

| | |
|---|---|
| **RICHARD SCRUSHY** | **PAUL MICHAEL HAMRICK** |
| **Helmsing Leach Herlong Newman Rouse PC** | **T. Jefferson Deen, III, P.C..** |
| Frederick George Helmsing, Sr. | Thomas Jefferson Deen, III |

| | |
|---|---|
| **RICHARD SCRUSHY** | **PAUL MICHAEL HAMRICK** |
| **MALOY AND JENKINS** | **Miller, Hamilton, Snider & Odom, L.L.C.** |
| JAMES KENNETH JENKINS | Michel Nicrosi |
| W. BRUCE MALOY | |

**RICHARD SCRUSHY**
**MOORE AND ASSOCIATES, LLC**
LESLIE VERNON MOORE

**RICHARD SCRUSHY**
TERRY LUCAS BUTTS