IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

vs.  Criminal No: 2:05-cr-119-MEF

DON EUGENE SIEGELMAN, et al.,

**JUROR QUESTIONNAIRE CERTIFICATION**
*United States v. Don Eugene Siegelman, Paul Michael Hamrick,
Gary Mack Roberts, and Richard M. Scrushy*

I, David A. McDonald, counsel for Don Eugene Siegelman, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury, I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _____   Date: April 13, 2006