**FILED**

## JUROR QUESTIONNAIRE CERTIFICATION

*United States v. Don Eugene Siegelman, Paul Michael Hamrick,*
*Gary Mack Roberts, and Richard M. Scrushy*

APR 1 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I, ___Louis Franklin___ , counsel for ___United States___ , do hereby

certify that I will keep confidential the information contained in the juror questionnaires and

that I agree to be responsible for their receipt, review, maintenance, and destruction.   Upon

completion of the empaneling of the jury I will ensure that all copies (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors

selected to serve, are immediately destroyed.

Signature: _____     Date: ___4/12/06___