IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| PAUL MICHAEL HAMRICK ) | |
| GARY MACK ROBERTS ) | |
| RICHARD M. SCRUSHY ) | |

## ORDER

This cause is before the Court on the United States' Motion for Leave of Court to File Out of Time Government's Motion *in Limine* to Bar Defendants from Presenting Testimony or Evidence Concerning Alleged Political Motivation for the Prosecution and Supporting Memorandum of Law (Doc. # 347). Upon consideration, it is hereby ORDERED that the motion for leave to file is DENIED. Accordingly, it is further ORDERED that the Motion *in Limine* to Bar Defendants from Presenting Testimony or Evidence Concerning Alleged Political Motivation for the Prosecution and Supporting Memorandum of Law (Doc. # 348) is DENIED as being filed untimely.

DONE this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE