# JUROR QUESTIONNAIRE CERTIFICATION
### United States v. Don Eugene Siegelman, Paul Michael Hamrick, Gary Mack Roberts, and Richard M. Scrushy

RECEIVED
2006 APR 17 P 1:31

I, _Charles Redding Pitt_, counsel for _Don E. Siegelman_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _C. Redding Pitt_     Date: _April 17, 2006_