IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| | * | CASE NO.:  2:05CR119-MEF |
| vs. | * | |
| | * | |
| DON SIEGELMAN, et al | * | |

## WITNESS LIST:

**APRIL 10, 2006**

| **GOVERNMENT** | | **DEFENDANT** |
| --- | --- | --- |
| | 1. | Wanda Robinson |
| | 2. | Melissa Myers |

**APRIL 11, 2006**

| | 3. | Corneilus White |
| --- | --- | --- |
| | 4. | Debra P. Hackett |

**APRIL 12, 2006**

| 6.  Dr. Stephen Elmore, Sr. | 5. | Dr. Jim Gunlach |
| --- | --- | --- |