AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__      DISTRICT OF      __ALABAMA__

UNITED STATES OF AMERICA
V.
DON SIEGELMAN, ET AL

## GOVERNMENT'S EXHIBIT LIST

Case Number:  2:05CR119-MEF-CSC

| PRESIDING JUDGE | | | | | | |
|---|---|---|---|---|---|---|
| CHARLES S. COODY | | | | GOVERNMENT'S J. B. PERRINE & JOSEPH FITZPATRICK | | DEFENDANT'S ATTORNEY JAMES JENKINS , LES MOOR ARTHUR LEACH |
| TRIAL DATE (S) MOTIONS HEARINGS, APRIL 10 - 13,  2006 | | | | COURT REPORTER JAMES DICKENS | | COURTROOM DEPUTY WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 4/12/06 | 4/12/06 | A | DR. ELMORE | NO | REPORT OF EXPERT WITNESS - DR. STEPHEN ELM( |
| YES | 4/12/06 | 4/12/06 | B | DR. ELMORE | NO | ANALYSIS OF DEFERRED & EXCUSED JURORS OF 2 |
| | | | | | | JURY WHEEL |
| YES | 4/10/06 | 4/11/06 | C | WANDA ROBINSON | NO | COMBINE JUROR HISTORIES |
| YES | 4/12/06 | 4/12/06 | D | DR. ELMORE | NO | COMBINED HISTORIES |
| YES | 4/11/06 | 4/11/06 | G | MELISSA MYERS | NO | JMS SYSTEM EXCUSE CODES |
| YES | 4/11/06 | 4/11/06 | H | MELISSA MYERS | NO | DISQUALIFIED CODES |
| YES | 4/11/06 | 4/11/06 | I | DEBRA HACKETT | NO | |
| YES | 4/12/06 | 4/12/06 | J | DR. ELMORE | NO | RACIAL COMPOSITION OF JURORS W/DCHG |
| | | | | | NO | BEFORE 8/25/05 |
| YES | 4/13/06 | 4/13/06 | K | DR. ELMORE | NO | PERCENTAGE ALABAMA VOTER REGISTRATION |
| | | | | | | JANUARY 2002 |
| YES | 4/13/06 | 4/13/06 | L | DR. ELMORE | NO | PERCENTAGE ALABAMA VOTER REGISTRATION |
| | | | | | | FEBRUARY 2006 |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELO |
| | | | | | | WITH COURT FILE |