# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 2:05-cr-119-MEF |
| vs. | * | |
| | * | |
| DON EUGENE SIEGELMAN, et al., | * | |

## DEFENDANT GOVERNOR DON SIEGELMAN'S
## OBJECTIONS TO THE UNITED STATES' PROPOSED TRIAL EXHIBITS

Defendant Governor Don E. Siegelman submits the following objections to the exhibit list filed by the United States of America:

| Ex. No. | Government's Description | Objections |
|---|---|---|
| 1 | Bell Memo to CON members re: removal 12/29/1998 | No Objection |
| 2 | Moratorium Memo - Exec. Order #3 | No Objection |
| 3 | 1/28/99 Bell letter to Carman | No Objection |
| 4 | Exec. Order #3, First Amendment | No Objection |
| 5 | Exec. Order #3, 2d Amendment | No Objection |
| 6a | Appointment Letters – 7/26/99 & 8/22/00 | No Objection |
| 6b | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6c | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6d | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6e | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6f | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6g | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6h | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |
| 6i | Appointmt Ltrs–7/26/99 & 8/22/00 | No Objection |

| 7 | 8/17/99 CON Orientation Memo | Objections: (1) inadmissible hearsay pursuant to Federal Rules of Evidence (hereinafter "FRE") 801-802; (2) lack of foundation to show the document represents what the Government purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) under FRE 403, any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues. |
| --- | --- | --- |
| 8 | 8/31/99 CON Orientation Agenda | Objections to #7 above incorporated herein by reference. |
| 9 | CON Orientation Manual | See Objections to proposed exhibit #7 above, which are incorporated herein by reference. |
| 10 | 9/15/99 CON Minutes Re: Scrushy Vice Chair | See Objections to proposed exhibit #7 above, which are incorporated herein by reference. |
| 11 | Scrushy Resignation Ltr 1/17/01 | No Objection |
| 12 | 1/18/01 Carman Appointment Ltr | No Objection |
| 13 | 7/27/01 Re-appointmt of Carman | No Objection |
| 14 | 4/10/02 HealthSouth Phenix City Hospital CON Application | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show the document represents what the Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 15a | 7/17/02 CON Minutes Phenix City Quorum | See Objections to # 14 above, which are incorporated herein by reference. |
| 15b | 7/17/02 CON Transcript Phenix City Quorum | See Objections to # 14 above, which are incorporated herein by reference. |
| 16 | 8/2/02 Letter Final Order Re: Phenix City Hospital | See Objections to # 14 above, which are incorporated herein by reference. |
| 17 | 7/16/02 HealthSouth PET Scanner/ CON Application | See Objections to # 14 above, which are incorporated herein by reference. |
| 18a | 12/18/02 CON Minutes PET Scanner Quorum | See Objections to # 14 above, which are incorporated herein by reference. |

| 18b | 12/18/02 CON Transcript PET Scanner Quorum | See Objections to # 14 above, which are incorporated herein by reference. |
|---|---|---|
| 19 | 1/2/03 Letter Final Order Re: PET Scanner | See Objections to # 14 above, which are incorporated herein by reference. |
| 20 | 2/19/99 Articles of Incorp. AELF | No Objection |
| 21 | IHS Check | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show the document represents what the Government claims, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) assuming relevancy, should be excluded under FRE 403 because any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 22 | Account Records for AELF | Objections to #21 above incorporated herein. |
| 23a | PAC Disclosure for AEF 45 Day Rpt | No Objection |
| 23b | PAC Discl. for AEF 10 Day Rpt | No Objection |
| 23c | Termination Report 1/31/00 | No Objection |
| 23d | PAC Disclosure for AEF 2000 Annual | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) the Government has not established a foundation to show that the document represents what the Government purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) assuming relevance, it should be excluded under FRE 403 because probative value, if any, is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 23e | PAC Disclosure for AEF 2001 | See Objections to proposed Exhibit #23d above, which are incorporated herein by reference. |
| 24 | State Personnel Rec. for Nick Bailey | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show documents represent or depict what Government claims, see FRE 901; (3) the documents are irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) under FRE 403, because its probative value, if any, is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |

| 25 | Bailey Plea Agreement | No Objection |
|----|----|----|
| 26 | Information of Bailey | No Objection |
| 27 | IHS Check $250,000 | Objection because the Government failed to produce this exhibit as required by the Court's March 22, 2006 Order on Pretrial and Trial Procedures.[1]  As such, the Government should be precluded from offering this exhibit in evidence.  In the event the Government were allow to make a belated proffer, the Defendant reserves his right to object on other grounds which become apparent upon Defendant's counsel actually having an opportunity to review this exhibit. |
| 27a | Remittance for HealthSouth check[2] | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show document represents what the Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) assuming relevance, it should be excluded under FRE 403 because probative value, if any, is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 27b | HealthSouth Check (see N. 1 below) | See Objections to Exhibit 27a above, which are incorporated herein by reference. |
| 28 | FCB Loan #10 $730,789.29 | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation that documents represent what Government claims, see FRE 901; (3) irrelevant and immaterial under FRE 401-402; and, (4) any probative value substantially outweighed by danger of unfair prejudice or confusion of issues, see FRE 403. |
| 29 | Bailey Proffer Letter | Same Objections and Notations as to #27. |
| 30 | Bell Memo to Siegelman 6/25/99 Re: Cert. of Need Review Board | No Objection |

---

[1]In addition to the Government's proposed Exhibit listed as #27, the Government also failed to produce Exhibits listed as numbers 29, 70, 105, 119-125, 128, 158-164, 166-168 and 186-197(d).  For the sake of brevity in this document, the Defendant will hereinafter merely indicate for these listed exhibits, "Same Objections and Notations as to #27," which are incorporated therein by such reference.

