IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

UNITED STATES OF AMERICA

V.                                                                                  No. 2:05-cr-119

DON EUGENE SIEGELMAN ET AL

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Hiram C. Eastland, Jr., Mississippi Bar #5294, a member in good standing in the United States District Courts of Mississippi as well as the Mississippi Supreme Court, and moves this Honorable Court for admission *pro hac vice* to practice before this Court in the above entitled case.

In support of this motion, Counsel hereby submits an attached Certificate of Good Standing from the Clerk's office for the United States District Court.

Respectfully submitted,

Hiram C. Eastland, Jr.
EASTLAND LAW OFFICES
Mississippi Bar #5294
107 Grand Boulevard
Greenwood, Mississippi 38930

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

UNITED STATES OF AMERICA

V.                                                           No. 2:05-cr-119

DON EUGENE SIEGELMAN ET AL

**CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that a copy of the foregoing Motion For Admission *Pro Hac Vice* was served upon all counsel of record in the above entitled case by mailing the document to all counsel First Class Mail, postage pre-paid

_____
Hiram C. Eastland, Jr.

This the 19th day of April, 2006.