AO 136 CERTIFICATE OF GOOD STANDING (ND Miss 1/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, Arlen B. Coyle, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** Hiram Eastland, Jr.

**BAR NUMBER:** 5294

**DATE ADMITTED:** December 18, 1975

Given under my hand and the Seal of this Court.

Date: April 19, 2006

ARLEN B. COYLE, Clerk

By: _____
Deputy Clerk



**Office of the Clerk**
# United States District Court
# Northern District of Mississippi
911 Jackson Avenue, Room 369
Oxford, Mississippi 38655-0727

Tel (662) 234-1971
Fax (662) 236-5210

## FAX COVER SHEET & MEMORANDUM

| FROM: | Kay Terrell, Case Manager | DATE: | 04/19/06 |
|---|---|---|---|
| TO: | U.S. District Court, Middle District of Alabama | FAX NO. | 334-954-3615 |
| SUBJ: | Certificate of Good Standing for Hiram Eastland, Jr. | TOTAL PAGES: | 2 |

**MEMORANDUM:**