AO82 SWEDA
(Rev. 4/91)

**TRIPLICATE**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF ALABAMA**
at _____**MONTGOMERY**_____

**109945**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | 109945*# |
| | General and Special Funds | 000109D   COURT COSTS |
| 508800 | Immigration Fees | 6855XX       20.00 |
| 085000 | Attorney Admission Fees | ## |
| 086900 | Filing Fees | |
| 322340 | Sale of Publication | TOTAL      20.00 |
| 322350 | Copy Fees | CASH       20.00 |
| 322360 | Miscellaneous | CHANGE      0.00 |
| 143500 | Interest | 1 ITM-CT |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution of U.S. Government | 04/19/06   123909A000 14:34 |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Filings Spec. Acct. | |
| 510100 | Registry Admin. Acct. | |

THIS IS A RECEIPT, NOT A BILL

**CASE REFERENCE:** 2:05CR119-F

**RECEIVED FROM** Hiram C. Eastland, Jr.
107 Grand Blvd.
Greenwood, Mississippi

(mcl/phy to Hiram C. Eastland, Jr.)

**DEPUTY CLERK** ___(/06)___

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.