**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                    **No. 2:05-cr-119**

**DON EUGENE SIEGELMAN ET AL**

## ORDER FOR ADMISSION *PRO HAC VICE*

This Court on this day, having considered the motion of Hiram C. Eastland, Jr. for admission to practice *pro hac vice* before the Court in the above entitled case and having found the motion to be well taken and supported by a certificate of good standing from the United States District Courts in Mississippi, hereby finds that the motion is GRANTED.

_____
Judge, United States District Court.

This the \_\_\_ day of April, 2006.