# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:      4/19/06           AT:     8:38 a.m.
DATE COMPLETED:      4/19/06           AT:     9:05 a.m.

UNITED STATES OF AMERICA          §
vs.                               §          CR. NO. 2:05CR119-MEF
                                  §
DON EUGENE SIEGELMAN, ET AL.      §

---

GOVERNMENT          APPEARANCES:          DEFENDANT

Louis V. Franklin, Sr.                    Charles Redding Pitt - Siegelman
James B. Perrine                          David Allen McDonald - Siegelman
Stephen P. Feaga                          Vincent F. Kilborn - Siegelman
Joseph L. Fitzpatrick                     Arthur W. Leach - Scrushy
Richard C. Pilger                         Frederick G. Helmsing, Sr. - Scrushy
                                          Leslie Vernon Moore - Scrushy
                                          Terry Butts - Scrushy
                                          William Joseph Baxley - Roberts
                                          Samuel J. Briskman - Roberts
                                          Stewart D. McKnight, III. - Roberts
                                          Michel Nicrosi - Hamrick
                                          Thomas Jefferson Deen, III. - Hamrick

---

COURT OFFICIALS PRESENT:

Meredyth Cohen, Law Clerk                 Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk              Josh Clayton, Law Clerk
Jimmy Dickens, Court Reporter

---

COURTROOM  PROCEEDINGS:

( X )  **S**

8:38 a.m. -    Court convenes.
               Court discusses several motions and objections that are still pending with
               the Court.

Attorney Leach argues his position regarding his Motion to Reconsider Motion to Sever, (Doc. 365) and also the challenge to the Jury Wheel that is pending.

Attorney Perrine argues the Government's position regarding the pending motions.

No later than Friday, counsel may supplement the record regarding the Challenge of the Jury Wheel to Magistrate Judge Coody.

Court DENIES the Motion to Sever, (Doc. 365) by defendant Scrushy.

Court takes up objections to proposed voir dire by defendant Siegelman.

Counsel for defendant Siegelman withdraws his objections at this time.

Court discusses the way jury selection process will be handled today and tomorrow.

9:05 a.m. -    Court is in recess.