# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:    4/21/06          AT:    10:15 a.m.
DATE COMPLETED:    4/21/06          AT:    11:00 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CR. NO. 2:05CR119-F |
| | § | |
| DON EUGENE SIEGELMAN, ET AL. | § | |

---

GOVERNMENT          APPEARANCES:          DEFENDANT

| | |
|---|---|
| Louis V. Franklin, Sr. | Charles Redding Pitt - Siegelman |
| Stephen P. Feaga | |
| Jennifer Garrett | Arthur W. Leach - Scrushy |
| Richard C. Pilger | |
| | Leslie Vernon Moore - Scrushy |
| | Terry Butts - Scrushy |
| | |
| | Stewart D. McKnight, III. - Roberts |
| | Michel Nicrosi - Hamrick |

---

COURT OFFICIALS PRESENT:

| | |
|---|---|
| Meredyth Cohen, Law Clerk | Barbara Wells, Law Clerk |
| Kelli Gregg, Courtroom Clerk | Josh Clayton, Law Clerk |
| Jimmy Dickens, Court Reporter | |

---
---

COURTROOM  PROCEEDINGS:

( X)  **Status Conference**

10:15 a.m. -    Court convenes.
Court addresses the 18 jurors that have been selected for jury duty in this case. The Court states that the jurors will not be sworn in at this time. Jurors are excused with further instructions from the Court and will report back on May 1, 2006 for the trial of the case.

Defendant Hamrick objects to not having the jury panel sworn in at this time.

Defendant Siegelman objects to not having the jury panel sworn in at this time.

Defendant Roberts joins in on this objection.

Defendant Scrushy joins in on this objection.

Government wants the Court to rule on the motion regarding the qualified jury wheel before we swear the jury in for trial.

Government asks that the Court put this motion on hold until after the trial of this case.

Defendant Scrushy objects to waiting on the ruling of this motion.

Court addresses concerns regarding the swearing in of the jury panel but will not swear them in at this time.

11:00 a.m. -    Court is in recess.