IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney Hiram C. Eastland, Jr. (Doc. #371) filed on April 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of April, 2006.

                                    /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE