IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, *et al.* ) | |

## **O R D E R**

Upon consideration of the Court's Order of Partial Sequestration for the jury during the trial of this cause, the Clerk of Court for the United States District Court for the Middle District of Alabama is DIRECTED, pursuant to the provisions of 28 U.S.C. § 1871, to expend sums to pay for meals for all jurors and those Deputy United States Marshals who are charged with transporting, overseeing and securing the jury beginning with jury selection on April 19, 2006, April 20, 2006 and April 21, 2006 and the trial of this case beginning May 1, 2006 and continuing until the conclusion of said trial..

DONE this the 25th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE