IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -4  A 8:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

v.

DON EUGENE SIEGELMAN, ET AL.

### NOTICE OF APPEARANCE

COMES NOW Professor G. Robert Blakey and enters his Notice of Appearance in the above entitled matter as additional counsel for Governor Don Eugene Siegelman.

In support for this Notice of Appearance, Counsel would further state that he became a member in good standing of the bar of the United States District Court on May 1, 2006.

Respectfully submitted,

*/s/ G. Robert Blakey*
G. Robert Blakey
D.C. Bar # 424844
Telephone: 574-681-6626
gblakey@nd.edu
Notre Dame Law School
Notre Dame, IN 46556
Counsel For Governor Don Siegelman

1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Notice of Appearance was served upon all counsel of record in the above-entitled case by mailing the document to all counsel First Class Mail, postage pre-paid, on this the 4th day of May, 2006.

*G. Robert Blakey*
G. Robert Blakey