IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DON EUGENE SIEGELMAN | )   CRIMINAL NO. 2:05-CR-119-MEF |
| PAUL MICHAEL HAMRICK | ) |
| GARY MACK ROBERTS | ) |
| RICHARD M. SCRUSHY | ) |

**MOTION TO WITHDRAW SUBPOENA**

Comes now the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and request that the Court grant its' Motion to Withdraw Subpoena, and as grounds states as follows:

1. On or about May 16, 2006, a subpoena was issued for Col. W.M. Coppage, Director, Alabama Department of Public Safety on request of the government.

2. The government states that in the interest of justice, the requested records are no longer needed.

Based on the above, the Government requests that the Court grant its Motion to Withdraw Subpoena.

Respectfully submitted this the 17th day of May, 2006.

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135   fax
louis.franklin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | |
| ) | |
| DON EUGENE SIEGELMAN    ) | CRIMINAL NO. 2:05-CR-119-MEF |
| PAUL MICHAEL HAMRICK    ) | |
| GARY MACK ROBERTS      ) | |
| RICHARD M. SCRUSHY     ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135   fax
louis.franklin@usdoj.gov