## **ATTACHMENT A**

Any documents evidencing payment to include but not limited to, checks or electronic transfer documents, check requests, vouchers, logs, or ledgers associated with any and all payments made by HealthSouth or on behalf of HealthSouth to the below listed organizations/charities from January 1989 through March 2003:

1. Alabama Sports Hall of Fame
2. Olympic Facility in Colorado Springs
3. UCP-United Cerebral Palsy-Local
4. UCP-United Cerebral Palsy-National
5. Jefferson State Community College
6. Troy State University
7. University of Alabama Birmingham
8. University of Alabama
9. Arthritis Foundation
10. American Spinal Cord Association
11. Christopher Reeve Foundation
12. March of Dimes
13. Holy Family Foundation
14. Americas Junior Miss
15. Miles College
16. Birmingham Southern
17. Samford University
18. Bruno's Golf Tournament
19. City Stages