IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Jury selection in this case was held on April 19 and April 20, 2006 and the trial commenced on May 1, 2006. A petit juror serving more than 30 days on one case may be paid, at the discretion of the trial judge, an additional $10.00 per day for each day in excess of 30 days pursuant to 28 U.S.C. § 1981(b)(2). It is, therefore,

ORDERED that the jurors in the above-referenced case be paid an attendance fee of $50.00 per day for all days served in excess of 30 days.

DONE this 9th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE