IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |

## **Verdict as to Defendant Siegelman**

1.  We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of RICO Act Conspiracy as charged in Count One of the Second Superceding Indictment.

2.  We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of violation of the RICO Act as charged in Count Two of the Second Superceding Indictment.

**SPECIAL INSTRUCTIONS AS TO COUNT TWO:** If you have found Defendant Siegelman not guilty of violation of the RICO Act as alleged in Count Two of the Second Superceding Indictment, proceed to Question 3 below. If you have found Defendant Siegelman guilty of violation of the RICO Act as alleged in Count Two of the Second Superceding Indictment, indicate which of the predicate acts that you find Defendant Siegelman has committed, beyond a reasonable doubt and by a unanimous verdict (check all that apply):

_____ Racketeering Act 1(a): Extortion under Color of Official Right
_____ Racketeering Act 1(b): Bribery
_____ Racketeering Act 1(c): Honest Services Mail Fraud
_____ Racketeering Act 1(d): Honest Services Mail Fraud
_____ Racketeering Act 1(e): Honest Services Wire Fraud

_____ Racketeering Act 1(f): Money Laundering
_____ Racketeering Act 1(g): Money Laundering
_____ Racketeering Act 2(a): Conspiracy to Commit Extortion under Color of Official Right
_____ Racketeering Act 2(b): Bribery
_____ Racketeering Act 2(c): Honest Services Mail Fraud
_____ Racketeering Act 2(d): Honest Services Mail Fraud
_____ Racketeering Act 2(e): Honest Services Mail Fraud
_____ Racketeering Act 2(f): Honest Services Mail Fraud
_____ Racketeering Act 2(g): Honest Services Mail Fraud
_____ Racketeering Act 2(h): Honest Services Wire Fraud
_____ Racketeering Act 2(i): Honest Services Wire Fraud
_____ Racketeering Act 2(j): Honest Services Wire Fraud
_____ Racketeering Act 2(k): Honest Services Wire Fraud
_____ Racketeering Act 2(l): Honest Services Wire Fraud
_____ Racketeering Act 2(m): Honest Services Wire Fraud
_____ Racketeering Act 2(n): Honest Services Wire Fraud
_____ Racketeering Act 2(o): Honest Services Wire Fraud
_____ Racketeering Act 4(a): Obstruction of Justice
_____ Racketeering Act 4(b): Obstruction of Justice
_____ Racketeering Act 5(a): Extortion under Color of Official Right and by Fear of Economic Harm
_____ Racketeering Act 5(b): Fair Campaign Practices Act Bribery
_____ Racketeering Act 5(c): Extortion under Color of Official Right and by Fear of Economic Harm
_____ Racketeering Act 5(d): Bribery
_____ Racketeering Act 5(e): Honest Services Mail Fraud
_____ Racketeering Act 5(f): Honest Services Mail Fraud
_____ Racketeering Act 5(g): Honest Services Mail Fraud
_____ Racketeering Act 5(h): Honest Services Mail Fraud
_____ Racketeering Act 5(i): Honest Services Mail Fraud
_____ Racketeering Act 5(j): Honest Services Mail Fraud
_____ Racketeering Act 5(k): Honest Services Mail Fraud
_____ Racketeering Act 5(l): Honest Services Mail Fraud
_____ Racketeering Act 5(m): Honest Services Mail Fraud
_____ Racketeering Act 5(n): Honest Services Mail Fraud
_____ Racketeering Act 5(o): Honest Services Mail Fraud
_____ Racketeering Act 5(p): Honest Services Mail Fraud
_____ Racketeering Act 5(q): Honest Services Mail Fraud
_____ Racketeering Act 5(r): Honest Services Mail Fraud

