IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN UNITED STATES OF AMERICA    )
                                )
        vs.                     )
                                )
   Don Eugene Siegelman         )        Docket No.    2:05cr119-MEF

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>sentencing</u>.

[X] A.  It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on <u>October 27, 2005</u> with the following additional conditions: the defendant's travel is restricted to the three federal districts that makeup the State of Alabama; surrender any passport to the U.S. Probation Office and not obtain another passport; refrain from possessing a firearm, destructive device, or other dangerous weapon; and report as soon as possible to the pretrial service office or supervising officer any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.  It is further ordered that condition (v) in the order setting conditions of release be removed.

[ ] B.  It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

   The defendant shall:

   [ ] 1.  Execute an unsecured bond in the amount of $_____.
   [ ] 2.  Execute a bail bond with surety in the amount of $_____.
   [ ] 3.  Not commit a federal, state or local crime during the period of release.
   [ ] 4.  Refrain from possessing a firearm or other dangerous weapon.
   [ ] 5.  Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.
   [ ] 6.  Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
           _____
   [ ] 7.  Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.
   [ ] 8.  Be restricted to travel in _____.
   [ ] 9.  Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 29 June 2006

Chief U.S. District Judge