IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CRIMINAL NO. 2:05-CR-119-F |
| | ) | |
| DON EUGENE SIEGELMAN, | ) | |
| PAUL MICHAEL HAMRICK, | ) | |
| GARY MACK ROBERTS, and | ) | |
| RICHARD M. SCRUSHY. | ) | |

## DEFENDANT GARY MACK ROBERTS' EXHIBIT LIST

Comes now Defendant Gary Mack Roberts and submits the following list of exhibits to be used at trial.

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 1 | | | Jim Allen Immunity Agreement |
| | | | 2 | | | 1999 Jim Allen Tax Return |
| | | | 3 | | | 2001 Jim Allen Tax Return |
| | | | 4 | | | 2002 Jim Allen Tax Return |
| | | | 5 | | | 2003 Jim Allen Tax Return |
| | | | 6 | | | Arkansas Highway Dept. DVD |
| Yes | 5-25-06 | 5-25-06 | 7 | Allen | | Rainline DVD |
| Yes | 6-1-06 | 6-1-06 | 8 | Marcato | | The Rainline Corp. Brochure |
| | | | 9 | | | Synopsis of Usage of Rainline |
| | | | 10 | | | Jay Lindly Resume |
| | | | 11 | | | "Testing Wet and Dry Pavement Markings" ITE Journal 8/04 |
| Yes | 6-1-06 | 6-1-06 | 12 | Marcato | | U.S. Patent No. 5,439,312 |

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 6-1-06 | 6-1-06 | 13 | Marcato | | U.S. Patent No. 5,511,896 |
| Yes | 6-1-06 | 6-1-06 | 14 | Marcato | | U.S. Patent No. 5,642,962 |
| Yes | 6-1-06 | 6-1-06 | 15 | Marcato | | U.S. Patent No. 6,247,872 |
| Yes | 5-30-06 | 5-30-06 | 16 | Vaughn | x | 3/1/93 PEB Agenda & Minutes |
| | | | 17 | | | 4/23/93 Letter from William Hartzog |
| Yes | 5-30-06 | 5-30-06 | 18 | Vaughn | x | 1/2/96 Notes from PEB Meeting |
| | | | 19 | | | 9/97 Rainline: Features and Benefits |
| | | | 20 | | | 3/20/98 Letter of William Hartzog |
| | | | 21 | | | 4/20/98 Memo from Ray Bass |
| | | | 22 | | | 5/15/98 Letter from Jimmy Butts |
| | | | 23 | | | 1/18/99 Gov. Siegelman Letter |
| | | | 24 | | | 2/9/99 Memo of John Lorentson |
| | | | 25 | | | 2/22/99 Letter from Joe Wilkerson |
| | | | 26 | | | 3/12/99 Sales Agreement |
| Yes | 5-30-06 | 5-30-06 | 27 | Vaughn | | 4/30/99 Memo from Ray Bass |
| | | | 28 | | | Evaluation of Profiled Wet Weather Marking Systems and 5/5/99 Letter |
| | | | 29 | | | 5/20/99 Letter from Joe Wilkerson with 5/5/99 Attachments |
| | | | 30 | | | 7/6/99 Amended Sales Agreement |
| | | | 31 | | | 7/3/00 Terry McDuffie Memo |

