| | COURTS EXHIBITS<br>CR NO. 2:05CR119-MEF | | | | | UNITED STATES OF AMERICA<br>vs<br>DON E. SIEGELMAN, ET AL. |
|---|---|---|---|---|---|---|
| **JURY TRIAL 5/1/06 - 6/29/06** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** |
| **exhibits maintained w/file in separate envelope** | | | | | | **Court Reporter: JIMMY DICKENS** |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | | | 1 | | | Defendant Gary Mack Roberts' Requested Limiting Instruction |
| Yes | | | 2 | | | Defendant Gary Mack Roberts' Requested Limiting Instruction |
| Yes | | | 3 | | | Defendant Gary Mack Roberts' Third Requested Limiting Instruction |
| Yes | | | 4 | | | Defendant Gary Mack Roberts' Fourth Requested Limiting Instruction |
| Yes | | | 5 | | | Defendant Richard M. Scrushy's Requested Limiting Instruction |
| Yes | | | 6 | | | Dfts. Roberts and Scrushys Requested Limiting Instruction |
| Yes | | | 7 | | | Dfts. Roberts and Scrushys Requested Limiting Instruction |
| Yes | | | 8 | | | Dfts. Roberts and Scrushys Requested Limiting Instruction |
| Yes | | | 9 | | | Dft. Scrushys Requsted Limiting Instruction |
| Yes | | | 10 | | | Dft. Scrushys Requested Limiting Instruction |
| Yes | | | 11 | | | Transcript of Forrest "Mac" Marcatos Grand Jury Testimony of 9/21/05 |
| Yes | | | 12 | | | Dft. Scrushys Requested Limiting Instruction |
| Yes | | | 13 | | | Courts Limiting Instruction given on 6/2/06 to the Jury regarding media attention in this case |
| Yes | | | 14 | | | Dft. Scrushys Requested Limiting Instruction |
| Yes | | | 15 | | | Dft. Scrushys Requested Limiting Instruction |
| Yes | | | 16 | | | Dft. Roberts Requested Limiting Instruction |
| Yes | | | 17 | | | Dft. Scrushys Requested Limiting Instruction |
| Yes | | | 18 | | | Dft. Roberts Requested Curative Instruction |
| Yes | | | A-F | | | Sealed Juror Notes Received by the Court During Deliberations<br><br>*** Courts Exhibits A-F Maintained w/file in sealed envelope*** |