IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, *et al.*   ) | |

## **O R D E R**

It is hereby ORDERED that Defendants Don Eugene Siegelman's and Richard M. Scrushy's Motion for New Trial Pursuant To Rule 33(a) of the Federal Rules of Criminal Procedure (Doc. # 462) is set for a status conference on **September 27, 2006** at **12:00 p.m.** by telephone conference call arranged by counsel for defendant Scrushy.

DONE this 26th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE