United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 4

## Siegelman juror wants to talk shop with prosecutors

By Mike Linn
**Montgomery Advertiser**

July 13, 2006

A juror in the case against former Gov. Don Siegelman and three others likely will meet soon with federal prosecutors to discuss the judicial process of the trial.

She wants to go to law school.

███████████████ said she contacted the U.S. attorney's office to set up a meeting a week after the jury convicted Siegelman and ex-HealthSouth CEO Richard Scrushy of six counts related to a bribe Scrushy paid Siegelman for a seat on a hospital regulatory board.

"I'm just trying to get some questions answered about the process," she said. "I would like to hear the attorneys' perspective."

███████████████████████████████, said she has no plans of discussing jury deliberations.

Assistant U.S. Attorney Steve Feaga also said the government "would avoid discussing the deliberations of the jury.

"It's not that we wouldn't want to know," Feaga said. "If you listen to what the judge instructs the jury, they say that no one will ever know what your vote was or what your deliberations were. It's my opinion that getting into the actual deliberations of the jury is not something that we would want to do."

Prosecutors would be open to answering questions about the trial and the law, he said.

Feaga said court rules allow prosecutors to meet with a juror after a trial as long as the juror requests the meeting, but that he would ask the judge just to be certain.

"It's not uncommon for us to meet with a juror if the juror makes the request," Feaga said.

Vince Kilborn, Siegelman's lead attorney, said there was some speculation that there was a compromise verdict, meaning jurors who wanted to acquit on all charges found Siegelman guilty of seven of 32 as a compromise to jurors who wanted more guilty verdicts. Twice during 11 days of deliberations, jurors told U.S. District Judge Mark Fuller that they were at an impasse.

██████ sought to put that speculation to rest, however.

"Was it a compromise verdict? No, I don't think it was," ██████ said. "It was just complicated for a lot of people."