United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 5-A



## Government Corruption Trial Juror Speaks

July 20, 2006 12:17 AM CDT

For nine weeks, ▮▮▮▮▮▮▮ was known as juror number 40. She says, "You think of everything you are missing on the outside. You can't go to work. You can't see your friends."

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ says she took her duty as a juror seriously; including instructions from the judge not to watch, listen to, or read anything related to the case. "I did see one Internet article, I'll confess," she says. "I wanted to not base my decision on anything other that what was entered in court."

Each juror kept their own notes during the trial. ▮▮▮▮ says there wasn't one single piece of evidence or testimony that swayed the jury. They looked at each charge and defendant individually. "We have all of this evidence and testimony and you go where in the world do we begin. We felt it was necessary to keep everything as organized as possible."

▮▮▮▮ says the jury remained committed to returning a verdict, even though twice they told the judge it looked doubtful. ▮▮▮▮ says it wasn't a matter of disagreeing, but rather a matter of getting through all the evidence. . ((you don't sit down and automatically agree. "It takes discussion on the evidence, looking at things from different points of views to come up with what we automatically came up with," she says.

▮▮▮▮ watched the defendants as the verdict was read. She's confident she and the other jurors made the right decision. She says, "One of the reasons why I am so confident is as a group. We were very committed to the truth and everyday we started the day by holding hands and asking god to help us come up with the truth."

▮▮▮▮ says she considers the other jurors friends. In fact, she tells us they all went out to eat and then for drinks after the verdict came down. They went to Sinclair's and Buds. She said they heard so much about the restaurants from witnesses they decided to give them a try.

Lawyers for Siegelman and Scrushy vow to win on appeal and are preparing their motions for Judge Mark Fuller.

Reporter: Sally Pitts