United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 5-C

THE DVD MARKED AS EXHIBIT 5-C CONTAINING NEWS STORY AND FULL-LENGTH INTERVIEW WILL BE FILED WITH THE CLERK OF THE COURT UNDER SEAL