United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 6

## GENERAL AFFIDAVIT

State of Alabama
County of _Jackson_

BEFORE ME, the undersigned Notary, _Donna Armstrong_ on this _9th_ day of _August_, 20_06_, personally appeared _Stephen C. Hudson_ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on _his_ [his or her] oath, deposes and says:

▇▇▇ who was a juror in the Siegelman/Scrushy trial, and his wife came to me for counseling. I have had numerous meetings with them seeking healing through prayer and counseling. I have also counseled with his wife privately concerning ▇▇▇ withdrawal and disassociation with his family and friends. I have witnessed a drastic change in ▇▇▇ since the conclusion of the trial. He seems to be in denial of these changes. He has ceased communicating with her about his feelings regarding the handling of the trial and his subsequent frustration. She is concerned that he will continue along this path until internal bitterness completely isolates him from her. I have advised her that the truth alone can set him free. His wife, with reason, came to me for advice. It is my recommendation that she seek further legal help to promote healing for her husband.

_Stephen C. Hudson_
[Signature of affiant]

_Stephen C. Hudson_
[Printed name of affiant]

_721 West Reynolds St. Ozark, AL 36360_
[Address of affiant, line 1]

_____
[Address of affiant, line 2]

Subscribed and sworn to before me, this _9th_ day of _August_ 20_06_.

[Notary Seal:]

_Donna Armstrong_                    _Donna Armstrong_
[Printed name of Notary]              [Signature of Notary]

NOTARY PUBLIC  My commission expires: _6-2_, 20_08_.