United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 7

# AFFIDAVIT

State of Alabama
County of _Jefferson_

BEFORE ME, the undersigned Notary, _Donna Armstrong_ on this _9th_ day of _August_, 20_06_, personally appeared ███ [name of affiant], known to me to be a credible person and of lawful age, who being by me first duly sworn, on ____ [his or her] oath, deposes and says:

My husband, ███ was a juror on the Siegelman/Scrushy trial in Montgomery Alabama. He has become very distant and isolated since the trial ended. He and I have talked with my minister and received prayer and counseling. He told me that things were not handled right during this trial, from Internet communications among the jury to the pressure and intimidation from the Judge. He kept telling me that the Judge should have accepted our first decision. We suffered financially because of this lengthy trial, because he was only paid $40 a day. He withdrew from deliberations because of the stress in the jury room. He has been greatly distressed and unhappy by the outcome. He told me that he was led to believe that no one would serve time in jail. ███ has had difficulty sleeping, frequent headaches, stomach problems and emotional issues as well. My husband, is somewhat in denial of his post-trial condition. He told me that he does not want to go to Montgomery for anything ever again. He does not want to associate with his family or friends. We have been advised by the pastor to seek spiritual healing by telling our story; that is why I am here today.

███
[Signature of affiant]

███
[Printed name of affiant]

███
[address of affiant, line 2]

Subscribed and sworn to before me, this _9th_ day of _August_, 20_06_.

[Notary Seal:]

_Donna Armstrong_          _Donna Armstrong_
[Printed name of Notary]    [Signature of Notary]

NOTARY PUBLIC  My commission expires: _6 - 2_, 20_08_