United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 9

Juror ▅▅▅▅▅▅ questions and answers continued on this the 1st day of September, 2006.

QUESTION:

1. Were there documents, newspapers, information from the internet, etc, discussed in the jury room to consider making a verdict in this case? If yes, what was brought into the jury room, by whom, and did this information sway your decision to vote?

   Answer: Yes. After ▅▅▅▅▅▅ told us so much law and legal procedures during our deliberations, all the jurors got on her and questioned her knowledge of knowing too much. At this time, ▅▅▅▅▅▅ admitted that she had searched the internet. After this, the entire jury asked for a foreman's book although the foreman already had a copy of the foreman's book.

2. Prior to the judge being advised of the jury's deadlock decision, how many jurors voted for guilty and how many voted against guilty? Who were the jurors that voted for guilty and who were the ones voted against guilty? What was your vote prior to telling the judge of the deadlock decision? Why did it change?

   Answer: 5 for guilty, 5 not guilty and 2 undecided. The jurors 100% not guilty were ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ Two jurors had hostile words at each other and at this time, the foreman slipped a note to the judge without our knowledge and told him that we were deadlock.

   > The judge said that he could keep us until the next 4th of July and we needed to have a unanimous decision. Our whole objective changed at that point because after nine days, we felt he applied extreme pressure on us to get us make a unanimous decision. We all decided to agree with whoever was in charge so we could leave and go home. I told everybody that I was through deliberating -- do whatever you want to do. Just tell me which way I should vote so I can go home. The stake of the two men's lives were totally irrelevant at this point for all of us, and we had a more pressing objective in mind – just to leave and go home for good. We did not vote our conviction. We voted based on the pressure applied by the judge.

3. Did you believe the foreman communicated with the judge without you knowing it?

Page 2 Questions & Answers
September 1, 2006

   Answer: Yes. We discovered that the foreman sent a note to the judge and then the judge called us out to let us know that he understood we were deadlock and he could keep us there until next July to get a unanimous decision.

4.   Did the foreman or any other juror specifically say or affirm that neither man would not do any jail time? Please explain your answer.

   Answer: Several of us jurors said the defendants would never spend anytime in jail if they were found guilty.

5.   Do you think that a unanimous decision would have come down without the pressure from the judge?

   Answer: No. I know we never would have agreed together because we began to get hostile to each other. After we voted our conviction, the judge refused to accept the outcome so we all gave up and let the leader take over and vote to get out of the room.

   DONE this the 1st day of September, 2006.

   _____         _____
   WITNESS Signature            AFFIANT,

   NOTARY PUBLIC

**COUNTY OF DALE**
**STATE OF ALABAMA**

   Sworn before me, _____ who is known to me, being informed of the contents of this document, signs his name on his own free will and volition on this the 1st day of September, 2006.

   My commission expires: _____    Notary Public

   My Commission Expires 06/20/2009