United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 10

*The enclosed email shows that the jurors in the recent trial of Governor Siegelman and Richard Scrushy violated the Judges order by having communications and discussions outside of the jury room. You should subpoena their records so you have the whole picture.*

*Truth and Justice*

Powered by Google

Search the Web

Compose | Get Mail

Folders [manage]
Inbox (14)

Inbox > Email Message
Reply · Reply All · Forward · Delete · Report As Spam · Detail · Printal

Date: Monday, May 29, 2006 10:41PM
From: 
To: 
Subject: 
Size: 3 KB

...need to talk!.....!?

Reply · Reply All · Forward · Delete · Report As Spam · Detail · Printal

| | |
|---|---|
| im freakin invincible | Jun 21, 2006 3:35 PM<br><br>hey Jess whats goin on??not shit here just sittin round bein bored...well how ya been?i aint talked to ya in a long ass while..hope ya havin a good summer love ya girl....Tahh |
| | Jun 20, 2006 7:13 PM<br><br>Not as much as I love you!!! I miss you a whole lot too! |
| Joel | Jun 20, 2006 5:37 PM<br><br>I love you too! and i dont me platonic type...i mean i really love you! haha ;) |
| Avery | Jun 20, 2006 3:27 PM<br><br>8888888888888888888888888<br>8888888888888888888888888<br>8888888888888888888888888<br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____<br><br>_____8888888_____ |

Myspace.com                                                              Page 1 of 1



May 24, 2006 7:08 PM

I want to hear all about it. I love you Jess! I miss you!

http://comments.myspace.com/index.cfm?fuseaction=user.HomeComments&friendID=214...    9/5/2006

Myspace.com

Page 1 of 1



| | May 7, 2006 2:58 PM<br><br>I love you Jessica Shay Robinson! |
|---|---|
| tyleryoung | May 7, 2006 2:03 PM<br><br>is that what they call it now? |