United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 11

Message

Search the Web  Google

Inbox > Email Message

Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Monday, May 29, 2006 11:38 PM
From:
To:
Subject:
Size: 2 KB

I agree some of the kounts r confusing 2 our friends. Chek text.30/38 still off trac.