United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 12

Go ogle

[ compose ] Get Mail

"void" fnwiagel                    > Email Message

Into (14)        Reply Reply All      Forward    Delete    Report As Seem    Detail    Prints[

Date: Sunday, June 25, 2006 11:28PM

From:
To:
Subject:
Size: 4 KB

penalty 2

severe...still

unclear on

couple of counts

against pastor &

gov.

[ Search the Web ]
Reply All    Forward    Delete    Report As Spam    Detail    Printal