United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 13



Go ogle

Compose  Get Mail

void" fnwiagel     > Email Message

Into (14)     Reply  Reply All    Forward    Delete    Report As Seem    Detail    Prints

Date: Sunday, June 25, 2006 11:48PM

From:
To:
Subject:
Size: 4 KB

...stay

focused...remember

what judge

said...have plans

for 4th...right?

Search the Web
Reply All    Forward    Delete    Report As Spam    Detail    Printal