United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF

# EXHIBIT 14-A



TERRY BUTTS
POST OFFICE DRAWER 272
LUVERNE, AL 36049

MONTGOMERY AL 361
05 SEP 2006 PM 4 T