United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 14-B

Terry Butts
PO Drawer 272
Luverne, AL 36049-0272

36049+0272

MONTGOMERY AL 361
15 SEP 2006 PM

