United States v. Don Eugene Siegelman
and Richard M. Scrushy
2:05cr119-MEF
# EXHIBIT 14-C

TERRY BUTTS
PO DRAWER 272
LUVERNE, AL 36049

