IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Upon consideration of the defendant's Emergency Motion For Order to Require Preservation of Evidence (Doc. #469) filed on October 6, 2006, it is hereby

ORDERED that the government show cause in writing on or before October 13, 2006 as to why the motion should not be granted.

DONE this 10th day of October, 2006.

                                                                /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE