Powered by



| Search the Web | Go ogle

C compose 1 Get Mail

'Polders [manage]
Inbox (14)

**Inbox** > Email Message

Reply    Reply All    Forward    Delete    Report As Spam    Detail    Printal

    Date: Sunday, June 25, 2006 11:31PM

    From:
    To:
   Subject.
     Size: 4KB

   proud of u...

     other 6 kounts

     most important....

     c.u.n..am

Reply            Reply All    Forward    Delete    Report As Spam    Detail    Printal

DEFENDANT'S
EXHIBIT
15