IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD M. SCRUSHY ) | |

**<u>ORDER</u>**

This cause is before the Court on Defendant Don Eugene Siegelman's Motion to Supplement the Record on the Defendants' Joint Motion for New Trial (Doc. # 471). It is hereby ORDERED that the motion is GRANTED.

DONE this the 20th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE