IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD M. SCRUSHY    ) | |

**ORDER**

It is hereby ORDERED that the Court will conduct an evidentiary hearing on issues relating to possible post-trial contact with Juror # 5 at **9:00 a.m.** on **October 31, 2006,** in **Courtroom A200**, United States Courthouse, One Church Street, Montgomery, Alabama. Defendants Don Eugene Siegelman and Richard M. Scrushy SHALL attend along with their counsel.

DONE this the 25th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE