# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:      10/31/06          AT:     9:05 a.m.
DATE COMPLETED:      10/31/06          AT:     7:15 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CR. NO. 2:05CR119-MEF |
| | § | |
| DON EUGENE SIEGELMAN AND | § | |
| RICHARD M. SCRUSHY | | |

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Louis V. Franklin, Sr. | | Charles Redding Pitt |
| James B. Perrine | | Vincent F. Kilborn, III. |
| Stephen P. Feaga | | David A. McDonald |
| Joseph L. Fitzpatrick | | Terry Lucas Butts |
| Jennifer M. Garrett | | Leslie Vernon Moore |
| Richard C. Pilger | | Arthur W. Leach |
| | | Fred D. Gray, Sr. |
| | | Frederick G. Helmsing, Sr. |

---

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Barbara Wells, Law Clerk | David Housholder, Law Clerk |
| Kelli Gregg, Courtroom Clerk | Josh Shapiro, Law Clerk |
| Jimmy Dickens, Court Reporter | |

---

### COURTROOM  PROCEEDINGS:

( X)  **Evidentiary Hearing**

9:05 a.m. -     Court convenes.
                Court goes over what will take place today and how the proceedings will
                be handled.  Court takes up (Doc.#467) Motion for New Trial filed by
                Siegelman and Scrushy at this time.  Court DENIES portion of Motion for
                New Trial regarding ex parte communication with jurors from Court
                during deliberations.
9:35 a.m. -     Court is in recess.

10:05 a.m. -     Court reconvenes.
                 Court calls Debra Bennett Winston and one representative from each party to the robing room to discuss which party Ms. Winston will be representing for the hearing today.  After further discussions, Ms. Winston states that she will be representing Juror #5.
10:15 a.m. -     Court is in recess.
10:20 a.m. -     Court reconvenes.
                 Court calls Donna Armstrong to testify.
                 Court calls Diana Flentory to testify.
11:45 a.m. -     Court is in recess.
1:00 p.m. -      Court reconvenes.
                 Court calls Stephen C. Hudson to testify.
                 Court calls Alice Stanford to testify.
3:10 p.m. -      Court is in recess.
3:25 p.m. -      Court reconvenes.
                 Court calls Charles Winston to testify.
                 Court calls Debra Bennett Winston to testify.
                 Court calls Juror #5 to testify.
7:15 p.m -       Court is in recess.