IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR119-MEF |
| | ) | |
| DON E. SIEGELMAN AND RICHARD M. SCRUSHY | ) | EVIDENTIARY HEARING: 10/31/06<br>Before: Hon. Mark E. Fuller |

**COURTS WITNESS LIST**

Donna Armstrong
Diana Flentory
Stephen C. Hudson
Alice Stanford
Charles Winston
Debra Bennett Winston
Juror #5