IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Because of the extraordinary circumstances and the need for the sequestration of the court's witnesses at the October 31, 2006 hearing, it is hereby

ORDERED that, for the convenience of the court, all reasonable costs associated with providing meals and refreshments for the court's witnesses be paid for out of the Attorney Fee Fund of the Middle District of Alabama.

DONE this 1st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE