IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | |
| RICHARD M. SCRUSHY | ) | |

**O R D E R**

Because of the extraordinary circumstances and the need for the sequestration of the Court's witnesses at the hearing to be held in this case on November 17, 2006, it is hereby

ORDERED that, for the convenience of the Court, all reasonable costs associated with providing meals and refreshments for the Court's witnesses be paid for out of the Attorney Fee Fund of the Middle District of Alabama.

DONE this 6th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE