# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:    11/17/06          AT:    8:40 a.m.
DATE COMPLETED:    11/17/06          AT:    3:25 p.m.

UNITED STATES OF AMERICA          §
vs.                               §    CR. NO. 2:05CR119-MEF
                                  §
DON EUGENE SIEGELMAN, ET AL.      §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Louis V. Franklin, Sr. | | Charles Redding Pitt - Siegelman |
| Stephen P. Feaga | | Vince Kilborn - Siegelman |
| J.B. Perrine | | David A. McDonald - Siegelman |
| Jennifer Garrett | | Arthur W. Leach - Scrushy |
| Richard C. Pilger | | Leslie Vernon Moore - Scrushy |
| Joseph L. Fitzpatrick, Jr. | | Fred Gray, Sr. - Scrushy |
| | | Terry Butts - Scrushy |
| | | James Parkman - Scrushy |
| | | James K. Jenkins - Scrushy |

COURT OFFICIALS PRESENT:

Barbara Wells, Law Clerk                Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk            David Housholder, Law Clerk
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X) **Evidentiary Hearing Re: [467] Motion for New Trial**

    8:40 a.m. -   Court convenes.
Court gives instructions to counsel as to how the hearing will proceed today and what questions the Court plans on asking the witnesses. Government objects to the questions the Court plans on asking. Defense counsel for both defendant's ask that the Court give several additional questions to the ones planned on by the Court.

| | |
|---|---|
| 9:15 a.m. - | Court is in recess. |
| 9:30 a.m. - | Court reconvenes. |
| | Court gives preliminary instructions to the witnesses before testimony is taken.  All witnesses are given the oath and sworn in by the Court. |
| | Court calls Juror #22 to testify. |
| | Court calls Juror #38 to testify. |
| | Court calls Juror #66 to testify. |
| | Court calls Juror #8 to testify. |
| | Court calls Juror #30 to testify. |
| | Court calls Juror #40 to testify. |
| 11:05 a.m. - | Court is in recess. |
| 1:00 p.m. - | Court reconvenes. |
| | Court calls Juror # 63 to testify. |
| | Court calls Juror # 29 to testify. |
| | Court calls Juror # 16 to testify. |
| | Court calls Juror # 7 to testify. |
| | Court calls Juror # 5 to testify. |
| | Court calls Juror # 68 to testify. |
| | Court hears oral argument from Government and Defense counsel after testimony of witnesses. |
| 3:25 p.m. - | Court is in recess. |