| | COURTS EXHIBITS CR NO. 2:05CR119-MEF | | | | | UNITED STATES OF AMERICA vs DON E. SIEGELMAN, ET AL. |
|---|---|---|---|---|---|---|
| **Evidentiary Hearing 11/17/06** | | | | | | **PRESIDING JUDGE: MARK E. FULLER** |
| **exhibits maintained w/file in SEALED envelope** | | | | | | **Court Reporter: JIMMY DICKENS** |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | | | 1 | | | Subpoena of Juror #22 |
| Yes | | | 2 | | | Subpoena of Juror #38 |
| Yes | | | 3 | | | Subpoena of Juror #66 |
| Yes | | | 4 | | | Subpoena of Juror #8 |
| Yes | | | 5 | | | Subpoena of Juror #30 |
| Yes | | | 6 | | | Subpoena of Juror #40 |
| Yes | | | 6-A | | | Copy of 12/12/05 Second Superseding Indictment |
| Yes | | | 7 | | | Subpoena of Juror #63 |
| Yes | | | 8 | | | Subpoena of Juror #29 |
| Yes | | | 9 | | | Subpoena of Juror #16 |
| Yes | | | 10 | | | Subpoena of Juror #7 |
| Yes | | | 10-A | | | Juror Information from U.S. District Court for the Middle District of Alabama Web Site |
| Yes | | | 11 | | | Subpoena of Juror #5 |
| Yes | | | 12 | | | Subpoena of Juror #68 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | ** ALL EXHIBITS MAINTAINED WITH COURT FILE UNDER SEAL ** |