IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR119-MEF |
| | ) | |
| DON E. SIEGELMAN AND RICHARD M. SCRUSHY | ) | EVIDENTIARY HEARING: 11/17/06 Before: Hon. Mark E. Fuller |

**COURTS WITNESS LIST**

Juror #22
Juror #38
Juror #66
Juror #8
Juror #30
Juror #40
Juror # 63
Juror # 29
Juror # 16
Juror # 7
Juror # 5
Juror # 68