**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA,

vs.                                    Criminal No: 2:05-cr-119-MEF

DON EUGENE SIEGELMAN, et al.,

**DEFENDANT DON EUGENE SIEGELMAN'S
MOTION TO JOIN RICHARD SCRUSHY'S
MOTION TO SUPPLEMENT THE RECORD**

Comes now the Defendant, DON EUGENE SIEGELMAN (Siegelman), by and through his counsel of record, and files this Motion to Join Richard Scrushy's Motion to Supplement the Record, and states as follows:

1. Governor Siegelman hereby moves for leave to join Richard Scrushy's Motion to Supplement the Record [Doc 509] with Exhibit 21, articles from the *Montgomery Register* and Richard Scrushy's Motion for Leave to File Second Motion to Supplement Record [Doc 510].

2. As grounds therefor, Governor Siegelman adopts Richard Scrushy's argument as set forth in Doc 509 and Doc 510.

**WHEREFORE**, the premises considered, Governor Siegelman moves for leave to join Richard Scrushy's Motion to Supplement the Record, and for such further, other, and different relief to which Defendant is entitled.

/s/ David A. McDonald
David A. McDonald (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047
**Attorney for Defendant Siegelman**

OF COUNSEL:

Vincent F. Kilborn, III (KILBV4483)
W. Perry Hall (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 1st day of December, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/ David A. McDonald
DAVID A. McDONALD