IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 2:05-cr-119-MEF
                                  )
DON EUGENE SIEGELMAN              )
RICHARD M. SCRUSHY               )

## ORDER

This cause is before the Court on Defendant Don Eugene Siegelman's Motion to Join

Richard Scrushy's Motion [sic] to Supplement the Record.  By this motion, Defendant Don

Eugene Siegelman seeks to join in two motions to supplement filed by his co-defendant

Richard M. Scrushy: Defendant Richard M. Scrushy's Motion for Leave to File Motion to

Supplement Record (Doc. # 509) and Defendant Richard M. Scrushy's Motion for Leave to

File Second Motion to Supplement Record (Doc. # 510).  It is hereby ORDERED that

Defendant Don Eugene Siegelman's Motion to Join Richard Scrushy's Motion [sic] to

Supplement the Record (Doc. # 511) is  GRANTED.

DONE this the 1st day of December, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE