

Go ogle

C compose | Get Mail

'Polders [manage]
Inbox (14)

**Inbox** > Email Message

Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Sunday, June 25, 2006 10:09 PM
From:
To:
Subject:
Size: 5 KB

...judge really helping w/jurors...

still having difficulties with #30

...any ideas???

keeping pushing on ur side.

did not understand ur thoughts on statue

but received links.

Reply

Reply All   Forward   Delete   Report As Spam   Detail   Printal

EXHIBIT
23

Powered by



Search the Web  Google

C compose  Get Mail

'Polders [manage]
Inbox (14)

**Inbox** > Email Message
Reply   Reply All   Forward   Delete   Report As Spam   Detail   Printal

Date: Sunday, June 25, 2006 10:41 PM
From:
To:
Subject:
Size: 9 KB

I can't see anything we miss'd. u?

articles usent outstanding! gov & pastor up s—t creek.

good thing no one likes them anyway.  all public officials

r scum; espically this 1. pastor

is reall a piece of work

...they missed before, but we won't

...also, keepworking on 30...

will update u on other meeting.

Reply

Reply All   Forward   Delete   Report As Spam   Detail   Printal



EXHIBIT
24

David McDonald
PO Box 66710
Mobile, Al 36606

MONTGOMERY AL 361
20 DEC 2005 PM 4



EXHIBIT
25