IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |
| RICHARD M. SCRUSHY | ) | |

**ORDER**

Now pending before the court is defendant Scrushy's fifth motion for discovery of jury records (doc. # 266) and amended second motion to supplement the record in the jury challenge and request for additional data (doc. # 392). Upon consideration of the motions, and for good cause, it is

ORDERED that oral argument on both motions be and is hereby SET for **3:00 p.m. CST** on **February 6, 2007** by telephone conference call. The United States shall set up this conference call.

Done this 1st day of February, 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE