IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )       CASE NO.  2:05cr119-MEF-CSC-001<br>)<br>DON EUGENE SIEGELMAN               ) | |

# O R D E R

The defendant has been found guilty of a criminal offense in accordance with the Constitution and laws of the United States.  Accordingly, it is ORDERED as follows:

1. That sentencing of the defendant be, and the same is, hereby set on **June 26, 2007**, at **9:00 a.m.** in Courtroom 2F of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If the sentencing hearing is not completed on June 26, 2007, it will continue from day to day until completed.

2. That in accordance with Rule 32(f)(1), *Federal Rules of Criminal Procedure*, on or before **April 30, 2007**, the defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report.

3. That, unless excused in writing by the Chief U.S. Probation Officer of this district, counsel for the parties shall be available for a conference with the probation officer on **April 30, 2007,** at **2:00 p.m.**, to discuss and resolve, if possible, factual and legal issues contained in the presentence report.  If the probation officer determines or if any of the parties request

that a personal meeting be held to resolve the issues, such meeting shall be at **the U.S. Probation Office, One Church Street, Montgomery, AL**, on the above date and time. Such request for a personal conference shall be made to the probation officer within five (5) calendar days after receipt of the presentence report. Otherwise, the conference shall be held telephonically.

    4.  To the extent that either the defendant or the Government intends to raise at sentencing any objection to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report **not resolved as a part of the objections conference with the probation officer** that objection must be filed in a written sentencing brief with the Court by no later than **May 29, 2007**. Any such written sentencing brief shall be supported by argument which contains citation to proper legal authority. Should either the defendant or the Government wish to file a response to any objection addressed by a written sentencing brief that response must be filed in writing with the Court by no later than **June 12, 2007**. Any such written response shall be supported by argument which contains citation to proper legal authority.

    5.  To the extent that either the defendant or the Government intends to argue at sentencing for a variance or departure that request shall be filed in writing by no later than **May 29, 2007**. Any such request shall be supported by argument which contains citation to proper legal authority. Should any party wish to file a response to such a request, the response shall be filed in writing with the Court by no later than **June 12, 2007**. Any such

written response shall be supported by argument which contains citation to proper legal authority.

Nothing contained in this Order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE this 26th day of April, 2007.

                                         /s/ Mark E. Fuller  
                                   CHIEF UNITED STATES DISTRICT JUDGE