**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Case No. 2:05cr119-MEF |
| | * | |
| DON EUGENE SIEGELMAN, et al., | * | |

**DEFENDANT DON EUGENE SIEGELMAN'S MOTION TO ADOPT**
**DEFENDANT RICHARD SCRUSHY'S OBJECTIONS TO MAGISTRATE'S**
**REPORT AND RECOMMENDATION DENYING JURY CHALLENGE**

COMES NOW Defendant Don Eugene Siegelman and moves this Honorable Court to allow him to adopt the Defendant Richard Scrushy's Objections to the Magistrate's Report and Recommendation Denying Jury Challenge (doc. 580) filed on May 14, 2007. While the Court has previously indicated that each defendant's objections to the jury pool is adopted by the other, the Defendant Siegelman files this motion out of an abundance of caution. As grounds for this motion, Defendant Siegelman states that he adopts the position and objections of Defendant Scrushy in his latest filing and the United States is not prejudiced by such an adoption since Defendant Siegelman adds no new objections.

WHEREFORE, Defendant Siegelman prays that this Honorable Court will grant this motion allowing him to adopt Defendant Scrushy's Objections to the Magistrate's Report and Recommendation Denying Jury Challenge.

Dated May 16, 2007.

Respectfully submitted,

/s/ W. Perry Hall
Vincent F. Kilborn, III, Esquire (KILBV4484)
W. Perry Hall, Esquire (HALLW9043)
KILBORN, ROEBUCK & McDONALD