IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

## **O R D E R**

Upon consideration of defendant Don Eugene Siegelman's Motion to Adopt Defendant Richard Scrushy's Objections to Magistrate's Report and Recommendation Denying Jury Challenge (Doc. #582) filed on May 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 16th day of May, 2007.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE