# EXHIBIT 3

JORDAN 9/20/05

```
 1   NASCAR in some way big, and I think he arranged for
 2   the Governor to go to Talladega and make the lap in
 3   the car before the race and that sort of thing.  No
 4   doubt in my mind that they were extremely close.
 5   Q       Okay.  And that was based also on your
 6   having had an opportunity to be in the presence of
 7   both of them when they were together?
 8   A       Yes, sir.  Yes, sir.
 9   Q       Okay.  Did there ever come an point in time
10   when Mr. Siegelman ever asked you or suggested to you
11   that he would like to see you help Mr. Young?
12   A       Well, there was one occasion where I took
13   to be that way, and I'll tell you what was said and
14   you can form your own opinion.
15   Q       Okay.
16   A       During the transition between the time
17   Siegelman was elected governor and taking office, he
18   called me at home one night probably ten o'clock or
19   after.  I had already gone to bed.  And he talked to
20   me and invited me down to Montgomery to some kind of
21   transition meeting, that sort of thing.  He talked
22   probably for 15 minutes.  And the last thing he said
23   was we've got a mutual friend that's doing a project
24   up there and if there's anything you can do to help
25   him I would appreciate it.
```

```
 1   Q      Okay.  Now, do you know of any other mutual
 2   friend that you and he had that was doing a project
 3   up in your county besides Lanny?
 4   A      Not that I could think of.  That was the
 5   obvious one.  He never mentioned a name  I didn't
 6   either.  And he didn't mention a project and neither
 7   did I.  That's the way I took it, that he was
 8   speaking of Mr. Young.
 9   Q      It stands out in your mind because it was
10   the last thing he said to you during your
11   conversation?
12   A      Yes, sir.
13   Q      Would this have been before you came down
14   and Paul Hamrick made the statement he made to you?
15   You said he invited you down for some transition
16   activities.
17   A      Yes.  I'm sure it was.  I'm sure it was
18   before that because by the time Hamrick made the
19   statement, I mean, they were in full swing and it was
20   going wide open at that time.
21   Q      Okay.  Give me just a second.
22          (Pause)
23   Q      I believe -- and I'm about to show you
24   something -- that the county commission at or near
25   the first week of December in 1998 up in Cherokee
```