# EXHIBIT 4

```
1    dollars, did he actually give you some money?
2    A        Oh, yes, sir, he did.
3    Q        Okay.  And was it all in checks or was some
4    of it cash?
5    A        The initial money was cash.
6    Q        Okay.  About what time frame would you say
7    you began to get cash from him?
8    A        I don't know, but it was after everything
9    was approved.  He didn't ever pay anything in
10   advance.
11   Q        Okay.  Were there ever points in time where
12   you felt like Lanny was not complying with his
13   agreement to give you money and you had to lean on
14   him a little bit to get money?
15   A        Sure.  I would call him and that sort of
16   thing.
17   Q        Okay.  Were there ever any occasions where
18   you remember asking either Mr. Siegelman or Mr.
19   Hamrick to help you get Lanny to pony up?
20   A        Well, the answer to Siegelman is absolutely
21   not.
22   Q        Okay.
23   A        To Hamrick, he called me one day wanting --
24   raising money for something.  I don't know if it was
25   for the lottery campaign or what it was.  But anyway,
```

```
 1    I told him to talk to Lanny; that he had some
 2    unfinished business that he needed to take care of
 3    and then we'd talk about a contribution. I didn't
 4    tell him what, but I sent a message so that Lanny
 5    would know what I was talking about.
 6    Q    Did Mr. Hamrick indicate to you during this
 7    conversation that he would let Lanny know?
 8    A    He didn't say. He didn't say.
 9    Q    Did he during this conversation say I don't
10    know what you're talking about?
11    A    No.
12    Q    Did he know what you were talking about?
13    A    I don't know. I really don't know. I mean
14    I'm sure he knew that there was some unfinished
15    business that Lanny had that I was wanting taken care
16    of before he was going to get anything out of me.
17    Q    Okay. All right. Let me mark these
18    exhibits as I hand them to you. I'm going to hand
19    you what I'm now marking as Grand Jury Exhibit 140,
20    which is a check that --
21    GRAND JUROR:
22        141.
23    Q    Is it 141? That's easy to fix. I'll just
24    put 141 over the top of that. If anybody wants to
25    know for the record, there will be a 141 over the top
```