# EXHIBIT 5

```
 1    the county would get?
 2    A     Right.  He didn't know it at the time, but
 3    he didn't need any assistance.  The commission had
 4    already figured him out and was ready for it to sell
 5    to somebody else and he didn't need my help.  I knew
 6    it, but he didn't.
 7    Q     I see.  So what you're saying is he made
 8    this offer to you and you agreed to do it, and your
 9    view of it is that it would have happened anyway?
10    A     Knowing that I was not going to have to
11    exert any influence and never did.
12    Q     I see.
13    A     But taking the money was just as illegal as
14    if I had done that.
15    Q     And you've admitted your responsibility and
16    culpability for that?
17    A     Yes, sir.
18    Q     You're paying the price for that now?
19    A     Yes, sir.
20    Q     Okay.  So you said initially he offered
21    stock, then later came back and said -- what did he
22    say when he later came back?
23    A     He just said that he couldn't do the stock
24    thing, that he would just have to do it in an
25    equivalent amount of cash.
```