# EXHIBIT 10

Mathews, Miller J-07-01-04.txt

1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4              GRAND JURY
5
6
7
8  IN RE:
9  GRAND JURY INVESTIGATION         CRC 03-0233
10
11
12
13            * * * * * * * * * * *
14
15       BE IT KNOWN that on Thursday, July 1, 2004,
16  the testimony of MILLER J. MATHEWS was taken before
17  the Grand Jury of the United States District Court for
18  the Middle District of Alabama, Northern Division, in
19  the Grand Jury Room, United States Courthouse, One
20  Church Street, Montgomery, Alabama; MR. STEPHEN P.
21  FEAGA, MR. LOUIS V. FRANKLIN, MR. J. B. PERRINE, and
22  MR. JOHN GIBBS interrogating.
23
24            * * * * * * * * * * *
25

2

1              MILLER J. MATHEWS
2       The witness, having first been duly sworn to
3  speak the truth, the whole truth and nothing but the
4  truth, testified as follows:

Page 1



PLAINTIFF'S EXHIBIT 34

Mathews, Miller J-07-01-04.txt
2  time that you spoke to the Governor?
3      A.   Yes.
4      Q.   Okay.  And so you did talk to him?
5      A.   Yes, I did talk to him.
6      Q.   And did he ask you during that
7  conversation -- did he ask you or was an agreement
8  made that Waste Management would contribute the sum of
9  $50,000 to an Alabama Education Lottery Foundation?
10     A.   After a lot of conversation, a lot of
11 questions by me.  And, you know, it was -- it was a
12 very open conversation that I had with him.  You know,
13 we talked about a lot of things:  number one, explain
14 it to me what the lottery was.  And once I grasped --
15 I had an identity with it -- because in Georgia, we
16 have a lottery system there that resulted in what they
17 call the HOPE scholarships; and that's all as a result
18 of the lottery system there.  So I -- you know, I
19 could identify from Georgia with what Alabama was
20 going to do and -- you know, certainly.
21     Q.   Okay.  So there was a conversation that went
22 on.
23     A.   Yeah.
24     Q.   But at some point in time, did you agree that
25 Waste Management would make a contribution?

                                                          15

1      A.   Yes.
2      Q.   Okay.  And I asked you outside -- and if you
3  would, just share with the grand jury, because you --
4  I believe you said that -- that -- that in -- as part
5  of the decision-making that you entered into and your
6  willingness to do that -- and I don't want to put

Page 12