# EXHIBIT 12



# PRESS RELEASE

### Office of the
### United States Attorney
### Middle District of Alabama
### Leura Garrett Canary

| P.O. Box 197 | ● | Montgomery, Alabama 36101 | ● | 334/223-7280 |

Contact Bertha Moore
Acting Press Officer
(334) 223-7280
May 16, 2002

The following is a statement from United States Attorney Leura Garrett Canary:

"There has been recent speculation in the press as to whether I will recuse myself from certain matters that may or may not be pending in my office. While it would not be appropriate for me to discuss any investigations that may or may not be under review in my office, I can tell you that in circumstances in which recusal issues are raised, I will discuss the propriety of my involvement with the Department of Justice and have done so in connection with recent inquiries. As to any matters pertaining to any current investigation of state officials or matters of state government which may or may not be underway, the Department of Justice has advised me that no actual conflicts of interest exist. However, out of an abundance of caution, I have requested that I be recused to avoid any question about my impartiality.

It is of the utmost importance to me, as a United States Attorney, that the people in the Middle District of Alabama and throughout the State of have confidence in the manner in which matters are handled by me and by the office I serve and that no one has a basis under which to question the integrity of any investigation undertaken by my office. To that end, the Department has assigned responsibility for the supervision of any investigation regarding state officials or matters of state government to First Assistant United States Attorney Charles R. Niven. In addition, if such investigation were to develop or exist, the Department's Criminal Division, Public Integrity Section, will play a significant role in the conduct of such investigation. I am confident these measures adequately address any concerns the public may have."

Return