[2]The Government produced Exhibit 27a and 27b, but did not list on them on its Exhibit List.  On the other hand, the Government listed Exhibit 27 as "IHS Check $250,000," but did not produce a copy of it.

| 31 | Martin Information | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show the documents represent what Government purports, <u>see</u> FRE 901; (3) irrelevant and immaterial, <u>see</u>, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
|---|---|---|
| 32 | Martin Plea Agrmt and Conditions | Objections to #31 above incorporated by reference. |
| 33 | Martin 5K.1 Motion for Departure | Objections to #31 above incorporated by reference. |
| 34 | Judgment and Commitment Orders | Objections to #31 above incorporated by reference. |
| 35 | FedEx Shipping Instructions | Objections to #31 above incorporated by reference. |
| 36 | 3/22/99 Engagement Letter b/n NovaCare and UBS | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 37 | 7/14/99 Reduction of Fees Contract b/n ISH and UBS | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 38 | McGahan Phone Records | Objections to #31 above incorporated by reference. |
| 39 | 2/9/99 Fax from Skelton to Hanson Re: Carman's Request CON Board | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 40 | 1/28/02 HealthSouth Voucher $8,000 for Tim Adams | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 41 | 2/6/02 HealthSouth Check $8,000 to Adams | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 42 | 7/29/02 HealthSouth Voucher $3,000 for Tim Adams | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 43 | 8/2/02 HealthSouth Check $3,000 to Adams | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 44 | 2/11/02 Fax from Fancher to Dance Re: Adams CON Appl. For PET Scanner w/ Note to Skelton | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 45 | 7/12/02 CON Project Review Notes of Skelton | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |
| 46 | 1/29/99 Skelton Fax to Heidi Hanson | See Objections to proposed Exhibit #31 above, which are incorporated herein by reference. |

| 47 | PAC Disclosures for Amended Report 7/26/02 | No Objection |
|---|---|---|
| 48 | Scrushy Calendar 1999 | No Objection |
| 49 | Scrushy Calendar 2000 | No Objection |
| 50 | Waggoner Calendar July 1999 | No Objection |
| 51 | 5/24/99 Am. AELF Name to AEF | No Objection |
| 52 | 2/29/00 Articles of Amendment of Articles of Incorporation of AEF | No Objection |
| 53a | HealthSouth Flight Logs | No Objection |
| 53b | HealthSouth Flight Logs | No Objection |
| 54 | Subpoena Duces Tecum Issued for Documents Evidencing Receipt of More than $10,000 Federal Funds by Exec. Branch State Govt. 1997-2003 | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) the Government has not established a foundation to show that the documents represent what the Government purports, see FRE 901; (3) irrelevant and immaterial to any issue in this case, see, FRE 401-402; and, (4) under FRE 403, any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 55 | Beard Memorandum to Loan Committee 6/5/00 | No Objection |
| 56 | Jim Allen's Compensation Agreement w/ the Government | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation to show document represents what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 57 | Jim Allen's 12/23/96 Employment Contract w/ Mack Roberts | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 58 | 1/7/99 $71,000 Chk from United Toll Systems Acct. at Regions Bank to Mack Robert's Regions Bank Acct. | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 59a | Nov 98 Stmt Showing 9 Outgoing Checks for Approx. $4,444 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |

6

| 59b | Check #1628 from Black Warrior Parkway LLC to 21st Century PAC | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
|---|---|---|
| 59c | Check #1629 to Alabez PAC | Objections to #56 above incorporated by reference. |
| 59d | Check #1630 to ECODEV PAC | Objections to #56 above incorporated by reference. |
| 59e | Check #1632 to GREEN PAC | Objections to #56 above incorporated by reference. |
| 59f | Check #1633 to Growth PAC | Objections to #56 above incorporated by reference. |
| 59g | Check #1634 to JDC PAC | Objections to #56 above incorporated by reference. |
| 59h | Check #1635 to Jefferson PAC | Objections to #56 above incorporated by reference. |
| 59i | Check #1636 to VISION PAC | Objections to #56 above incorporated by reference. |
| 60a | Checks #153, #154 from 21st Century PAC to Siegelman Campaign & Ecodev PAC for $4,000 & $4,200 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60b | Check #176 from Vision PAC to Ecodev PAC for $9,700 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60c | Checks #151, #152 from Jefferson PAC to Ecodev PAC for $10,700 and $4,400 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60d | Checks #164, #165 from JDC PAC from Ecodev PAC and Siegelman Campaign for $3,800 & $3,500 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60e | Checks #170, #171 from Growth PAC to Ecodev PAC for $8,100 & $4,400 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60f | Checks #145, #146 from Green PAC to Ecodev PAC for $8,100 & $4,400 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60g | Checks #133, #134 from Enviro PAC to Ecodev PAC for $3,800 & $4,100 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 60h | Checks #173, #174 from Alabez PAC to Ecodev PAC $6,000 & $4,400 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |

| 60i | Checks #208, #210 from Ecodev PAC to Siegelman Campaign for $26,500 & $63,000 | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
|-----|-------------------------------------------------------------------|-------------------------------------------------------------------------------------------|
| 60j | Check #211 | Objections to #56 above incorporated by reference. |
| 61 | Nov. 1998 Stmt for Jefferson PAC | Objections to #56 above incorporated by reference. |
| 62 | November 1998 and December 1998 Statements for Enviro PAC | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 63 | Nov 1998 Stmt for Green PAC | Objections to #56 above incorporated by reference. |
| 64 | November 1998 and December 1998 Statement for Ecodev PAC | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 65 | Nov 1998 Stmt for Growth PAC | Objections to #56 above incorporated by reference. |
| 66 | Nov 1998 Statement for 21st Century PAC | See Objections to proposed Exhibit #56 above, which are incorporated herein by reference. |
| 67 | Nov. 1998 Statement for JDC PAC | Objections to #56 above incorporated by reference. |
| 68 | Nov 1998 Stmt for Alabez PAC | Objections to #56 above incorporated by reference. |
| 69 | Nov 1998 Stmt for Vision PAC | Objections to #56 above incorporated by reference. |
| 70 | Siegelman Campaign Acct. | Same Objections and Notations as to #27. |
| 70a | Statement and Deposit Showing Receipt of $63,000 Ecodev PAC Check | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) the Government has not established a foundation to show that the documents represent what it purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) under FRE 403, any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 71 | Siegelman PAC Disclosure | Objections to #70a above incorporated by reference. |
| 72 | Ecodev Contributions | Objections to #70a above incorporated by reference. |
| 73a | SouthTrust Bank Summary | Objections to #70a above incorporated by reference. |
| 73b | Bundle Checks from Rainline Corp. to Rainline Technologies, Crum Foshee from Nancy Marcato's Personal Records | See Objections to proposed Exhibit #70a above, which are incorporated herein by reference. |

| 74 | Flow Chart | Objections: this trial aid "exhibit" is inadmissible hearsay under FRE 801-802; it was made during and specifically for use in this case, thus lacks reliability for admissibility.  See, e.g., Peat, Inc. v. Vanguard Research, Inc., 378 F.3d 1154, 1161 (11th Cir. 2004); lack of proper foundation (FRE 901) and, under FRE 403, any probative value substantially outweighed by danger of unfair prejudice, confusion of issues and misleading the jury.  Moreover, the document is irrelevant and immaterial.  See FRE 401-02. |
|----|-----------|------------------------------------------------------------------------------------------------|
| 75 | Rainline Amended Sales Agreement | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation that document represents what the Government purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) under FRE 403, because its probative value, if any, is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 76 | Mack Roberts' Appointment Letter w/ Hiring Information | See Objections to proposed Exhibit #75 above, which are incorporated herein by reference. |
| 77 | Information from Lexis-Nexis Re: 1993 Montero in Roberts' name | See Objections to proposed Exhibit #75 above, which are incorporated herein by reference. |
| 78 | Mack Roberts' Statement of Economic Interest for 1999 from AL Ethics Commission | See Objections to proposed Exhibit #75 above, which are incorporated herein by reference. |
| 79 | Documents from Frank Courson at ALDOT Re: Mitt Lary Road Extension Project | See Objections to proposed Exhibit #75 above, which are incorporated herein by reference. |
| 80a | Report on Spreadsheets from Crenshaw | Objections: (1) pursuant to FRE 602, Mr. Crenshaw, by his own admission, has inadequate personal knowledge of the facts in the exhibits; (2) inadmissible hearsay under FRE 801-802; (3) lack of foundation to show document is what Government purports, see FRE 901; (4) irrelevant and immaterial, see, FRE 401-402; and, (5) any probative value substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 80b | Spreadsheet 1 from Any Crenshaw at ALDOT w/ Rainline Usage Data | See Objections to proposed Exhibit #80a above, which are incorporated herein by reference. |