        _____ Racketeering Act 5(s): Honest Services Mail Fraud
        _____ Racketeering Act 5(t): Honest Services Mail Fraud
        _____ Racketeering Act 5(u): Honest Services Mail Fraud
        _____ Racketeering Act 5(v): Honest Services Mail Fraud
        _____ Racketeering Act 5(w): Honest Services Mail Fraud
        _____ Racketeering Act 5(x): Honest Services Mail Fraud
        _____ Racketeering Act 5(y): Honest Services Mail Fraud
        _____ Racketeering Act 5(z): Honest Services Mail Fraud
        _____ Racketeering Act 5(aa): Honest Services Mail Fraud
        _____ Racketeering Act 5(bb): Honest Services Mail Fraud
        _____ Racketeering Act 5(cc): Honest Services Mail Fraud
        _____ Racketeering Act 5(dd): Honest Services Mail Fraud
        _____ Racketeering Act 5(ee): Honest Services Mail Fraud
        _____ Racketeering Act 5(ff): Honest Services Mail Fraud
        _____ Racketeering Act 5(gg): Honest Services Mail Fraud
        _____ Racketeering Act 5(hh): Honest Services Mail Fraud
        _____ Racketeering Act 5(ii): Honest Services Mail Fraud
        _____ Racketeering Act 5(jj): Honest Services Mail Fraud
        _____ Racketeering Act 5(kk): Honest Services Mail Fraud
        _____ Racketeering Act 5(ll): Money Laundering
        _____ Racketeering Act 5(mm): Money Laundering
        _____ Racketeering Act 5(nn): Money Laundering
        _____ Racketeering Act 5(oo): Money Laundering
        _____ Racketeering Act 5(pp): Money Laundering
        _____ Racketeering Act 5(qq): Money Laundering
        _____ Racketeering Act 5(rr): Money Laundering
        _____ Racketeering Act 5(ss): Money Laundering
        _____ Racketeering Act 5(tt): Money Laundering

3.    We, the Jury, find Defendant Siegelman

        __X__ Guilty
        _____ Not Guilty

of Federal Funds Bribery as alleged in Count Three of the Second Superceding Indictment.

4.     We, the Jury, find Defendant Siegelman

        __X__ Guilty
        _____ Not Guilty

of Conspiracy as alleged in Count Five of the Second Superceding Indictment.

5.     We, the Jury, find Defendant Siegelman

        __X__ Guilty
        _____ Not Guilty

of Honest Services Mail Fraud as alleged in Count Six of the Second Superceding Indictment.

6.     We, the Jury, find Defendant Siegelman

        __X__ Guilty
        _____ Not Guilty

of Honest Services Mail Fraud as alleged in Count Seven of the Second Superceding Indictment.

7.     We, the Jury, find Defendant Siegelman

        __X__ Guilty
        _____ Not Guilty

of Honest Services Mail Fraud as alleged in Count Eight of the Second Superceding Indictment.

8.     We, the Jury, find Defendant Siegelman

        X ~~☒~~ Guilty
        ___~~☒~~ Not Guilty

of Honest Services Mail Fraud as alleged in Count Nine of the Second Superceding

4

Indictment.

9. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Ten of the Second Superceding Indictment.

10. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Eleven of the Second Superceding Indictment.

11. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twelve of the Second Superceding Indictment.

12. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

of Honest Services Wire Fraud as alleged in Count Thirteen of the Second Superceding Indictment.

13. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

of Honest Services Wire Fraud as alleged in Count Fourteen of the Second

Superceding Indictment.

14. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

    of Obstruction of Justice as alleged in Count Sixteen of the Second Superceding Indictment.

15. We, the Jury, find Defendant Siegelman

    \_\_X\_\_ Guilty
    _____ Not Guilty

    of Obstruction of Justice as alleged in Count Seventeen of the Second Superceding Indictment.

16. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Eighteen of the Second Superceding Indictment.

17. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Nineteen of the Second Superceding Indictment.

18. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_X\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Twenty of the Second

6

Superceding Indictment.

19. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_✓\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-One of the Second Superceding Indictment.

20. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_✗\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Two of the Second Superceding Indictment.

21. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_✗\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Three of the Second Superceding Indictment.

22. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_✗\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Four of the Second Superceding Indictment.

23. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_✗\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Five of the Second

Superceding Indictment.

24. We, the Jury, find Defendant Siegelman

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty-Six of the Second Superceding Indictment.

25. We, the Jury, find Defendant Siegelman

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty-Seven of the Second Superceding Indictment.

26. We, the Jury, find Defendant Siegelman

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty-Eight of the Second Superceding Indictment.

27. We, the Jury, find Defendant Siegelman

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty-Nine of the Second Superceding Indictment.

28. We, the Jury, find Defendant Siegelman

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Thirty of the Second Superceding

Indictment.

29. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Thirty-One of the Second Superceding Indictment.

30. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Thirty-Two of the Second Superceding Indictment.

31. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Thirty-Three of the Second Superceding Indictment.

32. We, the Jury, find Defendant Siegelman

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Extortion under Color of Official Right and by Fear of Economic Harm as alleged in Count Thirty-Four of the Second Superceding Indictment.

SO SAY WE ALL.

_____
Foreperson

Date: \_\_6-29-06_____