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 6-1-06 | 6-1-06 | 32 | Marcato | | 7/10/00 Don Arkle Memo |
| Yes | 6-1-06 | 6-1-06 | 33 | Marcato | | 9/14/00 Terry McDuffie Memo |
| Yes | 5-30-06 | 5-30-06 | 34 | Vaughn | | 1/31/01 Memo from Mack Roberts |
| | | | 35 | | | 2/28/01 Wes Elrod Memo |
| Yes | 5-31-06 | 5-31-06 | 36 | Bowlin | | 3/8/01 Letter from Jeffery Brown to Jay Lindly |
| Yes | 5-30-06 | 5-30-06 | 37 | Vaughn | | 3/15/01 Proprietary and High Cost Safety materials and Devices Memo |
| | | | 38 | | | Evaluation of Profiled Pavement Markings (6/12/01) |
| | | | 39 | | | 8/13/01 Mike Harper Letter |
| | | | 40 | | | 11/6/01 USDOJ Letter to Lanny Young |
| | | | 41 | | | 1/17/02 Lorentson Memo |
| | | | 42 | | | 1/24/02 Rushing Memo |
| | | | 43 | | | 1/29/02 Don Arkle Memo |
| | | | 44 | | | 8/19/02 Don Arkle Memo |
| | | | 45 | | | 7/15/03 Letter from Joe Wilkerson |
| | | | 46 | | | 7/16/03 D.W. Vaughn Memo |
| | | | 47 | | | 5/24/04 Jennifer Marcato Memo |
| Yes | 6-1-06 | 6-1-06 | 48 | Marcato | | 3/22/05 Letter from David Byrnes |
| | | | 49 | | | 11/30/04 USDOJ Letter to Mac Marcato |
| | | | 50 | | | 5/25/05 Joe Wilkerson Memo |

3

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
|  |  |  | 51 |  |  | Arkansas Rainline/Gulfline Investigation Document |
| Yes | 5-25-06 | 5-25-06 | 52 | Allen |  | Sample Bid Prices for 6" Solid Profiled Line |
|  |  |  | 53 |  |  | ALDOT Summary of Use of Inverted Profile Traffic Stripe |
|  |  |  | 54 |  |  | Rainline Commission Break Down |
|  |  |  | 55 |  |  | 5/19/99–Guideline 3-33 |
|  |  |  | 56 |  |  | 12/20/00–Guideline 3-33 |
|  |  |  | 57 |  |  | 9/10/02–Guideline 3-33 |
|  |  |  | 58 |  |  | 8/1/03–Guideline 3-33 |
|  |  |  | 59 |  |  | 4/20/98–Standard Specification Section 702 |
|  |  |  | 60 |  |  | 9/19/00–Standard Specification Section 702 |
|  |  |  | 61 |  |  | 11/7/00–Standard Specification Section 702 |
|  |  |  | 62 |  |  | 7/16/02–Standard Specification Section 702 |
|  |  |  | 63 |  |  | Indictment Case No. CR-04-BE-239-M |
|  |  |  | 64 |  |  | Superceding Indictment Case No. CR-04-BE-239-M |
|  |  |  | 65 |  |  | Information Case No. 03-135-N |
|  |  |  | 66 |  |  | Lanny Young Plea Agreement |
|  |  |  | 67 |  |  | Lanny Young Plea Agreement Case No. 2:05CR116-A |
|  |  |  | 68 |  |  | Information Case No. CR 03-113-N |

4

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 69 | | | Nick Bailey Plea Agreement |
| Yes | 5-31-06 | 5-31-06 | 70 | Armberg | | 12/29/98 HUD Settlement Sheet 3805 Cedar Avenue |
| | | | 71 | | | 2/23/99 HUD Settlement Sheet 3805 Cedar Avenue |
| Yes | 5-31-06 | 5-31-06 | 72 | Armberg | | 12/29/98 HUD Settlement Sheet 55 Emerald Mountain Expressway |
| | | | 73 | | | 10/24/03 HUD Settlement Sheet 55 Emerald Mountain Expressway |
| | | | 74 | | | 10/24/03 HUD Settlement Sheet 198 Walnut Point Drive |
| Yes | 5-31-06 | 5-31-06 | 75 | Derrickson | | 10/1/99 ALDOT Organizational Chart |
| | | | 76 | | | 2/1/05 ALDOT Organizational Chart |
| Yes | 6-6-06 | 6-6-06 | 77 | Graham | | Mack Roberts Personnel File |
| | | | 78 | | | Mack Roberts Employment Contract |
| Yes | 6-5-06 | 6-5-06 | 79 | Hudgins | | Bonus Calculation |
| | | | 80 | | | 1997 Mack Roberts Tax Return |
| | | | 81 | | | 1998 Mack Roberts Tax Return |
| | | | 82 | | | 1999 Mack Roberts Tax Return |
| | | | 83 | | | 2000 Mack Roberts Tax Return |
| | | | 84 | | | 2001 Mack Roberts Tax Return |
| | | | 85 | | | 2002 Mack Roberts Tax Return |
| | | | 86 | | | 2003 Mack Roberts Tax Return |
| | | | 87 | | | 2004 Mack Roberts Tax Return |