| 80c | Spreadsheet 2 from Any Crenshaw at ALDOT w/ Rainline Usage Data | See Objections to proposed Exhibit #80a above, which are incorporated herein by reference. |
|---|---|---|
| 80d | Spreadsheet 3 from Any Crenshaw at ALDOT w/ Rainline Usage Data | See Objections to proposed Exhibit #80a above, which are incorporated herein by reference. |
| 81 | Rainline Specifications from Mark Strickland at ALDOT | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) the Government has not established a foundation to show that the document represents what it purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) under FRE 403 any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 82 | Rainline Promotional Video | No Objection |
| 83 | AP Article by Phillip Rawls Re: Mack Roberts Role in Mitt Lary Rd. Ext. | Objections: newspaper article is inadmissible hearsay under FRE 801-802, for lack of foundation and personal knowledge pursuant to FRE 901 and 602 and, under FRE 403, any probative value is substantially outweighed by danger of unfair prejudice, confusion of issues and misleading the jury. Moreover, the document is irrelevant and immaterial under FRE 401-402. |
| 84 | Rainline Invoices to Contractors w/ Attached Checks & Orig. Envelopes | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) the Government has not established a foundation to show that the documents represent what it purports, see FRE 901; (3) irrelevant and immaterial to any disputed issue in this case, see, FRE 401-402; and, (4) assuming relevance, it should be excluded pursuant to FRE 403 because any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues. |
| 84a | Invoice 411 for 99,429 | Objections to #84 above incorporated by reference. |
| 84b | Invoice 649 for 99,429 | Objections to #84 above incorporated by reference. |
| 84c | Invoice from 10/26/99 | Objections to #84 above incorporated by reference. |
| 84d | Invoice from 12/23/99 for 27,752 | Objections to #84 above incorporated by reference. |
| 84e | Invoice from 1/3/00 for 71,588 | Objections to #84 above incorporated by reference. |
| 84f | Invoice from 3/29/00 for 104,897 | Objections to #84 above incorporated by reference. |

| | | |
|---|---|---|
| 84g | Invoice for 4/24/00 for 69,931 | Objections to #84 above incorporated by reference. |
| 84h | Invoice for 5/15/00 for 139,863 | Objections to #84 above incorporated by reference. |
| 84i | Invoice for 6/19/00 for 139,863 | Objections to #84 above incorporated by reference. |
| 84j | Invoice from 8/14/00 for 139,863 | Objections to #84 above incorporated by reference. |
| 84k | Invoice from 9/13/00 for 314,692 | Objections to #84 above incorporated by reference. |
| 84l | Invoice from 10/19/00 for 291,577 | Objections to #84 above incorporated by reference. |
| 84m | Invoice from 12/21/00 for 36,300 | Objections to #84 above incorporated by reference. |
| 84n | Invoice from 12/30/00 for 35,464 | Objections to #84 above incorporated by reference. |
| 84o | Invoice from 5/4/01 for 36,300 | Objections to #84 above incorporated by reference. |
| 84p | Invoice from 6/26/01 for 38,500 | Objections to #84 above incorporated by reference. |
| 84q | Invoice from 6/25/01 for 36,300 | Objections to #84 above incorporated by reference. |
| 84r | Invoice from 6/25/01 for 36,300 | Objections to #84 above incorporated by reference. |
| 84s | Invoice from 1/3/02 for 38,500 | Objections to #84 above incorporated by reference. |
| 84t | Invoice from 9/26/01 for 36,300 | Objections to #84 above incorporated by reference. |
| 84u | Invoice from 12/18/01 for 38,500 | Objections to #84 above incorporated by reference. |
| 84v | Invoice from 2/19/02 for 38,500 | Objections to #84 above incorporated by reference. |
| 84w | Invoice from 9/9/02 for 50,000 | Objections to #84 above incorporated by reference. |
| 85a | ALDOT 2/9/99 Mtce Eng. Memo | Objections to #84 above incorporated by reference. |
| 85b | 1/17/02 Timeline Memo from Lorentson to Vaugh | See Objections to proposed Exhibit #84 above, which are incorporated herein by reference. |
| 86a | 5/19/99 ALDOT Guideline for Operation | See Objections to proposed Exhibit #84 above, which are incorporated herein by reference. |
| 86b | 12/20/00 ALDOT Guideline for Operation | No Objection |

| 87 | UTCA Study on Rainline | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation that document represents what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
|---|---|---|
| 88a | Mill Lary Rd Agreement 5/24/99 | Objections to #87 above incorporated by reference. |
| 88b | Mitt Lary Rd Agreement 6/29/01 | Objections to #87 above incorporated by reference. |
| 88c | Mitt Lary Rd Agreement 5/23/01 | Objections to #87 above incorporated by reference. |
| 88d | Mitt Lary Rd Agreement 9/11/00 | Objections to #87 above incorporated by reference. |
| 88e | Mitt Lary Rd Agreement 9/19/01 | Objections to #87 above incorporated by reference. |
| 88f | Mitt Lary Road Agrmt 11/10/99 | No Objection |
| 88g | Mitt Lary Road Agrmt 11/10/99 | No Objection |
| 88h | Mitt Lary Road Agrmt 5/24/99 | No Objection |
| 88i | Mitt Lary Road Agreement 7/2/99 | No Objection |
| 88j | Mitt Lary Road Agrmt 5/24/99 | No Objection |
| 89 | Jim Allen Line of Credit | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show documents are what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value substantially outweighed by danger of unfair prejudice or confusion of issues, see FRE 403. |
| 90 | Phillip Jordan June 2004 Plea Agreement | No Objection |
| 91 | Phillip Jordan April 2005 Motion for Downward Departure | No Objection |
| 92 | Phillip Jordan April 2005 Sentencing Order | No Objection |
| 93 | Phillip Jordan Information | No Objection |
| 94 | April 1998 Acquisition Agreement | No Objection |
| 95 | 4/13/98 Cherokee County Commission Meeting Minutes | No Objection |