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| | | | 88 | | | 2/22/06 Retirement Systems Letter and Attachment |
| Yes | 6-9-06 | 6-9-06 | 89 | Swann | | Map of Western Bypass |
| Yes | 5-25-06 | 5-25-06 | 90 | Allen | | 3/15/96 Letter from Rose |
| Yes | 6-9-06 | 6-9-06 | 91 | Swann | | 3/15/96 Letter from City of Northport |
| Yes | 6-9-06 | 6-9-06 | 92 | Swann | | 5/16/96 Resolution of TCIDA |
| Yes | 6-9-06 | 6-9-06 | 93 | Swann | | Photographs of Gov. James at Western Bypass |
| Yes | 5-25-06 | 5-25-06 | 94 | Allen | | 10/7/96 Letter from Butts |
| Yes | 6-9-06 | 6-9-06 | 95 | Swann | | 10/22/96 Dupont Letter |
| Yes | 5-25-06 | 5-25-06 | 96 | Allen | x | 11/15/96 Joint Letter to Gov. James |
| | | | 97 | | | 3/17/99 Tuscaloosa County Commission Resolution |
| | | | 98 | | | 6/29/99 Roberts Letter |
| Yes | 6-12-06 | 6-12-06 | 99 | Bowlin | | 6/29/99 Gov. Siegelman Letter |
| Yes | 6-9-06 | 6-9-06 | 100 | Swann | | 7/12/99 Ippolito Letter and Time Line Attachment |
| Yes | 5-30-06 | 5-30-06 | 101 | Courson | | 5/23/01 Letter and Agreement between ALDOT and Tuscaloosa County |
| Yes | 5-30-06 | 5-30-06 | 102 | Courson | | 6/29/01 Letter and Agreement between ALDOT and Tuscaloosa County |
| Yes | 5-30-06 | 5-30-06 | 103 | Courson | | 9/19/01 Letter and Agreement between ALDOT and Tuscaloosa County |
| | | | 104 | | | Any rebuttal documents as dictated by the Govt's case |

6

| Admit | Date Offered | Date Id'd | Exh# | Witness | Obj | Description |
|---|---|---|---|---|---|---|
| Yes | 5-30-06 | 5-30-06 | 105 | Vaughn | | Memo to Don Arkle from John E. Lorentson |
| Yes | 5-31-06 | 5-31-06 | 106 | Derrickson | | Certification of Business Records re: Al. Dept. of Transportation Grievance filed by John Derrickson |
| Yes | 5-31-06 | 5-31-06 | 107 | Armberg | | List of total deposits received and Deposited |
| | | 5-31-06 | 108 | Armberg | | |
| Yes | 6-1-06 | 6-1-06 | 109 | Marcato | | Board with Rainline |
| Yes | 6-1-06 | 6-1-06 | 110 | N. Marcato | | Fax to Malcolm Carmichael from Jennifer Marcato |
| Yes | 6-7-06 | 6-7-06 | 111 | Moore | | Summary Report ALDOT Consultant Contracts |
| Yes | For Court only 6-8-06 | 6-8-06 | a,b,c 112 | Not for jury, For Court Only Appeal Purposes | | Dr. Buck-Klempeter |
| | | | | | | |

Respectfully submitted

   /s/ David McKnight
David McKnight
Attorneys for Gary Mack Roberts
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
          AND BARCLIFT
2008 Third Avenue South
Birmingham, AL 35233
Telephone: (205)271-1100
Fax: (205)271-1108

7