| 96 | 4/13/98 Cherokee Co. Resolution | No Objection |
|---|---|---|
| 97 | 8/24/98 Cherokee County Commission Meeting Minutes | No Objection |
| 98 | 9/14/98 Cherokee County Commission Meeting Minutes | No Objection |
| 99 | 9/28/98 Cherokee County Commission Meeting Minutes | No Objection |
| 100a | 12/1/98 Cherokee County Commission Meeting Minutes | No Objection |
| 100b | 12/1/98 Cherokee Cnty Resolution | No Objection |
| 101 | BLANK | There is no reference to an Exhibit #101. |
| 102 | Title on Jordan's Chevy Blazer | No Objection |
| 103 | 12/2/98 Mailing Act 2(c) Brazeal to Harrington | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show documents are what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value substantially outweighed by danger of unfair prejudice or confusion of issues, see FRE 403. |
| 104 | Contract for Solid Waste Disposal Services Between AWDS and Cherokee County | No Objection |
| 105 | Governor's Office Memo Re: Meeting w/ Jordan and Other Cherokee County Probate Judges | Same Objections and Notations as to #27. |
| 106 | 8/25/98 Brazeal Letter to Kevin Grimes | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value substantially outweighed by danger of unfair prejudice or confusion of issues under FRE 403 |
| 107 | 12/98 AWDS Amdmt to Contract | No Objection |
| 108 | 12/1/98 Brazeal Letter to Jordan | Objections to #106 above incorporated by reference. |
| 109 | 9/27/98 Bennett & Wadsworth | Objections to #106 above incorporated by reference. |
| 110 | Sunday Beer Sales Special Session | Objections to #106 above incorporated by reference. |

| 111 | Sunday Beer Sales Legislation | Objections to #106 above incorporated by reference. |
|---|---|---|
| 112 | Sun. Beer Sales Legislative Trkg | Objections to #106 above incorporated by reference. |
| 113 | Thomas Harrington Proffer Agrmt | Objections to # 106 incorporated herein by reference. |
| 114 | Claire Austin Proffer Agreement | Objections to # 106 incorporated herein by reference. |
| 115 | Charles Campagna Proffer Agrmt | Objections to # 106 incorporated herein by reference. |
| 116 | Tyler McCurdy CV | Objections: inadmissible hearsay under FRE 801-802, for lack of foundation under FRE 901 (particularly since Mr. McCurdy is not going to testify at trial) and, irrelevant and immaterial under FRE 401-402. Objection, also, to lack of qualifications of Mr. McCurdy to offer "expert" opinions.[3] |
| 117 | Tyler McCurdy Report | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) pursuant to FRE 602, Mr. McCurdy, who prepared the document, lacks personal knowledge of the subject matter; (3) lack of foundation under FRE 901 (especially since Mr. McCurdy is not going to testify); (4) document made specifically for use in this case and thus lacks reliability and is inadmissible under business records exception in FRE 803(6), see, e.g., Peat, Inc., 378 F.3d at 1161; (5) pursuant to FRE 702-703, see Exh. A hereto and incorporated herein,[4] containing supporting law for FRE 702-03 objections; (6) Ex. 1 to the exhibit titled "Stabilization Waste" is not a recognized summary of evidence under FRE 1006; and, (7) under FRE 403, any probative value substantially outweighed by danger of unfair prejudice, confusion of issues and misleading jury. |

---

[3]Obviously, because Mr. McCurdy has no first hand knowledge of the facts of this case and his report is based on "otherwise inadmissible" hearsay, the **only way** he could have testified – had he been listed as a witness – would be as a purported expert. See United States v. Frazier, 387 F.3d 1244, 1260 (11th Cir. 2004), cert. denied, 125 S. Ct. 2516 (2005). That is, assuming, for argument's sake, the Government could have met its burden of establishing qualification, reliability and helpfulness. Id.

[4]Due to space limitations imposed by the necessary objection format, the Defendant is attaching an Exhibit A to detail his objections under Federal Rules of Evidence 702 and 703.

| 118 | Documents from Joe Van Heest Re: D-code Waste Customers at Emelle | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show documents are what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value substantially outweighed by danger of unfair prejudice or confusion of issues, see FRE 403. |
|-----|-------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 119 | Emelle Waste Records Database | Same Objections and Notations as to #27. |
| 120 | Emelle Waste Records Database Manual – Scanned to CD | Same Objections and Notations as to #27. |
| 121 | Hazardous Waste Fee Reports | Same Objections and Notations as to #27. |
| 122 | 1/19/00 Mailing Hazardous Waste Fee Rep from Emelle to Rev. Dept. | Same Objections and Notations as to #27. |
| 123 | 1/10/01 Mailing Hazardous Waste Fee Rept from Emelle to Rev Dept | Same Objections and Notations as to #27. |
| 124 | 1/15/02 Mailing Hazardous Waste Fee Rept from Emelle to Rev Dept | Same Objections and Notations as to #27. |
| 125 | 1/14/03 Mailing Hazardous Waste Fee Rept from Emelle to Rev Dept | Same Objections and Notations as to #27. |
| 126 | September 1997 to July 2005 Hazardous Waste Fee Report from Rev. Dept. | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 127 | Hazardous Waste Fee Reports Summary Spreadsheet | See Objections to proposed Exhibit #126 above, which are incorporated herein by reference. |
| 128 | AL Revenue Dept. Documents from Wade Hope Re: WM Request | Same Objections and Notations as to #27. |
| 129 | 3/26/97 Letter from Debray to Rev. Dept. Requesting Reduction | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 130 | 5/1/97 Rev. Dept. Denial of Reduction Letter Sent to Debray | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |

| 131 | 7/15/99 Letter from Hayes to Brazeal with Attached MOU | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
|---|---|---|
| 132 | 6/29/99 Contract B/w Chem Waste Mgmt and LY for Fee Reduction | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
| 133 | 8/12/99 Fax of DS Resume from Tillman Young to WM w/ Siegelman CV Attached | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
| 134 | 8/21/00 Letter from DS to Stalvey | Objections to #129 above incorporated by reference. |
| 135 | 12/6/96 Letter to Wade Hope from Debray | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
| 136 | 6/21/99 Petition for Refund Brazeal to Hayes | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
| 137 | 8/31/99 Mem from Floyd to Hayes | Objections to #129 above incorporated by reference. |
| 138 | 11/29/99 Letter–ADEM to Brazeal | Objections to #129 above incorporated by reference. |
| 139 | 12/29/99 Letter– Brazeal to Atkins | Objections to #129 above incorporated by reference. |
| 140 | 1/23/03 Letter from Carlisle to Henson | See Objections to proposed Exhibit #129 above, which are incorporated herein by reference. |
| 141 | Hazardous Waste Law | No Objection |
| 142 | 7/15/99 Letter from Siegelman to Young | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of issues, see FRE 403. |
| 143a | Lanny Young Information | No Objection |
| 143b | Lanny Young Plea Agrmt NDAL | No Objection |
| 143c | Lanny Young Plea Agrmt MDAL | No Objection |
| 144 | Paul Hamrick Personnel Filed | Objections: (1) inadmissible hearsay under FRE 801-02; (2) lack of foundation to show documents are what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; (4) any probative value is substantially outweighed by the danger of unfair prejudice or confusion of the issues, see FRE 403. |

| 145 | Funderburk Personnel Records | Objections to #144 above incorporated by reference. |
|---|---|---|
| 146 | ADECA Records Re: Mead Corp. | Objections to #144 above incorporated by reference. |
| 147 | ADECA Records Re: Sunbelt Environmental | Objections to #144 above incorporated by reference. |
| 148 | ADECA Records Re: Sunbelt Resources | See Objections to proposed Exhibit #144 above, which are incorporated herein by reference. |
| 149 | ADECA Records Re: Mead/City of Stevenson | Objections to #144 above incorporated by reference. |
| 150 | Tr. of Young-Blount Conversation | Objections to #144 above incorporated by reference. |
| 151 | SIDA Private Activity Rept 2000 | Objections to #144 above incorporated by reference. |
| 152 | 9/8/00 SIDA Board Minutes | Objections to #144 above incorporated by reference. |
| 153 | 10/12/00 Fax to Mead Confirming Stevenson Bond Issue | See Objections to proposed Exhibit #144 above, which are incorporated herein by reference. |
| 154 | Bryan Broderick Fin. Statement | Objections to #144 above incorporated by reference. |
| 155 | Bryan Broderick Resume | Objections to #144 above incorporated by reference. |
| 156 | David Green Financial Statement | Objections to #144 above incorporated by reference. |
| 157 | David Green Resume | Objections to #144 above incorporated by reference. |
| 158 | State Personnel Recrds–Siegelman | Same Objections and Notations as to #27. |
| 159 | State Personnel Records– Hamrick | Same Objections and Notations as to #27. |
| 160 | State Personnel Records for Bailey | Same Objections and Notations as to #27. |
| 161 | State Personnel Records – Garver | Same Objections and Notations as to #27. |
| 162 | State Personnel Records for Hosp | Same Objections and Notations as to #27. |
| 163 | State Personnel Records – Rolling | Same Objections and Notations as to #27. |
| 164 | State Personnel Records– Kennedy | Same Objections and Notations as to #27. |
| 165 | State Personnel Records for Roberts | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |

| 166 | State Personnel Records for Hayes | Same Objections and Notations as to #27. |
|---|---|---|
| 167 | State Personnel Records – Howard | Same Objections and Notations as to #27. |
| 168 | State Personnel Records– Wright | Same Objections and Notations as to #27. |
| 169 | 9/27/00 & 9/28/00 Bailey to Siegelman | Objections: (1) inadmissible hearsay pursuant to FRE 801-802; (2) lack of foundation that documents are what Government purports, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value is substantially outweighed by danger of unfair prejudice or confusion of the issues under FRE 403. |
| 170 | 1/9/01 Letter from Mabry to Siegelman Re: GH Project | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 171 | 1/9/01 Letter from Mabry to Siegelman from Young Records | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 172 | $330,258 Voucher for GH from Finance Dept. | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 173 | $330,258 Voucher for GH from ADECA | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 174 | 2/27/01 GH $81,237 Check from ADECA | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 175 | Gulf Insurance File – Docs. From Greg Semrow | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 176 | Smith-Manus Records Re: Performance Bond | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 177 | Smith-Manus Agency File Re: GH Construction Project | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 178 | 12/21/00 Lease Agreement b/w ADECA & MDRA | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 179 | Copy of Construction Management Agreement from MDRA | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 180 | 3/23/01 Fax from David Campbell to Brook Smith | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 181 | 4/6/01 Fax from Rolland Vaughn to David Campbell | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |

| 182 | 4/6/01 Fax from Brook Smith to David Campbell | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
|---|---|---|
| 183 | Judge Torbert Report from AL Finance Dept. Records | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 184 | Licensing Board Documents | Objections to #169 above incorporated by reference. |
| 185 | First Bank of Brundidge Records Loan to GH Construction | See Objections to proposed exhibit # 169 above, which are incorporated herein by reference. |
| 186 | Alamerica Bank and Loan Records | Same Objections and Notations as to #27. |
| 187 | 2 Copies of Constr. Mgmt Agrmt from Young's Business Records | Same Objections and Notations as to #27. |
| 188 | 3/15/01 Fax from Denton, Ponder, & Edwards, PC to Gulf Ins. Co. | Same Objections and Notations as to #27. |
| 189 | Colonial Bank Accounts | Same Objections and Notations as to #27. |
| 189a | AL Educ. Lottery Found. Ck Acct. | Same Objections and Notations as to #27. |
| 189b | Lanny Young Checking Account | Same Objections and Notations as to #27. |
| 189c | Tillman Young LLC Account | Same Objections and Notations as to #27. |
| 190 | Compass Bank Accounts | Same Objections and Notations as to #27. |
| 190a | Siegelman Expense Account | Same Objections and Notations as to #27. |
| 190b | Siegelman Campaign Account | Same Objections and Notations as to #27. |
| 190c | Tillman-Young Checking | Same Objections and Notations as to #27. |
| 190d | Lanny Young Checking | Same Objections and Notations as to #27. |
| 190e | Austin-Young Checking Account | Same Objections and Notations as to #27. |
| 191 | Sterling Bank Accounts | Same Objections and Notations as to #27. |
| 191a | Rainline Technologies | Same Objections and Notations as to #27. |
| 192 | Merchants Bank Accounts | Same Objections and Notations as to #27. |
| 192a | Nick Bailey | Same Objections and Notations as to #27. |
| 193 | First Commercial Bank Accounts | Same Objections and Notations as to #27. |
| 193a | AL Education Foundation | Same Objections and Notations as to #27. |
| 194 | SouthTrust Bank Accounts | Same Objections and Notations as to #27. |

| 194a | Lanny Young Checking Account | Same Objections and Notations as to #27. |
|---|---|---|
| 194b | Crum Foshee Account | Same Objections and Notations as to #27. |
| 194c | Paul Hamrick Checking | Same Objections and Notations as to #27. |
| 195 | Alamerica Accounts | Same Objections and Notations as to #27. |
| 195a | GH Construction | Same Objections and Notations as to #27. |
| 195b | Lanny Young | Same Objections and Notations as to #27. |
| 196 | Regions Bank Accounts | Same Objections and Notations as to #27. |
| 196a | Black Warrior Pkway LLC Chking | Same Objections and Notations as to #27. |
| 196b | Mack Roberts | Same Objections and Notations as to #27. |
| 196c | Jim Allen Corporate Accounts | Same Objections and Notations as to #27. |
| 196d | Nick Bailey | Same Objections and Notations as to #27. |
| 197 | Sterne Agee and Leach Accounts | Same Objections and Notations as to #27. |
| 197a | Nick Bailey | Same Objections and Notations as to #27. |
| 197b | Paul Hamrick | Same Objections and Notations as to #27. |
| 197c | Lanny Young | Same Objections and Notations as to #27. |
| 197d | Don Siegelman | Same Objections and Notations as to #27. |
| 198 | Wire $2 Million to Young | Objections: (1) inadmissible hearsay under FRE 801-802; (2) lack of foundation to show document is what Government claims, see FRE 901; (3) irrelevant and immaterial, see, FRE 401-402; and, (4) any probative value substantially outweighed by the danger of unfair prejudice or confusion of the issues under FRE 403. |
| 199 | Wire $500,000 to Young | Objections to #198 above incorporated by reference. |
| 200 | Deposit $500,000 Young Account | Objections to #198 above incorporated by reference. |
| 201 | Wire $700,000 to Young | Objections to #198 above incorporated by reference. |
| 202 | Waste Management to AELF | Objections to #198 above incorporated by reference. |
| 203 | 7/14/00 $10,000 Blount to Young | Objections to #198 above incorporated by reference. |
| 204 | 9/6/00 $25,000 Blount to Young | Objections to #198 above incorporated by reference. |
| 205 | Wire $2 Million to Young | Objections to #198 above incorporated by reference. |

| 206 | Wire to Young | Objections to #198 above incorporated by reference. |
|---|---|---|
| 207 | Wire to Young | Objections to #198 above incorporated by reference. |
| 208 | $6,000 Young to Jordan | Objections to #198 above incorporated by reference. |
| 209 | $7,000 Young to Jordan | Objections to #198 above incorporated by reference. |
| 210 | $7,000 Young to Jordan | Objections to #198 above incorporated by reference. |
| 211 | $1,000 Young to Jordan | Objections to #198 above incorporated by reference. |
| 212 | 2 Checks $8,000 Young to Jordan | Objections to #198 above incorporated by reference. |
| 213 | Docs Re: Purch. Christmas Mugs | Objections to #198 above incorporated by reference. |
| 214 | Docs Re: Purchase Motorcycle | Objections to #198 above incorporated by reference. |
| 215 | Docs Re: Purchase 4-Wheeler | Objections to #198 above incorporated by reference. |
| 216 | $25,000 Young to Hamrick | Objections to #198 above incorporated by reference. |
| 217 | Sterne Agee Hamrick Margin Call/Young $6,000 | Objections to #198 above incorporated by reference. |
| 218 | Hamrick Lockerroom Records | Objections to #198 above incorporated by reference. |
| 219 | 12/19/00 Siegelman to Young Thank You Letter | Objections to #198 above incorporated by reference. |
| 220 | 1/12/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 221 | 7/2/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 222 | 8/3/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 223 | 9/1/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 224 | 3/3/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 225 | 5/2/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 226 | 10/2/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 227 | 4/9/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 228 | 11/5/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 229 | 10/9/98 Young to Cash $3,000 | Objections to #198 above incorporated herein. |
| 230 | 3/3/98 Young to Hamrick $500 | Objections to #198 above incorporated herein. |

| 231 | 10/30/98 Young to Environmental Campaign Fund $10,000 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 232 | 10/21/98 Young to AL Democratic Party $20,000 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 233 | 10/30/98 Young to MPAC $10,000 | Objections to #198 above incorporated by reference. |
| 234 | 9/3/98 Young to National Coalition Black Voter Participation $25,000 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 235 | 9/10/98 LY to Graphic Arts $840 | Objections to #198 above incorporated by reference. |
| 236 | 4/6/98 Young to Graphic Arts $2,250 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 237 | 7/21/98 Young to Graphic Arts $2,052.75 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 238 | 9/18/00 Hamrick to Sterne Agee $5400 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 239 | 9/28/01 Siegelman to Probate Judge $40.90 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 240 | 2/20/98 Young to Champion Sports Group $162.18 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 241 | Hamrick Assorted BMW Records | Objections to # 198 above incorporated herein. |
| 242 | 2/4/98 Young to Bailey $1,900 | Objections to # 198 above incorporated herein. |
| 243 | 6/8/98 Young to Bailey $1,900 | Objections to #198 above incorporated by reference. |
| 244 | 6/23/98 Young to Hamrick $500 | Objections to #198 above incorporated by reference. |
| 245 | Young Aircraft Records | Objections to #198 above incorporated by reference. |
| 246 | 4-Wheeler Purchase Records | Objections to #198 above incorporated by reference. |
| 247 | 10/9/01 Colonial Bank Young/Hamrick $3,000 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 248 | 6/20/00 Compass Bank Young $9,200 to Colonial Bank | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 249 | 6/5/01 Young SouthTrust Bank Bailey to Young $10,503.39 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |

| 250 | Merchants Bank Young to Bailey $9,200 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 251 | 6/5/01 Merchants Bank Bailey to Young $10,503.39 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 252 | Compass Bank Siegelman Use of $9,200 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 253 | Compass Bank Siegelman Records Motorcycle Insurance | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 254 | Compass Bank Siegelman Records Bailey to Siegelman $2,973.35 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 255 | Compass Bank Siegelman Motorcycle Purchase 12/7/99 | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 256 | First Alabama Bank Bailey $55,000 Loan | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 257 | 1/15/99 SouthTrust Bank Hamrick $3,000 Deposit | See Objections to proposed exhibit # 198 above, which are incorporated herein by reference. |
| 258 | Maps | Objections to #198 above incorporated by reference. |
| 259 | Siegelman Mug December 1999 | No Objection |
| 260 | Documents Showing Transfer 4-Wheeler from Governor's Mansion to DOT | No Objection |

Dated: April 18, 2006.

Respectfully submitted,


/s/ W. PERRY HALL

Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street (36606)
Post Office Box 66710
Mobile, Alabama  36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

David A. McDonald, Esquire (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

OF COUNSEL:

Charles Redding Pitt, Esquire
2119 Third Avenue North
Birmingham, Alabama  35203
Telephone: (205) 324–0223
Fax: (205) 323-1583

Professor G. Robert Blakey
D.C. Bar #424844
NOTRE DAME LAW SCHOOL
South Bend, Indiana
574-681-6626
gblakey@nd.edu

Hiram Eastland, MS. BAR #5294
EASTLAND LAW OFFICES
107 Grand Boulevard
Greenwood, Mississippi 38930
662-897-0495
662-453-2808 (fax)
eastlandlaw@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2006, I electronically filed the foregoing Objections with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.


 /s/ W. PERRY HALL_____
COUNSEL