# EXHIBIT 14

# DON SIEGELMAN
# ECONOMIC DEVELOPMENT

*Alabama is finally open for business.*
*And the economic impact is showing from one end of this area to the other.*
*Talladega Daily-Home, 7/10/01*

Since Governor Siegelman took office, more than 52,000 jobs have been created and more than $9 billion have been invested in Alabama. Governor Siegelman's continuing efforts to aggressively recruit industry and to bring Alabama's work force and infrastructure into the twenty-first century through job training and Amendment One signal to the world that Alabama is "open for business."

## QUALITY JOBS

**Since Gov. Siegelman has been in office, over 70,000 new jobs have been created and more than $11 billion have been invested.** [Alabama Development Office].

**Hyundai chose Alabama for 2,000 new jobs and a $1 billion investment.** Hyundai and Governor Siegelman announced that Hyundai would locate its first U.S. manufacturing facility in Alabama. The $1 billion plant will create approximately 2,000 direct jobs and between 4,000 and 5,000 indirect jobs. [AP, 4/5/02; AP, 4/5/02; Governor's Press Release, 4/2/02]

**Hyundai's Alabama plant will create almost 4,000 additional jobs.** Officials predict that about 4,000 spin-off jobs will be available in areas around the new plant. [AP, 4/5/02]

**Siegelman created the Center for Economic Growth to help rural counties attract economic development.** Governor Siegelman created the Center for Economic Growth at the Alabama Development Office to focus on "working with existing industry to create new jobs for Alabama families." The office will assist in the effort to expand development into poorer, rural counties. One of the duties of the center will be to work with small communities to help them develop a strategy for attracting industry. [AP, 4/8/02]

**Siegelman began the "Communities for Excellence" job tour to help communities recruit tier one Hyundai suppliers.** Siegelman tours communities in south and central Alabama to give suggestions on how to recruit and retain industry. "Siegelman visits communities, assess their existing economic development infrastructure and follows up with suggested improvements from a list of ten "steps to success," including education and transportation that will help attract supplier CEOs to their communities." [http://www.governorpress.state.al.us]

**Siegelman visited Enterprise, Alabama as part of his "Communities for Excellence" job tour.** Siegelman toured the Enterprise Municipal Airport and Enterprise Electronics Corporation (Doppler radar systems manufacturer) in South Industrial Park. He also stopped at Yancey Parker Industrial Park, Johnny Henderson Family Park, Enterprise State Junior College and Tartan Pines Golf Course. [http://www.governorpress.state.al.us, 5/2/02]

**Siegelman visited Troy, Alabama as part of his "Communities for Excellence" job tour.** "Siegelman toured Troy Municipal Airport (Sanders Hangar), KW Plastics, the largest plastics recycler in the world, and Troy City Hall, as well as drive-by viewings of available buildings in Troy Industrial Park, Troy State University, Troy-Pike Regional Center for Technology, the Charles

Henderson High School and the Charles Henderson Middle School."
[http://www.governorpress.state.al.us, 5/13/02]

**Honda created more than 1,200 jobs with a $400 million investment in Lincoln.** Honda's third American plant brought over 1,200 jobs to Lincoln, Alabama. A leading economist estimated that over 5,500 new jobs and $800 million dollars would be put into Alabama because of the Honda plant. [AP, Reeves, 5/6/99; AP, Reeves, 5/7/99].

**Siegelman was considered the 'quarterback' in getting Honda.** "We clearly knew who the quarterback was and God bless him. (Siegelman) did an excellent job of coordinating the private and public in an end-all objective," said David Bronner. [MR, Reilly, 5/8/99].

**Siegelman was successful in showing off the best parts of Alabama to attract Honda.** "Siegelman said he told Honda executives about the state's NASA involvement in Huntsville, medical research in Birmingham, the Robert Trent Jones Golf Trail and added: 'Our people are among the best in the world.'" [AP, Reeves, 5/6/99].

**Honda announced that it will double the size of the plant in Lincoln, Alabama.** Honda's expansion brings the number of spin-off jobs to 6,300. In addition to the 4,300 spin-off jobs created by the existing plant, the expansion is expected to create 2,000 jobs. [7/11/02; MA, 5/8/99]

**Honda's Lincoln plant will pump more than $800 million into Alabama's economy and create over 5,500 new jobs.** An economist estimates that Alabama will see an $800 million increase in the state's economy and 5,500 new jobs because of the Honda plant. Honda will create 1,200 jobs, and the total investment will create 4,300 additional jobs. [MA, Sherman, 5/8/99].

**Siegelman offered a reasonable economic package to Honda.** The Siegelman administration negotiated with Honda for two months on an incentive package that would make sense for Alabama. Honda received $158 million worth of incentives, including $102.7 million to train workers and prepare the site for construction, plus another $55.6 million in tax breaks. The state's incentive package for Honda is $64.7 million. The five counties around the plant joined to issue $17.5 million in bonds to back other incentives. The money was financed using a percentage of Alabama's share of the national tobacco settlement. [AP, Reeves, 5/6/99; AP, 5/14/99].

**Honda suppliers Precision Strip and New South Express brought 125 jobs to Talladega.** Precision Strip, a company that cuts rolls of steel into strips for use in assembling Honda cars, built a $12.6 million plant near Talladega that will employ 25. Precision Strip's employees earn an average of $17 an hour. New South Express built a 200,000-square-foot consolidation center north of Talladega, creating 100 new jobs. [AP, 11/8/00].

**Honda supplier Rainsville Technology brought 135 jobs to DeKalb County.** Rainsville Technology created 135 new jobs with a $10 million investment in Alabama. Rainsville Technology makes instrument panels, console boxes, wheel covers, spoilers and other hard plastic parts for the Honda Odyssey minivan that will be built in Lincoln. [AP, 6/22/00; BN, Tomberlin, 6/22/00].

**Honda supplier KTH Parts brought 150 jobs to Leesburg.** KTH Parts chose Leesburg, Alabama, a town with a population of 218 people, as the site for a $46 million plant to make frames for the Honda Odyssey minivan produced in Lincoln. [AP, 6/13/00; Gadsden Times, Powell, 3/27/01].

**Honda supplier Changer & Dresser's brought 25 jobs to Calhoun County.** Changer & Dresser's, a company that makes parts for Honda is welding equipment, located in Calhoun County because of Honda and planned on hiring up to 25 workers. [Anniston Star, Johnson, 3/20/01].

**Honda supplier Hunjan brought 200 jobs to Anniston.** Hunjan Moulded Products Ltd., a Canadian auto parts company, announced their intention to open a plant in Anniston. The plant, which will supply moulded parts for Honda's Odyssey, will bring more than 200 jobs to Calhoun County. Hunjan will "help fill the void left created two years ago when the U.S. Army closed Fort McClellan, an economic mainstay in the community." [BN, Pratt, 7/18/01]

**Local companies created more jobs because of Honda.** "Saks, in Steele, has hired 120 employees and, within the next few months, will have more than 200 workers. After Honda supplier Yachiyo Manufacturing is completed in Steele, it will create 75 additional new jobs. Industrial Galvanizers of Birmingham, in Ashville, has 53 employees and are expected to almost double the employment numbers this year. In Moody, Jones-Stephens Plumbing has expanded to an additional building and will soon double employment to about 175. Benjamin Moore, located in Pell City, has completed an expansion, enabling them to maintain current employment and add 20 more employees. Also in Pell City, Energy Absorption is expanding. Within 18 to 24 months, the company should add about 90 new jobs bringing employment close to 400." [Talladega Daily-Home, Hanner, 4/28/01].

**Governor Siegelman announced to the world that Alabama was a major player in the automotive world.** Gov. Siegelman sent the message that Alabama would lead, not lag, in the 21st century by ringing the opening bell at the New York Stock Exchange with Honda President and CEO Hiroyuki Yoshino. The next day they broke ground on the Honda plant in Lincoln, one of three major automotive plants in Alabama [AP, 4/24/00].

**Honda 'highlights the promise of change in Alabama's economy'.** "The prospect of a Honda auto plant in Lincoln highlights the promise of change in Alabama's economy. New jobs in state-of-the-art auto assembly plants are more secure." [BN, Tomberlin and Hubbard, 5/2/99].

**Congressman Bob Riley called the Honda plant a 'Godsend' for Alabama.** "If there's ever been a Godsend for the 3rd District of Alabama, it's this," said U.S. Rep. Bob Riley, R-Ashland, whose district includes the new plant site. [AP, Reeves, 5/6/99].

**Talladega Daily-Home said Honda has caused growth that has benefited the entire area around Lincoln.** "Officials promised two years ago when Honda announced its intentions to build in Talladega County that the entire area would benefit from the plant. Since that time, those predictions have not disappointed. The entire area continues to grow, from one end of Talladega County to the other and across multiple county lines." [Talladega Daily-Home, Editorial, 3/15/01].

**The News said Siegelman has 'fought hard' for 'good-paying jobs' with companies like Honda.** "Gov. Don Siegelman's administration certainly has fought hard to recruit industries that offer good-paying jobs, such as the Honda and Toyota auto plants." [BN, Editorial, 4/29/01].

**The Daily-Home said Honda brought Alabama 'jobs, growth, and a new economic image.'** "Since the announcement two years ago that it would locate a manufacturing facility in Lincoln, Alabama, a week doesn't go by that we don't hear about the impact the company will have on the area. And rightly so. Jobs, growth and a new economic image for the Coosa Valley quickly followed the announcement and continue to this day before the doors even open." [Talladega Daily-Home, Editorial, 6/1/01].

**The Mobile Register** said to give Siegelman 'credit'. "Gov. Don Siegelman and legislators deserve credit for going the extra mile to attract Honda. The Senate Industrial Development and Recruitment Committee approved a bill to allow Lincoln-area cities and counties to come together to issue $15 million in industrial development bonds. Moreover, the governor sent a letter and even made a sales pitch on videotape as part of Alabama's package for the automaker." [MR, Editorial, 5/9/99].

**The Daily-Home** said it is 'hard to argue' with Siegelman's success at attracting new jobs. "At the mid-point of Gov. Don Siegelman's term, it would be hard to argue with the successes of the administration thus far. Look no farther than our own backyard to Lincoln, where Honda is building a $400 million automotive plant as evidence. To the west, Mercedes is doubling the size of its mammoth facility in Vance, adding another $600 million investment." [Talladega Daily-Home, Editorial, 1/23/01].

Headline: "Siegelman, Honda execs to open NYSE" [BN, 4/24/00].
Headline: "Honda jobs attract 17,000 applications" [BN, 3/10/00].
Headline: "Honda on schedule with site" [BN, 4/7/00].
Headline: "Auto plant talk sweeping Lincoln" [BN, 4/27/99].
Headline: "Siegelman Honda meet proves pivotal" [MR, 5/8/99].
Headline: "Honda's a reality in Lincoln" [MA, 4/25/00].
Headline: "Alabama tops Honda's list" [BN, 5/1/99].
Headline: "Alabama may be close to getting Honda factory" [MR, 5/4/99].
Headline: "Bid for Honda gains steam" [MR, 5/2/99].
Headline: "Alabama on Honda's short list" [MA, 5/2/99].
Headline: "Governor, Honda in final stages of resolving deal" [BN, 5/2/99].
Headline: "Honda headed here" [MR, 5/6/99].
Headline: "Governor to meet about new plant" [BN, 5/1/99].
Headline: "Honda plant appears headed to Alabama" [MR, 5/6/99].
Headline: "Shoals' location may interest Honda suppliers" [BN, 8/18/99].
Headline: "Honda supplier chooses DeKalb" [BN, 6/22/00].
Headline: "Honda supplier will open in Rainsville" [HT, 7/18/01]
Headline: "Auto parts maker picks Anniston for plant" [BN, 7/18/01]
Headline: "Car parts plant expected to create up to 300 jobs" [BPH, Fitz and Staed, 6/13/00].

**Mercedes made a $600 million investment in Alabama, creating 2,000 jobs and expanding production at its Vance plant.** Mercedes-Benz and Gov. Siegelman announced in 2000 that Mercedes would bring 2,000 new jobs to its plant and thousands of jobs to Alabama by expanding production in Vance. [AP, Reeves, 10/28/00].

**Alabama gave incentives to Mercedes that will produce a large investment in Alabama.** Alabama offered Mercedes about $119 million in incentives, including $64.9 million in road improvements and $54.4 million in tax breaks. [AP, Reeves, 10/28/00].

**Mercedes' investment will create more than 5,900 new jobs throughout Alabama.** A study by economist Keivan Deravi showed that the Mercedes plant would create 3,900 jobs in Alabama, which would mean 5,900 new jobs thanks to Mercedes' expansion. A previous study showed that the original Mercedes plant has added $1.3 billion dollars annually to Alabama's economy and 10,000 jobs statewide, making the 3,900 new jobs estimate conservative. [AP, 8/30/00].

**Mercedes supplier brought 350 jobs to the Auburn area.** "Stahlschmidt & Maiworm plan to invest $28 million to build a new aluminum wheel manufacturing plant that will employ 350 workers. The

company will supply Mercedes-Benz and other car manufacturers." Gov. Siegelman announced the plant opening while on an economic recruitment mission to Europe. [AP, 6/20/01].

**Mississippi legislator said Alabama was 'kicking us around'.** After Mercedes announced the expansion at Vance, one Mississippian said, "I wanted to throw up. Alabama again. They're kicking us around. How is Alabama doing it and Mississippi isn't?" [BN, AP, Holland, 8/29/00].

> **The President of the Mississippi Economic Council said Alabama 'has a plan.'** "That drives it home. We're in competition. That state has a plan. It's got a focus. It's our major competition in this region." [BN, AP, Holland, 8/29/00].

**Headline:** "Mercedes puts state in driver's seat with suppliers" [HT, 8/30/00].
**Headline:** "Mercedes considers 2nd plant for state" [HT, 6/28/00].
**Headline:** "Benz growth makes state envied area" [BN, 7/2/00].
**Headline:** "Mercedes' Alabama work force expected to double" [MA, 11/13/00].
**Headline:** "DaimlerChrysler Plans Big Expansion of Mercedes-Benz Output in Alabama" [WSJ, 8/28/00].
**Headline:** "DaimlerChrysler to Expand Its Production in Alabama" [WSJ, 8/28/00].

**Toyota chose Alabama for 350 new jobs and a $220 million investment.** Toyota became the third large carmaker to call Alabama home when they chose Huntsville over Tennessee and Georgia for their first V-8 engine factory outside Japan. The $220 million plant will employ 350 people and make engines for the Toyota Tundra truck. [AP, 2/6/01; AP, 2/25/01].

> **Chose Alabama because of the quality workforce available.** ""We know we will find workers of the highest caliber here, who have the skills, the intelligence and the enthusiasm to become a successful Toyota team," President Fujio Cho said. [AP, 2/6/01].

> **Alabama's reasonable incentive package led to a $220 million investment.** Alabama promised Toyota about $29 million worth of incentives – $13.6 million for training programs and $15 million in tax breaks. [AP, 2/6/01; BN, Tomberlin, 2/7/01].

> **Toyota's plant will create more than 175 other new jobs.** "Economist Niles Schoening, a professor at the University of Alabama in Huntsville, said Toyota will have a significant impact on the local economy because of its high wages. Schoening estimates Toyota's annual payroll - expected to be nearly $30 million - will produce another 177 jobs, as those employees spend their money on goods and services." [AP, 6/10/01].

> > **New plant may result in over 1,000 new jobs in the Huntsville area.** "Officials said suppliers and support industries might add an additional 1,000 jobs." [Decatur Daily, Editorial, 6/14/01].

> **Toyota gave $500,000 to schools in Madison County to upgrade technology.** "In a ceremony to celebrate the beginning of construction at the $220 million plant's site at North Huntsville Industrial Park, the company announced it will give $500,000 to the Schools Foundation, a private nonprofit organization charged with enhancing technology in all three of Madison County's school systems. Thanks to the grant, all 12 high schools in the Huntsville, Madison and Madison County systems will get 'interactive classrooms,' complete with video cameras and televisions." [HT, Hannah, 6/11/01].

**Toyota gave $10,000 to J.O. Johnson High School.** To thank Johnson High School in Huntsville for hosting Toyota's construction announcement, Toyota gave Johnson High School $10,000 to make improvements to their auditorium. [HT, 5/6/01].

**Headline:** "Toyota would be 'boost' for northwest" [HT, 12/24/00].
**Headline:** "Toyota eyes Huntsville" [HT, 12/24/00].
**Headline:** "Siegelman expected to announce Toyota plant decision next week" [HT, 1/31/01].
**Headline:** "Taxes from Toyota could help revive plan for schools" [HT, 12/24/00].
**Headline:** "Toyota 'Plants Roots' in Alabama at Engine Plant Groundbreaking" [HT, 6/11/01].
**Headline:** "Toyota marks start of construction at $220 million state engine plant" [HT, 6/11/01].
**Headline:** "Building of Toyota factory under way" [HT, 6/11/01].
**Headline:** "Huntsville gets engine plant" [BPH, 2/7/01].
**Headline:** "Toyota to build plant in Alabama" [MA, 2/7/01].
**Headline:** "Toyota incentives come cheap" [BN, 2/7/01].
**Headline:** "Toyota picks Huntsville" [HT, 2/7/01].
**Headline:** "Toyota enjoys becoming part of community" [HT, 2/7/01].
**Headline:** "Toyota weighs 2 sites in state" [BN, 12/22/00].

**Siegelman's incentives brought Wal-Mart, with 600 jobs and a $40 million investment, to economically distressed Pike County.** "Wal-Mart plans to start construction in the spring on a $40 million distribution center that could create up to 600 jobs. Gov. Don Siegelman joined Wal-Mart representative Wiley Lott and Pike County officials to announce the project Thursday in Brundidge. The 900,000-square-foot distribution center is scheduled for completion in the spring of 2003, with hiring starting that summer. In the special session of the Legislature that ended Sept. 19, Siegelman got lawmakers to approve selling $5 million in bonds to provide financial incentives for Wal-Mart to locate the project in Alabama." [AP, 9/27/01]

**Gov. Siegelman signed legislation to bring new businesses and high-quality jobs to Alabama's poorest counties.** "Siegelman had a ceremonial signing program for legislation that offers income tax breaks to new and expanding industries locating in counties with high unemployment, low per capita income and stagnant populations. Siegelman called the new law 'a powerful new tool to help recruit new jobs to Alabama's distressed counties.'" [AP, 10/2/01]

**Siegelman's employment bill will give tax incentives to small businesses planning to invest in Alabama's poorest counties.** "The new industrial legislation passed on the last day of the Legislature's special session Sept. 19 and was officially signed by Siegelman last week. Previously, the state could offer tax incentives to an industry investing at least $2 million and hiring at least 20 people. The new law drops that to $500,000 and five employees for industries planning to invest in 23 counties designated as distressed... The 23 distressed counties will be determined by the state each year based on population change, per capita income and employment." [AP, 10/2/01]

**Sen. Hank Sanders applauded Siegelman's employment bill.** "State Sen. Hank Sanders, D-Selma, applauded Siegelman for his interest in economic development in Alabama and for appointing a task force to look into the need to develop rural areas. 'He appointed (the task) force because he had a great interest in not only lifting all of Alabama, but lifting those areas that tend to be left out, and I have a great appreciation for him because of that,' Sanders said." [MA, AP, 10/3/01]

**Governor Siegelman secured 1,400 jobs and $100 million in new investment by funding a biomedical research center at UAB.** "Alabama lawmakers gave final approval to a state bond issue that will provide $25 million to UAB for a biomedical research center and $28.5 million more for other economic development projects around the state. [AP, 9/14/01]

Biomedical research at UAB will attract $100 million in new grants to the state and generate 1,400 new, high quality jobs in the Birmingham area. "UAB officials said the center will attract $100 million in new grants and provide 1,400 jobs. The university has already obtained $17 million in federal funds for the project." [AP, 9/14/01]

Amendment One provided funding for the bond issue. "The bond issue will be repaid by the state's oil and gas lease royalties, an arrangement voters approved last year." [AP, 9/14/01]

The Post Herald said the UAB bond issue 'will pay economic and scientific dividends for years to come.' "The bond issue that will help the University of Alabama at Birmingham build a biomedical research center will pay economic and scientific dividends for years to come." [BPH, Editorial, 9/22/01]

Governor Siegelman pledged $35 million to develop a world-class biomedical research institute. In July 2001, Governor Siegelman pledged $35 million in state money to build an 11-story interdisciplinary Biomedical Research Institute at the University of Alabama at Birmingham (UAB). The new facility will create 1,400 new jobs and is expected to help the university attract an estimate $100 million in new research dollars each year. [AP, 7/25/01]

Governor Siegelman's investment in biotechnology research will benefit Alabama today and in the years to come. Research done at the UAB facility leads to new biomedical discoveries and has spawned a number of biotech companies. "Since 1986, UAB's business incubator has spun off 37 companies, creating more than 1,500 jobs." [BN, Tomberlin, 7/25/01]

Funding for the project will come from the Exxon lawsuit and Amendment One. Governor Siegelman will fund the effort with 10% of the award from a lawsuit the state won against Exxon Mobile Corp. and with capital improvement funds available through Amendment One. [AP, 7/21/01; BN, Tomberlin, 7/25/01]

The UAB facility is just one component of the Governor's planned statewide research alliance. UAB's new center is part of a proposed Alabama Research Alliance, which would "link university and business resources with public and private industry." The Alliance includes UAB, the University of Alabama, UAH, Auburn University, the University of South Alabama, Alabama A&M University, and former Fort McClellan. [MA, Editorial, 7/25/01; Anniston Star, Cook, 7/21/01]

Business leaders said Governor Siegelman's decision was 'so important to our state.' Barry Copeland of the Birmingham Chamber of Commerce said the development was "so important to our state." He noted, "the new jobs will be the best a community could hope for. 'These are going to be highly trained, highly paid research scientists.'" [BN, Parks, 7/21/01]

Education leaders are 'excited' by Governor Siegelman's commitment to research and development. UAB President Ann Reynolds said, "All of us at UAB are elected by the governor's recognition of the economic and intrinsic value of biomedical research at UAB... the state's investment will help ensure our continued upward trajectory among the world's top academic medical centers." Thomas Meredith, chancellor of the University of Alabama System said, "It's incredible news for Alabama. I can't tell you how excited I am. It's a new, wonderful day." [BN, Parks, 7/21/01]

The News said Alabama 'could not find a better way to invest its economic development dollars.' "Last week, Gov. Don Siegelman pledged $25 million in state money to help UAB's initial effort.

That ought to be the first step. The state couldn't find a better way to invest its economic development dollars. Not only because of the good-paying jobs to be created and the tax revenues they will generate, but the potential the projects have for turning research into ways to better our lives." [BN, Editorial, 7/30/01]

The Advertiser said 'it would be difficult to overestimate the importance' of Governor Siegelman's commitment to biomedical research and economic development. "It would be difficult to overestimate the importance of the state's promise of $35 million toward construction of a biomedical research center at the University of Alabama at Birmingham." [MA, Editorial, 7/25/01]

The Anniston Star called Governor Siegelman's plan a 'bold initiative' that is 'definitely worth going for.' "This is a bold initiative, the kind of thing that could actually catapult Alabama ahead of most of the state in economic performance, per capita income, education and any number of other indicators. It is definitely worth going for." [Anniston Star, Editorial, 7/26/01]

The Anniston Star called Governor Siegelman 'a visionary' leader. Gov. Don Siegelman is "thinking very big. These days he's not only looking to the next challenge on the horizon but to the distance future, to a time when he could not possibly still be our governor. That is the kind of bold thinking that we need… it's encouraging to see our government trying to find a way to leapfrog the state. If his plans work we will not only break out of our long malaise, we will prosper." [Anniston Star, Editorial, "A Visionary," 7/24/01]

Teksid created 550 jobs with a $75 million investment in Sylacauga. Teksid, an Italian company that produces automotive parts for companies such as General Motors and Ford, opened a plant in Sylacauga that will employ 450 people, and then expanded the plant to create 100 more jobs. "They cited the welcome arms with which they were met in Sylacauga, Talladega County and Alabama as the deciding factors in locating the company's new U.S. plant." Teksid chose Alabama over Charleston, South Carolina. [AP, 11/17/99; Talladega Daily-Home, Editorial, 4/12/01].

> Headline: "Sylacauga welcomes Fiat plant" [MA, 10/20/99].
> Headline: "Siegelman cites impact of parts plant on Sylacauga jobs" [BN, 10/20/99].
> Headline: "Fiat division plans $80 million factory" [HT, 10/20/99].
> Headline: "Sylacauga lands new plant with 450 jobs" [BN, 10/19/99].

Wal-Mart opened a distribution center with 400 news jobs to Opelika because of Governor Siegelman's administration. "Wal-Mart Stores Inc. will bring 400 new jobs to Opelika with an 880,000-square-foot distribution center that will serve Alabama, Georgia and Florida. Initially, the center will hire 200 people, with another 200 to be hired within three years of opening, said Wiley Lott, Wal-Mart's director of economic development. The Bentonville, Ark.-based retailer chose Opelika over a number of other sites based on the community's attributes and the teamwork shown by the Siegelman administration, Lott said." [AP, Saunders, 4/9/99].

Navistar engine assembly plan with up to 1,000 jobs opened in Huntsville. "Truck-maker Navistar International Corp. will build a $250 million diesel engine assembly plant at Huntsville that could bring 600 - 1,000 jobs over the next decade." [AP, 4/24/99].

> Siegelman pushed for incentives to train workers for Navistar's jobs. Siegelman pushed for and signed an incentive package for Navistar to equip training facilities at the Jetplex Industrial Park in Madison County to train workers for their new plant. The bond issue passed by the Legislature included $20.5 million for Navistar. [AP, 4/30/99; AP, Poovey, 6/1/99].

**Tenaska power plant brought more than 500 news jobs to Autauga County.** Tenaska opened a power plant in Autauga County, creating more than 500 new jobs. The $200 million power plant, which will produce enough electricity for 885,000 residents, is Tanaska's second in Autauga County. Construction of the plant created more than 500 jobs and another 20 full-time, well-paid jobs once the plant opened. [MA, Whittington, 7/27/01]

**CRH North America assembly plant with 300 jobs opened in Clanton.** "CRH North America, which manufactures equipment for major automobile manufacturers plans to build a 50,000-square-foot plant in Clanton, Gov. Don Siegelman announced Tuesday. CRH plans to complete construction of the plant by November. It will initially employ 40 workers and plans to expand over the next two years to 200,000-square feet and 300 workers." [AP, 5/26/99].

> **CRH invested $21 million to create 45 more jobs.** CRH announced that they would expand their operation in 2001, resulting in 345 new jobs in Clanton with starting salaries at $9 an hour. [BN, Pratt and Chandler, 3/8/01].

> **Headline: "State wins $2 million auto-parts plant"** [BN, 6/13/99].

**Saks Department Store distribution center with 250 jobs opened near Steele.** "Saks Inc. is expected to announce plans this week for a warehouse in St. Clair County that would employ at least 250 workers." [AP, 6/9/99].

**Pemco Aviation Group created 500 jobs by expanding their Dothan plant.** Pemco Aviation, which already employed 400 people in Dothan, announced they were doubling their production and adding 500 new jobs. [Business Wire, 9/13/00].

> **Pemco's CEO called Governor Siegelman's commitment to economic growth and expansion "remarkable."** "We believe that the Dothan facility will set the course for growth and expansion of the commercial aviation industry in Alabama, and we are excited about the increase in our production capabilities. Governor Siegelman's commitment to aviation in Alabama, the continued support from our Congressional delegation, as well as leadership in the Dothan community have been remarkable and we appreciate their support of our efforts to grow and expand our Dothan facility," said Ron Aramini, president and CEO of Pemco Aviation Group. [Business Wire, 9/13/00].

> **Siegelman secured 1,400 jobs at Pemco's Birmingham facility.** Gov. Siegelman announced a deal between Pemco and Boeing that would keep 1,400 jobs in Birmingham. Pemco won a contract from Boeing to refurbish the KC-135 aircraft. [BN, Pratt, 6/27/01].

**TeleTech Holdings created more than 650 new jobs at their customer service center in Fairfield.** "About 650 jobs will be created when a Colorado company opens an $11.5 million customer service center in a vacant building west of Birmingham, and the size of the workforce could continue to grow. TeleTech provides customer-relations and product-support services for companies on a contract basis. Clients include United Parcel Service, AT&T, GTE and other Fortune 500 companies. The number of jobs at TeleTech's Fairfield facility is expected to exceed 800 within two years." [AP, 3/18/99].

**Target brought 800 jobs to Limestone County by building a distribution center.** "Minneapolis-based Dayton Hudson Corp., which owns Target, announced it would build the 1.2 million square foot warehouse and distribution center on 154 acres near the Interstate 565-Greenbrier Road intersection, on the western edge of Huntsville but across the county line." Target chose North Alabama over 15 other southeastern sites because of the quality workers and the incentive package given to them by the state. [AP, 11/5/99].

Headline: "Target announcement expected" [BN, 11/5/99].

**Hertz brought up to 1,000 jobs to Saraland by building a reservation center.** Because of the quality workforce, Hertz International decided on Alabama for their $10 million investment and $8 an hour jobs. The center could employ up to 1,000 people. State and local governments combined on an incentives package that was "nice, but not decisive", according to Hertz officials. Mobile County and ADECA each committed $250,000 and the Alabama Department of Transportation committed $164,000 to help lure the $10 million investment. [AP, 12/29/99].

**West TeleServices brought 1,000 new jobs to Northern Alabama.** West TeleServices invested $9.5 million to open a communications center in Huntsville that created new jobs for more than 1,000 Alabamians. The communications center will service DirecTV, a satellite entertainment company. [AP, Pare, 6/1/00].

**Bell Microproducts brought 300 jobs to Montgomery.** "Bell Microproducts Inc. plans to open a corporate technology center in Montgomery that will employ 40 to 60 people by the end of the year and as many as 300 in three years. Bell Microproducts CEO Donald Bell, an Alabama native, joined Gov. Don Siegelman on Thursday in announcing the company will borrow $180 million from the Retirement System of Alabama." [AP, 7/6/00].

**Automotive supplier brought 50 jobs to the Auburn area.** "Hoerbiger Hydraulik will invest $2 million for a new hydraulic manufacturing facility that initially will employ 15 but will expand to 50 workers over the next three years. It will produce hydraulic actuating mechanisms for BMW Z3 convertible tops, as well as hydraulic mechanisms for trunks and rear hatches." Gov. Siegelman announced the plant opening while on an economic recruitment mission to Europe. [AP, 6/20/01].

**ServiceZone brought 1,800 jobs to Alabama.** ServiceZone opened call centers in Hamilton, Winfield, and Opp employing 600 people each at a starting salary of $9 an hour. Marion County, where two of the centers will be built, had a 2000 unemployment rate of 7.8%. Covington County, where the Opp center will be located, had an unemployment rate of 9.8% in January 2001. [AP, 3/7/01; AP, 3/9/01].

**Zenith expansion brought 120 jobs to Huntsville.** Zenith Electronics followed a 1998 move to Huntsville with an expansion that created 120 new jobs. [AP, 1/21/99].

**Ferguson Enterprises brought 125 jobs to Fort Payne.** Ferguson Enterprises built a distribution center in Fort Payne that resulted in 125 new jobs. [AP, 5/25/99].

**McLane Company created 400 jobs in Dothan.** McLane Company, the largest distributor to convenience stores in America and a subsidiary of Wal-Mart, invested $24 million to build a distribution center in Houston County that will employ up to 400 people. [MA, Montealegre, 1/30/99].

**Siegelman secured a $200,000 grant to attract new industry to a north Alabama town.** "Gov. Don Siegelman notified Rogersville officials that the town's water and sewer board will receive a $200,000 grant from the Appalachian Regional Commission. The money will help the water and sewer board upgrade the town's wastewater system. Siegelman said Rogersville has a high rate of unemployment and underemployment, but an inadequate wastewater treatment system has handicapped its ability to recruit new industry. With the upgrade, town officials hope to create 40 new retail jobs within two years and 60 new industrial jobs within three years." [Florence Times-Daily, Sherer, 10/27/01]

**Siegelman protected Alabama jobs by working to keep Alabama military bases open.** "While Gov. Don Siegelman takes steps to safeguard the state's military installations from the next round of base closings, he

apparently needn't worry about Redstone Arsenal. Siegelman is organizing a panel of active and retired Alabama base commanders and others to help protect the state's bases." [HT, Peck and Doyle, 8/10/01]

**Gov Siegelman secured a grant to help blind workers keep their jobs.** Siegelman helped The Alabama Industries for the Blind get a $200,000 state grant to keep its Birmingham satellite plant open. The textile plant threatened to close due to declining sales, overseas competition, and education budget cuts. 26 blind workers were able to keep their jobs because of the grant. [BN, 2/19/02]

**Siegelman saved jobs at the Alabama Institute for Deaf and Blind.** "The Alabama Institute for Deaf and Blind is getting $200,000 from the state to avoid a shutdown of a shop in Birmingham that employs 28 blind workers. Gov. Don Siegelman announced the appropriation in a statement from his press office Thursday. The statement said the Alabama Development Office would work with AIDB officials to develop new product and business opportunities for the Industries for the Blind. Siegelman's press secretary, Carrie Kurlander, said the $200,000 would be taken from the Alabama Department of Economic and Community Affairs' fiscal 2002 budget." [AP, 8/16/01]

# TORT REFORM

**Siegelman ended two decades of conflict to pass common-sense tort reforms that protect businesses and consumers.** Gov. Siegelman took on the state's trial lawyers and united the State Legislature to pass three landmark tort reforms. These common-sense reforms protect consumers and help the state recruit new industry. [AP, 6/8/99].

> **Siegelman signed a cap on damages to protect businesses from outrageous verdicts.** Siegelman supported and signed legislation that limits outrageous jury awards and protects small businesses, but ensures that consumers are protected in cases of wrongful death. The legislation:
> - ➤ **Creates two caps for lawsuits involving no physical injury, such as consumer fraud cases. For business with less than $2 million in net worth, punitive damages are capped at the greater of $50,000 or 10 percent of net worth. For larger businesses, the cap is equal to the greater of three times compensatory damages or $500,000.**
> - ➤ Caps punitive damages in suits involving physical injury at the greater of three times the compensatory damages or $1.5 million, regardless of the size of the business. The cap is adjusted every three years, as determined by the Consumer Price Index (CPI).
> - ➤ Ensures there is no cap on damages in class-action suits or suits involving wrongful death.
> - ➤ Ensures there is no cap on compensatory damages, which are designed to make a person financially whole and include financial loss, pain, suffering and mental anguish." [AP, 5/25/99].
>
> **Siegelman's reforms protect consumers.** Siegelman said the reforms "found a compromise that protects consumers and gives responsible businessmen and women the security they need and deserve that they are not going to lose their life's savings." [AP, Rawls, 5/15/99].

**Siegelman's plan ended 'jury shopping.'** Siegelman signed legislation that ends the practice of seeking out judges and juries who will punish businesses more. The legislation:
> - ➤ Limits where lawsuits can be filed to an appropriate county. Lawsuits must be filed in the county where the substantial part of alleged wrongdoing occurred, where the defendant has his primary office or where the plaintiff resided at the time of the alleged wrongdoing, provided the defendant did business in that county.
> - ➤ Prohibits "venue shopping" by preventing a person from moving to a county known for big jury verdicts just to file a lawsuit.

> Prevents plaintiffs from suing an insurance company for breach of contract outside of the county in which they live. [AP, 5/25/99].

**Governor Siegelman's reforms require judges to hold a hearing before a suit can be certified as a class-action suit.** Siegelman supported and signed legislation that requires judges to hold a hearing before a lawsuit can be certified as a class action suit. The legislation:

> Requires a judge to hear from both sides in a lawsuit before turning it into a class-action case, which can often represents hundreds or thousands of consumers. Previously, a judge could turn a lawsuit into a class-action case without hearing from the defendant - a practice known as "drive-by certification."

> Gives plaintiffs and defendants the right to appeal the judge's decision on class-action status before the case goes to trial. [AP, 5/25/99].

**Siegelman used new laws to help attract new industry, creating new jobs.** Speaking to the U.S. Chamber of Commerce, Siegelman said, 'Things have changed in Alabama in the last five months. And I'm here to tell you that Alabama is now open for business. No longer will businesses face cruel and unusual economic punishment for honest mistakes,' he said. 'No longer will honest businessmen and women have to fear losing their life savings for what amounts to a misdemeanor.' [AP, Pace, 6/22/99].

**Honda appreciated the reforms.** "Siegelman said Honda executives urged him to keep working on tort reform days before they agreed to build a $400 million assembly plant in Talladega County." [AP, 5/15/99]

**Through tort reform, Siegelman helped to changed Alabama's image to better attract businesses.** Alabama was known around the world for penalizing companies far greater than the harm they caused. A jury in Birmingham awarded a woman $581 million because a company overcharged her on a $1,000 satellite dish. Time magazine dubbed Alabama "tort hell." By reforming the law, Alabama became a more attractive state to businesses. . [AP, 5/9/99; MA, Leinwand, 6/23/99].

**Siegelman reached out to Alabama's business community.** "If the Legislature approves the bills, Siegelman said he is ready to meet with the editorial boards of business publications to tell them how Alabama has 'balanced the scale of justice.'" [AP, Rawls, 4/28/99].

**Siegelman built consensus to pass bills.** "Siegelman said Monday the new legislation was built by consensus. 'We have an agreement that was hammered out both by the plaintiff's bar and the business leaders, as well as myself,' Siegelman said. 'Both of those organizations want only what is best for Alabama.'" The final compromise came in a meeting between Siegelman, Lt..Gov. Windom, Senator Lowell Barron, D-Fyfe, and Business Council President Bill O'Connor. [AP, Rawls, 6/8/99; MA, Chandler, 5/14/99].

**Business interests wanted extra reforms that could have threatened the rights of consumers.** The Alabama Civil Justice Reform Committee proposed seven bills. They proposed:

> Capping punitive damages at three times compensatory damages.

> Capping damages for mental anguish at three times compensatory damages and requiring corroborating testimony from medical professionals.

> Placing a two-year statute of limitations on civil fraud, with an extension to four years in some cases.

> Requiring that defendants have a chance for a hearing before a civil case is certified as a class action.

> Requiring civil cases to be heard in counties where the wrong occurred or where the defendant is located.

> ➤ Changing the interest rate that accrues on damage awards, which begin to accrue after a judgment is entered, from 12 percent to the rate of one-year Treasury Bills.
> ➤ Exempting retailers, wholesalers and other distributors from damage claims stemming from manufacturing defects in products. [MA, Cason, 4/13/99].

**Trial lawyers did not want any reforms.** "Every year we seem to have the perennial issue of tort reform," said Gregory Breedlove, president of the Alabama Trial Lawyers Association. "We believe there's no reason for tort reform in Alabama." [MA, Cason, 4/13/99].

**Tort reform divided people since the 1980s.** "Years of legislative fighting between business interests and plaintiff trial lawyers ended Tuesday when Alabama lawmakers voted to put caps on damages that are awarded as punishment in damage lawsuits. 'It's an issue that has been as divisive as anything in Alabama politics in our lifetime,' House Speaker Seth Hammett, D-Andalusia, said after the lawmakers approved the Senate-passed bill 98-0." [AP, Poovey, 6/1/99].

**Siegelman's compromises protected consumers more than previous attempts.** Mike Martin, a spokesman for the Alabama Trial Lawyers Association said, "consumers fared better under these bills as compared to what was originally proposed." [AP, Poovey, 5/26/99].

**Business leaders praised Siegelman.** ACJRC Chairman John McMillan praised Siegelman for making the offer. "The biggest thing on whether we've solved this problem is what the national media thinks," he said. Business Council of Alabama President Bill O'Connor said, "It represents a remarkable step forward for ending lawsuit abuse in Alabama." [MA, Chandler, 5/14/99; AP, Rawls, 4/28/99]

**The News called Siegelman 'a productive mediator'** "Gov. Don Siegelman – a major obstacle to tort reform in the past but a productive mediator this time – said he will sign it into law." [BN, Editorial, 6/4/99].

**Headline:** "Tort limits signed into law" [MR, 6/8/99]
**Headline:** "Alabama Acts to Limit Huge Awards by Juries" [NYT, 6/2/99].
**Headline:** "Governor to tout cap on damages" [BN, 6/8/99].
**Headline:** "Siegelman: Appeals courts won't derail new tort laws" [HT, 6/8/99].
**Headline:** "Tort reform caps signed into law" [MA, 6/8/99].
**Headline:** "Siegelman: Alabama 'tort hell' now business paradise" [MR, 6/23/99].
**Headline:** "Tort reform on roll" [BPH, 6/9/99].
**Headline:** "'Alabama is open for business' Siegelman lauds end of 'tort hell' image" [HT, 6/23/99].
**Headline:** "Alabama 'open for business'" [MA, 6/23/99].
**Headline:** "'Tort hell' is history, Siegelman promises" [BN, 6/23/99].
**Headline:** "Businesses say changes will help Alabama" [HT, 5/19/99].
**Headline:** "Senate passes tort reform" [MA, 5/13/99].
**Headline:** "At last! Lawsuit reform!" [HT, 5/13/99].
**Headline:** "Governor signs two tort reform bills" [MA, 5/26/99].

# AMENDMENT ONE

**Governor Siegelman began the largest road and bridge construction project in the last half century by proposing and pushing Amendment One.** In 2000, voters approved a constitutional amendment that provided funds for road and bridge construction, agriculture programs, forensics laboratories, textile research and economic incentives for companies like Honda and Mercedes. Amendment One authorized using royalties from off-shore natural gas to improve Alabama's infrastructure. The wells produce about $105

million a year in royalties for the state and the amendment allows 28 percent of that money to pay for up to $350 million in bonds. [AP, Poovey, 4/27/00; AP, Rawls, 5/9/00].

**Amendment One will result in a $500 million investment in Alabama.** The funds resulting from the passage of Amendment One include:
> $50 million for roads and bridges, which will be used to get $200 million more in matching federal funds.
> $75 million for forensic labs, agricultural and textile labs, and research centers.
> $100 million for state docks improvements.
> $200 million for industrial incentives. [AP, Johnson, 11/28/00].

**Siegelman secured funding to build or repair roads and bridges in all 67 Alabama counties.** In order to compete for 21st century jobs, Alabama needs a 21st Century system of roads and bridges. Governor Siegelman put Alabama on the "fast track toward progress" by finding money to improve Alabama's infrastructure, replacing dangerous and costly roads and bridges – without raising taxes. [Talladega Daily-Home, Editorial, 10/15/00].

**Siegelman pushed for improvements in roads to further increase Alabama's economic development potential.** Along with $50 million for bridge improvements, Siegelman pushed legislation authorizing the state to sell $200 million in bonds to finance bridge and road construction projects. The bond issue will be repaid with federal funds. [AP, 5/16/00].

**Alabama has some of the worst bridges in the country, with nearly one-third classified as either inadequate or obsolete.** A 2000 study showed that one-third of Alabama's bridges are either inadequate or obsolete. The Road Information Program, a non-profit organization, based their results on information from the Alabama Department of Transportation and federal agencies. According to the survey, Alabama has the second-highest percentage of inadequate bridges among all Southern states. Louisiana ranked first with 36 percent. [AP, 10/27/00].

**Mobile County used Amendment One funds to replace 8 old bridges and build one new one.** Using $7 million of the $9 million they received from Amendment One, Mobile County was able to replace bridges that were, on average, 50 years old. Mobile County plans to use the rest of the money for road improvement. [MR, Schrenk, 1/5/01].

**Madison County used Amendment One funds to replace 6 rural bridges.** Madison County used part of their $6.5 million to replace 6 bridges in 2001. The county plans to eventually replace or fix 30 old bridges. [HT, 2/7/01].

**Amendment One resulted in $18.4 million improvements to the roads and bridges in Jefferson and Shelby Counties.** "Jefferson and Shelby counties will be recipients of $14.5 million and $3.9 million, respectively, as part of a $250 million state plan to upgrade bridges and roads during the next five years. The first project for Jefferson County is a combination project of five area bridges: three on Old Springville Road, one in downtown Pinson over Beaver Creek, and one in Trussville over Pinchgut Creek, Sullivan said. The most expensive is a $3.3 million bridge project at Alliance Road at the Warrior River. The bridges scheduled for replacement are on Shelby County 26 over Buck Creek in Alabaster, Shelby County 81 and 83 over Blue Springs Branch in Vincent, Shelby County 85 over Locust Creek south of Vincent, Shelby County 86 over North Fork Buxahatchee south of Calera, and Shelby County 107 over Spring Creek between Alabaster and Montevallo." [BPH, Edmundson, 6/6/01].

**Amendment One resulted in $3.5 million improvements to the roads and bridges in Covington County.** "Of the $250 million the state will invest in revitalizing roads and bridges, about $3.5 million will go toward bridge repair efforts in Covington County, said Greg White, Covington County Commission chairman. "There are about 14 bridges that our allocation will allows us to construct," White said. "We determined which ones will be funded and they are all bridges we identified as structurally deficient." White said bridges throughout the county are graded annually and the 14 scheduled to be repaired and rebuilt are those determined to be in the worst shape in the county. Among bridges on the list for an overhaul include the bridge on County Road 34, the Bay Branch Bridge south of Andalusia, a bridge in the Wiggins Crossroads Community, a bridge on Padgett Road and the Patsaliga River Bridge, which Siegelman visited in October 2000."[Andy Star-News, Willard, 6/2/01].

**Amendment One resulted in $3.5 million improvements to the roads and bridges in Calhoun County.** "Of the money generated for capital improvements, $3.5 million has been earmarked to repair bridges in Calhoun County, said Calhoun County Engineer Charles Markert. Officials say this is a big help, but it's not enough to take care of the whole problem. Of the county's 161 bridges, 66 are posted below legal load limits, while 28 are posted below the 13-ton weight limit required for school buses to cross, Markert said. Money from Amendment One will cover about 10 to 15 of those, concentrating on those that buses can't cross, he said." [Anniston Star, Lazenby, 5/14/01].

**Calhoun County was able to upgrade and improve 13 bridges.** Calhoun County is rebuilding thirteen bridges: Nisbet Lake Road, Jacksonville; Mitchellville Road, Ohatchee; Nunnally Lake Road, Ohatchee; Possum Trot Road, Piedmont; Old Piedmont-Gadsden Highway, Piedmont; and Alexandria-Wellington Road, Alexandria, Peeks Hill Road, Ohatchee; Century Road, Jacksonville; Old Broadwell Mill Road, Jacksonville; Hollingsworth Drive, Wellington; Alexandria-Wellington Road, Alexandria; and Davis Street, Piedmont. [AS, Lazenby, 3/23/01].

**Bridges that are unsafe for school buses to cross are the highest priority.** "In order to receive the money, counties must first rebuild all bridges that are unsafe for school buses to cross." [Anniston Star, Lazenby, 3/23/01].

**Amendment One led to improved bridges across Alabama.** "The projects already started are on Chambers County Road 1105 over an unnamed branch, Chambers County Road 1097 over Chatahospee Creek, Cleburne County Road 19 over the Tallapoosa River, Coffee County Road 308, Colbert County Road 1 over Cripple Deer Creek, Marion County Road 102 over Two Mile Creek, Randolph County Road 59 over Wedowee Creek, and Tallapoosa County Road 58 over Gnants Mill Creek." [AP, 5/31/01].

**Funds could have been lost if they were not spent on road and bridge improvement.** When Alabama leases offshore sites to oil companies, the state receives payments that go into the Alabama Trust Fund and the Heritage Trust Fund. The two funds will be combined in 2002, and if Amendment One had not passed, the state would have $20 million less to spend for seniors, prisons, and roads because of the ????. [AP, Poovey, 4/27/00; AP, Poovey, 5/24/00].

**Siegelman authorized an $85 million bond issue to improve Alabama's roads and docks.** "A state board approved $85 million in bonds to pay for upgrades to Alabama highways, bridges and the State Docks, part of the Amendment One program approved by voters last year... Local governments will receive $50 million to use as matching funds for bridges and federal highways, $15 million will be used for local infrastructure and $20 million goes toward developing the State Docks. Gov. Don Siegelman, who chaired the board that approved the bond issue, said the improvements to state facilities will benefit Alabama's school children and workers." [AP, Niesse, 11/8/01]

**The bond issue will cost the state more than $135 million.** "The bonds will be paid off from 2004 to 2021 at an average interest rate of 4.4 percent. The bond issue will eventually cost the state more than $135 million because of more than $50 million in interest." [AP, Niesse, 11/8/01]

**Amendment One gives law enforcement the tools to make Alabama safer by opening police crime labs in Birmingham and Montgomery.** Amendment One allowed the state to open forensic crime labs in Birmingham and Montgomery and eliminate the backlog. The state sold $17.5 million in bonds to fund the labs. The bond issue was approved by voters in 1998, but sale of the bonds was delayed because there was not money to pay the estimated more than $1 million a year in debt service. "The director of the state Department of Forensic Sciences, Jamie Downs, said the new labs will speed up the time it takes to process evidence from crime scenes. Downs said it is taking more than three years to process DNA evidence, which can be critical in the prosecution in some criminal cases." [AP, Johnson, 11/28/00]

> **Law enforcement supported Amendment One because it will improve their ability to catch and convict criminals.** "Passage of Amendment One would result in safer roads and help forensic scientists tackle a backlog of cases, said law enforcement officials showing support for the amendment. About 25 officials Friday, including Gov. Don Siegelman's chief law enforcement liaison, Bobby Timmons, held a news conference at the Capitol in support of the Nov. 7 amendment." [AP, 9/22/00]

**Amendment One will lead to improved agricultural projects, textile research, law enforcement, State Docks, and increased economic development.** Amendment One empowers the state to sell $70 million in bonds, which were approved in 1998 but not sold due to lack of funds, for agricultural projects in Auburn, Tuskegee and Huntsville and a textile research center in Alexander Center. This is in addition to the $100 million in bonds for docks improvements, $65 million for improvements for city and county roads and bridges, and bonds for economic development incentives. [AP, Rawls, 5/9/00]

**Put more money towards Forever Wild.** A part of the interest earned by the Alabama Trust Fund goes to the state's Forever Wild land preservation program. [AP, Rawls, 5/22/00]

**Amendment One will help attract new industries and jobs to Alabama.** David Bronner said, "I'm working on two huge industries. If Amendment One (passes), I can't guarantee you that they'll come, because I don't know. But I can guarantee you that they won't come if you don't pass Amendment One. If we don't pass Amendment One, then, I say, we're going back to sleep. If we pass Amendment One, you will allow the ability to progress further." [BN, White, 6/13/00]

**Siegelman's plan received bipartisan support in the Alabama Legislature.** Republicans and Democrats both agreed that Siegelman's plan made sense. The Alabama House and Senate voted 66-21 and 30-4 respectively to approve Siegelman's proposal and put Amendment One on the ballot. [AP, Poovey, 4/27/00; AP, Rawls, 5/9/00; AP, Poovey, 5/11/00].

**General Pryor supported Amendment One.** Attorney General Bill Pryor supported Amendment One and contradicted critics who said that the trust fund could be raided. Pryor said, "If anyone ever attempts a raid on my watch, I will go to court. I'm comfortable that the trust will be protected." Pryor said Amendment One was "sound public policy." [MR, Choate, 10/13/00].

**Business leaders called Siegelman 'visionary' and supported his efforts to improve Alabama's roads and bridges.** "It's visionary and it's exciting leadership," said Charlie McDonald, executive director of the Alabama Retail Association. The business community backed Amendment One through the Coalition for

Progress and Accountability, chaired by former Republican U.S. Rep. Jack Edwards of Mobile. [AP, Rawls, 9/12/00].

**Farm leaders called the plan 'the right thing to do for Alabama.'** Alfa President Jerry Newby called the governor's plan 'the right thing to do for Alabama.' "Newby said many farmers hauling their crops to market now have to detour around bridges that can't carry heavy loads, and the bond issue would help replace those." [AP, Rawls, 9/12/00].

**Siegelman's plan would create more money to invest in Alabama.** The new Alabama Trust Fund rules passed under Amendment One allow the money to be invested better. Up to 75 percent of the capital gains in the fund are invested back into Alabama through the General Fund. [AP, Rawls, 5/10/00].

**The Advertiser said Amendment 1 could have 'tremendous positive impact' on economic growth.** "Alabamians have an opportunity on Nov. 7 to decide an issue that could have a tremendous positive impact on the state's economic growth – Amendment 1 on the ballot. The passage of Amendment 1 is the only realistic hope for Alabama to get a major infusion of revenue to address its aging infrastructure and to jump start its economic development program." [MA, Editorial, 10/22/00].

**The Huntsville Times endorsed Amendment One.** "Amendment One does things that need to be done – without raising taxes or diverting existing taxes. That's why we urge a yes vote." [HT, Editorial, 10/29/00].

**The News said Amendment One can keep Alabama's economic 'momentum going.'** "Voters have a chance Nov. 7 to keep Alabama's recent momentum going. Or, as one prominent Alabamian said recently, we can go back to sleep. Voters who prefer success to sleep will vote yes on Amendment One." [BN, Editorial, 9/24/00].

**\The Register called it 'Alabama's best chance for real progress.'** "Now, the board urges voters to approve it, for Amendment One is Alabama's best chance for real progress in this state on several fronts. Until voters are willing to support more fundamental changes in the state's constitution and its tax structure, Amendment One is Alabama's best hope for the future." [MR, Editorial, 10/13/00].

**Talladega Daily-Home called Amendment One 'good for Alabama'.** "Amendment 1 is good for Alabama." [Talladega Daily-Home, Editorial, 9/14/00].

**Talladega Daily-Home said Amendment One was a way for Alabama to 'seize the opportunity.'** "Alabama can continue to play it conservatively and stay in its usual catch up mode. Or, it can seize the opportunity to improve its plight. From the initial look at the proposal, which, by the way, passed the Legislature in May with bipartisan support, we'll take the latter." [TDH, Editorial, 8/15/00].

**Daily Home said Amendment One puts Alabama on the 'fast track towards progress'.** "The intent of Amendment One is good for Alabama. It raises money for heretofore unaffordable, but nevertheless desperately needed projects, and it does so without raising taxes. It's a vote to move Alabama from the 'hills' to the fast track toward progress." [TDH, Editorial, 10/15/00].

**Headline:** "Bronner: Amendment needed for industries" [BN, 6/13/00].
**Headline:** "Governor proposes bills to rev economy" [BN, 4/8/00].
**Headline:** "Yes on Amendment 1. *The proposal gets things done without raising taxes*" [HT, 10/29/00].
**Headline:** "New funding will help replace most unsafe bridges" [MR, 10/15/00].
**Headline:** "Amendment One: Best hope for state's future" [MR, 10/13/00].
**Headline:** "Amendment One wins wins approval of Pryor. Pryor endorses Amendment One" [MR, 10/13/00]. [sic].

**Headline:** "Republicans back amendment" [MA, 10/13/00].
**Headline:** "Amendment 1 merits approval" [MA, 10/22/00].
**Headline:** "Amendment One receives support from college presidents" [Dothan Eagle, 10/17/00].
**Headline:** "Bills could boost business" [MA, 5/24/00].
**Headline:** "Governor's legislation to fix roads, bridges moves along" [HT, 4/28/00].
**Headline:** "Oil, gas royalty bill endorsed" [MA, 6/2/00].
**Headline:** "Governor pledges quick start to Amendment One projects" [MR, 11/9/00].
**Headline:** "New money for bridges could flow next month" [BN, 11/9/00].
**Headline:** "Amendment One to fund nine bridges" [MR, 1/5/01].
**Headline:** "Commissioners lament bridges" [10/27/00].
**Headline:** "Vote for progress. *Amendment One moves state forward*" [BN, 9/24/00].
**Headline:** "Siegelman signs road, park repair plans" [BN, 5/24/00].
**Headline:** "Law enforcement officials back amendment" [MA, 9/23/00].

# JOB TRAINING

**Governor Siegelman opened a training center to prepare Alabamians for high-quality jobs at Honda's new plant.** AIDT and Alabama Works opened a training center on the Honda site to ensure all Alabamians were given a chance at Honda's high paying jobs. The training center cost the state $10 million. Alabamians began training at the Honda Training Center in November 2000. More than 180 courses are taught at the facility, in subjects ranging from mechanics and engineering to ethics, diversity and mutual respect. [AP, 4/18/01; Talladega Daily-Home, Douglas, 4/18/01; Anniston Star, Johnson, 4/18/01].

**Honda said 'Alabama's vaunted worker-training programs were a big reason' why Honda picked Alabama.** "Alabama's vaunted worker-training programs were a big reason Honda picked Lincoln for a $440 million minivan plant." [BN, Underwood, 10/29/00].

**The Birmingham News said the Honda job training facility is a 'testament' to Alabama's strength.** "But amid the tarnish are shining examples of the strength of Alabamians and their ability to perform, despite obstacles, to world-class standards. The $10 million Talladega County Industrial Development Center is a testament to that strength. We congratulate Honda and the state on the opening of the Talladega training center. Let it be another selling point for a state that - despite some weaknesses - has much to offer the industries of a new century." [BN, Editorial, 4/23/01].

**Gov. Siegelman helped create a technical skills scholarship program.** Alabama is beginning a program to help give technical training to high school seniors from low-income families. The Alabama Works Technical Scholarship Program for High School Seniors will be started this fall with $4 million in federal funds. The program is in addition to the Alabama Works Technical Scholarship Program, which provides scholarships to adults for high-tech skills training. Areas of training will include manufacturing, automotive manufacturing, aviation and aerospace, and information technology. Scholarships are available for low-income students who have at least a 2.5 grade point average, a good record of school attendance and no criminal record, Siegelman said. Students must maintain a 2.0 GPA while in the scholarship program. [AP, 5/9/02]

**Governor Siegelman created Alabama Works to help Alabamians compete for the jobs of the 21st century.** Governor Siegelman established "Alabama Works" and a technical training scholarship to help Alabamians become better equipped for the jobs of tomorrow. Scholarships in manufacturing technology, automotive manufacturing, aerospace and aviation technology, and information technology will bring more jobs and more industry to Alabama. [AP, Rawls, 1/26/01].

**Governor Siegelman awarded scholarships to other technical training schools while Alabama Works was under development.** While Alabama Works was still being developed, Siegelman awarded scholarships to 204 students in January 2001. [AP, Rawls, 1/26/01].

**Bipartisan effort ensured funding for the technical scholarships.** Siegelman and Lt. Gov. Steve Windom worked together to get $1 million in the 2001 Education budget for the scholarships. The program is "based on a recommendation from the governor's Commerce Commission, which said the state needed to provide tuition to two-year colleges for students going into technical fields for which Alabama had a shortage of workers." [AP, 5/17/00].

**Alabama Works is modeled after a successful Michigan program.** Focus Hope worked well in Michigan and became the model for Alabama Works. Siegelman visited a Focus Hope site in 2000. [MA, AP, 11/28/00].

Headline: "Siegelman observes Detroit job training model" [MA, 11/28/00].

**Governor Siegelman prepared 600 laid-off Goodyear workers for new high quality jobs.** Gov. Siegelman secured a $2.4 million federal grant to provide 600 workers laid off by Goodyear with job training. The funds go towards paying community colleges, technical schools, and universities to re-train workers. [Gadsen Times, Beyerle, 7/16/99].

**Siegelman helped workers who lost their jobs in North Alabama get training and find other jobs.** "Gov. Don Siegelman has vowed to put Scottsboro Aluminum's laid off steelworkers at the head of the employment line at Toyota and some of the state's other newest industries. He also told about 200 workers who met at the United Steelworker's Local 7468 union hall in Scottsboro on Tuesday that he'll ensure the state expedites the payment of their unemployment benefits and provides them with any training they may need for other jobs." [HT, Brewer, 8/15/01]

**Governor Siegelman awarded MacArthur State Technical College $350,000 to expand worker training.** MacArthur State is in Covington County, a county with some of the highest unemployment in the state. [MA, Sherman, 11/9/00].

**Governor Siegelman helped residents in 30 counties across Alabama move from welfare to work.** Gov. Siegelman opened five offices across the state to help people on welfare become productive members of the workforce. The centers in Fayette, Tuscaloosa, Montgomery, Opelika and Selma will open thanks to a $1,676,881 federal grant administered by ADECA. [Florence Times-Daily, Smith, 6/20/01].

**Governor Siegelman helped Morgan County welfare recipients move from welfare to work.** Governor Siegelman helped a Morgan County program move between 50 and 100 people from welfare to work by giving them a $211,074 grant. The Morgan County Parents and Children Together program provides job testing, training and support services for welfare recipients. The grant uses funds from the U.S. Department of Labor and is administered through ADECA. [Decatur Daily, Turner, 6/14/01].

**Siegelman helped Pike County students and adults move from schools to careers.** Gov. Siegelman awarded a $240,000 grant to the Pike County School-to-Career Partnership. The Partnership helps high school students and adults in two-year programs, GED programs, and college complete their education and get quality jobs. [Troy Messenger, Lakey, 7/24/01].

**Siegelman tied welfare benefits to job training, helping those who wanted to get jobs become qualified.** A panel headed by Governor Don Siegelman changed the state welfare rules so that anyone who has been

receiving a welfare check for two years or longer will temporarily lose their benefit for failing to attend a job training class or job interview. "Being responsible for children means you get off your duff and get a job," Siegelman said. [AP, 12/7/99].

**Siegelman provided unemployed workers in northern Alabama with career training and job placement.** "Gov. Don Siegelman approved the release of $2.8 million in Workforce Investment Act funds that could help unemployed workers in the Decatur area. The federal funds issued through the state will go to the North Alabama Skills Center to support more than a dozen CareerLink centers in the Tennessee Valley, including one in Decatur." [Decatur Daily, Redden, 10/24/01]

# ECONOMIC DEVELOPMENT

**Siegelman created the Center for Economic Growth to help rural counties attract economic development.** Governor Siegelman created the Center for Economic Growth at the Alabama Development Office to focus on "working with existing industry to create new jobs for Alabama families." The office will assist in the effort to expand development into poorer, rural counties. One of the duties of the center will be to work with small communities to help them develop a strategy for attracting industry. [AP, 4/8/02]

**Siegelman began the "Communities for Excellence" job tour to help communities recruit tier one Hyundai suppliers.** Siegelman tours communities in south and central Alabama to give suggestions on how to recruit and retain industry. "Siegelman visits communities, assess their existing economic development infrastructure and follows up with suggested improvements from a list of ten "steps to success," including education and transportation that will help attract supplier CEOs to their communities." [http://www.governorpress.state.al.us]

**Siegelman visited Enterprise, Alabama as part of his "Communities for Excellence" job tour.** Siegelman toured the Enterprise Municipal Airport and Enterprise Electronics Corporation (Doppler radar systems manufacturer) in South Industrial Park. He also stopped at Yancey Parker Industrial Park, Johnny Henderson Family Park, Enterprise State Junior College and Tartan Pines Golf Course. [http://www.governorpress.state.al.us, 5/2/02]

**Siegelman visited Troy, Alabama as part of his "Communities for Excellence" job tour.** "Siegelman toured Troy Municipal Airport (Sanders Hangar), KW Plastics, the largest plastics recycler in the world, and Troy City Hall, as well as drive-by viewings of available buildings in Troy Industrial Park, Troy State University, Troy-Pike Regional Center for Technology, the Charles Henderson High School and the Charles Henderson Middle School." [http://www.governorpress.state.al.us, 5/13/02]

**Siegelman gave Alabama the tools to attract new film industry jobs and investments.** "Alabama is going to try to lure more film companies to the state by offering tax breaks. On the last day of the Legislature's special session, the Senate voted 26-0 to give final approval to a bill exempting film companies in Alabama from state sales and lodging taxes. The bill, which was endorsed by Gov. Don Siegelman, will take effect Dec. 1." [AP, 9/19/01]

**Siegelman's research center plan helped bring more jobs and economic development to Anniston.** "County economic leaders and the Army have unveiled a plan to establish an automotive manufacturing research center in the Anniston area. Still in the early planning stages, the Automotive Manufacturing Technology Center, or AMTC, would act as a local hub for the transfer of commercial automotive technologies to the Army, and vice versa. Area economic developers say the center would capitalize on the expertise of the Anniston Army Depot and local industry to bolster the county's economy. "This project could

very well complement the governor's proposal to put a research entity out at the fort," said Calhoun County Chamber of Commerce President Duane Higgins, referring to Don Siegelman's stated vision for the McClellan property." [Anniston Star, Johnson, 9/28/01]

**Siegelman gave Alabama the tools to bring jobs economic development to counties that need it.** "The bill aimed at distressed counties would give a 5 percent capital tax credit to businesses that invest at least $500,000 in the 22 most distressed counties in Alabama, based on unemployment, income and population loss data. Businesses previously qualified for tax breaks if they invested more than $1 million into a county." [BN, Chandler, 9/20/01]

**Siegelman brought jobs and economic development to areas that needed it.** Siegelman included $5 million for bonds for an "aerospace center" at Selma's Craig Field and $2.5 million in bonds for riverfront development in Montgomery. The bond issue will help expand jobs at Mobile Aerospace Engineering and Singapore Technologies in Mobile and at Craig Field. [MA, Sherman, 9/23/01]

**Siegelman increased economic development and brought jobs to northwest Alabama by opening Corridor V.** "Traffic started moving east and west along Alabama 24 on Thursday on a new, 22.6-mile section of four-lane road between Russellville and Moulton. With more than 100 people in attendance, the long-awaited opening took place as Gov. Don Siegelman and other state and local dignitaries cut a red ribbon to open the road for traffic. "We're here for something that is exciting for Russellville, northwest Alabama and the entire state," Siegelman said. "This will bring quality jobs to northwest Alabama." Alabama 24, or Corridor V as it is also known, is a planned 166-mile, four-lane road beginning south of Chattanooga and connecting with U.S. 78, also known as Corridor X, near Fulton, Miss. The corridors are Appalachian Regional Commission projects paid for by state and federal money." [Florence Times-Daily, Smith, 9/21/01]

**Siegelman's industry hunting trips have brought new jobs to Alabama.** Gov. Siegelman spoke about the opportunities for business in Alabama to anyone who would listen. Since Siegelman took office, more than 52,000 new jobs have been created. [Alabama Development Office]

> **As a result of one of Governor Siegelman's industry recruiting trips, MAHA brought 100 jobs to Dale County.** MAHA, the "leading manufacturer of auto testing equipment in Europe", announced they were going to invest up to $10 million in Alabama, creating 100 new jobs. [MA, Johnson, 6/18/99; AP, 6/17/99].

> **On a trip to Germany, Siegelman announced the opening of two new plants and the creation of up to 400 new jobs.** While in Stuttgart, Germany, Siegelman announced that Stahlschmidt & Maiworm and Hoerbiger Hydraulik would open new plants. The companies will invest $30 million dollars in Alabama and create up to 400 new jobs. [AP, 6/20/01].

> **Used trip to Democratic Convention to attract new jobs to Alabama.** Gov. Siegelman used his trip as a delegate to the Democratic National Convention to recruit businesses to Alabama. [MA, AP, Rawls, 8/1/00].

> > **The Advertiser said Siegelman's recruitment efforts were a 'wise use of his time.'** "Your plan to pitch Alabama's strong points to business leaders while you're in Los Angeles for the Democratic national convention should be a wise use of your time." [MA, Editorial, 8/1/00].

> **The Advertiser said Siegelman's recruiting trip to Japan made the job of 'professional industry recruiters easier.'** "Good luck on your economic visit to Japan. Having a governor take a personal interest in seeking new industries helps make the jobs of the professional industry recruiters easier." [MA, Editorial, 10/26/99].

**Siegelman gave economic incentives to companies that invested in Alabama.** Providing the right package of economic incentives is often the difference between new industries bringing their jobs to Alabama or going across the border to Georgia, Mississippi, or Tennessee. Governor Siegelman used a portion of Alabama's tobacco settlement to finance bonds for the incentives.

**Created the 21st Century Authority to manage economic development funds.** Siegelman created the 21st Century Authority, a board made up of the governor, the finance director, and the state treasurer. The Authority uses the state's share of the tobacco settlement to issue bonds that are used to attract industry and respond to emergency situations and natural disasters. [AP, 3/26/99].

**An incentive package designed by the 21st Century Authority helped bring Honda to Alabama.** Siegelman used the 21st Authority to issue $50 million in bonds. With those funds, Alabama was able to pay for the land for Honda, prepare the site for the $400 million plant, and make road and bridge improvements in the area around Lincoln. [BN, Sznajderman, 4/22/99].

**Issued bonds to pay for promised incentives to Honda, Mercedes, Toyota, and other companies.** In 2001, the Legislature passed Governor Siegelman's proposal for a $103 million bond issue to fulfill commitments to: Mercedes-Benz, Honda, Toyota, Boeing Co, Teksid, CRH North America, Lockheed Martin, Service Zone, Bunkhouse Conversions Inc., Diamond Homes and Sykes Inc. [BN, Chandler, 5/22/01].

**Refinanced bonds to help Navistar create 1,000 new jobs.** Siegelman refinanced the 1995 Alabama Incentives Finance Authority bonds at a lower interest rate, which saved the state money and freed up $20.5 million to train workers for Navistar. Navistar plans to bring 1,000 new jobs to the Huntsville area. [BN, 4/30/99].

**Improved roads and docks to help Boeing.** As part of the economic incentives package that lured Boeing to Alabama, the Alabama Department of Transportation made $4.7 million in road and dock enhancements that helped Boeing ship the rockets made in Decatur. [BN, AP, 6/15/99].

**Supported Congress's efforts to increase trade with China.** Because increased trade with China would help Alabama businesses, Siegelman urged Congress to grant permanent normal trade relations to China. [BN, Sznajderman, 5/23/00].

Headline: "Siegelman urges China trade bill support" [BN, 5/23/00].

**Worked to increase imports by hosting a Japanese trade advisor.** Siegelman provided office space for a Japanese export expert who worked with small Alabama businesses to help them increase exports to Japan. [MA, Cason, 8/17/99].

<u>The Advertiser</u> **calls it a 'small investment that could yield large returns'.** "The only cost to the Alabama taxpayers is the office space provided by ADO. It's a small investment that could yield large returns" [MA, Editorial, 8/23/99].

Headline: "Japanese trade office can help businesses" [MA, 8/23/99].

**Governor Siegelman partnered with NASA to create a National Space Science and Technology Center in Huntsville.** Gov. Siegelman pledged $4 million to match NASA funding for a new research center in Huntsville. The Center brought Auburn, Alabama A&M, University of South Alabama, University of Alabama, UAB and UAH together to share resources and make "our research universities' dream a reality". $2

million of Siegelman's pledge is from the Alabama Research Institute, and the other $2 million comes from the Education Trust Fund. [Federal Technology Report, Powers, 8/26/99; HT, McWilliams, 8/19/99; AP, 8/20/99].

**Marshall Space Center and universities will work together.** "Space science and technology experts at Marshall will provide the core for the center's research in materials, science, biotechnology, Earth sciences, propulsion, optics and other areas that support NASA's mission." [AP, 8/20/99].

**Research center will bring 'best and brightest minds' to Alabama.** "Higher Education deserves kudos for taking a big step towards bringing together the best and brightest minds to research and help solve world-class problems" [MR, Editorial, 8/23/99].

<u>Huntsville Times</u> **said Siegelman deserves 'praise'.** "It took four years, a new governor and a lot of behind-the-scenes work, but Huntsville is about to have a new chip in the high-stakes game of science and technology research. Praise also goes to Siegelman and Dewayne Freeman. They saw the potential and cleared the roadblocks." [HT, Editorial, 8/21/99].

**Headline:** "Siegelman to boost tech center here" [HT, 8/19/99].
**Headline:** "Center will link NASA to universities" [BN, 8/20/99].

**Siegelman improved industrial sites and infrastructure to help small industries grow.** Gov. Siegelman restarted a program that provides grants to companies that want to expand and improve industrial sites. The state sells bonds using cigarette tax collections. Before Siegelman ordered the bonds to be sold, 77 grants worth $7.2 million were pending. [AP, 7/9/00].

**Began the process to bring a North-South highway to underdeveloped west Alabama.** A freeway from Muscle Shoals to Mobile will help bring economic development and jobs to underdeveloped areas of west Alabama. The 320-mile highway will go from Mobile through Washington County, along the borders of Choctaw and Clarke counties, Sumter and Marengo counties, Greene and Hale counties, Pickens and Tuscaloosa counties, northward through Fayette, Marion, Franklin and Colbert counties. The federal government gave the Department of Transportation $4 million to study the feasibility and overall impact of the road. Federal funds will be used to construct the highway. [AP, Poovey, 4/20/01].

**Siegelman used the successful model that brought Honda, Mercedes, and Toyota to Alabama to attract small business and new jobs to economically distressed counties in Alabama.** "Manufacturers employing as few as five people can soon qualify for the same tax breaks that Mercedes and Honda got for locating in Alabama, provided they locate in economically distressed counties. In the special session that ended Wednesday, the Legislature approved a bill pushed by Gov. Don Siegelman's administration that provides income tax breaks for small industries willing to locate in 23 counties with high employment, low incomes and no growth and in areas previously designated by the state as Enterprise Zones. Previously, the state would offer income tax breaks to an industry investing at least $2 million and hiring at least 20 people. Graham's bill drops that to $500,000 and five employees for industries going into Alabama's 23 less-developed counties or into areas that have qualified with the state as Enterprise Zones. Businesses qualifying for the tax break will get to take off 5 percent of the cost of the plant each year for 20 years against their state income tax liability." [AP, Rawls, 9/24/01]

<u>The Huntsville Times</u> **said Alabama is 'on a hot streak with the auto industry.'** "Alabama is on a hot streak with the auto industry. Not every economic problem has been fixed, but Alabama's economic prospects are brighter than they've been in decades." [HT, Editorial, 12/25/00].

**Siegelman focused his recruitment efforts to build on Alabama's successes.** Governor Siegelman created more jobs by linking executives from Mercedes and Honda with auto parts suppliers, spurring additional economic growth and capitalizing on Alabama's emerging position as an attractive location for 21st century jobs. Governor Siegelman brought top executives from PPG Industries, which makes glass for airplanes and automobiles and has a plant in Huntsville, to meet with Mercedes representatives, hoping they could talk about using PPG glass in Mercedes cars. [HT, Haskins, 6/20/01]

Headline: "Governor lauds auto industry" [MA, 7/10/01]
Headline: "Auto parts maker picks Anniston for plant" [BN, 7/18/01]

**Governor Siegelman reformed the state's approach to economic development by introducing a regional economic development plan.** Siegelman's economic plan would create eight regions that would each decide their own needs, priorities, and goals. The regions would then work with ADO to bring high quality jobs to their areas. [AP, 7/17/01]

The Talladega Daily-Home said that the Governor's regional approach is the "right idea" and "well worth Alabama's time to pursue." The Alabama Development Office, working "at the direction of the governor," has "the right idea. Economic regions rather than 67 counties battling it out for their future growth makes a lot more sense… each region would identify its needs and wants for the future and develop a comprehensive plan to get it there. Through that kind of regional cooperation, pooling resources and working together toward a common goal, the concept sounds workable… A regional, unified strategy makes sense and is well worth Alabama's time to pursue." [TDH, Editorial, 7/18/01]

**Tourism dollars spent in Alabama reached an all-time high in 2000.** "Tourist spending in Alabama reached an all-time high of $6.1 billion in 2000, according to the Alabama Bureau of Tourism and Travel. Keivan Deravi, an economist at Auburn University Montgomery, said based on the bureau's figures, an estimated 18 million tourists spent an average of three days vacationing in Alabama in 2000, spending an average of $100 per day." [MA, Dugan, 5/5/01].

**Increased economic development by leasing a state plane for $1 a year.** Gov. Siegelman worked with the Economic Development Partnership of Alabama to lease a jet for economic development trips. The EDPA owns the plane, but only charges the state $1 a year to use the plane for economic development projects like bringing business leaders to visit the state. [AP, Rawls, 8/11/99].

**Made the Alabama Development Office more efficient to help attract more jobs to Alabama.** Gov. Siegelman raised the salary of the ADO director to make Alabama competitive with other southern states in attracting the most qualified individuals. He also allowed ADO to hire more economic recruiters. [AP, Rawls, 4/26/99; MA, 6/5/99].

**Fought to keep Alabama counties off air pollution list.** Siegelman wrote a letter to the federal government to keep counties near Mobile, Birmingham, Huntsville, and Columbus, Ga., off pollution lists that could harm economic development. [MR, Bunch, 6/30/00].

**Governor Siegelman signed legislation to build a first-of-its-kind digital hospital in Birmingham.** The Legislature passed and Gov. Siegelman signed "legislation allowing HealthSouth Corp. to bypass the state's Certificate of Need Review process for a new digital hospital in Birmingham." [Tuscaloosa News, Beyerle, 9/20/01]

The hi-tech digital hospital will be the first of its kind in Alabama and will lead to substantial health care savings. Each bed at HealthSouth's 219-bed facility "will have its own Internet connection, letting physicians and nurses check and update patient records online. Paperwork will be kept to a minimum because written information and medical images normally kept in big metal filing cabinets will be stored in electronic form inside computers." [AP, Reeves, 3/27/01]

HealthSouth's facility will inject $240 million into the local economy. "HealthSouth plans to spend $240 million to build and equip a 219-bed hospital along U.S. 280 in an upscale, rapidly growing area of Jefferson County." [MA, AP, 9/12/01]

Siegelman helped North Alabama improve a hospital. "A little over a year from now, the school will be training family practice doctors in a $13 million academic building and clinic to be built next to the current clinic on Governors Drive. The three-floor, 90,000-square-foot facility will allow the school to double the number of patients receiving care from its 31 full-time physicians and physicians hired by the Veterans Administration. It will also provide up-to-date surroundings for the education of its 50 medical students and 36 family practice residents, who work with Huntsville Hospital. Gov. Don Siegelman has been important to the progress of the project, said Burg. On Friday, Siegelman signed papers permitting the school - officially the University of Alabama School of Medicine Huntsville Regional Campus - to sell its Clinical Science Center at 109 Governors Drive, and half the property occupied by the current clinic at 201 Governors Drive to the Healthcare Authority of the City of Huntsville, which operates Huntsville Hospital. Proceeds from the $6.4 million sale of the 4.4 acres and buildings, along with $2 million from UAB reserves, $4.5 million from UAB bonds and $600,000 from the clinical practice's Valley Foundation make the new building possible, said Burg." [HT, Kesner, 8/11/01]

Siegelman pledged to bring high quality jobs to Dallas County by finishing the US-80 widening project. "Gov. Don Siegelman said that he will start the long-awaited bypass around Uniontown himself if the state Department of Transportation doesn't do something to finish the U.S. 80 four-lane project. 'Somebody's sitting on their duff and I plan to dust it off for them,' Siegelman said during an economic development trip to Dallas County. Siegelman said he has informed officials with the state transportation department to begin the bypass 'and I told them if they couldn't do it, I'd get on a bulldozer and start it myself. We can put a man on the moon in 10 years and we can't complete Highway 80 in the same time,' said the governor. 'Give me a break.'" The Department of Transportation said bureaucratic hurdles have delayed the project. [MA, Benn, 10/3/01]

Siegelman's increased economic development across Alabama. Siegelman's 2001 bond issue includes funds for: riverfront development in Montgomery that is estimated to create about 1,000 jobs; $500,000 for a flood-mitigation study for East Brewton; $100,000 for an apparel plant in Geneva; $1.5 million for a tire distribution center in Aliceville; and $250,000 for Berry Wood Products in Fayette County; $5 million for a distribution center for Pike County or Baldwin County, and $11 million for Delphi Automotive Systems in Limestone County. [MA, Sherman, 9/23/01]

Siegelman appointed Montgomery businessman Todd Strange to head the Alabama Development Office. "Gov. Don Siegelman has named Montgomery businessman Todd Strange to be the new director of the Alabama Development Office. Siegelman said he wants Strange, 57, to concentrate his efforts on recruiting new business to the state, increasing international trade activity and on improving business activity in distressed parts of the state." [AP, 11/6/01]

Strange is former GOP state chairman and gubernatorial candidate Winton Blount's business partner. "Strange is president and chief executive officer of Blount Strange Holdings LLC and was previously the co-owner of Blount Strange Automotive Group. In those roles, he has been a partner

with Winton Blount III, former chairman of the Alabama Republican Party, but now will be working for a Democratic governor." [AP, 11/6/01]

**Siegelman promised to ease gridlock along Birmingham's Highway 280.** "Gov. Don Siegelman promised Birmingham-area civic leaders that design work will begin immediately to build 10 interchanges to replace major intersections on clogged U.S. 280. Describing U.S. 280 as 'a moving parking lot,' Siegelman said the first project to be done will be an interchange at U.S. 280 and Interstate 459... State Department of Transportation Director Paul Bowlin estimated the cost of the 10 interchanges as at least $150 million." [BN, MacDonald, 11/7/01]

> **The <u>Birmingham News</u> said Siegelman's 280 announcement was 'welcome news.'** "Siegelman's U.S. 280 announcement was welcome news." [BN, Editorial, 11/12/01]

> **Headline:** "Governor gives green light to needed interchanges" [BN, Editorial, 11/12/01]

**Siegelman promised to build a high-speed rail line between Atlanta and Birmingham.** "Planning will begin immediately for a high-speed rail system between Birmingham and Atlanta to hook up with Atlanta's MARTA system, Gov. Don Siegelman said Tuesday. 'We want to get Birmingham connected to the MARTA system,' the governor told a luncheon sponsored by the Birmingham Area Chamber of Commerce. The Metropolitan Atlanta Regional Transit Authority is Atlanta's light rail system." [BN, MacDonald, 11/7/01]

> **The <u>Birmingham News</u> said Siegelman's administration 'ignored the public transit needs of Jefferson County residents' for years.** "For years, Siegelman's and every prior administration have ignored the public transit needs of Jefferson County residents. Not one cent has been provided by the state to build, maintain or promote mass transit here or anywhere else in the state. In fact, an idiotic amendment to the state constitution (yet another reason for constitution reform) prevents any gasoline tax money from being used for anything other than road and bridge work." [BN, Editorial, 11/12/01]

**Headline:** "Alabama's hot streak. *The state has fully emerged as a major player in the automobile industry*" [HT, 12/25/00].
**Headline:** "State puts up $119.3 million in incentives for expansion" [MR, 8/29/00].
**Headline:** "Siegelman says trip to Europe will lead to jobs" [MA, 6/18/99].
**Headline:** "Siegelman to visit Europe to tout state" [HT, 6/12/99].
**Headline:** "Governor's trip no European vacation" [MA, 6/12/99].
**Headline:** "Siegelman will talk business on Europe trip" [BN, 6/14/99].
**Headline:** "Siegelman to boost tech center here" [HT, 8/19/99].
**Headline:** "Siegelman in hunt for new industry" [AP, 4/26/99].
**Headline:** "Siegelman: Japan trip to help attract suppliers" [BN, 10/29/99].
**Headline:** "Governor visits French businesses on vacation" [BN, 8/1/00].
**Headline:** "Irondale may get new plant" [BN, 10/15/99].
**Headline:** "State puts Honda recruitment funds on fast track" [MA, 5/6/99].
**Headline:** "Plant could bring 500 jobs" [HT, 4/11/99].
**Headline:** "Siegelman uses convention to recruit business" [MA, 8/1/00].
**Headline:** "Bill could help fill vacant industrial sites" [Dothan Eagle, 5/9/01].
**Headline:** "Bowing work in Decatur is taking off" [HT, 6/27/00].
**Headline:** "Autauga may get plant" [MA, 7/1/00].
**Headline:** "Companies come calling as state sheds economic stigma" [HT, 5/9/99].
**Headline:** "Downward job trend reversing" [MA, 12/14/99].
**Headline:** "Alabama to restart development program" [MA, 7/9/00].
**Headline:** "Officials: Alabama to show growth" [BPH, 1/24/01].
**Headline:** "Governor to seek business in Japan" [BN, 10/25/99].

**Headline:** "Governor takes show on road, boosts region" [HT, 4/10/01].
**Headline:** "New state highway could help Black Belt" [MR, 4/21/01].
**Headline:** "Governor drives for highway plan" [MA, 4/25/01].
**Headline:** "Siegelman brightens state's future" [BN, 10/1/00].
**Headline:** "Siegelman vows new approach to industrial recruitment" [MR, 4/10/99].
**Headline:** "State poised to win new company" [MA, 10/12/00].
**Headline:** "Governor proposes north-south freeway: West Alabama growth expected" [MA, 4/20/01]
**Headline:** "Siegelman set to announce company coming to state" [HT, 6/20/01]
**Headline:** "Portion of Corridor X opens in Winfield" [Jasper Daily-Mountain Eagle, 7/3/01].

# MOBILE STATE PORT

**Governor Siegelman improved Mobile's State Port, providing jobs and increasing economic growth for the State of Alabama.** Gov. Siegelman's plans to make Mobile's port an international leader in shipping could create 5,700 jobs in Mobile over the next five years and up to 23,000 jobs over the next 20 years while improving other sectors of Alabama's economy. [AP, Poovey, 1/23/01; MR, Drobnic, 1/25/01].

**Siegelman's Commerce Commission endorsed Mobile's development plan.** "Gov. Don Siegelman's Alabama Commerce Commission endorsed the 20-year port development plan, which also carries a $302 million price tag in the first five years. [AP, Poovey, 1/23/01].

**Amendment One would provide $100 million for improvements to the Port.** "Dwight Jennings of Huntsville, State Port Authority northern region board chairman, said Amendment One, approved by Alabama voters on Nov. 7, would provide about $100 million for the ambitious port project." [AP, Poovey, 1/23/01].

**The Port improvement project would create 23,000 jobs across Alabama.** A report by Moffatt and Nichol consulting engineers shows that 1,185 acres near the Alabama State Docks would be developed over 20 years into a container terminal and warehouses for shipped equipment and merchandise to be repackaged, serviced or distributed. According to the report, the project would create 23,200 jobs over 20 years. [AP, Poovey, 1/23/01].

**The State Port Authority approved a $45 million expansion earlier than expected.** The Alabama State Port Authority approved $45 million to expand container operations at the State Docks.
  - $20 million will come from bonds that will be sold by the state under provisions of Amendment One.
  - $15 million will come from bonds sold by the authority backed by revenue from Docks operations,
  - $5 million from federal funds
  - $5 million from the Docks' cash on hand. [AP, 4/28/00]

The money will go to six separate projects. Among them are:
  - $16 million to replace an older structure at Pier North C with a new 300,000-square-foot warehouse, to handle increased paper and forest products imports.
  - $7.5 million for engineering and environmental work on a new container port at Choctaw Point
  - $7.5 million to replace Pier North A, the last of the Docks' original 1928 warehouses.
  - $7 million for the current container terminal, including $4 million for a second container crane
  - $3 million to upgrade the crane to increase handling capacity;

> $6 million to strengthen open-air Pier D, so it can better accommodate heavier traffic, such as steel imports.
> $1.5 million to improve the connections between the Docks' Terminal Railway and Mobile's four commercial interstate railroads. [AP, 4/28/01; MR, Amy, 4/26/01].

**Construction started earlier than expected.** "Earlier, port officials had downplayed the chance of starting big projects this year. But Jennings and Paul Hamrick - Siegelman's chief of staff - said that plans were six to nine months ahead of original estimates. 'Things have moved on a much faster pace than everyone thought possible,' Hamrick said. [MR, Amy, 4/26/01].

**Siegelman authorized an $85 million bond issue to improve Alabama's roads and docks.** "A state board approved $85 million in bonds to pay for upgrades to Alabama highways, bridges and the State Docks, part of the Amendment One program approved by voters last year... Local governments will receive $50 million to use as matching funds for bridges and federal highways, $15 million will be used for local infrastructure and $20 million goes toward developing the State Docks. Gov. Don Siegelman, who chaired the board that approved the bond issue, said the improvements to state facilities will benefit Alabama's school children and workers." [AP, Niesse, 11/8/01]

> **The bond issue will cost the state more than $135 million.** "The bonds will be paid off from 2004 to 2021 at an average interest rate of 4.4 percent. The bond issue will eventually cost the state more than $135 million because of more than $50 million in interest." [AP, Niesse, 11/8/01]

**The Advertiser** said starting construction ahead of schedule was 'a real plus.' "Getting started on renovations to the state docks months earlier than had been anticipated is a real plus. The sooner the projects are finished, the sooner the docks can be used as a greater tool for the state's economic development." [MA, Editorial, 4/28/01].

**Mobile Register** calls the Docks a 'bright spot' in the economy. "With so much bad news rocking the Mobile economy in recent weeks, one bright spot continues to be the State Docks." [MR, Editorial, 4/18/01].

**Headline:** "Docks begins $45 million expansion" [MR, 4/28/01].
**Headline:** "Docks container deal a welcome development" [MR, 4/18/01].

**Due to outdated infrastructure, Mobile's Port had to turn away cargo.** "Port officials say Mobile's terminals are operating at capacity and turning away about 400,000 tons of cargo a year." [Journal of Commerce, Plume, 10/4/99].

**Mercedes did not pick Mobile to ship their cargo in or out.** "The 1993 agreement between Mercedes and Alabama did not guarantee Mercedes would use the Alabama State Docks for exports or imports. Instead, Mobile would compete against other ports. In the first round of competition, Mercedes decided to import engines and transmissions through Charleston, S.C. Later, Mercedes chose Brunswick, Ga., and Jacksonville, Fla., to ship out the completed vehicles. About the time it was losing Mercedes business, the Alabama State Docks started to point out that in order to compete in the global economy, it had to get some help from the state and lobbied for funding for a major overhaul." [Knight Ridder, Tortorano, 5/13/01].

**Increased activity at Mobile Docks creates more jobs for Alabamians.** The Mobile Docks received three "major" contracts that doubled the workforce at the Docks from 300 to more than 600 hundred. [MR, Drobnic, 1/17/01].

Headline: "Contract to double work force" [MR, 1/17/01].

**Siegelman signed tax incentives into law to further help expand the Port's capabilities.** "A new law in Alabama aims to spur corporate investment in the state's port facilities by offering a 5% corporate income tax credit. Companies can get the credit if they agree to make a minimum of $8 million in capital improvements at the docks, port officials said. The new law was passed during the last session of the Legislature and was signed by Gov. Don Siegelman last week." The legislation was sponsored by Sens. Tom Butler, D-Madison, and Jack Biddle, R-Gardendale, with Rep. Jeanette Greene, R-Saraland, carrying it in the House. [Journal of Commerce, Hensel, Jr., 5/31/01; MR, Choate, 5/29/01].

**The Register said tax incentives will 'produce results.'** "The bill Gov. Don Siegelman celebrated Tuesday in Mobile that gives income tax breaks to companies investing in the Alabama State Docks is the kind of narrowly focused economic incentive that can produce the desired results. Although they are located in Mobile, the state docks are an asset to the entire state, with an estimated $3 billion statewide economic impact. [MR, Editorial, 5/30/01].

**The Register said the law will help the Mobile docks realize their 'full economic potential.'** "New legislation allowing the Alabama State Docks to trade tax credits for capital investments in its facilities should go a long way toward helping the port realize its full economic potential. [MR, Editorial, 6/1/01].

Headline: "Big tax breaks pushed for Docks investors" [MR, 4/22/00].
Headline: "Siegelman to sign Docks investment bill" [MR, 5/29/01].
Headline: "State Docks to dangle tax breaks" [MR, 5/30/01].

**Started construction on a highway from "Muscle Shoals to Mobile" that would increase activity at the State Port.** The interstate-quality highway would give more areas better and easier access to the Port of Mobile. "Faster transportation could also increase shipping business for Mobile, said James Lyons, State Docks director. For instance, the Docks get a lot of rail freight from Memphis, Tenn., which takes about a day to ship. Truck business might increase if a better road was in place and the trip could be made in about 8 hours, he said. 'I'm delighted. It's a wonderful initiative,' Lyons said. 'It's been a real weak link for us, transportation-wise.'" [MR, Choate, 4/20/01].

**The Mobile Register said a new highway has the potential to increase business at Docks.** "The State's proposal for a new highway to link Mobile and Muscle Shoals is intriguing. It has the potential to enhance Alabama's transportation infrastructure, create economic opportunities for struggling rural counties, and increase business at the Alabama State Docks." [MR, Editorial, 4/24/01].

Headline: "UA study finds greater impact in port project" [MR, 1/25/01].
Headline: "UA study sees 23,000 new jobs statewide" [MR, 1/25/00].

# BROWNFIELDS

**Governor Siegelman signed legislation promoting new economic development on old industrial sites.** Gov. Siegelman signed a law that makes old industrial sites more attractive to new industry by not holding a company liable for pollution caused by previous owners. The law provides incentives to companies to clean

to ship. Truck business might increase if a better road was in place and the trip could be made in about 8 hours, he said. 'I'm delighted. It's a wonderful initiative,' Lyons said. 'It's been a real weak link for us, transportation-wise.'" [MR, Choate, 4/20/01].

## BROWNFIELDS

**Governor Siegelman signed legislation promoting new economic development on old industrial sites.** Gov. Siegelman signed a law that makes old industrial sites more attractive to new industry by not holding a company liable for pollution caused by previous owners. The law provides incentives to companies to clean up pollution at old industrial sites according to a plan approved by the state environmental agency. The state saves money by attracting industry to areas where infrastructure is already in place. The legislation was a compromise between business, environmental and legal groups, and it passed the House and Senate overwhelmingly. [AP, 5/21/01].

## STATE PARKS

**Governor Siegelman enabled the state to overhaul Gulf State Park, which will bring lucrative conventions and much-needed tourist dollars back to Alabama's Gulf Coast.** In the September 2001 special session, legislators approved a '$70 million bond issue to aid a local-state overhaul of convention and lodging facilities at Gulf State Park. The Siegelman administration pushed the improvement plan and the governor put the park bill on the Legislature's agenda for the special session.' [MR, Amy, 9/19/01]

**Siegelman upgraded and expanded Alabama's State Parks system, preserving Alabama's beauty and providing more opportunities for economic development.** Gov. Siegelman sold bonds authorized by voters in 1998 to upgrade and improve he state parks system that was once the envy of the nation. The parks system was being held together by "bailing wire and duct tape", according to Conservation Commissioner Riley Boykin Smith. Besides renovations and improvements at Gulf State Park, Oak Mountain, Lakepoint and Guntersville, the money will be used to build 250 new campsites and restore 1,400 old sites. [AP, Rawls, 5/31/01; MA, Cason, 5/31/01].

## ENVIRONMENT

**Gov. Siegelman signed a bill to prevent sewage dumping into Alabama's waters.** Gov. Don Siegelman signed a bill into law that would prohibit boaters from dumping untreated sewage into Alabama waters. Siegelman said that the bill is "long overdue." "This bill is important to the state's environment," Siegelman added. "It will help keep Alabama's water clean, while preventing health risks to citizens." The new law requires marinas to have pump-out facilities and requires annual inspections for boats with sewage systems. The bill will also "forbid the discharge of untreated sewage and the discharge of sewage by residents' boats or recreational vessels that don't have marine sanitation devices installed." There will be a one-year grace period, and first-time offenders will have 90 days to fix a boat's sewage system without being fined. [Talladega Daily Home, 2/3/02]

**Gov. Siegelman awarded a grant to expand and promote oil recycling.** Governor Siegelman awarded the $80,000 to the University of Alabama to help promote and expand a statewide oil recycling program. "The Recycled Oil Saves Energy project promotes used motor oil recycling among private and commercial sources. The program supports more than 500 used-oil collection sites across Alabama and works to educate the public on the benefits of recycling." [BPH, 12/13/01]

Governor Don Siegelman's
# ABC's of Education
### March 5, 2006

We must have the best education system imaginable for Alabama to reach her potential and compete globally.  Job creation, infrastructure development, industry recruitment and overall quality of life are all directly related to the job we do in our schools.

Our children must be ready for school and our schools must be ready for our children.

*It is easy as ABC. . .*

**A. Start with children who are ready to learn, prepared to learn and motivated to learn.**

**B. Add teachers who want to teach, who are ready to teach, and who can teach.**

**C. Provide our children hope for the future, the promise of college scholarships, and up-to-date schools, technology, language labs, science labs and libraries.**

*Now lets talk about the ABCs of giving our children hope through education:*

# A.    Start with children who are ready to learn, prepared to learn and motivated to learn.

We must give parents the tools they need to motivate their children to be successful in school. We must develop and support programs that teach parents parenting skills, so they can prepare their children for school success.

We must develop new and support existing programs that teach adult literacy skills.

We must strive to enhance early learning experiences for all children by providing access to free and reduced cost preschool experiences.

Building on the success of *the Alabama Reading Initiative*, we must fully fund programs such as this to insure that children read at or above their grade level.

We must develop and support quality after school programs, including mentoring, tutoring and a *Youth Corps* after school job program that stresses responsibility and life-skill development.

Classrooms must be separated into age appropriate groups for the sake of safety, discipline, and learning.  There will no longer be middle-school aged kids in classrooms with elementary students.

## B.    Add teachers who want to teach, are ready to teach and who can teach.

Teachers must have knowledge, background, and language skills and have the ability to speak so that students can understand them.

Teachers must be paid what they are worth, but be worth what they are paid.

Teachers must be tested and given opportunities to expand their skills through professional development.

We should have an alternative certification process for areas of critical need.

Principals and Superintendents will be fired when schools fail.

When teachers, principals, and superintendents fail, the colleges and universities that prepared them will receive a demerit that will appear on that college or university public report card.

Teachers and schools who make significant progress will be rewarded.

A bonus incentive will be employed to reward teachers who perform exceedingly well and go above the call of duty.

We will abolish tenure for those who don't meet our high standards, but we will also give teachers relief from the unrealistic and constrictive guidelines of the *"No Child Left Behind Act."*

The time between when a teacher begins a higher education degree and completes that degree should have ample opportunity for practical experience.

Mentors should be available to help and evaluate teachers in the early stages of their careers.

Even if a teacher wants to teach and is ready, but can't teach because they can't communicate to students, then they don't need to be the primary teacher or professor.

C.   **Provide our children with hope for the future, the promise of college scholarships, and up-to-date schools, technology, language labs, science labs and libraries.**

Children obtain hope for the future by having the promise of college scholarships if they stay in school, make good grades and stay out of trouble. The HOPE scholarship program will be funded through an education lottery that will give children the opportunity to reach their potential through continued education.

We will institute another new school construction program to get rid of portables and give our children quality places to learn.

Children will be given access to computers, and know how to use them. Every school will have equal access to technology and up-to-date technology systems.

Schools will be given the best equipment, language labs, science labs and the best libraries with up to date books and research materials.

We will strive to make the schools, colleges and universities in Alabama equal or better than any other state so our children don't have to look to other states for a quality education.

Teachers will not be faced with situations in school where they are afraid of their students. Offenses, abuses, and cheating must be punished. Students with disciplinary problems, drugs or weapons should be removed from school and sent home with their parents.

All schools should have video cameras installed. Criminal background checks must be expanded to include all school employees.

## OP/ED PIECE FOR <u>THE BIRMINGHAM NEWS</u>
### SUNDAY EDITION, APRIL 10, 2005
### BY: DON SIEGELMAN
### GOVERNOR OF ALABAMA
#### 1999 – 2003

I think we can all agree that every Alabama child deserves the right to a quality education so they can reach their God-given potential.

The disagreement arises on how to pay for quality education. I continue to support a state lottery to fund education.

If not through a lottery, then how will we fund quality education? A great majority of Alabamians voted against "Plan B": Governor Bob Riley's proposed tax increases.

Others believe that a quality education is attainable simply through government accountability and a rearranging of appropriations. If only it were that easy! During my term as Governor, we witnessed the unfortunate effect of our state Constitution on education funding. While test scores were at an all time high and drop out rates at an all time low, the bottom dropped out of the economy, the stock market plunged and sales taxes which fund education in Alabama plummeted. Our 1901 Constitution forced cuts in education because of its prohibition on the transfer of road and bridge money, for example, to our schools. Our Constitution also prohibited local school districts from raising revenue to keep their schools functioning.

A group that offered no solution was the Christian Coalition which opposed the lottery, equating it to gambling and declaring it to be immoral, while at the same time taking casino money from Mississippi to encourage Alabamians to vote against the lottery. While the moral and religious views of all Alabamians are to be respected, it seems morally consistent to me to want every child in Alabama to have a quality education and for that education to be paid for through a lottery.

Opponents to the lottery continue to criticize a lottery without offering a single workable alternative. For example, in a March 27 op ed piece in the <u>Birmingham News</u>, the author argued against the lottery without offering any potential solution.

The result is that our state legislators are left with no choice but to craft a patchwork of one-time education funding just to make it through another year.

Given the prevailing anti-tax sentiment in Alabama, the only workable solution at this point in time is to establish a lottery for education. A lottery for education may be viewed as more palatable to those morally opposed to gaming if viewed as a means of helping Alabama children receive the high-quality education required to produce tomorrow's leaders – leaders capable of crafting long-term education solutions.

While my proposed "education lottery" was defeated in 1999, a lot has happened since then. Alabamians have continued spending hundreds of millions of dollars on state lotteries in Georgia and Florida, as well as in the casinos of Mississippi. In Mississippi, the casinos have generated over 3.2 billion dollars in revenue - almost one billion dollars coming in the last year alone. Just look around or ask your neighbors if they have been to Mississippi and you will discover as I have, a lot of Alabama money is going across the Mississippi state line.

In 2002, when I again included the education lottery as a component of my campaign, Alabamians were spending nearly $200 million a year just on the Georgia and Florida lotteries. Since 2002, an estimated additional $300 million has gone from Alabama to Georgia's lottery. According to the Annual Report of the Georgia Lottery, the lottery has earned $2.6 billion and invested $750 million in education. In its first 10 years the lottery has sent more than 750,000 Georgia students to college and more than 500,000 four-year-olds to pre-kindergarten.

If you think those numbers are staggering, consider Tennessee. Tennessee's education lottery began in 2004 and already has awarded college scholarships to more than 36,000 students. In 2004, the Tennessee lottery generated more than $860 million in ticket sales with nearly $250 million going to fund education. Not surprisingly, the top ten Tennessee lottery outlets are located along the Alabama border. According to the Birmingham News, lottery sales in Tennessee have even forced one Alabama small business to close.

Alabamians have spent hundreds of millions of dollars to help pay for a world-class education system for schoolchildren in Georgia, Florida, Mississippi and Tennessee. Currently, forty-one states plus the District of Columbia use lottery revenues to support critical needs in their states. Alabama cannot risk falling further behind. We must help Alabamians break their out-of-state gambling habit and capture the hundreds of millions of dollars we are currently donating to surrounding states, so that **our children** receive the educational opportunities that will help them succeed. We must keep Alabama money in Alabama!

While I first proposed the lottery for Alabama in 1989, before Georgia instituted its lottery, and well before Mississippi's casinos and Tennessee's lottery and, while it is true that it is late in the game, I share with you what my mother always told me: "Son, better late than never." So, the time has come to let the people vote once again on a lottery to benefit public education in Alabama.

-end-
849 words

# DON SIEGELMAN
## EXECUTIVE SUMMARY

## EDUCATION

### PORTABLE CLASSROOMS

**Governor Don Siegelman's first act as governor was to sign an executive order demanding that school officials remove portable classrooms. Since 1999, 69% of portables have been removed from Alabama school yards.** According to the Associated Press, "Gov. Don Siegelman is more than two-thirds of the way toward keeping his campaign promise to eliminate portable classrooms from Alabama's public schools. A report received Thursday by the State Board of Education shows the number of trailers used for children's classrooms had dropped 69 percent from 3,413 in March 1999 to 1,056 at the beginning of this fall term of school." [AP, Rawls, 8/22/02]

### ALABAMA READING INITIATIVE

**Governor Siegelman implemented and expanded the "Alabama Reading Initiative," a program that has helped more than 210,000 Alabama children read at their grade level.** With the goal of achieving 100% literacy among Alabama's children, Gov. Siegelman increased the funding for the program to over $10 million and expanded it to 423 schools. ARI trains teachers how best to teach children how to read. Students participating in ARI do better than students without access to the program. Because of Governor Siegelman's support, ARI reached 14,035 teachers and 210,525 students in the 2001-2002 school year. 423 schools used the program as of May 2001. [AP, Poovey, 1/25/00; Department of Education; AP, 5/17/00; AP, 2/8/01; AP, 5/10/01].

**The Alabama Reading Initiative was recognized as a model for the nation by a national education group.** The Education Commission of the States awarded ARI the State Innovation Award. The award recognizes programs for their achievements in "advancing literacy and research-based reading instruction." Governor Siegelman stated that "schools with the Reading Initiative are seeing an increase in library use and a decrease in discipline problems and students being referred to special education." [AP, 7/11/02]

### TEACHER TENURE

**As a condition of teacher pay raise, Siegelman reformed Alabama's teacher tenure laws to make it easier to get bad teachers out of the classrooms.** Governor Siegelman made "failure to perform duties and responsibilities in a satisfactory manner" a reason to fire a teacher with tenure protection. By working with opposing sides, Siegelman was able to pass a bill that allowed principals to fire bad teachers for not performing their duties. Siegelman also shortened the time frame for appeals by teachers who had been fired and, for the first time, allowed administrators to transfer teachers from one school to another for up to 15 days after the school year starts. [AP, 2/7/00; AP, Rawls, 5/16/00].

**Siegelman ended tenure for new principals and held them accountable for the success of their school.** As a condition to raising teacher salaries, Gov. Siegelman passed a bill holding all new principals accountable for their performance. They are hired for a two-year probationary period, after which, if they perform well, they can sign contracts of at least three years each. Principals can be fired at the end of a probationary period without a reason. After each three-year contract the school board can choose to fire a principal for any stated reason. [HT, Stephens, 9/30/01]

**Governor Siegelman kept his campaign promise and started Alabama on the path to raising teacher's pay to the national average – but only after holding them accountable through tenure reform.** Governor Siegelman pushed for and signed legislation that would raise Alabama schoolteacher's salaries to the national average while, at the same time, holding teachers and principals accountable through tougher tenure laws. [AP, Johnson, 5/25/00; MA, Johnson, 3/2/00].

## TEACHER TESTING

**Governor Siegelman moved teacher testing from the courtroom to the classroom. In December 2002, all prospective teachers will be required a general-knowledge test in reading, writing, and math.** Gov. Siegelman helped settle an 18-year old lawsuit that prevented teacher testing in Alabama. In the spring of 2002, all prospective teachers will have to pass a basic skills test in reading, writing, and math. Specific subject tests will be phased in within five years. "Rising juniors in the state's colleges of education will take the test and must pass it before they will be allowed to teach in Alabama public school. The exam will ask general-knowledge questions in reading and math, and students must demonstrate basic writing skills." The test is being developed by the Alabama Department of Education with an oversight board to ensure the test is fair. [AP, 12/17/99; Department of Education; BN, 8/9/02].

## TEACHER NATIONAL BOARD CERTIFICATION

**Siegelman rewarded more than 300 teachers for completing National Board Certification, the highest national certification a teacher can receive.** Siegelman created the ongoing incentives program to encourage more Alabama teachers to obtain national board certification. So far, 309 have completed the program. When teachers complete it, they are supposed to get a $5,000 grant for their classrooms and a $5,000 raise. Gov. Don Siegelman released $2.5 million in state funds to pay bonuses for Alabama's new national board certified teachers. [AP, 3/26/02]

## TEACHER TRAINING

**Governor Siegelman lengthened the school year to provide two teacher-training days.** Gov. Siegelman increased teacher training by extending the school year from 180 days to 182 days at a cost of $23 million. The two extra days would be used only for teacher training. [AP, Rawls, 2/17/99].

## NEW TEACHERS

**Governor Siegelman reduced K-3 class sizes by hiring 600 new teachers to improve learning across Alabama.** In the critical K-3 grades, Gov. Siegelman reduced class sizes by hiring 600 new teachers. [MA, 2/18/99; Department of Education; AP, 2/1/00].

**Governor Siegelman created incentives for Alabama's college students to become math and science teachers after graduation.** Gov. Siegelman added more than 100 new math and science teachers through his Reach and Teach initiative. The program gives students $8,000 for their junior and senior years of college, and in return, they agree to teach five years of math and science in high-need areas. $443,450 was provided to give to students in 2002. [AP, 2/6/01; HT, Peck, 6/15/01].

## CRIMINAL BACKGROUND CHECKS

**Gov. Don Siegelman signed a bill that requires criminal background checks for all teachers.** Governor Siegelman signed a bill that requires criminal background checks for all teachers currently employed with their respective systems as well as other school system employees who have direct contact with students. Before Siegelman signed the bill, only new employees hired since 1999 must have background checks. [BPH, 4/26/02; Troy Messenger, 4/25/02; MR, 4/25/02; AP, 4/24/02]

**In 1999, Siegelman implemented national criminal background checks on all new teachers.** To protect Alabama's children from convicted felons, Gov. Siegelman pushed for and signed a mandatory national criminal background check for all new teachers. The law requires that all new school employees who will have unsupervised access to children be fingerprinted and undergo a nationwide criminal background check. The law includes those who work in public, private or church-run schools. [AP, 6/4/99; USA Today, 6/9/99].

## STUDENT TESTING

**Alabama schools and school systems improved their test scores in 2001.** Under Gov. Siegelman, the number of schools in 'academic clear' went up in 2001 and the number of schools with bad test scores went down. In 2001, 90 percent of schools and 97 percent of school systems were considered 'academic clear,' up from 88 percent of the schools and 93 percent of the systems in 2000. Schools are considered 'academic clear' when a majority of students score at least a 40 on the SAT-9 exam. [AP, Poovey, 6/23/00; Gadsden Times, Beyerle, 6/29/01].

**Governor Siegelman provided tutoring, mentoring and summer school to help struggling students pass Alabama's tough high school exit exam.** Beginning in August 2000, the High Hopes plan provided tutors and mentors to students in danger of failing Alabama's tough new exit exam. Schools are required to involve community volunteers as well as certified teachers in the tutoring process. [AP, 2/25/00; MA, Owen, 7/1/00; MA, Owen, 2/6/00].

**Governor Siegelman held schools accountable for teaching students the basics of math, reading, science and social studies by taking over schools that did not show improvement.** [AP, Poovey, 6/23/00].

**Siegelman held school systems accountable for how they spent taxpayer money.** When schools mismanaged taxpayer money, Gov. Siegelman held them accountable. [AP, 2/11/00].

**Siegelman required all new school superintendents to pass a test demonstrating their knowledge of school finance.** "Future Alabama school superintendents will have to pass a paper and pencil test showing they understand school finance and law before they take the helm of a school system. That requirement became state law with the signature of Gov. Don Siegelman. The Legislature mandated the requirement in a bill passed in the recent regular session. The Siegelman administration anticipates spending $150,000 to $350,000 to implement the law. Most of that cost would be for developing a test would-be superintendents would have to pass showing their understanding of school laws and education finance." [BN, Dean, 6/1/01].

**Governor Siegelman rewarded schools whose students made significant and documented progress in the 'basics.'** In 2000, Governor Siegelman rewarded 91 schools whose students showed improvements in the basics. Eleven of those schools improved dramatically, moving from the brink of intervention to the highest achievement status in the state. These schools received up to $5,000 to continue improvements. [Education Department; Siegelman Press Release, 7/13/00].

**Governor Siegelman sent "school report cards" home to parents for the first time in Alabama history, helping parents hold schools accountable for the quality of their child's education.** Gov. Siegelman helped parents keep track of the progress of their child's school by requiring that "school report cards" be sent

home with students. The report cards tell parents how schools are performing in 21 key academic areas. Alabama's report cards tell more about school progress than any other state in the nation. [AP, 11/10/2000].

## SCHOOL SAFETY

**Governor Siegelman improved the quality of learning in Alabama's classrooms by taking children who caused trouble out of the classroom and giving them a second chance in the state's alternative schools.** By opening alternative schools across Alabama, Gov. Siegelman made Alabama's classrooms safer and better places to learn, while at the same time giving troubled children a second chance. Alternative schools are funded through the Children First program, which is funded by Alabama's share of the tobacco settlement. [AP, 8/15/00].

**Governor Siegelman created the Private Eyes Education Program (PEEP) to make schools safer.** Governor Siegelman created PEEP, which enabled middle schools and high schools to apply for state grants of up to $10,000 to install security cameras. Siegelman included $1.3 million in his 2001 budget, enough for at least 130 schools to add security cameras. For every dollar local schools spend to make their schools safer, the state matches it with four dollars. Siegelman continued the program through 2002. [AP, 1/29/00; MR, Danborn, 2/16/00].

**Governor Siegelman made Alabama's schools safer by letting school administrators know if their students commit violent crimes.** Governor Siegelman worked with Attorney General Pryor to push for the Juvenile Information Act of 1999, ensuring that schools would be notified if any of their students committed crimes. The measure also allowed police to keep records of juvenile offenders, helping to prevent violence in schools. Siegelman signed the bill into law as a part of his crime package. [BN, Bailey, 5C, 4/21/99; MR, Andrews, 9/2/99; AP, 6/10/99].

**Governor Siegelman made schools safer by creating tough, no-nonsense penalties for anyone threatening school children or causing unnecessary concern with false bomb threats.** As one of his crime prevention initiatives, Gov. Siegelman toughened the penalty from 1 year and a $2,000 dollar fine to 10 years and $5,000 fine for those threatening to bomb a school. [AP, 3/10/00; BPH, AP, Poovey, 3/10/00].

**Governor Siegelman initiated a "Safe Schools Hotline" to give children a chance to protect themselves from school violence.** Siegelman set up a toll-free statewide hotline to give schoolchildren a safe way to report anything their classmates might say or do that frightens them. The Safe Schools Hot Line is 1-888-728-5437, or 1-888-SAV-KIDS. [AP, Saunders, 4/28/99].

**Governor Siegelman proposed putting respect back into the classroom by requiring children to refer to their teachers as "sir" and "ma'am".** Siegelman's proposal would require students to answer questions "yes" or "no" followed by the teacher or principal's name. The bill would forbid any student from being suspended or expelled from school for breaking the rule. "Some kids have forgotten what it is to show respect for others, and some less fortunate were perhaps never taught this virtue at all," Siegelman said. [Scripps-Howard, Joynt, 1/20/00; AP, Poovey, 3/19/00].

**Governor Siegelman signed into law a bill to expand students' moment of silence privileges and to allow student-led prayer.** The "moment of silence" bill expands a law passed in 1998 that requires a moment of quiet reflection at the start of each school day. The new bill requires a moment of silence at the beginning of sporting events and graduations. [BPH, Foss, 5/10/01].

## SCHOOL TECHNOLOGY

**Gov. Siegelman awarded a grant to fund the first online encyclopedia for Alabama.** Gov. Siegelman awarded a $100,000 grant to help fund the first online encyclopedia for the state of Alabama. The encyclopedia will feature the state's history, geography, culture, economy and natural resources. The online version does not have space restraints and can be updated regularly, and it gives the state a tool for education and economic development. [Anniston Star (AP), 4/5/02]

**Governor Siegelman began the process of connecting every Alabama school to the Internet.** More than 50% of Alabama classrooms did not have access to the Internet, which prevented many students from receiving a full education. Siegelman provided $2 million in the 2002 Education Trust Fund to improve access. Schools were able to use this money to get federal matching money to bring the resources of the Internet into their classrooms. [AP, Johnson, 11/29/00].

**Governor Siegelman gave every Alabama teacher $181 dollars to purchase or upgrade classroom technology.** Gov. Siegelman passed a budget that included more money for teachers to buy better classroom technology. The money was a part of the $10.3 million increase for school technology improvements passed by Gov. Siegelman. [AP, 5/17/00].

**Governor Siegelman expanded the "Alabama Online High School" program, giving high school students across the state access to courses beyond those offered in their school districts.** Governor Siegelman expanded the Alabama Online High School, giving rural students access to classes they might not have at their own school. Over 29 required courses and electives are available as well as programs that help students with the graduation exam. [AP, 8/24/00; MA, Johnson, 3/17/00].

**Governor Siegelman expanded the "virtual library" to give students access to almost unlimited online resources.** Alabama's virtual library is widely praised as one of the most innovative programs in the country. It provides K-12 and colleges with access to over 20 large Internet databases of information. Siegelman provided $10.3 million dollars in 2001, part of which went to improve the virtual library. [http://www.avl.lib.al.us/databases; AP, 5/17/00].

## PRORATION

**When the national economic slowed down and Alabama's constitution forced cuts in the education budget, Gov. Siegelman worked to protect classrooms and protect students.** Siegelman fought to protect classrooms and protect families from tuition increases. Governor Siegelman worked to keep as many teachers in K-12 and colleges classrooms as he could.

**Governor Siegelman proposed a plan that would keep teachers in the classrooms.** Siegelman proposed a plan that would protect teacher salaries and then reduce higher education and K-12 budgets equally. [AP, 5/22/01].

**Governor Siegelman worked to reduce the size and disparity of cuts to college and K – 12 budgets.** Gov. Siegelman provided schools with a $100 minimizing bond issue, minimizing budget cuts to about 3.76% for both higher education and K-12.

**Governor Siegelman brought Higher Education, K-12 leaders, and business leaders together to ensure the 2002 Education budget treated all of Alabama's students fairly.** In order to avoid a continued political fight between education interests, Governor Siegelman brought all sides together to work out a compromise for the 2002 education budget that protected classrooms.

**Gov. Siegelman managed Alabama's way through the proration crisis – without raising taxes on Alabama families.** Republicans, higher education lobbyists, other education lobbyists, and the newspapers all

**Gov. Siegelman awarded a grant to fund the first online encyclopedia for Alabama.** Gov. Siegelman awarded a $100,000 grant to help fund the first online encyclopedia for the state of Alabama. The encyclopedia will feature the state's history, geography, culture, economy and natural resources. The online version does not have space restraints and can be updated regularly, and it gives the state a tool for education and economic development. [Anniston Star (AP), 4/5/02]

**Governor Siegelman began the process of connecting every Alabama school to the Internet.** More than 50% of Alabama classrooms did not have access to the Internet, which prevented many students from receiving a full education. Siegelman provided $2 million in the 2002 Education Trust Fund to improve access. Schools were able to use this money to get federal matching money to bring the resources of the Internet into their classrooms. [AP, Johnson, 11/29/00].

**Governor Siegelman gave every Alabama teacher $181 dollars to purchase or upgrade classroom technology.** Gov. Siegelman passed a budget that included more money for teachers to buy better classroom technology. The money was a part of the $10.3 million increase for school technology improvements passed by Gov. Siegelman. [AP, 5/17/00].

**Governor Siegelman expanded the "Alabama Online High School" program, giving high school students across the state access to courses beyond those offered in their school districts.** Governor Siegelman expanded the Alabama Online High School, giving rural students access to classes they might not have at their own school. Over 29 required courses and electives are available as well as programs that help students with the graduation exam. [AP, 8/24/00; MA, Johnson, 3/17/00].

**Governor Siegelman expanded the "virtual library" to give students access to almost unlimited online resources.** Alabama's virtual library is widely praised as one of the most innovative programs in the country. It provides K-12 and colleges with access to over 20 large Internet databases of information. Siegelman provided $10.3 million dollars in 2001, part of which went to improve the virtual library. [http://www.avl.lib.al.us/databases; AP, 5/17/00].

## PRORATION

**When the national economic slowed down and Alabama's constitution forced cuts in the education budget, Gov. Siegelman worked to protect classrooms and protect students.** Siegelman fought to protect classrooms and protect families from tuition increases. Governor Siegelman worked to keep as many teachers in K-12 and colleges classrooms as he could.

**Governor Siegelman proposed a plan that would keep teachers in the classrooms.** Siegelman proposed a plan that would protect teacher salaries and then reduce higher education and K-12 budgets equally. [AP, 5/22/01].

**Governor Siegelman worked to reduce the size and disparity of cuts to college and K – 12 budgets.** Gov. Siegelman provided schools with a $100 minimizing bond issue, minimizing budget cuts to about 3.76% for both higher education and K-12.

**Governor Siegelman brought Higher Education, K-12 leaders, and business leaders together to ensure the 2002 Education budget treated all of Alabama's students fairly.** In order to avoid a continued political fight between education interests, Governor Siegelman brought all sides together to work out a compromise for the 2002 education budget that protected classrooms.

**Gov. Siegelman managed Alabama's way through the proration crisis – without raising taxes on Alabama families.** Republicans, higher education lobbyists, other education lobbyists, and the newspapers all

called for Governor Siegelman to break his "no new taxes" pledge and raise taxes on Alabama's families. But Governor Siegelman managed our way through the crisis. He protected Alabama's children and protected classrooms all without raising taxes.

**Siegelman saved 'more than 1,000 teachers' by allowing local school boards to spend money where they saw fit.** "The number of lost teachers could have been much higher. School boards saved more than 1,000 teaching jobs by diverting $47.3 million from other needs to salaries, Richardson said. That number was reduced because the Legislature passed a "flexibility bill." It allowed local school systems to divert earmarked money to salaries". [MA, Cason, 9/21/01]

## CHILDREN

**Gov. Siegelman's "Lost Dogs" campaign increased child support payments from deadbeat parents by $1.7 million.** Gov. Don Siegelman and Department of Human Resources Commissioner Bill Fuller initiated the "Lost Dogs" publicity campaign last year aimed at deadbeat parents who owed a combined $1.5 billion in child support. The campaign was announced on Feb. 9, 2001, and the first ads appeared the next Sunday. By June, five of the "Ten Most Wanted" parents had been located. The program included publication of Top 10 statewide list of deadbeats in daily newspapers. That was followed by a list of the Top 10 deadbeats in each of seven regions, for a total of 80 "Lost Dogs." Partly because of the publicity, the state was able to collect $13,863 from the deadbeats it found. Regional Top 10 deadbeats coughed up $30,315, for a total of $44,178. The department mailed around 5,000 letters to deadbeat parents who owed more than $5,000 over the previous 12 months when the "Lost Dogs" program began. That resulted in $1.7 million that went directly to children. [Tuscaloosa News, 3/12/02]

**Governor Siegelman made high quality, affordable early learning accessible to children across Alabama.** A quality education begins with quality day care and early learning, and studies have shown that every dollar invested in early learning saves taxpayers $7 over time. Working with Alabama businesses, Gov. Siegelman opened 21 early learning centers across Alabama, and is working toward placing one in every county.

**Siegelman successfully fought to fund Children First with the state's share of the tobacco settlement.** Children First works to give at-risk children a chance to succeed. Children First funds are used to fund alternative schools and increase school safety by putting video cameras in schools and keeping drugs and guns out. As lieutenant governor, Siegelman fought to create and fund Children First without raising taxes. Siegelman pushed to commit a portion of the state's share of the national tobacco settlement to Children First programs every year so that politicians cannot spend the money on other things. In 2000, Children First received $50.3 million. [MA, Cason, 4/29/98; MA, Cason, 3/1/99; BN, Chandler, 9/1/00]

**Toughened child-care standards to give Alabama's families safe and high quality child-care.** For the first time in 18 years, Alabama has raised standards for child-care providers. Gov. Siegelman improved the ratio of child-care workers to children and mandated that child-care workers receive better training, making child-care safer and better for our children. Before Siegelman's reforms, Alabama has some of the lowest standards in the nation. [AP, Poovey, 1/17/01; TN, Rowland, 6/11/01].

**Required background checks for child-care workers.** Gov. Siegelman pushed for and signed legislation requiring all workers who come into contact with children at daycare centers to undergo mandatory criminal background checks. [AP, 5/17/00].

**Created Kidstuff to coordinate childcare and early learning for all Alabama children under 6.** Governor Siegelman created Kidstuff to provide high-quality childcare and health care to children from birth to age 5. Kidstuff promoted early childhood education and parenting tips with advertisements across the state. Kidstuff

will coordinate and improve the effectiveness of existing programs, such as the $5 million the state spends on pre kindergarten programs and the $69 million it spends on supplemental health insurance for children. [Anniston Star, Forster, 4/18/01; BN, Spencer, 4/18/01].

**To improve the lives of Alabama's children and cut government waste, Governor Siegelman added the Department of Children's Affairs to his cabinet.** Siegelman named Pam Baker, a Mobile Kindergarten teacher, as Alabama's first Children's Commissioner. Baker taught 4-year-olds at JUST 4 Developmental Laboratory in Mobile County and is on the board of the Children First Foundation.  While constantly developing new ways to improve the lives of Alabama's children, Baker's department simultaneously cut government waste by reducing the duplication of children's services.  [AP, 1/11/99; AP, Rawls, 3/9/00; AP, 4/23/99].

**Governor Siegelman gave children on Medicaid better access to dental care.** Gov. Siegelman successfully urged more dentists to see more children, improving the quality and quantity of care. He also created Smile Alabama, a program to ensure that more dentists provided care to children on Medicaid. "A statewide effort to provide dental coverage to more children covered by Medicaid has led more dentists to participate." [AP, 11/25/00].

**Cut newborn abandonment by providing a 72-hour period to leave unwanted newborns to emergency medical personnel without fear of facing criminal abandonment charges.** Gov. Siegelman signed into law a program allowing women to leave an unwanted newborn at a hospital without facing criminal prosecution. As of December 2000, 8 newborn babies were given a chance at life because of the law [MR, Brantley, 9/1/00; Columbus Dispatch, "Baby-Drop-Off Law A Potential Lifesaver", 1/7/01, Leonard].

**Alabama's infant mortality rate is at its 'lower level ever.'** "The percentage of Alabama teens giving birth decreased for the sixth straight year in 2000, helping drive the state's infant mortality rate to its lowest level ever. Figures released Tuesday by state health officials showed the rate for 2000 was 9.4 deaths per 1,000 live births, down from 9.8 last year. The national rate last year 7.1." [AP, Zenor, 8/7/01]

**Created Infant Mortality Task Force.** Gov. Siegelman created the Infant Mortality Task Force to study the state's infant death problem and propose solutions to reduce Alabama's mortality rate. [Executive Order #22, 3/20/00; BN, Chandler, 3/21/00].

**Produced a "how-to" video for parents, giving them tips on how to raise and take care of their newborn child.** "The videotape includes information on a number of different parenting topics including instructions on the proper way to buckle a child into a car safety seat and the warning signs of Sudden Infant Death Syndrome." [AP, Johnson, 10/11/00].

**Sponsored the Governor's Conference on Educating Children.**  Gov. Siegelman sponsored a seminar for parents on parenting techniques. About 400 parents and 350 educators and professionals attended the conference. [MA, Johnson, 9/28/99].

**Governor Siegelman created a task force to prevent teen smoking.** Gov. Siegelman created the Governor's Task Force on Teen Smoking to develop a plan to establish an effective anti-smoking campaign directed at Alabama teenagers. [Executive Order #23, 3/22/00; BN, Editorial, 8/7/00].

**Governor Siegelman raised state payments to foster families, a move that will make caring for Alabama's foster children more attractive and affordable.**  In October 2001, Siegelman "raised the daily government subsidy to foster families from $8 to $14 per child, a dramatic increase that officials hope will entice thousands to join the ranks of foster parents throughout the state." [Anniston Star, Korade, 10/12/01]

contained an option to designate a portion of Alabama's taxes to the Senior Services Trust Fund. [AP, 5/25/00].

**Governor Siegelman renovated 13 senior centers.** Siegelman pledged to renovate 13 senior centers with a $1 million grant from the Alabama Department of Economic and Community Affairs. [MA, Sherman, 4/25/01].

# DON SIEGELMAN
## EDUCATION

*"I want to be the 'education governor' and I want Alabama to be the 'education state'."*
*Governor Don Siegelman*

Governor Siegelman has been Alabama's "education governor." Governor Siegelman's first act as governor was to order the removal of all portable classrooms from Alabama's schools. He has implemented and expanded the nationally recognized Alabama Reading Initiative, helping more than 210,000 children learn to read at their grade level. Siegelman has fought to put the best teachers in Alabama's classrooms; he has started Alabama's teacher salaries toward the national average, moved teacher testing from the courtroom to the classroom, and made it easier to get bad teachers out of Alabama's schools. He has made schools safer for Alabama's children by instituting criminal background checks for prospective teachers, a zero-tolerance drug and gun policy, and the Juvenile Information Act, which notifies administrators if students break the law outside of school. Students in every grade of Alabama's schools are scoring at or above the national average and at the highest levels in Alabama's history. Governor Siegelman has rewarded schools with rising test scores, and where scores lag behind, he has intervened until schools show improvement. Don Siegelman will not rest until all of Alabama's children receives the quality education they deserve.

# PORTABLE CLASSROOMS

**Governor Don Siegelman's first act as governor was to sign an executive order demanding that school officials remove portable classrooms.** Every school district in the state except two is on schedule to have all of their portable classrooms removed by fall 2002. [AP, Rawls, 1/18/99; AP, 3/24/00.]

**Governor Siegelman worked to eliminate portable classrooms from Alabama schools.** State Finance Director Henry Mabry said that "removing portables has been a top priority in the Siegelman administration. In 1998, the Legislature passed a law to allow city and county school systems to work together to issue bonds through the state. The school systems can pay off the bonds with their revenue from the state education budget. The bond issues should help complete the effort to remove portables from schools. Schools Superintendent Ed Richardson said, "Our facilities will be in the best shape since I've been in education." Richardson said an example of what the bond issues have accomplished is Forrest Avenue School in Montgomery, where Siegelman's son, Joseph, attended elementary school. The school was once a maze of more than 30 trailers with more students attending class in portable classrooms than in the school building. [Jasper Mountain Eagle (AP), 2/23/02; AP, 2/22/02]

**Through a bond issue passed in 1998, all but two districts will have removed their portables by 2002.** "Eliminating portable classrooms in the Mobile and Tuscaloosa school systems before next year's deadline set by Gov. Don Siegelman won't happen without additional funds. The systems, which have the highest number of portables in the state, will be the only ones still using portables after the 2001-2002 school year deadline, said state architect Perry Taylor." [AP, 3/24/00].

Siegelman's work as Lt. Governor led to a responsible plan to eliminate all portable classrooms. Then-Gov. James originally proposed to the Legislature a plan that would have spent up to $ 1.8 billion on grade schools, colleges and universities. Siegelman, as lieutenant governor, countered in the legislative session with a $ 247 million bond issue, all to replace portable classrooms. The version that passed was a blend of the two, calling for $550 million in bonds to be issued. [AP, Poovey, 11/10/98; AP, Rawls, 1/18/99].

Governor Siegelman provided $600 million for schools to replace portables. "All told, Alabama public schools will get nearly $600 million of the $800 million in bonds being sold for education capital improvements. The remaining bond money is apportioned as follows: $100 million for universities; $31 million for two-year schools; and $21 million for bus replacement. The remainder is for a tornado-relief fund, vocational-school needs and computers. Repaying the 1998 bond issue will cost the state about $900 million at a rate of $45 million annually." {HT, Peck, 11/4/99].

Portable classrooms littered the state before Siegelman became governor. Before Siegelman took office, there were about 3,500 portable classrooms in the state. [AP, Rawls, 1/18/99].

Governor Siegelman has already eliminated more portables than previous administration planned. "Former Gov. Fob James' administration estimated the bond money would reduce the number of portable classrooms statewide from 3,472 to 1,422." Under Gov. Siegelman, all but two school districts portables will be removed. [MA, Spear, 1/19/99].

Siegelman fought to make removing portable classrooms the bond issue's highest priority. The Legislature approved a $ 550 million bond issue for school construction projects, but the Legislature said local school officials could use the money to remove any substandard classrooms - portable or permanent. Siegelman tried unsuccessfully as lieutenant governor to get the Legislature to require the removal of trailers first. [AP, Rawls, 1/18/99].

During his inauguration, Gov. Siegelman signed an executive order that said:
- No more portable classrooms shall be put into use by local school systems unless recommended by the state superintendent of education and approved by the State Board of Education on a emergency case-by-case basis.
- All portable classrooms will be prohibited after the fiscal year 2001-2002.
- All local school systems must use a $550 million bond issue passed by the Alabama Legislature last year first and foremost to replace portables, instead of other construction projects.
- The state finance director shall direct all capital outlay funds for public schools to be used first and foremost for portable classrooms.
- As permanent classrooms are built, portables not used for storage will be sold.
- The superintendent of education shall give an early accountability report to the governor and the Legislature on each school system's progress on the elimination of portable classrooms. [AP, Rawls, 1/18/99].

Siegelman ensured that school systems had good plans to eliminate portables before giving them taxpayer money. Governor Siegelman stopped giving construction funds to school systems until they could produce plans to remove portable classrooms. [AP, Rawls, 1/20/99].

Governor Siegelman agreed to release money for portable removal after plans were approved. The Public School and College Authority agreed to allow 47 school systems spend $44.9 million, ranging from $ 7.7 million for Mobile County to $ 8,436 to Dale County. The

school board later approved $50 million more in construction money for 48 school systems that had their projects reviewed by a monitoring firm. [AP, 3/26/99; AP, Rawls, 4/6/99].

**Siegelman withheld funds if a county's plans were deemed unacceptable.** After receiving a report from Sherlock, Smith, Adams that Mobile County was not giving the removal of portables the highest priority, Siegelman forced them to devise a better plan. [MR, Reilly and Simmons, 7/28/99].

**Education leader said Siegelman was being "fiscally prudent".** Sandra Sims-deGraffenried, executive director of the Alabama Association of School Boards, said, "I think he's trying to be fiscally prudent," she said. [AP, 1/20/99].

**Governor Siegelman prevented a James administration decision to spend money intended for portable classroom removal on other things.** The Public School and College Authority reversed a decision made in the closing days of Gov. Fob James' administration to use $ 3.6 million of education bond proceeds for expansion of an aviation-training program in Mobile. Instead, that money, plus $1.4 million more, was redirected to the Jefferson County school system to replace Oak Grove School, which was destroyed by a tornado. [AP, 1/20/99; BN, Sznajderman, 1/21/99].

**Governor Siegelman fought to make sure all K-12 portable money was spent to eliminate portables.** Siegelman told an assembly of district superintendents that he wanted the entire K-12 share of the $550 million bond issue that was approved by the Legislature used to eliminate portables. The $550 million education bond issue is providing about $409 million to K-12 schools, $100 million to universities, $31 million to two-year colleges and $5 million to schools for the deaf and blind. Of the $409 million for K-12 schools, $368 million is for construction, $21 million is for buses and $20 million is for technical education. [AP, Poovey, 1/26/99].

**Alabama's Board of Education backed Siegelman's proposal.** The state board of education, at Gov. Don Siegelman's request, voted to make school officials eliminate the 3,472 portable classrooms statewide before spending bond dollars on other construction. [AP, Poovey, 2/11/99].

**Governor Siegelman selected a highly respected firm to oversee portable removal, a move that has saved taxpayers up to $1.25 million dollars.** The Public School and College Authority did not release money until a school system's construction plans were reviewed by the engineering firm of Sherlock, Smith & Adams. Finance Director Henry Mabry said the contract with the firm calls for it to receive a maximum of $ 250,000. The other two firms wanted $ 1.5 million and $ 750,000. [AP, 4/6/99].

**Siegelman bid the bond work to save the taxpayers money.** Lehman Brothers submitted the lowest of five bids to sell bonds at 5.57% interest. Paying off the bonds will cost the state treasury $470 million over 20 years. [AP, Rawls, 9/29/99]. Solomon, Smith, Barney submitted the law bid for another set of bonds totaling $243.2 million. [BN, White, 11/4/99; MR, Reilly, 11/4/99].

**Governor Siegelman tried to save more money by hiring one insurance firm for all of the work.** The administration pushed bills in the House and Senate that would let the administration pick one company to provide bonding and insurance on school construction projects being built with recent education bond issues. Henry Mabry said the administration is not going to meet its goal of replacing all portable classrooms by 2002 without extra funding, and going to one insurer could save $8 million to $20 million that could be used for more construction projects. [AP, 4/9/00].

Under Governor Siegelman, 15 more school systems rid themselves of portable classrooms, bringing the statewide total of portable-free systems to 44. 44 public school systems are without portable classrooms, compared to 29 systems in 1999. [BPH, Foss, 5/7/01].

Birmingham and Jefferson County will be rid of all portables by the deadline. Officials from Birmingham and Jefferson County school systems said all trailers used for classrooms will be gone by 2002. In March 1999, there were 3,328 portable classrooms statewide. A year later, there were 2,841, and in February 2001, there were 2,200. Only Mobile County and Tuscaloosa County school systems are expected to miss the deadline. [BPH, Foss, 5/7/01].

The Tuscaloosa City System will be rid of all portables by 2002. The Tuscaloosa City Board of Education approved a bid for site preparation for the new Alberta Elementary School, a vote that clears the way for the project to head to construction. The $7 million school, funded by state money given for portable classroom removal, should be completed in December 2002 and will rid the city of its last four portables. [TN, Kampis, 4/18/01].

Anniston City System will be rid of all portables by 2002. The school construction plan would rid the system of its nine portable classrooms by August of 2002. [Anniston Star, Forster, 3/16/01].

Talladega has no portable classrooms. The Talladega School Board had all portable classrooms replaced with permanent structures. [TDH, Schweizer, 5/15/01]

Andalusia City Schools have no portable classrooms. Andalusia constructed a new high school and sold all of their portable classrooms. [Andalusia Star-News, Blackmon, 6/22/01].

Eclectic has no portable classrooms. Gov. Siegelman toured the new Eclectic Middle School, which will open in 2001 and eliminate the need for 6 portable classrooms. [MA, 4/20/01].

Albertville has no portables. Albertville Elementary School got rid of all of its portables by building a new school in 2001. [HT, Nichols, 7/9/01].

Montgomery High School eliminated portables. "Celebrating it as one more step toward his goal of eliminating Alabama's portables, Gov. Don Siegelman took a tour of the $3 million, 30-classroom addition at Mary G. Montgomery High School on Monday. The addition at Mary G. Montgomery eliminated the need for seven of the school's 19 portables. The remaining 12 will no longer be used as regular classrooms, school officials said." [MR, Tyson, 8/14/01]

Monrovia eliminated portables. "One thing noticeably absent during the tour was the 33 portable classrooms that had been on campus last year to serve about 1,600 students. A new Madison County elementary school was recently completed, drawing more than 600 students from Monrovia." [BN, Faulk, 8/15/01]

Governor Siegelman helped local school systems borrow an extra $243 million to help them meet the deadline. "The new, $243 million bond issue for 42 school systems requires participating school systems to 'leverage' by pledging a share of the allocations they receive from a 3-mill state property tax. Henry Mabry, state finance director, said this so-called pooling enables them to get a better interest rate than if they sought bond financing on their own. School systems taking advantage of the leveraging must agree to remove all portables within two years." The schools use state money

earmarked for maintenance to get more money without having to raise taxes. Adding new classrooms to replace portables reduces the amount of maintenance. [HT, Peck, 11/4/99; MA, Chandler, 1/29/99]

**Siegelman provided $94 million for school construction.** Local school systems, through he Alabama Public School and College Authority, issued $94 million in bonds to replace portable classrooms with new school construction. The school boards that used money for school construction were: Autauga County, Baldwin County, Blount County, Clay County, Conecuh County, Crenshaw County, Fayette County, Lamar County, Macon County, Marion County, Perry County, Shelby County, St. Clair County, Tuscaloosa County, Walker County, Winston County, Attalla, Birmingham, Fairfield, Hartselle, Midfield, Tallassee and Winfield. [AP, 5/16/01].

**State Superintendent said $500 million more needed.** Ed Richardson said that an additional $500 million would be needed above the $550 million bond issue to remove all of the state's portables and upgrade all substandard buildings. [BN, Sznajderman, 2/5/99].

**Siegelman's order set off a "school building frenzy."** "Gov. Don Siegelman's executive order that Alabama schools get rid of portable classrooms - and $550 million in state bond money - has set off a school building frenzy. Across the state, 130 schools and school additions are currently being built with money from a state bond issue, according to the Montgomery architectural firm Sherlock, Smith & Adams Inc. 'It's massive. You can't walk into a county in this state without seeing a construction project,' said Ran Garver, who's helping track the project for Sherlock, Smith & Adams Inc." [AP, 11/28/99].

**Siegelman's mandate contributed to new school construction throughout the state.** "The driving force behind many of the classroom additions is Alabama Gov. Don Siegelman's goal to rid the state of portable classrooms by the year 2000." [MA, Knight, 4/13/99]. School leaders in Montgomery and others across Alabama "are rushing to comply with Gov. Don Siegelman's mandate to eliminate the mobile units by fiscal year 2001-2002." [MA, Spear, 7/10/99].

**Mobile County built three new schools and improved four others to get rid of portables.** The Mobile County School Board approved the construction of three new schools and the addition of new classrooms to four other schools using $27.4 million of the portable-removal bond issue. That construction would remove 123 of the county's 550 portables. [MR, Choate, 6/15/00].

**School construction in Montgomery is 'under way big time'.** "It's a mad rush to eradicate 261 portable classrooms from the campuses of Montgomery public schools – a district with the state's third-highest number of mobile units. 'It's under way big time,' said Gerald Adams, Montgomery's assistant superintendent for operations. 'We're pressed across the board to get this done.' School leaders here and others across Alabama are rushing to comply with Gov. Don Siegelman's mandate to eliminate the mobile units by fiscal year 2001-2002." [MA, Spear, 7/10/99].

**Montgomery is building an "all-time high" number of schools.** "Montgomery is experiencing an all-time high in new public school construction projects and classroom additions." The decision to switch to neighborhood schools is one reason. "Another factor in the building boom was Gov. Don Siegelman's 1999 mandate to rid public school campuses of portable classrooms by 2001." [MA, Spear, 7/14/00].

**Hundreds of new schools and classrooms will be built by 2005.** More than 100 new schools will be built across Alabama between now and 2005, and hundreds of existing schools will be expanded. [AP, 11/29/99].

<u>The News</u> said portable removal has turned into a building program that "is transforming schools from WPA-era crumbling brick to modern, high-tech campuses" After complaining that "the state's payment plan for the work fell way short and would not be enough to also get rid of substandard permanent classrooms...many of those superintendents have used the state's borrowed money to augment a building program that goes way beyond replacing portables." [BN, Editorial, 4/6/00].

**Siegelman told superintendents that removing portables was a priority.** "This is not the last time you are gonna hear this from me. I wasn't kidding when I said it during the campaign." [HT, Peck, 1/21/99].

**Siegelman's order to remove portable classrooms from Alabama schools helped build a new school in Montgomery.** "Construction is under way at the Parkview Avenue School to add seven more classrooms. Construction work done to date mostly was made possible through a $26 million bond fund to eliminate portable classrooms from school campuses by 2002 - a mandate from Gov. Don Siegelman." [MA, Spear, 9/30/01]

"Read Gov. Siegelman's lips: Portable classrooms will go first" [MA, Chandler, 1/21/99].

**Headline:** "Siegelman: Portables top priority" [MR, 1/29/99].
**Headline:** "Board OKs Siegelman plan to cut portables" [BN, 1/29/99].
**Headline:** "Schools to lose 3,472 portables" [MR, 2/12/99].
**Headline:** "Portables go, schools to grow" [MA, 7/10/99].
**Headline:** "No portables by 2002: tough order" [MR, 8/26/99].
**Headline:** "Portables going but gone yet" [MA, Spear, 9/1/99].
**Headline:** "State schools losing trailer park look" [BN, 8/23/00].
**Headline:** "Siegelman vows to eliminate school trailers" [BPH, 8/23/00].
**Headline:** "Governor: Schools on track to remove trailers" [HT, 8/23/00].
**Headline:** "Alabama's pupils return to find fewer portables" [HT, 8/17/00].
**Headline:** "Schools will remove 123 portables" [MR, 9/16/99].
**Headline:** "Marshall has plan to eliminate portables" [HT, 3/27/99].
**Headline:** "State bond money helps fund school building frenzy" [MA, 11/29/99].
**Headline:** "School construction frenzy fueled by state bond money" [MR, 11/29/99].
**Headline:** "New additions to do away with school portables" [MA, 12/17/99].
**Headline:** "100 Montgomery portables to go" [MA, 6/6/00].
**Headline:** "Portables Go, Schools to Grow" [MA, 7/10/99].
**Headline:** "New facility wows students at Carver" [BPH, 1/18/00].
**Headline:** "Bonds to put dent in school portables" [MR, 6/15/00].
**Headline:** "Siegelman warns school chiefs: Portables must go" [HT, 1/21/99]
**Headline:** "Siegelman moves first against portables" [HT, 1/19/99].
**Headline:** "Governor says no to portables" [MA, 1/19/99].
**Headline:** "Trio OKs funds to ax portables" [MA, 3/27/99].
**Headline:** "State school board votes to get rid of all portables" [HT, 2/12/99].
**Headline:** "School board sides with Siegelman. Votes to bad new building till portables gone" [BPH, 2/12/99].
**Headline:** "Siegelman Adamant on Portables" [MA, 11/12/98].
**Headline:** "Governor tours new school" [MA, 4/20/01].

# ALABAMA READING INITIATIVE

**Governor Siegelman implemented and expanded the "Alabama Reading Initiative," a program that has helped more than 210,000 Alabama children read at their grade level.** With the goal of achieving 100% literacy among Alabama's children, Gov. Siegelman increased the funding for the program to over $10 million and expanded it to 423 schools. ARI trains teachers how best to teach children how to read. Students participating in ARI do better than students without access to the program. Because of Governor Siegelman's support, ARI reached 14,035 teachers and 210,525 students in the 2001-2002 school year. 423 schools used the program as of May 2001. [AP, Poovey, 1/25/00; Department of Education; AP, 5/17/00; AP, 2/8/01; AP, 5/10/01].

**The Alabama Reading Initiative was recognized as a model for the nation by a national education group.** The Education Commission of the States awarded ARI the State Innovation Award. The award recognizes programs for their achievements in "advancing literacy and research-based reading instruction." Governor Siegelman stated that "schools with the Reading Initiative are seeing an increase in library use and a decrease in discipline problems and students being referred to special education." [AP, 7/11/02]

**ARI trains teachers to better teach students how to read.** ARI is based on intensive training to help teachers improve their instruction of reading and reading comprehension. [AP, Pace, 3/5/99].

**Siegelman increased the budget to over $10 million and is seeking to increase the number of schools using ARI to 400.** Siegelman's final 2001 budget included $10.2 million for the Alabama Reading Initiative, expanding the program to more than 400 schools. Siegelman's funding increase helped train teachers at 160 additional schools in 2000 and more than 400 in the 2001-2002 school year. [AP, Poovey, 1/25/00; AP, 5/16/00]. In his 2000 State of the State address, the governor said, "I am proud of Alabama's nationally recognized Reading Initiative program. This year, we will provide $10 million dollars to expand the program to more than 400 schools throughout the state." [AP, 2/1/00].

**Governor Siegelman provided $6 million in 2000 to expand the program.** The 2000 education budget included $6 million to expand the Alabama Reading Initiative statewide. That funding is used by schools to provide two weeks of training for every teacher in participating schools. [AP, 6/11/99; AP, Poovey, 1/12/00].

**Even during proration, the state Department of Education found money for the program.** "Assistant state superintendent Joe Morton said money had been found to help Alabama schools participate in the Alabama Reading Initiative. But he said some of those schools were having trouble finding money to send teachers off to specialized training this summer because of proration of budgets caused by a downturn in the economy. Morton said by scrimping" and cutting some contracts, $390,000 was found in the school board's administrative budget. That money was used to offer "scholarships" to schools having trouble funding the reading program." [AP, 5/10/01].

**Headline:** "Alabama students get boost from Reading Initiative" [TDH, 4/15/01].

**Educators who use ARI credit it with improving education.** Participating schools are reporting an increase in library circulation and students' reading ability, and a decrease in discipline problems, special education, and detention referrals. They also say reading achievement test scores have risen in those schools. [AP, 2/23/01].

**Studies show ARI's positive effect.** A University of Alabama at Birmingham study of test results from 14 Reading Initiative schools showed the percentage of struggling readers dropped 25.8 percent after one year in the program. However, at 14 similar nonparticipating schools, the number of struggling readers dropped by only 24.1 percent. [AP, 2/23/01].

**Studies show that the state is getting results for its $10 million investment in literacy.** The study shows that:

- In schools participating in the program for two years, the percentage of struggling readers had gone down by as much as 10 percent, while schools not in the Reading Initiative had seen less than half that amount.
- Schools participating in the reading program increased their percentage of students reading at grade level faster than those not participating. For schools in the program two years, the rate varied from 2.18 percent to 4.56 percent, compared to a range of .72 percent to 2.31 percent for non-Reading Initiative schools.
- A review of schools participating in the Reading Initiative conducted by the A Plus Education Foundation found students' writing improved with their reading. Students also started checking out more books from the school library. [AP, Rawls, 4/10/01].

**Improved reading at Verner Elementary.** Since using the reading initiative, the Verner Elementary School in Tuscaloosa reports that 64 percent, nearly two-thirds, of their students are reading a full year above their grade level. [AP, Governor's State of the State, 3/2/99].

**Improved reading at Weaver Elementary.** Weaver Elementary School was recently selected by the U.S. Department of Education as a National Title One Distinguished School. To qualify as a Title One school, more than 50 percent of students must be on free or reduced lunch, an indication of low family income. This is the first year the school started the Alabama Reading Initiative. [Anniston Star, Forster, 5/13/01].

**Oxford City School system "reaps the benefits" from being a pioneer participant in ARI.** "Overall, students' comprehension levels, writing ability and confidence have all increased, say local educators. Excitement can be heard in the teacher's voices as they describe how books have become a priority for some students and a passion for others. Now, all four Oxford schools participate in ARI and reap the benefits, says Connie Davidson, the Oxford City Schools reading specialist." [Anniston Star, "Confident Readers Emerge in Oxford", McCullars, 5/29/01].

**Headline:** "Reading Initiative successful in Oxford" [Anniston Star, 5/22/01].

**Oxford City Schools have seen results.** "Out of 45 students in the reading intervention class at Oxford Elementary School, 45 percent are now reading above grade level, 30 percent read at grade level and 25 percent still read under it. At C.E. Hanna, 41 percent read above grade level, 31 percent at grade level and 28 percent below grade level. At Oxford Middle School - which participated for the first year - 3 percent read above grade level, 60 percent at grade level and 37 percent below grade level. SAT scores and a QRI were analyzed for students at Oxford High School. Students there participated for the first year, and 40 percent of students who read

below grade level now read at grade level, 12 percent above it and 48 percent below it. [Anniston Star, McCullars, 5/22/01].

**ARI improved reading at Troy Elementary school.** "Students at Troy Elementary School are improving their reading skills thanks to the Alabama Reading Initiative, which will be implemented for the second year this school term. Marianne Gilbert, reading specialist at TES, reported to the Troy Board of Education at its meeting Monday night, sharing with the board members the successes of the program. Gilbert said 'When we first assessed the students 51 percent were reading below their grade level. At the end of the school year we assessed the students again and the number of students reading below their grade level decreased to 35 percent.' [Troy Messenger, Lansdon, 7/24/01].

**ARI not only improves reading skills, it also gets students excited about learning.** "Kids are checking out twice as many books as some schools and discipline problems have diminished thanks to the presence of the Alabama Reading Initiative in our schools," the governor said. "Referrals for special education also have significantly decreased in schools in which the program is present." [AP, Poovey, 1/25/00].

**Teachers report that Montgomery students are more excited about reading.** "One of the schools where the program was tested this year was Montgomery's Morningview Elementary School. Principal Sarah Justiss said she would like to see the reading program expanded across the state. "The students have been more excited about reading. They have been more focused. Their creative writing has been better," Justiss said. "I believe it has been a valuable program for us. It's a chance for all teachers to pull together and for everyone to be on the same page." Richardson said overall test scores were improved at the schools with the reading program." [MA, Johnson, 2/18/99].

**Educators in Florence report that students are more excited about reading.** "As a Reading Initiative school, we're encouraged to be innovative in our approach to reading," Spangler said. "We thought this time in the morning could be better spent by reading. The children would ordinarily come in and watch 'Arthur' or whatever children's show was on. They were getting pretty tired of Arthur, actually." Although there's no formal tracking device for the breakfast program's effectiveness, Spangler said she's already seen a difference in the students. "Just that little bit of extra reading time has made a big difference," she said. "It's gotten them excited about reading. They're asking to read." [Florence Times-Daily, Singleton-Rickman, 5/9/01].

**Schools want to use ARI to boost test scores.** Several area schools joined the Alabama Reading Initiative this year, including Skyland, Stillman Heights, Holt and MLK because they believe the school's work in the program will boost its SAT scores. The Alabama Reading Initiative has improved performances on standardized tests. [TN, Kampis, 3/26/01; MA, Cason, 3/17/01].

**ARI will bring Alabama's students to the national average in literacy.** "State School Superintendent Ed Richardson applauded the improvement in the fourth grade scores, but said state school officials "will not be satisfied until we are above the national average." Richardson said the Alabama Reading Initiative launched last year by the state school board will help the state reach the national average, if the Legislature approves the $ 4 million increase in the initiative sought by Gov. Don Siegelman." [AP, Pace, 3/5/99].

**Teachers and principals support ARI.** "Principal Sally McClure and the teachers at Alexandria Elementary School feel a great sense of accomplishment. She said as much in a letter to Katherine Mitchell, director of the Alabama Reading Initiative, in May of 2000: "It brings tears to my eyes to see (teachers) realize that they have discovered strategies that actually work and help children to read," the letter reads. "The school is alive with children sharing and learning together. The children are reading everywhere and all the time. I have never seen anything like it in my 29 years in education." [Anniston Star, Korade, 4/10/01].

**ARI has transformed 'good schools' into 'great schools.'** Lynn Aaron, reading specialist for West Jasper, told Siegelman "before the Reading Initiative we were a good school. After the reading initiative, we're a great school." [Jasper Daily Mt. Eagle, Neill, 3/14/01].

**Teacher says ARI has caused 'greatest gains...ever'** "'These are the greatest gains I've ever seen across grade level,' said Gail Robertson, principal at Pratt Elementary, a 34-year veteran in education. At Pratt Elementary, which is in its first year of the initiative, 25 percent — or 241 of the 940 students — were identified as "struggling readers." That figure mirrors the national average of 10 to 40 percent, according to reading research. A retest in January showed 5 percent or 49 students still struggling." [MA, Spear, 4/10/01].

**Education leader called ARI the 'best...program we've ever created.'** The State Deputy Superintendent of Education, called ARI "the best, most proactive program we've ever created" [HT, Davis, 4/8/99].

**National education commission considered ARI one of Alabama's best programs.** "The national Citizens Commission on Civil Rights studied 16 schools in six Alabama districts and their implementation of Title I, a 1994 federal government program that provides financial assistance to schools. The report gave state educators credit for implementing programs such as Gov. Don Siegelman's Alabama Reading Initiative." [AP, Estes, 9/10/99].

**Alabama's program is being copied in Massachusetts and Florida.** The Massachusetts legislature has appropriated $10 million to begin a program based on ARI. In Florida, the governor is seeking $11 million to start a pilot program with some Reading Initiative components in 12 of 67 school districts. [AP, 2/23/01].

**The Tuscaloosa News called ARI "successful".** [TN, Editorial, AP, 3/23/00].

**Birmingham News said ARI was having "positive impact".** "Already, we're seeing the positive impact that investing dollars to train teachers for the Alabama Reading Initiative is having on students." [BN, Editorial, AP, 9/21/00].

**Tuscaloosa News considered ARI a 'cause for hope.'** "There is cause for hope for Alabama, though. A case in point is the Alabama Reading Initiative, which grew out of test results and the panel's report from a few years ago documenting the poor reading skills of our students nearly 100,000 not reading at grade level. Many students already have shown significant improvement in reading at pilot sites. As the Reading Initiative expands to more schools Alabama students should show significant improvement in reading, as well as better writing skills. The message is clear. The National Goals report highlights where Alabama needs to improve student achievement. The early success of the Reading Initiative shows that Alabama education leaders know what it takes to spur improved student achievement." [AP, Editorial round up, 12/10/99].

**Daily-Home said the program is moving children in "right direction".** "[There are] programs that finally have this state's school children moving in the right direction. Chief among them is the Alabama Reading Initiative, which is helping thousands of children across this state finally be able to read on grade level." [TDH, Editorial, 3/25/01].

**The Decatur Daily called Governor Siegelman's ARI an "integral part" of education.** "He wants to go statewide with the popular Alabama Reading Initiative, which is an integral part of the local education program." [Decatur Daily, Editorial, AP, 2/9/01].

**Daily-Home** called ARI an "improvement" in Alabama's schools. "We certainly don't quarrel with improvements that have been made, such as the Reading Initiative, but any argument that schools in this state are adequately funded is laughable." [TDH, Editorial, 3/18/01].

**Talladega Daily-Home** said ARI looks like "best hope" for schools. "This state continues to be in a crisis in reading, and the Initiative looks like the best hope for a decisive turnaround. [TDH, Editorial, 4/15/01].

> Headline: "Students improve reading skills" [MA, Spear, 2/5/99].
> Headline: "Reading program may expand" [MA, 1/26/00].
> Headline: "Pupils hail Siegelman plan to boost reading program" [BPH, 1/26/00].
> Headline: "Siegelman requests funds to aid reading program" [Auburn Plainsman, 2/3/00].
> Headline: "Alabama Reading Initiative Draws Attention From Across the U.S." [Moundville Times, 7/12/00].
> Headline: "Area schools chosen for reading program" [Opelika News, 3/11/00].
> Headline: "Reading Initiative gets Governor, Legislature support" [Clanton Advertiser, 6/1/01].
> Headline: "Alabama Reading Initiative continues to expand" [Lamar County Leader, 1/17/01].
> Headline: "Alabama Reading Initiative program continues to expand" [Scottsboro Daily Sentinel, 1/11/01].
> Headline: "Alabama Reading Initiative Gains More National Attention" [Moundville Times, 3/21/01].
> Headline: "Governor shares reading time" [MA, 7/9/01].

# TEACHER TENURE

As a condition of teacher pay raise, Siegelman reformed Alabama's teacher tenure laws to make it easier to get bad teachers out of the classrooms. Governor Siegelman made "failure to perform duties and responsibilities in a satisfactory manner" a reason to fire a teacher with tenure protection. By working with opposing sides, Siegelman was able to pass a bill that allowed principals to fire bad teachers for not performing their duties. Siegelman also shortened the time frame for appeals by teachers who had been fired and, for the first time, allowed administrators to transfer teachers from one school to another for up to 15 days after the school year starts. [AP, 2/7/00; AP, Rawls, 5/16/00].

> **Siegelman proposed streamlining the appeals process for fired teachers.** Siegelman shortened the appeals process to 90 days. A fired teacher would appeal first to the school board, then to an independent arbitrator, then to the Court of Civil Appeals. That would be more efficient than the original appeals process: school board, state tenure commission, circuit court, Court of Civil Appeals and the Alabama Supreme Court. [MA, Cason, 2/3/00; BN, White, 2/6/00].

>> **Education leader said Siegelman's proposal streamlined the process.** Paul Hubbert said that Siegelman's proposal would streamline the process by reducing the time it takes to fire a teacher from up to 5 years down to 90 days. [AP, 2/9/00].

> **Education groups praised the bill.** "This bill represents a step forward," said A+ President Caroline Novak. [BN, White, 5/16/00].

> **Education group supported Siegelman's plan.** A+, a non-profit, non-partisan education advocacy group, supported Siegelman's plan to tie a teacher pay raise to tenure reform. [BN, Op-Ed, Smith, and Gassenheimer, 3/6/00].

**Siegelman rewrote his tenure bill to correct problems.** After school officials around the state raised legitimate concerns, Siegelman rewrote the legislation to make it a better bill. [MA, Johnson, 3/2/00].

**Governor Siegelman fought a pay raise that didn't hold teachers accountable.** Siegelman threatened to veto and stopped a one-time pay raise for teachers that did not hold bad teachers and principals accountable. [MR, AP, Poovey, 4/30/00].

**The Dothan Eagle called Siegelman's plan a 'sound idea'.** "Gov. Siegelman wants to remove that tenure and hold principals accountable for performance in their schools, much like company CEOs are responsible for the performance of their firms. That's a sound idea." [AP, 2/24/00].

**The Decatur Daily said Siegelman's plan gives 'local authorities greater leverage to improve schools'.** "If Gov. Don Siegelman's tenure reform works as he plans, local school boards will have fewer excuses for keeping bad administrators and teachers on the payroll." [AP, 5/18/00].

**The Dothan Eagle called Siegelman's refusal to sign a non-tenure-tied pay raise 'statesmanship.'** "Hubbert calls it chutzpah, we call it statesmanship, and Don Siegelman is clearly demonstrating it by standing his ground. In standing his ground, Gov. Siegelman sends the message to special interest groups and powerful lobbyists that state government is still in the hands of the people and the officials they have elected to represent them." [Dothan Eagle, Editorial, 5/5/00].

**Siegelman's bill passed the House by a large margin and every Senator voted for it.** The House voted 65-27 to approve the governor's teacher tenure measure, and no one in the Senate voted against it. [AP, Poovey, 4/18/00; AP, Rawls, 5/16/00].

**Mobile Register called Siegelman's plan 'wise.'** "Gov. Don Siegelman is putting a wise and welcome condition on one of his most prominent campaign promises. He's not dodging or reneging on a commitment, but instead is strengthening his commitment by giving it more meat and bones." [MR, Editorial, 6/1/99].

**Mobile Register said tenure reform helps to ensure teachers are 'worthy of Alabama's children.'** "This is good news. Just as higher pay will attract better people into the ranks of teachers, and reward the good ones already there, so will higher standards ensure that the jobs will be filled with only those worthy of higher salaries, and, more important, worthy of Alabama's children." [MR, Editorial, 6/1/99].

**Siegelman ended tenure for new principals and held them accountable for the success of their school.** As a condition to raising teacher salaries, Gov. Siegelman passed a bill holding all new principals accountable for their performance. They are hired for a two-year probationary period, after which, if they perform well, they can sign contracts of at least three years each. Principals can be fired at the end of a probationary period without a reason. After each three-year contract the school board can choose to fire a principal for any stated reason. [HT, Stephens, 9/30/01]

**Principals can be fired for poor performance, but have access to a fair appeals process.** If a principal under contract is fired for "willful failure to comply with school board policy or other reasons", he or she could appeal to a circuit court or mediator. If a principal is fired for "failure to perform in a satisfactory manner", he or she could also appeal to an evaluator picked by the state superintendent. To appeal to a higher court, the principal would have to prove they were fired for personal reasons. [BN, White, 5/16/00].

Siegelman proposed allowing local officials to evaluate principals. If principals don't get a good evaluation from local school officials, they will have one year to improve or be fired. [AP, Rawls, 1/31/00].

**Before Siegelman's bill passed, it was difficult to get rid of bad principals.** Before, unless bad principals and teachers commit an egregious act of incompetence, insubordination, neglect of duty or immorality, school boards could not get rid of the principal unless they retired. [MR, Editorial, 2/4/00].

<u>The Birmingham News</u> **said Gov. Siegelman deserved applause.** "Give Gov. Siegelman applause. He says he will not support a bill gradually raising Alabama's teachers to the national average until it is linked to a measure to get incompetent teachers out of schools. Siegelman is on the right track. Improving teachers' pay should go hand in hand with improving teaching." [BN, Editorial, 6/6/99].

<u>The Mobile Register</u> **called Gov. Siegelman's plan 'bold.'** "Gov. Don Siegelman's bold decision to swap a teacher pay raise for an overhaul of Alabama's teacher-tenure system shows that he recognizes the importance of stocking schools with qualified teachers and principals." [MR, Editorial, 2/4/00].

**The** <u>Daily-Mountain Eagle</u> **said the proposal deserved "support and action."** "Siegelman wants to make it easier to remove poor teachers and administrators from the education system. Both proposals deserve support and action." [AP, 2/4/00].

<u>The Birmingham Post-Herald</u> **said 'there is much to say in favor' of Siegelman's plan.** "There is much to say in favor of Gov. Don Siegelman's goals of raising Alabama teacher salaries to the national average and streamlining the tenure procedures – including the phased-in elimination of tenure for principals and other administrators." [BPH, 2/19/00].

**Lt. Gov. Windom praised Siegelman's plan.** Windom ranked the teacher pay and tenure acts as the number 1 achievements of the 2000 session. "We have provided a way to recruit and retain the best and the brightest," he said. [BN, White, 5/17/00].

**Headline:** "Debate starts on overhaul of educator tenure law" [BN, 4/5/00].
**Headline:** "Siegelman, Hubbert head for showdown over teacher raises." [MR, 4/30/00].
**Headline:** "Siegelman: Streamline tenure law." [HT, 1/30/00].
**Headline:** "Governor Ties Pay to Purges" [BPH, 5/28/99].

# TEACHER PAY

**Gov. Siegelman signed a bill to give teachers pay raises.** Teachers and other public schools employees will get a raise of $1,155 a year under next year's education budget, which Gov. Don Siegelman signed into law. [BN, 4/12/02]

**Governor Siegelman kept his campaign promise and started Alabama on the path to raising teacher's pay to the national average – but only after holding them accountable through tenure reform.** Governor Siegelman pushed for and signed legislation that would raise Alabama schoolteacher's salaries to the national average while, at the same time, holding teachers and principals accountable through tougher tenure laws. [AP, Johnson, 5/25/00; MA, Johnson, 3/2/00].

**When politics stalled the bills in the Senate, Governor Siegelman worked out a compromise and introduced improved bills.** Siegelman introduced a teacher pay raise bill that would commit 41.15%

of new education dollars each year to raise teacher's salaries to the national average in years where there is more than 3.5% growth in the education budget. No more than 65.5% of the yearly growth could be spent on the pay hike, teacher health insurance increases, Social Security, and retirement benefits. [MA, Owen, 5/16/00; BN, White, 5/16/00].

**Siegelman introduced a plan to award teachers based on seniority.** Siegelman's introduced a proposal to give the largest increases to the most experienced teachers. Teachers with more than 15 years of experience would receive at 5.5% raise; 12 to 15 years would receive 4.5%; 6 to 12 years would receive 4%; less than six years would receive 1%. [BN, White, 2/6/00].

**Alabama's most experienced teachers earned less than the national average.** While new Alabama teachers earned more than the national average, Alabama's most experienced educators made less.  Siegelman pushed for bringing experienced teachers' salaries up because while it is important for high salaries to attract new teachers, keeping experienced teachers also requires Alabama's teachers' salaries to be at the national average. [AP, Rawls, 12/2/99].

**Alabama's teachers rank 29th in the country in salary.** Alabama's teachers make $4,642, or 11%, less than the national average. Alabama's teachers make $35,820 and the national average is $40,462. [BN, White, 2/6/00].

The News **called raising teacher pay something Alabama should pursue.** "Paying teachers at the national average is something Alabama should pursue." [BN, Editorial, 4/4/00].

**Headline: "Governor: Teacher pay raise shows education top priority." [BN, 5/25/00].**
**Headline: "Schools take priority." [BN, 5/16/00].**

**Governor Siegelman rejected a plan that would not have held teachers accountable.** Siegelman refused to support a pay raise plan that did not include tenure reform as a way to get rid of incompetent teachers. [AP, 6/2/99].

**Siegelman sent a letter to the bill's sponsor demanding that Alabama link accountability measures to raises in teachers' salaries.** Siegelman sent a letter to Rep. Betty Carroll Graham, D-Alexander City, saying that he wanted a pre-certification test for teachers, teacher evaluations, and a way to remove bad principals in order to raise teacher pay. [Auburn Plainsman, 4/22/99].

**The measure passed the House but died in the Senate.** AEA Executive Secretary Paul Hubbert said the plan would not pass in 1999, but that Gov. Siegelman pledged his support in 2000. [BN, Sznajderman, 5/21/99].

**Headline: "Siegelman vows to raise teacher pay" [MR, 2/2/00].**

# TEACHER TESTING

*"When I got here, Alabama teachers hadn't been tested in 17 years. Lawsuits had prevented all teacher testing. Our children deserved better, and we changed it. Teacher testing is now on the way out of the courtroom and into the classroom where it belongs."*
*Governor Don Siegelman*

**Governor Siegelman moved teacher testing from the courtroom to the classroom. In December 2002, all prospective teachers will be required a general-knowledge test in reading, writing, and math.** Gov.

Siegelman helped settle an 18-year old lawsuit that prevented teacher testing in Alabama. In the spring of 2002, all prospective teachers will have to pass a basic skills test in reading, writing, and math. Specific subject tests will be phased in within five years. "Rising juniors in the state's colleges of education will take the test and must pass it before they will be allowed to teach in Alabama public school. The exam will ask general-knowledge questions in reading and math, and students must demonstrate basic writing skills." The test is being developed by the Alabama Department of Education with an oversight board to ensure the test is fair. [AP, 12/17/99; Department of Education; BN, 8/9/02].

**Governor Siegelman fulfilled a campaign promise to ensure that each Alabama child will leanr from a qualified teacher.** Siegelman promised that as Governor, he would negotiate a settlement in Alabama's teacher testing lawsuit so incoming teachers will have to take a test in reading, writing and math. [AP, 1/16/99].

**Governor Siegelman settled an 18-year old lawsuit.** A 1985 consent decree between the State School Board, ASU and black teachers who sued over teacher testing in 1981 requires the state to use a test for which the difference in failure rate between blacks and whites is no more than 5 percent. The state legislature passed a law in 1995 requiring all college students who want to become teachers in Alabama to pass the National Teacher Exam or its equivalent before graduating from college. In 1996, the state Board of Education asked U.S. District Judge Myron Thompson for permission to change the court order so the law could be put into effect, but no agreement was reached. [AP, 1/14/99].

**State Superintendent of Education called Siegelman's work "great progress".** "This is far better than we have now. It's great progress," state Superintendent of Education Ed Richardson said after a meeting with the judge about the settlement. [AP, Rawls, 7/6/99].

**Siegelman gave options so that one failed test did not prevent people from becoming teachers.** If a teacher fails the test but has at least a 2.5 GPA in the core courses in the first two years of college to balance a failing score or passes a remedial course offered by the Department of Education, he / she can still become a teacher. The final settlement permits the Department of Education to administer the remedial course. [AP, Rawls, 7/6/99; AP, Estes, 8/12/99]

**Siegelman supported tougher test, but wanted to get the suit settled first.** Siegelman wrote to the state school board: "Would I like to see a tougher test? Of course I would, although at this point in time, six states use the Praxis I exam as their sole pre-certification exam. Am I disappointed in Dr. Richardson for continuing to flip-flop on the effectiveness of this exam? Absolutely. But a test is better than no test at all." [AP, 7/16/99].

**Controversy over whether the test was too easy.** In May, Richardson described the exam as being "rigorous." The superintendent changed his mind and said Praxis I was no longer an option after he was told this week that it is easier than the state's new graduation exam for students. After Richardson changed his mind about Praxis I five board members told The Birmingham News they agree with him. [AP, 7/16/99].

**The final settlement would include phased-in subject matter testing.** Under the final settlement, college graduates who want to become teachers in Alabama's public schools would be tested on basic skills in reading, writing and arithmetic, with a provision that allows the state to eventually add subject-matter testing. A monitoring committee of two plaintiff representatives and one Board of Education representative will oversee test development. [AP, Saunders, 11/2/99].

**Judge's order allowed Department of Education to develop the teacher test.** U.S. District Judge Myron Thompson accepted the proposal passed by the State Board of Education and approved by Gov. Don Siegelman on Nov. 2. Thompson's approval allows the state Department of Education to issue a request for proposals for a test, or develop one if no acceptable ready-to-use test can be found. [AP, 12/17/99].

**Governor provided $3 million for teacher testing in 2001.** Siegelman put $3 million in conditional funding in his 2001 budget that could be used for teacher testing. [AP, 2/14/00].

**The Advertiser said that resolving Alabama's long-standing teacher-testing lawsuit would go 'a long way toward improving educational quality in this state.'** "If Gov. Don Siegelman is successful in getting the two sides in a lawsuit to agree to competency tests for new teachers in Alabama, he will have gone a long way toward improving educational quality in the state…And we applaud the governor for being willing to tackle this issue and urge him to move quickly to address it." [MA, Editorial, 1/28/99].

**The Advertiser said, "Siegelman deserves praise."** "If Gov. Don Siegelman can pull together the diverse interests whose struggles have kept Alabama from testing prospective teachers, his first few months in office will have been a success. And Siegelman deserves praise for trying to force the issue to a head." [MA, Editorial, 5/14/99].

**The Register credited Siegelman with taking the 'right public stand'.** "Gov. Don Siegelman, to his credit, is taking the right public stand. 'We'll push for the toughest test we can get,' said his spokeswoman, Kristin Carvell. That's exactly the right attitude – if the governor means it." [MR, Editorial, 7/29/99].

Gov. Siegelman said, "This is a great first step in moving toward what the people of Alabama want and the students of Alabama deserve: higher quality education and accountability in the classroom." [AP, Rawls, 7/6/99].

"This is an important first step in assuring that people entering the classroom are qualified to teach," the governor said. "This stalemate over this issue has been going on long enough," he said. "My gosh, it has been going on 18 years." [AP, Poovey, 5/12/99].

Headline: "New teacher testing plan gains favor from board" [BN, 10/28/99].
Headline: "Teacher testing accord reached" [MR, 8/12/99].
Headline: "State board OKs teacher-testing agreement" [HT, 11/4/99].
Headline: "Teacher testing deal reached" [BN, 10/17/99].
Headline: "Teacher test gets go-ahead" [MA, 7/7/99].
Headline: "Teacher testing may be 'done deal'" [BN, 7/3/99].
Headline: "Governor pushes basic skills teacher tests" [HT, 7/3/99].
Headline: "Siegelman wants new agreement on teacher competency testing" [MA, 1/26/99].
Headline: "Sides agree on teacher testing" [MA, 7/2/99].
Headline: "Siegelman urges board to OK test" [BN, 7/17/99]
Headline: "Deal gets closer on testing for teachers" [HT, 8/11/99].
Headline: "Governor: Teacher testing will be funded" [BN, 2/13/00]
Headline: "Teacher testing in 2001" [MA, 5/26/99].
Headline: "Alabama could be close to ending testing dispute" [HT, 5/14/99].
Headline: "Deal near for testing new state teachers" [BN, 5/13/99].
Headline: "Board OKs teacher-test settlement" [BN, 5/28/99].
Headline: "Siegelman wants tougher tests" [MR, 5/28/99].

**Headline:** "Board OKs teacher testing" [MA, 11/3/99].
**Headline:** "Settlement adopted on teacher testing" [MR, 11/3/99].
**Headline:** "Teacher testing settlement might be near" [MA, 5/13/99].
**Headline:** "Progress at last on teacher tests" [MA, 3/6/99].
**Headline:** "Focus is on tests for new teachers" [BPH, 1/25/99].
**Headline:** "Teacher tests a top Siegelman concern" [BN, 1/26/99].

## TEACHER NATIONAL BOARD CERTIFICATION

**Siegelman rewarded more than 300 teachers for completing National Board Certification, the highest national certification a teacher can receive.** Siegelman created the ongoing incentives program to encourage more Alabama teachers to obtain national board certification. So far, 309 have completed the program. When teachers complete it, they are supposed to get a $5,000 grant for their classrooms and a $5,000 raise. Gov. Don Siegelman released $2.5 million in state funds to pay bonuses for Alabama's new national board certified teachers. [AP, 3/26/02]

## TEACHER TRAINING

**Governor Siegelman lengthened the school year to provide two teacher-training days.** Gov. Siegelman increased teacher training by extending the school year from 180 days to 182 days at a cost of $ 23 million. The two extra days would be used only for teacher training. [AP, Rawls, 2/17/99].

**Education leader supported Siegelman's plan.** Paul Hubbert said the extra days are needed for schools to better train teachers on how to prepare their students for the achievement tests that are being used to measure the performance of each school. [AP, Rawls, 2/17/1999].

**Siegelman included technology training as a part of teacher training days.** $1.6 million of the $22.6 million passed by the legislature for teacher training days was for technology training for teachers. [Siegelman Press Release, 5/16/00].

<u>Montgomery Advertiser</u> **called Siegelman's plan 'bold'.** "The governor has proposed a daring program to improve education, with higher teacher salaries, new teacher training days, additional funding for a promising reading initiative, and support for teachers who become board certified. Each of those proposals deserves legislative support." [MA, Editorial, 3/3/99].

<u>The News</u> **said 'train teachers better and student achievement will go up.'** "That's why the legislature and Gov. Don Siegelman should enthusiastically endorse a plan by state school Superintendent Ed Richardson and state Board of Education Vice President Ethel Hall to spend an extra $22 million to extend the school year to 182 days to give teachers a couple days of intensive in-service training." [BN, Editorial, 2/22/99].

## NEW TEACHERS

**Governor Siegelman reduced K-3 class sizes by hiring 600 new teachers to improve learning across Alabama.** In the critical K-3 grades, Gov. Siegelman reduced class sizes by hiring 600 new teachers. [MA, 2/18/99; Department of Education; AP, 2/1/00].

**Governor Siegelman proposed hiring 600 new teachers in 1999.** "We will begin to reduce overcrowding in our classrooms. We will hire more teachers - 600 new teachers this year for

Alabama's classrooms, targeted at kindergarten through the third grade, where children need more individual attention. [AP, 3/2/99].

**The Legislature only appropriated enough for 200 new teachers.** The education budget included funds to hire 200 new teachers to reduce class sizes in primary schools. The new teachers, half as many as the Senate previously voted to add, cost a total of $ 11.2 million. Federal money was used to hire additional teachers. [AP, Poovey, 6/3/99].

**Governor Siegelman found the money to make up the difference.** Governor Siegelman administered federal grant money to hire teachers. Under Siegelman, the Department of Education received $19.4 million to hire new teachers as a part of President Clinton's 100,000 new teachers program. [HT, Stephens, 3/11/99].

**Governor Siegelman created incentives for Alabama's college students to become math and science teachers after graduation.** Gov. Siegelman added more than 100 new math and science teachers through his Reach and Teach initiative. The program gives students $8,000 for their junior and senior years of college, and in return, they agree to teach five years of math and science in high-need areas. $443,450 was provided to give to students in 2002. [AP, 2/6/01; HT, Peck, 6/15/01].

**Governor Siegelman's scholarships will attract good students to teaching.** "Lynne McElhaney, president of the Alabama Science Teachers Association, lauded the plan. McElhaney, a high school science teacher in Mobile, said would-be math and science teachers are often snatched up by companies before they even set foot in a classroom. 'There are a large proportion of science teachers in Alabama right now who are not certified,' she said. 'We lose graduates from college to industry where they can make more money. Industry will hire people who have science backgrounds and an education background and double their salary because they can work with people." [HT, Peck, 6/15/01].

**Siegelman introduced his program in his 2001 State of the State speech.** Siegelman said "I propose a simple deal: To our college students, If you agree to teach math and science in one of these under-served areas, your student loans will be forgiven. It's a good deal for you, and it's a great deal for the children of Alabama." [AP, 2/6/01].

**The Birmingham News said Siegelman's program 'deserves praise'** "Attracting good math and science teachers to Alabama is difficult, particularly for schools in poor and rural parts of the state. So, too, is persuading college students to enter the science and math education fields - and stay in Alabama to teach. The State Board of Education deserves praise for starting an incentive program it hopes will entice more Alabama-taught college graduates to teach the demanding subjects here at home. But the program is too modest in scope and funding." [BN, Editorial, 6/17/01].

**The Talladega Daily-Home called Siegelman's plan a 'good idea'.** "The state Board of Education deserves high marks for a new plan aimed at attracting qualified teachers of science and math to rural areas of Alabama. It's a sound plan the board is offering. And it's one that can even the playing field for students in rural areas of the state." [Talladega Daily-Home, "Teacher incentive a good idea", 6/19/01].

# CRIMINAL BACKGROUND CHECKS

**Gov. Don Siegelman signed a bill that requires criminal background checks for all teachers.** Governor Siegelman signed a bill that requires criminal background checks for all teachers currently employed with

their respective systems as well as other school system employees who have direct contact with students. Before Siegelman signed the bill, only new employees hired since 1999 must have background checks. [BPH, 4/26/02; Troy Messenger, 4/25/02; MR, 4/25/02; AP, 4/24/02]

**Governor Siegelman increased school safety by implementing national criminal background checks on all new teachers.** To protect Alabama's children from convicted felons, Gov. Siegelman pushed for and signed a mandatory national criminal background check for all new teachers. The law requires that all new school employees who will have unsupervised access to children be fingerprinted and undergo a nationwide criminal background check. The law includes those who work in public, private or church-run schools. [AP, 6/4/99; USA Today, 6/9/99].

> **Criminal background checks have caught 84 criminals that wanted access to children.** "While debate rages about how to expand teacher background checks in Alabama, statistics show the existing law has removed some potential harm from students' way. Since 1998, state officials have barred 33 school-job applicants and withdrawn 51 teaching certificates based on their criminal records, according to numbers from the Alabama Department of Education." [MR, Owen, 8/23/01]

> **New teachers' national criminal records checked.** The legislation would require a new teacher or support worker to be fingerprinted, and then the fingerprints would be used to check nationwide FBI files to see if a prospective teacher or support worker has been convicted of a crime in any state. If only an arrest is found, the state superintendent of education would then determine the applicant's suitability for employment. A teacher who refuses to undergo a test could not be hired. [AP, Rawls, 6/2/99; BN, White, 6/9/99].

> **Alabama's State Board of Education had tried to institute the program before.** The state Board of Education had tried to get background checks through the legislature twice, but had never successfully done so. Because of Siegelman's involvement, teacher background checks became law. "I'm just really excited. For two years we have made a concerted effort to get background checks," said Ethel Hall, vice president of the Alabama Board of Education. [AP, Estes, 3/11/99; MA, Chandler, 6/3/99].

>> **Similar legislation had failed many times in the Legislature.** "After years of failure in the state Legislature, a proposal to require nationwide criminal-background checks of new teachers, bus drivers and other employees at Alabama schools is a step away from success." [MR, Kantrow, 6/23/99].

> **Siegelman supported extending background checks to all teachers.** "The Alabama Board of Education on Thursday voted to support legislation requiring criminal background checks on all public school employees. The board, including Gov. Don Siegelman, voted to expand the Department of Education's background check policy passed in 1999, which covered new hires only." [AP, Bryan, 8/23/01]

>> **Siegelman wanted a tougher version than the State School Board.** Gov. Siegelman supported extending the national criminal background checks to all teachers and support workers, not just new teachers, and extending checks to private schools. [MA, Johnson, 3/12/99; BN, Dean, 3/12/99; HT, Peck, 3/12/99].

**Department of Public Safety purchased new equipment to ensure checks were fast and accurate.** The state Department of Public Safety purchased 30 "live-scan" fingerprinting machines that were placed in counties across the state. The machines eliminate the need for fingerprinting with paper and ink. Instead, a person puts his finger on a machine that records the fingerprint electronically and transmits it to the state Department of Public Safety in Montgomery, where the print is electronically

checked against fingerprints in Alabama and at the FBI to see if the person has any kind of criminal conviction that would prohibit him from working in a school. State Public Safety Director Jim Alexander said the system should wipe out the department's backlog of 20,000 fingerprint cards to check. "Instead of taking weeks or months to get results, we will get results in minutes," said Gov. Siegelman. [AP, Rawls, 1/5/01].

**Reduced backlog of background checks.** Thanks to new technology and increased overtime, the state's backlog for background checks of new teachers, day care workers, and people that have been arrested was reduced from 750,000 to 100,000 under Gov. Siegelman. [MR, Amy and Owen, 7/8/01].

**The Senate passed Siegelman's background checks unanimously.** The Senate voted 34-0 in favor of legislation mandating background checks for new teachers and school support workers who have unsupervised control over students. [AP, Rawls, 6/2/99].

**The House passed Siegelman's plan 86-1.** The House voted 86-1 to give final approval to the measure, sending it to Gov. Don Siegelman. The bill was passed after lawmakers exempted ministers and others who only have occasional contact with children in schools. Rep. Ken Guin sponsored the bill. [AP, Poovey, 6/3/99; MA, Chandler, 6/3/99].

**Siegelman signed the bill on June 8, 1999.** [AP, 6/8/99].

<u>The News</u> said 'Alabama schoolchildren will be protected'. "That means Alabama schoolchildren will be protected from prospective teachers who have unsavory backgrounds, especially those who have been child abusers." [BN, Editorial, 6/6/99].

<u>The Register</u> called it 'good news.' "It's good news that legislators and Gov. Don Siegelman appear ready to require national background checks on new teachers and other school employees." [MR, Editorial, 6/4/99].

Headline: "Background checks for all school workers" [MR, 6/9/99].
Headline: "New school workers to have FBI checks" [MR, 6/9/99].
Headline: "Teacher checking to begin July 1" [HT, 6/9/99].
Headline: "Governor backs school checks" [MA, 7/3/99].
Headline: "Criminal checks to reveal records" [BN, 6/11/99].
Headline: "Background checks near reality for employees of state schools" [MR, 6/23/99].
Headline: "House OKs checks of teachers" [MA, 4/16/99].
Headline: "House OKs criminal checks on public, private teachers" [BN, 4/16/99].

# STUDENT TESTING

**Alabama schools and school systems improved their test scores in 2001.** Under Gov. Siegelman, the number of schools in 'academic clear' went up in 2001 and the number of schools with bad test scores went down. In 2001, 90 percent of schools and 97 percent of school systems were considered 'academic clear,' up from 88 percent of the schools and 93 percent of the systems in 2000. Schools are considered 'academic clear' when a majority of students score at least a 40 on the SAT-9 exam. [AP, Poovey, 6/23/00; Gadsden Times, Beyerle, 6/29/01].

**For the first time ever, every grade scored at or above the national average.** For the first time in Alabama history, every grade in Alabama's schools scored at or above the national average on the

SAT-9 standardized test. 2001 was the second year in a row that students met or exceeded the national average. Third graders scored 55; fourth graders 58, fifth graders 56, sixth graders 59, seventh graders 56, eighth graders 56, ninth graders 52, 10th graders 50 and 11th graders, 53. [Gadsden Times, Beyerle, 6/29/01; BN, Dean and Archibald, 6/23/00].

**Students scored at or above the national average in every subject but one.** On the specific subject tests, Alabama students scored at or above the national average in math, language, science and social studies. In reading, students scored a 49, one below the national average of 50. [Gadsden Times, Beyerle, 6/29/01].

**The Florence Times-Daily** said Alabama's schools are 'heading in the right direction.' "The numbers tell the story. It looks like Alabama is headed in the right direction on the road - the long and winding road -- to better schools." [Florence Times-Daily, Editorial, 7/1/01].

**Headline:** "Test scores rise" [BPH, 6/24/99].
**Headline:** "State's schools improve" [BN, 6/24/99].
**Headline:** "Schools raise SAT scores" [MA, 6/24/99].
**Headline:** "State scores exceed expectations" [MA, 6/23/00].
**Headline:** "Test scores meet, top U.S. average for first time" [BN, 6/23/00].
**Headline:** "State reports April school test scores best ever" [MR, 6/23/00].
**Headline:** "Schools' hard work pays off" [Green County Independent, 6/28/00].
**Headline:** "Alabama students show improvement in SAT scores" [Jasper Daily-Mountain Eagle, 6/29/01].
**Headline:** "SAT clears many schools" [MA, 6/29/01].
**Headline:** "City, county schools fare well on SATs" [Jasper Daily Mountain Eagle, 6/30/01].
**Headline:** "Schools spell success with SAT achievement" [Florence Times-Daily, 6/30/01].

# HIGH HOPES

**Governor Siegelman provided tutoring, mentoring and summer school to help struggling students pass Alabama's tough high school exit exam.** Beginning in August 2000, the High Hopes Scholarship plan provided tutors and mentors to students in danger of failing Alabama's tough new exit exam. Schools are required to involve community volunteers as well as certified teachers in the tutoring process. [AP, 2/25/00; MA, Owen, 7/1/00; MA, Owen, 2/6/00].

**Since High Hopes began, more students are passing the exam.** In 2000, 83% of students passed the reading portion and 76% passed the language portion of the exit exam. In 2001, 86% passed the reading portion and 83% passed the language portion. [Department of Education; Gadsen Times, Beyerle, 4/26/01].

**Siegelman used grants in conjunction with volunteer and community support to help struggling students pass Alabama's graduation exam.** Governor Don Siegelman and the state Department of Education allocated $6 million in grants to voluntary groups to tutor students preparing for the new, tougher graduation exit exam. The High Hopes program provides tutorial, mentoring and after-school assistance for students preparing for the exit exam and is run largely by volunteers. [AP, Mitchell, 2/22/00].

**Siegelman increased funding to High Hopes by $2 million.** Siegelman increased funding to local school systems from $4 million to $6 million. [AP, Mitchell, 2/22/00].

Alabama's graduation exam is 'one of the toughest...in the nation'. "Alabama's exam is not easy. And is considered to be one of the toughest graduation exams in the nation." [Andalusia Star-News, Editorial, 4/29/01].

The new graduation exam, introduced by State Board of Education, ensures that Alabama's high schools students have received a comprehensive education. The new exam, which tests students on information an 11th grader should know, up from an 8th-grade level, was introduced in 1999. The class of 2002 will have to pass language, reading comprehension, math, and science exams. The class of 2003 will also have to pass social studies. Students have to get 59% of the questions correct on the reading and language portions answer 44% of the math and science questions correctly to earn a passing grade. [MA, Johnson, 2/26/99; MR, AP, Rawls, 2/26/99; BN, Dean, 6/9/00; BN, Dean, 7/12/00].

Siegelman's plan empowers local communities to improve the program. According to Deputy State Superintendent Joe Morton, Siegelman's plan "does several things different from what we're doing now. It creates the advisory board, composed of faculty members, PTA members, members of the community and even students. They will make recommendations to the plan that will be developed at the school level." [AP, Mitchell, 2/22/00].

High Hopes funds help students in a variety of ways. "Half of the High Hopes allocation - $3 million - must go to tutoring and mentoring programs focused on specific subject areas. The rest could be used for after school, summer school, Saturday school, night school and professional development for teachers." [AP, Mitchell, 2/22/00].

Siegelman's 2002 budget provided $7.3 million for High Hopes. Governor Siegelman's 2002 Education budget contains $5.8 million for the High Hopes program. He also directed ADECA to provide another $1.5 million for tutoring through the Workforce Investment Act. [2002 ETF, ADECA].

The State School Board supported Siegelman's plan. "At the same time the school board was setting tough standards for Alabama's students, they supported the $6 million program to make sure all students that want to learn graduate from high school." [AP, Wendling, 6/8/00].

Governor Siegelman secured $5.4 million from the federal government to help students pass the graduation exam and receive job training. Siegelman provided funds for students across Alabama to help them pass the graduation exam, attend summer school, and get job training. The U.S. Department of Labor made $5.4 million available to the State Department of Education to implement summer school, job training, and create other educational opportunities for low-income students who failed one or more portions of the graduation exam. [Troy Messenger, Clower, 5/31/01; Anniston Star, Forster, 5/31/01].

High Hopes helped 342 Pike County students. Pike County students who needed help passing the tougher graduation exam got it from summer school programs made possible by funding provided by Governor Don Siegelman and the Alabama Department of Community Affairs. About 342 students in Pike County are expected to participate in programs offered through the Pike County School System and the Troy City School System. [Troy Messenger, Clower, 5/31/01].

Helped 153 students in Calhoun County. An estimated 153 students in the Calhoun County school system will benefit from the federal money. Based on voluntary participation, some school systems also will provide additional workplace opportunities for their low-income

students. Piedmont and Jacksonville city school systems used the money to provide about 20 students with additional workplace experience. The Anniston City school district also used the money to replace High Hopes funding lost due to proration. [Anniston Star, Forster, 5/31/01].

**Helped 90 students in Pickens County.** The Pickens County Board of Education will use the funds to help up to 90 students pass the graduation exam. [Pickens County Herald, 6/6/01].

**Helped 475 students in DeKalb County.** The DeKalb County Board of Education and the Northeast Alabama Adult Education program will use the funds to help up to 475 students. [Fort Payne Times-Journal, Stiefel, 6/6/01].

**Siegelman secured more funding for the program from the U.S. Department of Labor.** Federal funding came from the Workforce Investment Act, a program established in 1998 under the U.S. Department of Labor with the goal to prepare low-income youth, adults and dislocated workers for the workforce. [Anniston Star, Forster, 5/31/01].

**The Birmingham News** gave Siegelman 'credit' for High Hopes. "Credit Gov. Don Siegelman for his High Hopes proposal announced late last week. Details are forthcoming, but in essence it will provide extra tutoring, mentoring, before- and after-school programs, and enlist higher education's help in those areas where students are forced to retake portions of the test. He should not shy away from the expense – political and monetary – of focusing such attention on the state's poorest systems" [BN, Editorial, 1/12/00].

**The News** called High Hopes 'critical' to Alabama's future success. "It's comforting to hear Gov. Don Siegelman commit to the higher graduation standards set by the Alabama Board of Education, but the $6 million he secured for his High Hopes program is critical. The tutoring and extra learning time those grants provide will help avoid a few wrecks in the poorer systems" [BN, Editorial, 7/5/00].

**Headline:** "New grant may help students graduate" [HT, 10/4/99].
**Headline:** "Helping hand for students" [Gadsden Times, 10/10/00].
**Headline:** "State has High Hopes helping students pass grad exam" [MA, 7/1/100].
**Headline:** "Siegelman developing exit exam program" [BN, 1/8/00].
**Headline:** "State schools raise bar with new exams" [MA, 3/18/99].
**Headline:** "Budget allots for tutors" [MA, 5/21/99].
**Headline:** "Tougher exams count now" [MA, 3/13/00].
**Headline:** "Siegelman announces 96 percent of high school seniors pass graduation exam" [Enterprise Ledger, 6/14/01].
**Headline:** "Siegelman provides help for students to pass grad. exam, prepare for work" [Pickens County Herald, 6/6/01].
**Headline:** "Test scores show high level of achievement for students" [Greene County Independent, 6/6/01].
**Headline:** "Help coming for graduation exam" [Fort Payne Times-Journal, 6/6/01].

# SCHOOL TAKEOVERS

**Governor Siegelman held schools accountable for teaching students the basics of math, reading, science and social studies by taking over schools that did not show improvement.**

Based on their SAT-9 scores, schools are held accountable for their performance. "Academic clear" in which a majority of students score at least 40, "academic caution", in which a majority of students score below 40, and "academic alert", where a majority of students score below 23. If an underperforming system or school fails to meet the caution improvement standard for successive years, it slides to Alert 2 and becomes subject to state takeover the following year. [AP, Poovey, 6/23/00].

**Forty-one of forty seven schools threatened with takeover by Siegelman improved.** In 1999, 47 schools were warned that if their test scores did not improve, they would be held accountable and lose control of their school. Forty-one of those forty-seven improved. [Department of Education, AP, 6/22/00].

**The state took over the schools that didn't improve, causing each school to improve in 2001.** The seven schools under academic takeover in 2000-2001 improved their test scores enough to be taken off the intervention list. Louisville High School in Barbour County; Lowndes County Middle School; Cloverdale Junior High School in Montgomery County; Russell County High School; Cobb Elementary School in Anniston; Jess Lanier High School in Bessemer and Litchfield High School in Gadsden all moved from 'Alert 3' to 'Caution' or 'Clear.' [AP, Poovey, 6/23/00; HT, Peck, 6/28/01].

**Under threat of takeover, 9 schools and one school system improved their scores from 1998 to 1999.** Nine schools and the Anniston system, threatened with a takeover, improved their Stanford Achievement Test scores dramatically enough that they were able to move to clear status. [AP, Frazier, 6/23/99].

> Headline: "Local schools avoid takeover" [MA, 6/22/99].
> Headline: "Time's up for state's troubled schools" [BN, 6/20/99].

**The Department of Education to take over seven schools in 2001 to help improve test scores.** The State Department of Education took over seven schools in Alert 3. They include Clayton Elementary in Barbour County, Booker T. Washington Middle, Grant Elementary and Mae Eanes Middle in Mobile County; Russell Elementary in Russell County; and Livingston Junior High in Sumter County. [Tuscaloosa News, Kampis, 6/29/01].

**Under Gov. Siegelman, the state took over an underperforming school for the first time ever in 1999.** Litchfield High School scored worse on 1999's Stanford Achievement Test than it did in 1998. In 2001, after two years of state intervention, Litchfield improved their test scores and moved into academic clear. [AP, Frazier, 6/23/99; AP, Saunders, 7/13/99; Gadsden Times, Schepens, 6/30/01].

> **Siegelman promised to help the school improve.** Siegelman held a town hall meeting with teachers, parents and students at Litchfield shortly after the takeover was announced. While there, he listened to their concerns and promised them more teachers that would focus on reading. [BN, Dean, 7/27/99].
>
> Siegelman said: "It's a matter of everybody taking some ownership. We all must come together as a community and help this school." [AP, Frazier, 6/23/99]
>
> Headline: "Siegelman promises Litchfield help to regain status" [BN, 7/27/99].
> Headline: "State: Litchfield in the clear" [Gadsden Times, 6/29/01].

**Siegelman held school systems accountable for how they spent taxpayer money.** When schools mismanaged taxpayer money, Gov. Siegelman held them accountable.

**Siegelman demanded accountability from the Jefferson County School system.** Gov. Don Siegelman asked state auditors to get to the bottom of Jefferson County's tangled finances and led the State School Board in voting to takeover the school district's finances. The system could not account for $51 million and expected to run a deficit of $16 million. State auditors said they could not complete their audit because the system's records were in disarray. [AP, 2/11/00].

'**Someone will pay,' Siegelman said.** "Someone will pay and be prosecuted if appropriate," Siegelman said. [BPH, Reeves, 6/29/00].

Headline: "Siegelman: 'Someone will pay' in school deficit case" [BPH, 6/29/00].

**Siegelman warned other school systems to take better care of taxpayer money.** Gov. Siegelman said the takeover of the Jefferson County School System should be done in a way that "shoots a cannon shot" over the bow of people that are responsible for managing taxpayer money. "We don't have bunches of money. The State of Alabama has to handle its money carefully. This, in my judgment, is just inexcusable." [BN, Dean, 2/11/00].

**Siegelman took over the Besssemer school system after they mismanaged money.** The state school board took over the financial operations of the Bessemer school system, which had racked up $4 million in debt and fired its comptroller. The school system had lost financial records, not paid taxes on employees, not paid bills, and lost track of money. [AP, 3/10/00; BN, Bryan, 8/17/00].

**Siegelman took over Dale and Jackson County school systems after they mismanaged taxpayer money.** The state school board voted to take financial control of the Dale and Jackson county school systems. Both were millions in debt, and their school boards did not adopt state recommendations to fix the problems. Included among the reasons to intervene in Jackson County were allegations the system broke state law and endangered the lives of students with unsafe buses. [BN, Dean, 3/23/01].

Headline: "State to take over schools" [MA, 6/17/99].
Headline: "School to be taken over" [MA, 6/23/00].

**Siegelman required all new school superintendents to pass a test demonstrating their knowledge of school finance.** "Future Alabama school superintendents will have to pass a paper and pencil test showing they understand school finance and law before they take the helm of a school system. That requirement became state law with the signature of Gov. Don Siegelman. The Legislature mandated the requirement in a bill passed in the recent regular session. The Siegelman administration anticipates spending $150,000 to $350,000 to implement the law. Most of that cost would be for developing a test would-be superintendents would have to pass showing their understanding of school laws and education finance." [BN, Dean, 6/1/01].

**The program could not be implemented because Alabama schools did not have enough money.** According to the Birmingham News, "Almost six months after it went into effect, a law requiring top school administrators to undergo training in managing money and finance law still hasn't been implemented. The reason, ironically, is because of state cuts in school funding. The hard economic times have left state officials without enough money to implement the new law. They say they don't have the money to pay to develop course work, tests and salaries of those who would teach the courses." [BN, Dean, 12/17/01]

**Gov. Siegelman funded the program with an ADECA grant.** On June 13, 2002, ADECA awarded the Department of Education $50,000 to develop "a training program for a course in finance and law for new school superintendents." The Department of Education used the grant

to develop the test and has already held a pilot class that trained sixteen superintendents, all hired since July 1, 2001, and 6 Professors of Education. A new class with 23 superintendents and professors starts in October. [ADECA Interdepartmental Agreement, FEIN 636000617, 6/13/02; Department of Education]

**Education leaders said lack of financial training led to problems.** Mismanagement "happens, the state's highest ranking educators acknowledge, because many of those who run school systems don't have the financial training they need." Mike Scoggins, head of the county audit division of the Public Examiners' office, said, "The financial training of superintendents and other school executives is woefully inadequate." [BN, Dean and Archibald, 1/24/00].

# REWARDING SCHOOLS THAT IMPROVE

**Governor Siegelman rewarded schools whose students made significant and documented progress in the 'basics.'** In 2000, Governor Siegelman rewarded 91 schools whose students showed improvements in the basics. Eleven of those schools improved dramatically, moving from the brink of intervention to the highest achievement status in the state. These schools received up to $5,000 to continue improvements. [Education Department; Siegelman Press Release, 7/13/00].

**Headline:** "Schools get extra money for SAT scores" [Prattville Progress, 7/22/00].
**Headline:** "Siegelman rewards with grants" [Tuscaloosa News, 7/14/00].

**Siegelman rewarded Cobb Elementary for its progress.** Gov. Siegelman awarded Cobb Elementary $5,000 for their improvement on the 2001 SAT-9 test. Cobb improved their test scores by 21 points and moved from a threat of intervention to Academic Clear in one year. [Anniston Star, Solheim, 6/30/01].

# REPORT CARDS

**Governor Siegelman sent "school report cards" home to parents for the first time in Alabama history, helping parents hold schools accountable for the quality of their child's education.** Gov. Siegelman helped parents keep track of the progress of their child's school by requiring that "school report cards" be sent home with students. The report cards tell parents how schools are performing in 21 key academic areas. Alabama's report cards tell more about school progress than any other state in the nation. [AP, 11/10/2000].

**In previous years, the state only released, but did not send home to parents, school report cards.** Before Siegelman's program, school report cards were available but were not sent home to parents. Siegelman's program maximizes accountability because parents get the report cards directly. [AP, Saunders, 11/19/99].

**Siegelman announced the program and secured funding in the 2001 education budget.** "We will publish and send to parents School Accountability Report cards on their child's public school." [AP, 2/1/00; AP, 5/16/00].

# ALTERNATIVE SCHOOLS

**Governor Siegelman improved the quality of learning in Alabama's classrooms by taking children who caused trouble out of the classroom and giving them a second chance in the state's alternative schools.**

By opening alternative schools across Alabama, Gov. Siegelman made Alabama's classrooms safer and better places to learn, while at the same time giving troubled children a second chance. Alternative schools are funded through the Children First program, which is funded by Alabama's share of the tobacco settlement. [AP, 8/15/00].

**Siegelman's actions as lieutenant governor ensured that Children First would receive tobacco money to provide funding for programs like alternative schools.** At Lt. Gov. Don Siegelman's urging, the Legislature voted to reserve $85 million of the state's share of any tobacco settlement money for Children First. [AP, Poovey, 5/15/99].

**Worked with legislative and Medicaid leaders to give Children First $60 million in 2000.** Siegelman worked with legislative and Medicaid leaders to fund both Children First and the state Medicaid agency with tobacco money. In addition to funding alternative schools, Children First money is used to make Alabama's schools safer and to fund boot camps and additional juvenile probation officers. [AP, 6/1/99].

**Held alternative schools accountable for spending.** Before allocating resources to alternative schools, the Alabama Department of Education required local school officials to present a written plan, outlining how the system would spend its money. [Florence Times-Daily, Singleton-Rickman, 3/13/01].

**Tuscaloosa City Schools used alternative schools funding to help at-risk children improve their education.** Tuscaloosa City Schools assistant superintendent Tulane Duke said the Children First funds will allow the city to create an after-school tutoring program. Tutors will help students with their coursework, and social workers will talk to at-risk students about life skills, such as coping with conflict and anger management. [Tuscaloosa News, Kampis, 3/10/01].

**Florence used alternative schools funds to renovate classrooms and update technology.** The Florence school system will use $81,153 to renovate the building that houses the alternative program on the Forest Hills School campus and to update technology at the Burrell-Slater site for older students. [Florence Times-Daily, Singleton-Rickman, 3/13/01].

**Talladega used alternative schools funds to update technology.** Talladega City Schools used the funds to purchase equipment for "a distance-learning video-conference system." District technology coordinator Douglas Campbell said that in addition to the $50,000 from Children First, a $46,000 federal grant, engineered in part by U.S. Rep Bob Riley, helped pay for the system. The money also paid the salary of an instructional assistant for the center to help CLC teachers present the curriculum to the students, work with the students individually and run the center's computer lab. [Talladega Daily-Home, Schweizer, 3/22/01].

**Anniston schools used alternative schools funds to upgrade technology.** Anniston City Schools upgraded technology with $19,522 of their grant. Oxford City Schools received more than $70,000 in grants, which Superintendent Louis Higgins said went to upgrade technology in Oxford High School's alternative education wing. [Anniston Star, Forster, 3/11/01].

**Other schools used alternative schools funds to help children improve their ability to learn.** Piedmont plans to hire more counselors for alternative education students. Anniston hopes to use $50,000 to paint Kilby House (their alternative school) and repair its roof. Calhoun County plans to use $50,000 to train teachers in a curriculum that would teach students about life skills such as decision-making. [Anniston Star, Forster, 3/11/01].

# SCHOOL SAFETY

**Governor Siegelman created the Private Eyes Education Program (PEEP) to make schools safer.** Governor Siegelman created PEEP, which enabled middle schools and high schools to apply for state grants of up to $10,000 to install security cameras. Siegelman included $1.3 million in his 2001 budget, enough for at least 130 schools to add security cameras. For every dollar local schools spend to make their schools safer, the state matches it with four dollars. Siegelman continued the program through 2002. [AP, 1/29/00; MR, Danborn, 2/16/00].

> **Video cameras helped schools prevent violence.** Hamilton High School in Marion County caught people stealing car keys and Woodlawn High School in Birmingham was able to stop a serious fight after watching it unfold on security camera. These incidents encouraged the governor to fund PEEP. [BN, Faulk, 1/27/00].

> **The Huntsville Times says 'the idea has merit.'** "The idea has merit. Cameras in parking lots or hallways can be useful tools in spotting miscreants. Their mere presence may deter some bad behavior." [HT, Editorial, 1/29/00].

> **Headline:** "Siegelman orders school-safety measures" [BN, DeMonia, 4/29/99].
> **Headline:** "Siegelman wants cameras in schools." [HT, 1/28/00].
> **Headline:** "Governor pushes for school safety." [MA, 2/16/00].
> **Headline:** "Siegelman pushes for safer schools" [MR, 2/16/00].
> **Headline:** "Zero tolerance cuts weapons in schools" [MA, 1/22/99].
> **Headline:** "Siegelman eyes $1.3 million to install cameras in schools" [BN, 1/27/00].

**Siegelman made Munford Elementary safer by installing traffic lights.** "Gov. Don Siegelman made a visit to Munford Elementary School Thursday. While there, he dedicated two yellow flashing lights, sitting on the north and south side of Alabama 21, alerting drivers of a school bus crossing ahead. After meeting with some Talladega County residents earlier this month, Siegelman directed the Transportation Department to install safety lights that were in place on the first day of school." [Anniston Star, McCullars, 8/17/01]

# JUVENILE INFORMATION ACT

**Governor Siegelman made Alabama's schools safer by letting school administrators know if their students commit violent crimes.** Governor Siegelman worked with Attorney General Pryor to push for the Juvenile Information Act of 1999, ensuring that schools would be notified if any of their students committed crimes. The measure also allowed police to keep records of juvenile offenders, helping to prevent violence in schools. Siegelman signed the bill into law as a part of his crime package. [BN, Bailey, 5C, 4/21/99; MR, Andrews, 9/2/99; AP, 6/10/99].

> **Under the Juvenile Information Act, juvenile courts must notify schools of violent crimes.** The law requires juvenile courts to notify school administrators when their students are convicted of serious crimes. For the first time, police departments can take fingerprints or photographs and maintain files on children under the age of 16 who are convicted of Class A or B felonies. [MR, Andrews, 9/2/99].

> **A similar law in Virginia provided 'tremendous protection' for schoolchildren.** Mobile County Superintendent Harold Dodge said a similar law in Virginia "was a tremendous protection of our children. It worked well. It kept children out of harm's way." [MR, Andrews, 9/2/99].

Pryor and Siegelman's legislation passed the Senate unanimously. The Senate passed the legislation, which allows school superintendents to get information when police arrest students for major felonies. [AP, 6/10/99].

Headline: "New law gives schools info on violent crimes" [MR, 9/2/99].

# BOMB THREATS

*"If you even so much as threaten Alabama's school children, you will face up to 10 years in prison."*
*- Governor Don Siegelman, 3/10/00*

**Governor Siegelman made schools safer by creating tough, no-nonsense penalties for anyone threatening school children or causing unnecessary concern with false bomb threats.** As one of his crime prevention initiatives, Gov. Siegelman toughened the penalty from 1 year and a $2,000 dollar fine to 10 years and $5,000 fine for those threatening to bomb a school. [AP, 3/10/00; BPH, AP, Poovey, 3/10/00].

**Siegelman was reacting to a real problem.** The move to stiffen the bomb threat penalty grew out of a Mobile County case in which a parent made a bomb threat against a school. District Attorney John Tyson said he found a gap in the law that prevented authorities from prosecuting the parent for a felony. After the Columbine, Colo. shooting, false bombs threats increased in frequency, disrupting learning across Alabama. In light of these occurrences and trends, Governor Siegelman acted to ensure that Alabama's children would be safe at school. [AP, Mitchell, 2/15/00].

**Law enforcement officials supported Siegelman's bill.** "Bessemer police Lt. Cliff Vasser said the tougher penalties should cut down the number of threats. 'It would get somebody thinking that maybe I may have to spend time in prison.'" [BN, Acton, 3/25/00].

**Siegelman signed the bill at a school that had received a fake bomb threat.** Siegelman signed the bill at Charles Henderson Middle School in Troy, which was disrupted by a bomb threat in 1999. [AP, 3/13/00].

**Lawmaker had tried to get law passed before.** Howard Hawk, D-Arab, had been trying to pass a similar law for several years. [AP, Poovey, 3/9/00].

**The Cullman Times** called Siegelman's harsh penalties a 'major deterrent.' "Nobody wants a 15-year-old spending 10 years in prison, but giving judges the power to impose tough sentences on offenders will be a major deterrent. And that's what we need to stop the bomb threats." [AP, Editorial Roundup, 3/16/00].

**The News** said Siegelman's measure might 'deter future misdeeds.' "The 113[th] law passed by the Alabama Legislature and signed by the governor this session is one that might actually deter future misdeeds." [BN, Editorial, 5/2/00].

Headline: "Law enforcement officials crack down on bogus threats" [BN, 3/25/00].
Headline: "Bomb threat bill gets OK" [MA].
Headline: "Bill makes threats a felony" [MA, 3/10/00].

"If you even so much as threaten Alabama's school children, you will face up to 10 years in prison." [MA, Cason, 3/10/00].

"Anyone who makes a threat needs to understand we are serious, and they will be prosecuted," Siegelman said. [AP, 1/24/00].

"I look forward to signing this bill, which will ensure that those people who call in bomb threats will face serious consequences," Siegelman said. [AP, Poovey, 3/9/00].

## SAFE SCHOOLS HOTLINE

**Governor Siegelman initiated a "Safe Schools Hotline" to give children a chance to protect themselves from school violence.** Siegelman set up a toll-free statewide hotline to give schoolchildren a safe way to report anything their classmates might say or do that frightens them. The Safe Schools Hot Line is 1-888-728-5437, or 1-888-SAV-KIDS. [AP, Saunders, 4/28/99].

**Hotline available 24-hours a day.** The line is staffed 24 hours a day to take anonymous calls from anyone who wants to report suspicious activity in Alabama schools. [AP, Saunders, 4/28/99].

**Siegelman involved schools and parents in helping protect children.** Schools held meetings to alert students to the hotline and its purpose, and Siegelman urged parents to sit down with their kids and talk about how to cope with threats of violence, to open lines of communication. [AP, Saunders, 4/28/99; BN, DeMonia, 4/29/99].

**Siegelman staffed the hotline with people trained to help.** Specially trained employees in the Alabama Department of Public Safety, who will refer the reports to law enforcement or other appropriate agencies such as the Department of Human Resources or the state mental health department, staff the hotline. [AP, Saunders, 4/28/99].

**Governor Siegelman staffed hotline with mental health experts to help troubled kids.** "Mental Health and Mental Retardation Commissioner Kathy Sawyer said she expected calls not just from peers of violence-prone kids, but from disturbed students themselves. If such a child calls the hotline, staffers have been trained to recognize the symptoms and can immediately transfer the call to a Mental Health counselor. The counselors will be available 24 hours, like the hotline, Ms. Sawyer said." [AP, Saunders, 4/28/99].

**Hotline received 100 calls on first day.** The statewide hotline to report possible dangers for Alabama schools received slightly more than 100 calls in the first 24 hours after it opened. [AP, 4/29/99].

**Headline:** "Statewide hotline gets 101 calls on first day" [BN, 4/30/99].

## MOMENT OF SILENCE

**Governor Siegelman signed into law a bill to expand students' moment of silence privileges and to allow student-led prayer.** The "moment of silence" bill expands a law passed in 1998 that requires a moment of quiet reflection at the start of each school day. The new bill requires a moment of silence at the beginning of sporting events and graduations. [BPH, Foss, 5/10/01].

**Governor Siegelman believes a "moment of silence" will help Alabama's children to become aware of their heritage.** "The United States of America was founded on a belief in God. As we work to improve education, we must make sure that our children are aware of our heritage and the relationship between God and our forefathers." [BPH, Foss, 5/10/01].

# TECHNOLOGY

**Governor Siegelman began the process of connecting every Alabama school to the Internet.** More than 50% of Alabama classrooms did not have access to the Internet, which prevented many students from receiving a full education. Siegelman provided $2 million in the 2002 Education Trust Fund to improve access. Schools were able to use this money to get federal matching money to bring the resources of the Internet into their classrooms. [AP, Johnson, 11/29/00].

**Gov. Siegelman awarded a grant to fund the first online encyclopedia for Alabama.** Gov. Siegelman awarded a $100,000 grant to help fund the first online encyclopedia for the state of Alabama. The encyclopedia will feature the state's history, geography, culture, economy and natural resources. The online version does not have space restraints and can be updated regularly, and it gives the state a tool for education and economic development. [Anniston Star (AP), 4/5/02]

**<u>Talladega Daily-Home</u> called Siegelman's action a 'decisive step'.** "Gov. Siegelman took a decisive step toward reversing [Alabama students' lack of technology] by calling for all Alabama classrooms to be connected to the Internet by 2003. An, what's more, he's calling for the funds -- $9 million – to achieve it. Gov. Siegelman is moving in the right direction on this. We hope lawmakers will follow suit." [TDH, Editorial, 12/00].

**Governor Siegelman gave every Alabama teacher $181 dollars to purchase or upgrade classroom technology.** Gov. Siegelman passed a budget that included more money for teachers to buy better classroom technology. The money was a part of the $10.3 million increase for school technology improvements passed by Gov. Siegelman. [AP, 5/17/00].

# ALABAMA ONLINE HIGH SCHOOL

**Governor Siegelman expanded the "Alabama Online High School" program, giving high school students across the state access to courses beyond those offered in their school districts.** Governor Siegelman expanded the Alabama Online High School, giving rural students access to classes they might not have at their own school. Over 29 required courses and electives are available as well as programs that help students with the graduation exam. [AP, 8/24/00; MA, Johnson, 3/17/00].

**Siegelman provided a $750,000 grant to expand the program.** Siegelman funded the program as a part of the $10.3 million education technology spending increase in 2001. The program was expanded to students at 15 high schools in Cherokee, Clark, Clay, Hale and Monroe counties. [AP, 5/17/00; Poovey, 8/24/00].

**Headline:** "Online classes connect schools with technology" [MA, 3/17/00].

# VIRTUAL LIBRARY

**Governor Siegelman expanded the "virtual library" to give students access to almost unlimited online resources.** Alabama's virtual library is widely praised as one of the most innovative programs in the country. It provides K-12 and colleges with access to over 20 large Internet databases of information. Siegelman provided $10.3 million dollars in 2001, part of which went to improve the virtual library. [http://www.avl.lib.al.us/databases; AP, 5/17/00].

**Alabama's Virtual Library went online in October 1999.** The funding enabled the Virtual Library to go online in October of 1999. [MA, Lett, 10/26/99].

> **Funding pushed by the Alabama Coalition for Tomorrow.** The Business Council of Alabama, Alabama Retail Association, Chamber of Commerce Association of Alabama, Economic Development Association of Alabama, Economic Development Partnership of Alabama, South Regions Minority Business Development Council and the National Federation of Independent Business formed a lobbying coalition to improve education. [MA, Lett, 10/26/99].

**Alabama was the first state with an extensive Virtual Library.** "We are the first state with this wide of an array of databases available to all the education sectors," Sue Medina, the director of the Network of Alabama Academic Libraries, which was involved in the library's design. [AP, 12/22/99].

**All Alabamians can access the Virtual Library.** Anyone with proof of Alabama residence can obtain an access card free at any public library. [AP, 5/1/00].

**Five state agencies worked together to create Virtual Library.** The effort was initiated by the Network of Alabama Academic Libraries (a part of the Alabama Commission on Higher Education) and includes the Alabama Department of Education, the Alabama Department of Post-secondary Education, the Alabama Public Library Service, and the Alabama Supercomputer Authority. [Information Today, "Computers in Libraries", Morgan, 1/1/01].

**Librarians across the state fought for a Virtual Library.** "Hundreds of librarians" lobbied for $3 million to fund the program on Library Legislation Day. [MA, 3/16/99; AP, 6/9/00]

**Alabama's Virtual Library won award from regional library group.** SOLINET, a nonprofit organization linking southeastern libraries, named the Virtual Library the winner in the category for the best program that advances the development of innovative programs. [Information Today, 6/1/00].

**The News called the Virtual Library a 'good investment'.** "The Alabama Legislature has the opportunity to take a step toward true education equity that would benefit pupils in the poorest and richest school districts and students in junior colleges and in the research universities. The opportunity comes in the form of an appropriation for creation of what is called a Virtual Library." [BN, Editorial, "Virtual Library a good investment", 4/23/99].

**The Huntsville Times says it puts Alabama closer to 'ground-zero' of the information explosion.** "The world is in the midst of an unprecedented information-access explosion, and the AVL puts us closer to ground zero" [HT, Editorial, 4/1/00].

**The Gadsden Times says $3 million for the Library is a 'small price to pay.'** "An allocation of $3 million is being sought in the state education budget to establish a virtual library. It may sound like a lot of money, but it is a way to update and vastly improve the resources of every school library in the state. The $3 million is a small price to pay for the benefits the Alabama Virtual Library would offer." [Gadsden Times, Editorial, 4/5/99].

**The Montgomery Advertiser said Virtual Library gave everyone access to more information.** "Technology, however, can provide a way to ensure that students in even the poorest districts can have ~qual access to current material. The price tag to serve K-12 schools, two- and four-year colleges, ~blic libraries is $3 million. It's money the Legislature should try to find." [MA, Editorial,

**The Advertiser** called it a "sterling example of what technology can do." "Now there's the Alabama Virtual Library, a sterling example of what technology can do to multiply the recources of [rural libraries]. Making that investment opens the doors of learning for thoughts of Alabamians. The long-term benefits of that are incalculable." [MA, Editorial, 12/27/99].

# FIXING PRORATION

*"We've laid out a reasonable proposal to ease the burden of proration. Our plan prevents teacher layoffs prevents professor layoffs and prevents tuition hikes at colleges and universities. It puts kids and classrooms first. This plan is fair to K-12 and it is fair to higher education"*
*Governor Don Siegelman*

**When the national economic slowed down and Alabama's constitution forced cuts in the education budget, Gov. Siegelman worked to protect classrooms and protect students.** Siegelman fought to protect classrooms and protect families from tuition increases. Governor Siegelman worked to keep as many teachers in K-12 and colleges classrooms as he could.

**Governor Siegelman worked to reduce the size and disparity of cuts to college and K – 12 budgets.** Gov. Siegelman provided schools with a $100 minimizing bond issue, minimizing budget cuts to about 3.76% for both higher education and K-12.

**Governor Siegelman designated funds for capital improvements at schools across Alabama, helping to ease the effects of constitutionally mandated proration.** Gov. Siegelman pushed for and signed a $110 million bond issue that raised $100 million for capital improvements to Alabama's schools. "We don't consider that mortgaging the future," said State Finance Director Henry Mabry. He said the bond issue repayment cost is an investment in public education because without it, buildings and equipment will likely go neglected due to budget cuts. [AP, Poovey, 5/18/01].

**According to Auburn University figures, any state contribution to higher education will create a gross investment in Alabama's economy equal to eight times the share of the bond issue allocated to higher education.** According to an Auburn television commercial, every dollar Auburn receives from the state results in $8 going back into the economy. [Auburn University Television Advertisement, 5/9/01; Andalusia Star-News, Willard, 5/22/01].

**The House approved the bond issue.** By a 60-39 vote, the House approved the bond issue. [AP, Poovey, 5/18/01].

**The measure passed the Senate on the last day of the session.** The Alabama Senate voted 25-10 in favor of a bond issue of up to $110 million to fund the loser of the court battle over proration levels for K-12 and higher education. [Andalusia Star-News, Willard, 5/22/01].

**Without help from bond issue, schools could close.** Rep. Bill Dukes, D-Decatur, said he wasn't happy with the bond issue but, given a choice between that and closing schools, the decision was simple. "If my city was struggling and if I had to borrow money to get me through difficult times knowing there's some relief ahead, I would borrow the money. I'd do everything to keep alive." [Decatur Daily, Redden, 5/22/01].

**The Birmingham News** supported Jefferson County's 2000 bond issue. **The News** said that a $40 million bond issued by the Jefferson County commission to help cover losses in the mismanaged

Jefferson County school system was "less painful than other alternatives, especially for the workers, school children, and parents who are having to pay for somebody else's misdeeds." [BN, Editorial, 5/22/00].

**Gov. Siegelman personally intervened to prevent Auburn University from raising tuition.** Gov. Siegelman went to an Auburn Board of Trustees meeting to warn the board against trying to cover budget shortfalls by hiking tuition on student. Siegelman said he would publicly call for the resignation of any public college trustee advocating tuition increases to make up for proration. Siegelman further stated that he would not oppose scheduled tuition increases. Auburn has been making regular 5% increases to bring its tuition to the regional average. [BN, Spencer, 4/7/01].

> **After proration hit, Auburn planned to raise tuition by almost 10%.** "The governor was reacting to a proposal that was to have been presented at Auburn's board later that day that would have limited any tuition increase for next year to 9.5 percent. Trustees had planned to make that move to assure students and parents that a more drastic tuition increase wasn't in the works. However, in light of the governor's comments, the board dropped the proposal. It's likely the board will raise tuition - at an already scheduled rate of 5 percent - at a later date." Auburn later raised tuition by 6.9%. [BN, Spencer, 4/7/01; AP, 6/5/01].

**Governor Siegelman brought Higher Education, K-12 leaders, and business leaders together to ensure the 2002 Education budget treated all of Alabama's students fairly.** In order to avoid a continued political fight between education interests, Governor Siegelman brought all sides together to work out a compromise for the 2002 education budget that protected classrooms.

> **Governor Siegelman brought education and business leaders together to work out a fair education budget for Alabama's children.** State school superintendent Ed Richardson, teacher lobbyist Paul Hubbert, University of Alabama System Chancellor Tom Meredith, Troy State University Chancellor Jack Hawkins and Alabama Retail Association President Charles McDonald all supported the governor's education budget for fiscal 2002. [AP, Poovey, 4/3/01].

> **Governor Siegelman treated all schools equally and set aside money specifically for schools struggling to get by.** The governor's proposed 2002 budget treats K-12 schools and colleges equally. It gives 70 percent of new education money to K-12 and 30 percent of new funds to higher education. The budget also set aside money for school systems that already had deficits. [AS, Korade, 4/4/01]

> **The 2002 budget was written with a provision allowing schools to know before the school year how the national economy was going to affect their funding.** The budget signed into law by Gov. Siegelman created a commission to analyze economic data and determine if revenue projections for schools would be correct. [AP, Rawls, 5/10/01].

**Mabry thinks the Legislature's education budget forecasts may have be too high.** Henry Mabry said, "At this point in time, I wish we had been a little bit more cautious"

> **Higher education leaders thought the Legislature's budget was correct.** "We've not seen any numbers that indicate to us that the budget projections being used are not accurate," said Gordon Stone, executive director of the Higher Education Partnership. "I want to give him (the finance director) the benefit of the doubt, and I want to analyze the numbers," said Jack Hawkins. [MA, Owen, 5/6/01; MA, Owen, 5/8/01].

**Siegelman considered vetoing a Legislature-padded budget to avoid more proration.** Alabama's economy was so uncertain that state senators approved an education budget that can be cut across the

board before it takes effect in October. The $4.16 billion budget passed the Senate 31-2. Siegelman said the $4.16 billion budget that was pending was about 1 percent too large, and he even held out the threat that he might veto. Legislative leaders and the Alabama Education Association encouraged him to sign it into law without changes.  [AP, Rawls, 5/10/01; AP, Rawls, 5/21/01].

**Gov. Siegelman managed Alabama's way through the proration crisis – without raising taxes on Alabama families.** Republicans, higher education lobbyists, other education lobbyists, and the newspapers all called for Governor Siegelman to break his "no new taxes" pledge and raise taxes on Alabama's families. But Governor Siegelman managed our way through the crisis.  He protected Alabama's children and protected classrooms all without raising taxes.

<u>Gadsden Times</u> **urged the Governor to raise property taxes.** Editorial Headline: "Raise Property Tax". [GT, Editorial, 5/9/01].

<u>Anniston Star</u> **urged the Governor to raise property taxes.** "Relying more heavily on property tax, however, would make budgets more immune to downturns." [AS, Editorial, 5/10/01].

**Higher education wanted to raise taxes.** "'Tax reform,' an anathema to some lawmakers, [is] the only long-term solution to the money crunch according to higher education representatives." [MR, Barrow, 3/7/01].

**The Talladega Daily-Home wanted to raise taxes.** "Short of a temporary tax hike, there is no short-term solution to proration." [TDH, Editorial, 3/7/01].

**The Gadsden Times wanted to raise taxes.** "The state has nowhere to go to get more money for public schools, not without raising taxes." [GT, Editorial, 4/4/01].

**The Decatur Daily wanted to raise taxes.** "If he really wants to end the crisis, he will ask the Legislature to create the revenue, not borrow it." [Decatur Daily, Editorial, 4/25/01].

**Paul Hubbert wanted to raise the sales tax.** Hubbert said a survey showed 70 percent of the state's voters supported a temporary 1-cent sales tax to ease the impact of proration. He said Siegelman's administration was against any new taxes. "It's simple, since the governor's administration is not going to support any new taxes, the Legislature is not going to pass it. The governor made a mistake." [TDH, Sinclair, 5/8/01].

**The Tuscaloosa News wanted to raise taxes.** "He should have preached that property taxes are an investment, for the quality schools and services they provide protect and enhance property values. But he didn't." [Tuscaloosa News, Editorial, 5/8/01].

**The Huntsville Times wanted to raise taxes.** "Borrowing money to resolve the immediate crisis is a bad idea. But having to entertain bad ideas is the price we pay. It's the price we pay for failing to replace a distorted and inadequate tax system, for ignoring court orders and for failing to see the train, at full throttle and with whistle blowing, as it bears down on us." [HT, Editorial, 5/10/01].

**Republican legislators wanted to raise taxes.** Rep. Dave Thomas, R-Springville, suggested a bill passed by the House that would raise taxes in 12 cities and 49 counties would be a better plan than bond issues. [TDH, Shelton, 5/12/01].

**The Birmingham News wanted to raise taxes.** "Instead, Siegelman ought to lobby legislative leaders to do the right thing - find new revenue to make up all of the $266 million gap in this year's education

budget. For our money, the best place to look is the myriad exemptions in the tax code. Some estimates put a $1 billion price tag on those tax breaks." [BN, Editorial, 5/17/01].

**The Anniston Star wanted to raise taxes.** "It simply allows lawmakers to avoid the real problem with education in the state: its chronic lack of funding." [Anniston Star, Editorial, 5/21/01].

**The Tuscaloosa News wanted to raise taxes.** "The quick fix of the bond issue may have cushioned the blow of proration this year; but it only delayed and intensified the painful but inevitable tax reforms that will be required to finance public education." [Tuscaloosa News, Editorial, 5/24/01].

**Bill Armistead, R-Columbiana, wanted to raise taxes.** "Armistead and others say voters will not quickly forget Siegelman's refusals this year: Refusing to support even temporary tax measures and instead winning legislative approval of a borrowing plan that carries a long-term debt to help public education offset this year's shortfall." [AP, 5/27/01].

**The Florence Times-Daily wanted to raise taxes.** "What the act doesn't do is provide a single penny toward solving the real problem in education in this state. The answer is right there in front of everyone: Alabama needs tax reform in order to properly fund education." [Florence Times-Daily, Editorial, 5/27/01].

**Siegelman saved 'more than 1,000 teachers' by allowing local school boards to spend money where they saw fit.** "The number of lost teachers could have been much higher. School boards saved more than 1,000 teaching jobs by diverting $47.3 million from other needs to salaries, Richardson said. That number was reduced because the Legislature passed a "flexibility bill." It allowed local school systems to divert earmarked money to salaries". [MA, Cason, 9/21/01]

**Governor Siegelman granted budget flexibility to local school officials so they could keep teachers in the classrooms.** Siegelman passed a law that allowed local superintendents to use money as they saw fit to avoid teacher layoffs. Superintendents and school boards were given the flexibility to "pencil in spending where they choose." [AS, Korade, 4/11/01]. .

**State Superintendent of Education Ed Richardson said budget flexibility would cut layoffs "by at least 50%"** "Flexibility in itself will cut potential lay-offs by at least 50 percent," Ed Richardson said. School Boards must submit a plan with the stated goal of minimizing teacher lay-offs for approval by Richardson. [BN, Chandler, 4/12/01].

**Franklin County used flexibility to manage their way through the cuts.** The Franklin County school board adopted a flexible spending plan to help offset losses from proration. Balances from unused funds in seven areas were used to pay system expenses for the rest of the year. Those areas included textbooks, technology, library enhancement, professional development, public school fund, transportation and grant money for the High Hopes tutoring program. In all, Franklin County allocated their budget, which amounted to $1,934,838.79, where it was needed the most. [Florence Times-Daily, Smith, 5/11/01].

**Talladega Board of Education used flexibility to save 11 teachers' jobs.** The Talladega City Board of Education unanimously approved a flexibility plan that allowed the board to use money earmarked for textbooks and other school expenses to pay the salaries of 11 teacher and support staff positions. Schools Superintendent Dr. Larry Thacker said if the board used the earmarked funds to pay the salaries, it could not eliminate the 11 positions during the plan's duration of fiscal years 2001 and 2002. Under the plan, the board paid for the salaries of a fourth-grade teacher, three second-grade teachers, a business teacher and a special education teacher. The money also went towards the salaries

of one principal, two librarians, an assistant principal and a guidance counselor. The plan also included $150,000 to be used to pay additional teacher salaries if needed. [TDH, Schweizer, 5/11/01].

**Albertville City used flexibility to save 24 school workers.** Officials used some money intended for textbooks, technology and other purposes to pay the salaries of 24 staffers. Dr. Robert Sparkman, administrative assistant, said the board had reserves in its accounts for textbooks, technology, professional development and capital purchases totaling $825,280. That money was used to pay the salaries and benefits of twelve teachers, seven aides, four custodians and a business office clerk, all of whom might have been laid off without the money. [HT, 5/19/01].

**Sheffield used flexibility to keep seven teachers and support staff.** The Sheffield School Board applied to the State Board of Education to transfer money from earmarked funds to pay for teacher salaries and benefits. The system rerouted $246,000, mostly earmarked for capital projects, to pay a total of seven salaries, both for teachers and support personnel, that might have been laid off. [Florence Times-Daily, Singleton-Rickman, 5/24/01].

**Autauga used flexibility to save up to 76 jobs.** Autauga County Custodian of Funds Lois Findley said the flexibility bill would allow the board to save as many as 76 jobs. The country moved money from the funds for textbooks, library enhancement, professional development and transportation to pay salaries next year. [MA, Sellers, 5/28/01].

**Sylacauga used flexibility and saved every job threatened by proration.** "A sigh of relief echoed throughout the Sylacauga City School System Tuesday evening when employees learned no jobs will be lost to proration." Schools Superintendent Dr. Glenn Doran said, "There will be no layoffs. This system is able to put together a budget plan that doesn't require us to lay off any teachers." Amy Marlowe, local AEA representative, said "Thank you as board members for following a flexibility plan. You don't realize how important this is that nobody is laid off because of proration. You've watched over your finances. Thank you on behalf of the system's employees for no layoffs. Sylacauga is lucky." [TDH, Sinclair, 5/30/01].

**Siegelman stood up for schools by fighting funding increases for the highest paid judges in the country.** "The Alabama court system's top administrator filed a lawsuit Thursday accusing Gov. Don Siegelman of violating the constitution by cutting state court budgets. Siegelman questioned the suit being filed at a time when state tax revenues are running below expectations and expenditures are being curtailed throughout state government. "During a time of economic crisis, when we are having to make cuts in education, for the highest paid judges in America to complain that they cannot tighten their belts is a bit hard to take," he told The Associated Press. [BN, Bailey, 8/10/01]

**Gov. Siegelman has improved Alabama's schools—even in the midst of proration.**

**More Alabama schools moved to 'academic clear' status.** According to the Board of Education's annual report cards, more schools moved toward academic "clear" status in 2000-2001, with 1,157 rated clear, 68 on caution, and 57 on alert. That compared with 1,122 rated clear in 1999-2000, 82 on caution and 67 on alert. [AP, Rawls, 11/8/01]

**Alabama's test scores improved.** "The new report card for the 2000-2001 school year showed all grade levels performed at or above the national average on the Stanford Achievement Test." [AP, Rawls, 11/8/01]

**Gov. Siegelman continued to rid Alabama's schools of portable classrooms.** "The state decreased the number of portable classrooms from 3,328 in March 1999 to 2,527 in September 2000 and an estimated 1,542 in September of this year." [AP, Rawls, 11/8/01]

**Headline:** "Making the grade: Schools abandon portable classrooms" [BPH, Foss, 11/9/01]

# DON SIEGELMAN
## CHILDREN

*"As I have said all along, children will be the top priority of my administration."*
*Governor Don Siegelman*

Governor Siegelman has kept his promise to make improving the lives of Alabama's children his highest priority. As Governor, Siegelman has extended health insurance to more than 80,000 children. He has opened 21 early learning centers across the state, giving Alabama's children a head start on a lifetime of learning. Siegelman has toughened state standards at child-care facilities and appointed a Commissioner of Children's Affairs, who works full-time to see that the lives of Alabama's children get better.

# CHILDREN'S HEALTH INSURANCE

**Governor Siegelman has made Alabama one of the top states in the country in providing health insurance to children.** Gov. Siegelman has provided health insurance to more than 80,000 uninsured children by enrolling them in Alabama's Children's Health Insurance Program (CHIP). An Urban Institute survey highlighted Alabama as one of top states in the country in providing health insurance to children. [AP, Johnson, 10/25/00].

> **As lieutenant governor, Don Siegelman fought to fund CHIP.** Siegelman pledged to find $11 million of state money to qualify for federal funding for children's health insurance, called participation in the federal CHIP program "one of the most important changes" in the state's budgets. The legislature approved $5 million from the 1998 budget for the program. In 1999, the state paid $8.5 million of the program's total cost; the federal government paid the other 79%. [MA, Alcorn, 8/19/97; MA, 9/16/97; BN, AP, 7/11/99]

> **To cover more children, Siegelman increased funding to CHIP.** In order to receive more federal funds, Siegelman used part of Alabama's share of the tobacco settlement to expand CHIP. [AP, Poovey, 4/26/99]

> **To insure more children, Siegelman created a task force to determine the best way to expand the program.** Nearly 46,000 children are eligible for health insurance but do not receive it. Siegelman set up a task force to improve outreach and enroll more children. Because CHIP uses federal funds, enrolling more children does not cost Alabama taxpayers. [AP, Estes, 4/19/00].

>> <u>The News</u> called Governor Siegelman's task force 'commendable.' "Gov. Don Siegelman has a task force working on ways to find poor and middle-class children to enroll in the state's Children's Health Insurance Program. It's a commendable effort" [BN, Editorial, 8/11/00].

> **ALL-Kids helps working families keep their children healthy.** Alabama's program "provides free or low-cost health insurance for children and teen-agers through age 18 who live in families with household incomes of between 100 and 200 percent of the federal poverty level. That is a maximum income of $27,300 for a family of three." [AP, Estes, 4/19/00].

> **Further expanded the program in 2001.** Governor Siegelman's 2001 budget provides $7.2 million to expand program and reach more children. [AP, Poovey, 5/2/00].

Returned $25 million in unused funds to federal government. When Congress started the program in 1997, states were given three years to use their funds. At the end of three years, Alabama had used $60 million of the $85 million designated by the federal government. [AP, 9/27/00].

**Governor Siegelman pledged to cover every eligible child by 2005.** Gov. Siegelman pledged to make sure every eligible Alabama child had health insurance by 2005. [AP, 2/6/01].

**Siegelman's aggressive CHIP enrollment has reduced the number of children without health insurance, placing Alabama below the national average.** In 1997, 24.4% of Alabama low-income children did not have health insurance. By 1999, that number was down to 14.7%. The national average was 22%. "That progress chiefly came because large numbers of children were enrolled in Alabama's Children Health Insurance Program, said Genevieve Kenney, an Urban Institute researcher." [BN, Chandler, 10/25/00].

**The News said to give Siegelman 'credit.'** "Give Siegelman and the State Health Department credit for not only an aggressive campaign to sign up kids for the insurance, but persistence in trying to identify even more children who need it." [BN, Editorial, 12/4/00].

**The News said Siegelman deserves 'applause.'** "Credit Alabama committing early to the federally subsidized Children's Health Insurance Program and the continued support from Gov. Don Siegelman for the huge drop. Still, the governor and state health officials deserve applause for the effort they've made so far. When it comes to providing health insurance, Alabama is a national leader. That's commendable." [BN, Editorial, 10/27/00].

**The Advertiser called Siegelman's work to insure Alabama's children 'commendable.'** "A high spot in a favorable national ranking is a rarity for Alabama, so it is gratifying to see the state cited for its improvements in reducing the number of children without health insurance. That work has been commendable, but challenges still remain and the state cannot slacken its efforts" [MA, Editorial, 10/27/00].

**Under Governor Siegelman's leadership, the state has aggressively used all methods to guarantee that Alabama's children have easy access to quality health insurance.** Alabama's private health insurance program, ALL-Kids, helps connect uninsured children with the appropriate insurer. Youngsters through age 5 whose families make 133 percent of the federal poverty level or less are referred to Medicaid for enrollment. Medicaid also insures children 6 through 18 whose families make 100 percent of the poverty level or less - $17,051 for a family of four. The ALL-Kids program covers those children whose families make more than the Medicaid limits but are at 200 percent of the federal poverty level or less. For a family of four, 200 percent of the poverty level is $34,100 annually. Other children are referred to the private Alabama Child Caring Foundation. [AP, 1/9/01].

Headline: "Insurance program for state's children has healthy results" [BN, 6/15/00].
Headline: "Siegelman signs All Kids order to boost coverage" [BN, 4/20/00].
Headline: "Study: State slashes numbers of uninsured children" [BN, 10/25/00].
Headline: "Search on in Coosa County for uninsured kids" [MR, 12/4/00].
Headline: "More children covered now" [MA, 10/27/00]
Headline: "Be proud: *State does well in getting health insurance for kids*" [BN, Editorial, 10/27/00].
Headline: "State has fewer uninsured kids" [MA, 10/26/00].
Headline: "Healthy kids: *CHIP working, but the work isn't done*" [BN, 10/2/00].
Headline: "State officials vow to enhance kids' health plan" [MR, 4/20/00].
Headline: "Child health care near national average" [MR, 1/26/99].

Headline: "Number of uninsured state kids drops 40%, health officials say" [BN, 7/11/99].

# EARLY LEARNING CENTER

**Governor Siegelman made high quality, affordable early learning accessible to children across Alabama.** A quality education begins with quality day care and early learning, and studies have shown that every dollar invested in early learning saves taxpayers $7 over time. Working with Alabama businesses, Gov. Siegelman opened 43 early learning centers across Alabama, and is working toward placing one in every county.

**Began giving every child in Alabama access to high-quality early learning.** Gov. Siegelman's Early Learning Commission recommended a 45-step program to improve the lives of children. Siegelman began implementing the early learning and health care proposals at eight early learning sites across Alabama. Siegelman plans to have an early learning center in every county by 2007. [AP, 8/1/01].

**Opened eight early learning centers in 2000.** The first Early Learning Centers opened in 2000 in DeKalb, Escambia, Hale, Lauderdale, Lee, Mobile, Montgomery and Talladega counties. They were funded through a public and private partnership, which included a $100,000 gift from Lucent Industries. [AP, 8/16/00; AP, Poovey, 12/15/00; AP, Johnson, 6/14/00].

**Opened 13 early learning centers in 2001.** Siegelman used a $1 million grant from the Appalachian Regional Commission to open centers in Cherokee, Chambers, Clay, Colbert (2), Coosa, DeKalb, Hale, Jefferson, Lauderdale, Marshall, St. Clair and Tuscaloosa counties. Each site receives $75,000 from the state that must be matched locally. [AP, Poovey, 6/14/01; BPH, Foss, 3/12/01; Florence Times-Daily, Singleton-Rickman, 6/17/01].

**Created model kindergartens across the state.** 'With these eight model programs, Alabama will be in a position to begin to make good on its commitment to make universal pre-kindergarten available to each child in Alabama,' Siegelman said... The program is being financed by a public-private partnership that includes donations from private industry. Helping kick off the program was a $100,000 grant from Lucent Industries." [AP, Johnson, 6/14/00].

**Created the Office of School Readiness.** Gov. Siegelman created the Office of School Readiness to develop a model Pre-K program and manage early learning programs across the state. [AP, 5/20/99].

**Created the Early Learning Commission.** "Siegelman created the Governor's Early Learning Commission to produce a plan addressing health care, child care and early learning, including ensuring that state and local agencies provide vital services to young children." [AP, Rawls, 1/5/01].

**The News** said Governor Siegelman deserves 'credit' for improving early learning. "Give Gov. Don Siegelman some credit for appointing a new state commission brimming with top business leaders to look at early childhood learning in Alabama." [BN, Editorial, 1/8/01].

**Studies show importance of early learning.** Two studies, one by researchers at UNC-Chapel Hill and another by the High/Scope Foundation show that children given high quality early learning opportunities were less likely to be arrested and have unwed pregnancies, and more likely to attend college than children without early learning. The High/Scope study showed that for every $1 spent on early learning, taxpayers save $7 in costs associated with crime and welfare. [BN, Brumas, 10/22/99].

**Children's Commissioner Pam Baker committed to early learning.** "'There's lots of research that shows if you intervene early you give a child the learning that's important for life,' said Baker, who taught in a federally-funded pre-kindergarten program in Mobile before joining Siegelman's Cabinet." [MA, Johnson, 9/29/99].

**Study shows $9 return on $1 investment in early learning.** A Rutgers University study showed that when taking into account money saved on welfare, prisons, and special education and higher taxes eventually paid by more successful people, every $12,000 invested per child in early learning returns $108,000. [HT, Knight Ridder, 2/13/99].

**Huntsville Times said Siegelman is "making a solid investment in Alabama's children"** "Now, without a lottery, Siegelman is pressing forward with this most important initiative. For this, he and Lucent Technologies deserve our gratitude" [HT, Editorial, 8/17/00].

Headline: "Getting ready for school. *Gov. Siegelman and Lucent Technology are making a solid investment in Alabama's children*" [HT, 8/17/00].

**The News said early learning centers were "definitely" a way to improve education.** "Finally, Gov. Siegelman is independently pursuing what was probably the most laudable piece of his failed lottery-for-education proposal – early childhood education. After voters turned down his lottery, the governor promised to find other ways to push for educational improvements. This is definitely one of them." [BN, Editorial, 6/19/00].

**The Times-Daily called early-learning centers a 'worthy investment.'** "We hope these will be just the first of many programs making education available for all of the state's 4-year-olds. It's a worthy investment in the future of Alabama." [Florence Times-Daily, Editorial, 6/21/01].

Headline: "Quality child care creates better adults" [HT, 10/22/99].
Headline: "Pre-kindergarten program planned" [MA, 6/15/00].
Headline: "Siegelman announces model program for pre-kindergarten" [BN, 6/15/00].
Headline: "Governor resurrects model pre-K program" [MR, 6/15/00].
Headline: "Pre-K pilot to show value" [MA, 8/17/00].
Headline: "Pre-kindergarten program to begin with 8 counties" [HT, 8/16/00].
Headline: "Governor announces site for preschool program" [BPH, 8/17/00].
Headline: "Pre-kindergarten pilot promising" [MA, 1/17/00].
Headline: "Study links child care, school readiness" [HT, Frerking, 4/14/99].
Headline: "Early education pays off" [MA, 2/4/99].
Headline: "Education: Program helps reduce social problems such as welfare, crime". [MA, 2/4/99].
Headline: "Educators say pre-K would help children" [BN, 9/26/99]
Headline: "Pre-kindergarten crucial program" [MA, 10/7/99].

# CHILDREN FIRST

**Siegelman successfully fought to fund Children First with the state's share of the tobacco settlement.** Children First works to give at-risk children a chance to succeed. Children First funds are used to fund alternative schools and increase school safety by putting video cameras in schools and keeping drugs and guns out. As lieutenant governor, Siegelman fought to create and fund Children First without raising taxes. Siegelman pushed to commit a portion of the state's share of the national tobacco settlement to Children First programs every year so that politicians cannot spend the money on other things. In 2000, Children First received $50.3 million. [MA, Cason, 4/29/98; MA, Cason, 3/1/99; BN, Chandler, 9/1/00]

**Children First increased school safety.** "Children First would provide alternative schools for disruptive students, school safety programs ranging from tutoring to metal detectors, more juvenile probation officers, extra beds at detention centers for young criminals, more day care, more spending on foster care and other programs." [AP, 5/7/99].

**The House passed Siegelman's plan unanimously.** "The House with no dissenting votes Thursday approved Children First legislation that would use an unspecified amount of tobacco settlement money to pay for school security officers and metal detectors." [AP, Poovey, 4/22/99].

**The Senate reduced Children First funds from $85 million to $60 million.** "The Senate voted to give $60 million to Children First, $44.8 million to Medicaid and $16 million to the Alabama 21st Century Authority to spend on incentives for industrial projects. Another $3.2 million would go to the state General Fund budget in the bill approved 33-1." [AP, 5/7/99].

**Siegelman signed Children First legislation.** The Children First Trust Fund received $60 million in fiscal 2000 from tobacco settlement money, and funding is expected to increase to $65 million in 2001 and $70 million in 2002. [AP, 6/10/99].

**Siegelman's work to create Children First has resulted in over $69 million worth of services to help children.** "About $69.7 million has gone to Children First programs. The money has bought cars for tobacco enforcement programs, electronics for shaken baby syndrome education, health insurance and vaccines for low-income children, community programs to address at-risk youth and school cameras and metal detectors for schools. [BN, Niolet and Crowder, 8/14/01]

**Siegelman earned interest on Children First money and used it to pay for prisons and health care.** "Sen. Gerald Dial, D-Lineville, said the $37.6 million the administration is not spending directly on children's programs is earning interest. The money earns about $4,000 per day that bolsters the $1.2 billion General Fund, according to rates of return provided by the state treasurer's office. Siegelman and his state finance director, Henry Mabry, decide when to release the tobacco money, how much to release and what to buy. So far, the administration has withheld about 35 percent of the $107.3 million allotted to Children First since last year." [BN, Niolet and Crowder, 8/14/01]

**Siegelman worked with Children First advocates to improve the process for using Alabama's share of the national tobacco settlement to improve school safety.** "Gov. Don Siegelman has agreed to release most Children First funds on a quarterly basis beginning Oct. 1. He's also telling state agencies in advance how much they'll be getting in the next fiscal year. The compromise was hammered out with Children First advocates who complained the money has flowed too slowly, Criminal Appeals Judge Sue Bell Cobb said Wednesday. Letters have gone to state agencies letting them know the time frame of the cash flow. In the special session that begins later this month, Siegelman plans to bring legislation guaranteeing state agencies $42.5 million in Children First funds from the state's national tobacco settlement, Press Secretary Carrie Kurlander said." [BN, Chandler, 8/16/01]

**Decatur Daily gives Siegelman credit for "making a difference in children's lives."** "He gets credit for steering the first $85 million a year from a settlement with tobacco companies to Children First. Children First will play a role in reversing the dropout rate and keeping youngsters out of prison. And Mr. Siegelman can make the difference in children's lives if he continues to put them first as he promises to do at the inauguration." [AP, Editorial Roundup, 1/7/99].

**Children's advocate said Children First will 'dramatically improve' the well-bring of Alabama's children.** Linda Tilley, director of VOICES for Alabama's Children said, "While many of these numbers are discouraging, there is hope on the horizon. The Alabama legislature has funded Children First, which will pump tens of millions of dollars into many children's programs that have the potential, over time, to dramatically improve the well-being of children in Alabama." [AP, Poovey, 6/21/99].

**Tuscaloosa City Schools used Children First funds to help at-risk children improve their education.** Tuscaloosa City Schools assistant superintendent Tulane Duke said the Children First funds will allow the city to create an after-school tutoring program. Tutors will help students with their coursework, and social workers will talk at-risk students them about life skills, such as coping with conflict and anger management. [Tuscaloosa News, Kampis, 3/10/01].

**Florence used Children First funds to renovate classrooms and update technology.** The Florence school system will use $81,153 to renovate the building that houses the alternative program on the Forest Hills School campus and to update technology at the Burrell-Slater site for older students. [Florence Times-Daily, Singleton-Rickman, 3/13/01].

**Talladega used Children First funds to update technology.** Talladega City Schools used the funds to purchase equipment for "a distance-learning video-conference system." According to District technology coordinator Douglas Campbell, in addition to the $50,000 from Children First, a $46,000 federal grant, engineered in part by U.S. Rep Bob Riley, helped pay for the system. The money also paid for the salary of an instructional assistant for the center to help CLC teachers present the curriculum to the students, work with the students individually and run the center's computer lab. [Talladega Daily-Home, Schweizer, 3/22/01].

**Anniston schools used Children First funds to upgrade technology.** Anniston City Schools upgraded technology with $19,522 from their grant. Oxford City Schools received more than $70,000 in grants, which Superintendent Louis Higgins said went toward upgrading technology in Oxford High School's alternative education wing. [Anniston Star, Forster, 3/11/01].

**Other schools used Children First funds to help children improve their ability to learn.** Piedmont plans to contract additional counselor services for alternative education students. Anniston hopes to use $50,000 to improve maintenance of the alternative school. Bennett feels that painting and repairing the historic and deteriorating Kilby House will improve morale at the school. Calhoun County plans to use $50,000 to train teachers in a curriculum that would teach students about life skills, such as decision-making. [Anniston Star, Forster, 3/11/01].

**Helped parents pay for childcare.** $5 million of the Children First money went to help low income families pay for childcare. [BN, Editorial, 7/8/99].

**The News said 'Hallelujah and amen.'** "Gov. Don Siegelman fought *for* Children First last week. Hallelujah and amen. Thanks to Siegelman and Pryor." [BN, Editorial, 4/25/99].

Headline: "Putting children first" [BN, Editorial, 4/25/99].
Headline: "Backers praise Children First signing" [BN, 6/10/99].
Headline: "Children First gets governor's approval" [MA, 6/10/99].
Headline: "Children's programs to get funds" [BN, 8/16/00]
Headline: "Children First advocates laud plan" [BN, 6/2/99].
Headline: "Siegelman, Pryor urge protection for Children First funds" [MA, 4/22/99]
Headline: "Victory for children" [BN, 6/3/99]

# CHILD CARE SAFETY

**Toughened child-care standards to give Alabama's families safe and high quality child-care.** For the first time in 18 years, Alabama has raised standards for child-care providers. Gov. Siegelman improved the ratio of child-care workers to children and mandated that child-care workers receive better training, making child-care safer and better for our children. Before Siegelman's reforms, Alabama has some of the lowest standards in the nation. [AP, Poovey, 1/17/01; TN, Rowland, 6/11/01].

**Siegelman improved the ratio of child-care workers to children.** Gov. Siegelman made sure children were getting the care and attention they deserved at child-care centers by reducing the ratio of children to child-care works from 6:1 to 4:1. [Anniston Star, Forster, 8/1/01].

**Siegelman tripled the amount of training that child-care workers must receive.** Gov. Siegelman increased the n umber of hours child-care workers must undergo training from four hours to twelve hours. [MA, Spear, 8/1/01].

**Church day cares that receive state money must meet minimum safety standards.** Under Siegelman's plan, DHR requires church day cares that receive taxpayer dollars to submit monthly statements certifying they meet minimum standards. Church-affiliated day cares are exempt from licensing if they send DHR a letter on church letterhead every year saying they meet minimum standards. But under Siegelman's policy, DHR will also inspect church day cares should there be complaints about operations, curriculum or staff. [BN, Gordon, 8/19/01]

**Siegelman toughened standards to solve real problem.** "Terrie Reid, deputy commissioner for programming with the Alabama Department of Human Resources, said the number of recent deaths in Alabama child-care centers, including the asphyxiation death of a 3-year-old boy at Tuscaloosa's Jelly Belly Child Care and Development Center in August 2000, spurred the rewritten standards." [TN, Rowland, 6/11/01].

**Brought parents and child-care professionals together to develop standards.** "More than 100 people in the child-care community, including parents, center directors and DHR employees, met over an 18-month period to develop the new regulations." [TN, Rowland, 6/11/01].

**Siegelman more than doubled the number of inspectors to enforce the new safety standards.** Gov. Siegelman authorized DHR to hire 22 new child-care safety inspectors. Previously, only 13 people kept track of Alabama's more than 1,400 child care centers, which made ignoring the standards easier. [BN, Crowder, 3/29/01].

**The Advertiser** said Siegelman's standards were 'well worth establishing.' "Taken as a whole, the reduced ratios and other adjustments are well worth establishing. [MA, Editorial, 9/11/00].

**The News** said tougher child-care standards were necessary. "It's a delicate balance: providing quality childcare that's affordable. It has been especially tough in Alabama, where efforts to boost day-care standards have withered under pressure from day-care operators. It should not happen this time. [T]here's no good reason this time for legislators to allow Alabama's inadequate childcare rules to remain as they are." [BN, Editorial, 9/27/00].

Headline: "State proposes lower child-to-worker ratio" [BN, 9/7/00].
Headline: "State weighs tougher day-care standards" [BN, 9/23/00].

Headline: "New day care rules offered" [MA, 9/23/00].
Headline: "Siegelman promises child-care million" [MR, 9/23/00].

**Required background checks for child-care workers.** Gov. Siegelman pushed for and signed legislation requiring all workers who come into contact with children at daycare centers to undergo mandatory criminal background checks. [AP, 5/17/00].

**Background checks protect our children from murderers and rapists.** Under Governor Siegelman's plan, Alabama's Department of Public Safety would fingerprint all new employees. Then the department would review state and national criminal records to ensure that the applicant does not have a history of murder, manslaughter, sex offenses, crimes against children, or robbery. [AP, Rawls, 3/13/00].

**Cost is tax deductible.** "The legislation leaves it up to the employer to decide whether the employer or employee pays, but either one can deduct it from income taxes as a business expense, said James Long, an assistant attorney general in the state Department of Human Resources." [AP, Rawls, 3/13/00].

<u>The News</u> **said safety standards were 'desperately needed.'** "The new rules, approved in January, were desperately needed - and very long in coming. The last time the state adjusted its child-care regulations was 1988. Now the state is adding child-care center inspectors. It's a welcome follow-up to January's wise policy change." [BN, Editorial, 4/5/01].

<u>The Advertiser</u> **says checks are 'a good idea.'** "Nevertheless, the background checks are a good idea and an important protection for those Alabamians most in need of protection." [MA, Editorial, 3/15/00].

# KIDSTUFF

**Created Kidstuff to coordinate childcare and early learning for all Alabama children under 6.** Governor Siegelman created Kidstuff to provide high-quality childcare and health care to children from birth to age 5. Kidstuff promoted early childhood education and parenting tips with advertisements across the state. Kidstuff will coordinate and improve the effectiveness of existing programs, such as the $5 million the state spends on pre kindergarten programs and the $69 million it spends on supplemental health insurance for children. [Anniston Star, Forster, 4/18/01; BN, Spencer, 4/18/01].

**Worked with business leaders to begin a 15-year plan to improve the lives of children.** Gov. Siegelman's Early Learning Commission recommended a 15-year, 45-step plan for Kidstuff to follow to give all Alabama children access to high-quality early learning and health care. Siegelman used existing resources and donations from Alabama businesses to fund the first year of the program at a cost of $6.7 million. Alabama business leaders served on the Early Learning Commission and helped secured $2.9 million to start the program. [MA, Spear, 7/31/01].

**Business leaders support early learning.** Members of Siegelman's Early Learning Commission that recommended the 15-year plan include the presidents of Bell South, Alabama Power, T.A. Lewis and Associates, the Business Council of Alabama and Mercedes-Benz US International. [BN, Crowder, 8/1/01].

<u>The Advertiser</u> **called it a 'sensible' program for children.** "There is another chance for more progressive thinking to prevail. It comes in the form of an impressive report unveiled

today by the Governor's Commission on Early Learning, a report that outlines a sensible approach for Alabama to take on a variety of issues affecting its children." [MA, Editorial, 7/31/01].

Headline: "Report stresses streamlining, parent support" [MA, 8/1/01].
Headline: "Report: Early learning tied to health of future economy" [MA, 8/1/01].
Headline: "Fund public prekindergarten in state by 2007, new plan says" [BN, 8/1/01].
Headline: "Siegelman unveils plan to boost education" [MR, 8/1/01].
Headline: "Numbers back early learning" [MA, 8/1/01].
Headline: "Siegelman hunting support for child development initiative" [BN, 8/2/01].
Headline: "Governor to share details of $300M Kidstuff program" [HT, 8/2/01].
Headline: "Governor lauds 'Plan B' as education's future" [MA, 7/31/01].
Headline: "Education plan pitches boon for business" [MA, 8/3/01].

# CHILDREN'S COMMISSIONER

**To improve the lives of Alabama's children and cut government waste, Governor Siegelman added the Department of Children's Affairs to his cabinet.** Siegelman named Pam Baker, a Mobile Kindergarten teacher, as Alabama's first Children's Commissioner. Baker taught 4-year-olds at JUST 4 Developmental Laboratory in Mobile County and is on the board of the Children First Foundation. While constantly developing new ways to improve the lives of Alabama's children, Baker's department simultaneously cut government waste by reducing the duplication of children's services. [AP, 1/11/99; AP, Rawls, 3/9/00; AP, 4/23/99].

**Children's Commissioner focuses solely on improving quality of life for Alabama's children.** Baker seeks out federal money for new programs and coordinates state and community efforts to benefit children. "As I have said all along, children will be the top priority of my administration," Siegelman said. [MA, Chandler, 1/12/99].

**Alabama was the 31st state to create such a position.** Alabama joined 30 other states that already had a specified state official to motivate, consolidate, and supervise children's initiatives. [MA, Chandler, 1/12/99].

**Siegelman expanded the Department of Children's Affairs to include the Office of School Readiness.** The Department of Children's Affairs coordinates Pre-K programs across Alabama, and has opened eight early-learning centers. [AP, Rawls, 3/9/01; AP, 8/16/00].

**Siegelman cut government waste by coordinating children's programs under the Department of Children's Affairs.** Siegelman enabled the department to coordinate state and local programs. The Senate voted 25-2 to approve Siegelman's plan, which would involve the department in compiling and coordinating information on state and local children's programs. [AP, Rawls, 3/9/00].

**For the first time, Alabama was able to apply for federal grants for children's programs.** Until Siegelman created the Department of Children's Affairs, Alabama simply lacked the ability or initiative to apply for federal funds. "We've never had federal grants or foundation money. I think for the first time we have an administration that would be willing to pursue those grants," Pam Baker said. [MA, AP, Poovey, 4/25/99].

Talladega Daily-Home said having the department will help 'make this state a better place to live and raise a family.' "It looks as though the newly created Department of Children's Affairs just may be the ticket Alabama has needed to make this state a better place to live and raise a family. It just makes sense to have an agency concentrating on children's issues and coordinating various programs from other agencies to benefit children." [Talladega Daily-Home, Editorial, 4/27/99]

Children's health professionals praise Baker. President of the Alabama Chapter of the American Academy of Pediatrics Robert Beshear said, "The taxpayers are getting their money's worth from Commissioner Baker – I have personally witnessed her 12- and 14-hour days. It is obvious that the Department of Children's Affairs had a productive first year, characterized by diligence and hard work." [MA, Beshear, 2/22/00].

Governor Siegelman created the Department of Children's Affair through legislation. "Another House-passed bill would create a new Department of Children's Affairs under the direction of state Children's Commissioner Pam Baker." The Senate passed the bill 25-2. Siegelman signed the legislation in June. [AP, Poovey, 4/22/99; MR, Reilly, 6/12/99; MA, 3/16/99].

Headline: "Governor creates children's department" [MR, 6/12/99].
Headline: "Agency for children could be expanding" [MR, 3/10/00].
Headline: "Senate OKs bill to expand state children's agency" [MA, 3/10/00].
Headline: "Children get state agency of their own" [BN, 6/12/99].
Sub-headline: "Baker works on improving state's ratings and conditions" [BPH, 9/13/99].
Headline: "New Cabinet post a welcome addition" [MA, 1/18/99].

Siegelman secured a $144,000 grant to help abused children. "Child Protect, Inc., will receive a grant of $143,750 from the U.S. Department of Justice, Gov. Don Siegelman announced. The goal of the program is to lessen the trauma child abuse victims face during investigations and disclosure proceedings and to help cope with the emotional trauma of their abuse. Services include group therapy, counseling, and emergency interviews from professionals." [MA, AP, 11/3/01]

"In my inaugural address, I made it clear that this administration would make the children of Alabama a priority," Siegelman said. "The children of Alabama are our most precious and cherished possessions, which means we must do everything possible to make sure their best interests are served." [AP, 8/15/00].

## SMILE ALABAMA

Governor Siegelman gave children on Medicaid better access to dental care. Gov. Siegelman successfully urged more dentists to see more children, improving the quality and quantity of care. He also created Smile Alabama, a program to ensure that more dentists provided care to children on Medicaid. "A statewide effort to provide dental coverage to more children covered by Medicaid has led more dentists to participate." [AP, 11/25/00].

Siegelman's Smile Alabama plan caused 70 more dentists to provide care to needy children. "Gov. Don Siegelman's decision to raise Alabama's dental Medicaid reimbursement is beginning to produce results. There are presently 400 dentists in Alabama who treat Medicaid patients, including 70 dentists enrolled since last October." [MR, Op-Ed, Rogers, 9/5/01]

Siegelman's raised the rates dentists received for seeing children on Medicaid. "Siegelman announced in October that, with the help of the state's share of the national tobacco lawsuit settlement,

Alabama would spend an extra $6.5 million a year to raise Medicaid reimbursement rates. For example, payment for a tooth extraction went from $34 to $53. And dentists now get $22, up from $15, for performing a comprehensive oral exam. Since the rates were raised in October, about 63 additional dentists statewide have signed up to be providers, said Dr. Mary McIntyre, the physician in charge of Alabama Medicaid's dental program, which has launched a recruitment and education program to coincide with the rate increase." [MR, Rabb, 8/13/01]

**Improved dental coverage for children on Medicaid by increasing Medicaid payments to dentists.** For the first time since 1994, Gov. Siegelman increased state payments to doctors and dentists. "The increased payments to doctors and dentists will benefit more than 350,000 Alabama children and 200,000 adults." [AP, 9/30/00].

**The tobacco settlement and General Fund budget fund the program.** The state, not the people on Medicaid, pay dentists for the cost increase. "Under the governor's plan, the amount Medicaid pays a dentist for a cleaning will rise from $20 to $35, and a tooth extraction will go from $34 to $53. Medicaid's reimbursement for a comprehensive office visit will go from $71to $86, while a focused office visit will rise from $30 to $39. The higher payments come as the Alabama Medicaid Agency benefits from a budget increase from the Legislature and from sharing in part of the state's money from the national tobacco settlement." The program will cost the state $18 million in 2001, which is a $6 million from 2000. [AP, 9/30/00; AP, 11/25/00].

**Siegelman sent a letter to dentists asking them to treat more patients.** After the state raised rates paid to dentists for Medicaid patients, Governor Siegelman sent a letter to all licensed dentists in the state, urging them to see Medicaid patients. "The efforts have helped prompt 25 more dentists to begin accepting the patients, said Medicaid medical director Dr. John Searcy." [AP, 11/25/00].

**The Alabama Medicaid Agency is working with dentists to make Medicaid easier.** "The Alabama Medicaid agency now offers free software for electronic claim filing. Electronic filings are processed in eight days, and about 90 percent are complete the first time compared to about half of the paper filings. The Medicaid Agency is also using case managers to remind patients to keep appointments, get prescriptions filled and provide transportation if necessary." [AP, 11/25/00].

# INFANT SAFE PLACE

**Cut newborn abandonment by providing a 72-hour period to leave unwanted newborns to emergency medical personnel without fear of facing criminal abandonment charges.** Gov. Siegelman signed into law a program allowing women to leave an unwanted newborn at a hospital without facing criminal prosecution. As of December 2000, 8 newborn babies were given a chance at life because of the law [MR, Brantley, 9/1/00; Columbus Dispatch, "Baby-Drop-Off Law A Potential Lifesaver"; 1/7/01, Leonard].

**Law passed to expand on Mobile program.** "In Alabama, where state officials estimate that about a dozen newborns are abandoned annually, lawmakers passed a law allowing hospitals statewide to accept the children without a court order." [AP, Mitchell, 5/24/00].

**Only unharmed babies are allowed to be dropped off.** The law protects women who bring in unabused, unharmed babies. "If you bring the baby to a hospital, we won't prosecute. But if you dump your baby or harm your baby in any way, I promise you we will," said John Tyson, the Mobile District Attorney who stopped prosecution in 1998 as a part of the original program. [BN, Chandler, 2/24/00].

**Reporter in Mobile started program.** "The Mobile drive stemmed from the 1995 killing of a newborn boy who was drowned in a toilet by a young, unwed mother. Reporter Jodi Brooks of Mobile television station WPMI covered the 1998 murder trial, as well as the careless abandonment of other newborns along the Gulf Coast, and became outraged. She got together officials from local hospitals, welfare offices and the district attorney, who agreed not to prosecute women abandoning their infants." [AP, Mitchell, 5/24/00].

**Named a semi-finalist for "Innovations in Government" award.** The Secret Safe Place was selection as one of 99 programs across the county as semifinalists, "recognizing initiatives at all levels of government that are both original and effective. The semifinalists are eligible for one of five awards of $100,000." [MR, 5/20/01].

**Headline:** "'Safe Place' law caused no trouble for hospital" [BPH, 9/19/00].
**Headline:** "A baby saved. Mother leaves child in Secret Safe Place" [BN, Editorial, 9/20/00].
**Headline:** "Abandoned baby bill approved" [MA, 3/15/00].
**Headline:** "Program gives infants 'safe place' [BN, 2/24/00].
**Headline:** "Plan helps save newborns" [MA, 1/9/00].
**Headline:** "'A Safe Place for Newborns' idea catches on" [HT, 1/9/00].

**Alabama's infant mortality rate is at its 'lower level ever.'** "The percentage of Alabama teens giving birth decreased for the sixth straight year in 2000, helping drive the state's infant mortality rate to its lowest level ever. Figures released Tuesday by state health officials showed the rate for 2000 was 9.4 deaths per 1,000 live births, down from 9.8 last year. The national rate last year 7.1." [AP, Zenor, 8/7/01]

**Created Infant Mortality Task Force.** Gov. Siegelman created the Infant Mortality Task Force to study the state's infant death problem and propose solutions to reduce Alabama's mortality rate. [Executive Order #22, 3/20/00; BN, Chandler, 3/21/00].

**The News called the task force a 'worthy effort.'** "It's a worthy effort. Having a task force focused on solving these problems is a good, common-sense idea." [BN, Editorial, 3/24/00].

**The Advertiser called it a 'good move'.** "Your creation of a task force on infant mortality is a good move. Alabama has come a long way in this area, but the figures show there's still a long way to go." [MA, Editorial, 3/22/00].

**The Tuscaloosa News said Siegelman 'took a serious step' at reducing infant mortality.** "This unusually high rate of infant mortality is in part indicative of serious societal problems. State leaders should make it a priority to address them. Gov. Don Siegelman took an important step in doing that with the formation of an infant mortality task force. The mission of the group is to find ways to continue to reduce Alabama's horrific rate of infant deaths. The group, which will present its findings soon, set an ambitious goal of a 25 percent reduction. He has made that goal a priority to a degree that outstrips any governor in our times." [Tuscaloosa News, Editorial, 8/10/01]

**Headline:** "State aims to lower infant mortality rate" [HT, 8/17/00].
**Headline:** "Deaths of infants decrease" [MA, 8/17/00]
**Headline:** "Alabama infant death rate decreases" [BN, 8/17/00]
**Headline:** "Siegelman panel will eye infant deaths" [BN, 3/21/00].

# HELPING PARENTS

Produced a "how-to" video for parents, giving them tips on how to raise and take care of their newborn child. "The videotape includes information on a number of different parenting topics including instructions on the proper way to buckle a child into a car safety seat and the warning signs of Sudden Infant Death Syndrome." [AP, Johnson, 10/11/00].

> **80,000 tapes to be made and distributed to parents.** "Alabama Children's Commissioner Pam Baker said about 80,000 videotapes will be made. She said plans are to distribute the video to parents at Alabama hospitals shortly after the birth of their children." The tapes will cost the state $200,000. [AP, Johnson, 10/11/00].

**Sponsored the Governor's Conference on Educating Children.** Gov. Siegelman sponsored a seminar for parents on parenting techniques. About 400 parents and 350 educators and professionals attended the conference. [MA, Johnson, 9/28/99].

**Governor Siegelman created a task force to prevent teen smoking.** Gov. Siegelman created the Governor's Task Force on Teen Smoking to develop a plan to establish an effective anti-smoking campaign directed at Alabama teenagers. [Executive Order #23, 3/22/00; BN, Editorial, 8/7/00].

<u>The News</u> **said that in Gov. Siegelman's administration, children are a top priority.** "There has been, thank goodness, a significant reordering of priorities that could improve Alabama's ranking in future Kids Count surveys" [BN, Editorial, 6/23/00].

**Governor Siegelman raised state payments to foster families, a move that will make caring for Alabama's foster children more attractive and affordable.** In October 2001, Siegelman "raised the daily government subsidy to foster families from $8 to $14 per child, a dramatic increase that officials hope will entice thousands to join the ranks of foster parents throughout the state." [Anniston Star, Korade, 10/12/01]

> **Siegelman's foster family subsidy increase is the largest in a decade.** "The governor's move will increase each foster child payment from $2,920 to $5,110 annually, the largest increase in a decade, Department of Human Resources spokesperson Mike Gibson said." [Anniston Star, Korade 10/12/01]

> **Funding for the increase will come from the state tobacco settlement.** "The increase, which will cost $10.3 million, will come from the state's Children First trust fund, a $85 million depository of tobacco settlement money, and the federal government." [Anniston Star, Korade, 10/12/01]

> **The state will phase-in the increase, beginning in November 2001.** "Foster families will begin receiving the increase in quarterly increments of $2 per child, starting in November. It will affect about 4,700 children." [Anniston Star, Korade, 10/12/01]

> **Siegelman's foster family subsidy will attract new, much-needed foster parents to the program.** Department of Human Resources Commissioner Bill Fuller "expects the increased funding will aid in the recruitment of foster parents; Alabama needs between 700 and 1,000 additional foster families, particularly in urban counties like Calhoun County." [Anniston Star, Korade, 10/12/01]

> **The president of the Children First Foundation called Siegelman's increase 'a significant step in the right direction.'** John Hall, "president of the Children First Foundation, which oversees the spending of the tobacco settlement money on children's programs, said, 'The Children First Foundation is pleased and gratified that, after working with and for the foster children and families of this state for five years, we have finally seen a significant increase in the monies available to those dedicated families who opened their homes to children in need... the increase is a significant step in the right direction.'" [Anniston Star, Korade, 10/12/01]

**Siegelman ordered a $200 payment to foster parents to help with expenses at the start of the school year.** Foster parents will receive a one-time payment of $200 per foster child to use for back-to-school clothes and supplies and other urgent needs, Gov. Don Siegelman said Tuesday. Siegelman sent a letter to the state Department of Human Resources to issue the one-time payment from its Children First funds. [AP, 8/7/01]

**Gov. Siegelman has met his obligation to improve care for abused and neglected children.** "After years of scolding the state, a federal judge complimented Alabama officials on their progress toward improving the care for abused and neglected children." In a November 2001 court hearing, Judge DeMent said there have been times in the long-running 'R.C.' foster care case "when the court has had to push, shove and threaten the state, but the state's attitude has been different under Siegelman and Fuller. 'It's been well done,' the judge said." [AP, Rawls, 11/6/01]

The **Birmingham News** said Siegelman 'dragged his feet' and delayed adopting the R.C. decrees. "Former Gov. Fob James actively fought against the consent decree, blatantly going back on the state's word. His sabotage of "R.C." is directly responsible for the state missing its first deadline. But even Gov. Don Siegelman, who promised to adopt the new standards rapidly, dragged his feet for the first two years of his term. Only when faced with contempt earlier this year did DHR gets its act together." [BN, Editorial, 11/8/01]

**Siegelman awarded an $80,000 grant to buy food for the needy.** Siegelman awarded an $80,000 grant to "the Elmore/Autauga Community Action Committee, a United Way agency that provides food and services to the needy via local community action agencies… Gov. Don Siegelman is working a kind of magic — allocating $80,000 to buy $590,000 worth of groceries for about 1,000 families in 10 counties for a year." [MA, Lackeos, 11/9/01]

**Gov Siegelman awarded a grant to the Prescott House Child Advocacy Center.** Gov. Siegelman awarded the Prescott House Child Advocacy Center $60, 095. The grant will be used to continue helping child abuse victims in Jefferson County. The Center provides services such as professional counseling to victims and family members. [BPH, 1/14/02]

**Headline:** "Children like Siegelman's education ideas" [HT, 1/19/99].
**Headline:** "Governor asks special team to probe recent child deaths" [BN, 9/9/00].

# DON SIEGELMAN
## SENIORS

*"We owe a debt to our seniors and I intend to pay it."*
*Governor Don Siegelman*

Throughout his term as Governor, Don Siegelman has fought to keep Alabama's seniors healthy and independent. He has toughened state assisted-living standards, making assisted-living centers safer for seniors and more accountable to their families. Governor Siegelman has expanded Alabama's 'meals on wheels' program to provide more than 30,000 home-ridden seniors access to hot, nutritious meals. Governor Siegelman created a 'rainy day fund' to strengthen the state's Medicaid program. Governor Siegelman's Alabama Family Cares program will allow ailing seniors to live comfortably in their homes, rather than forcing them into nursing homes. Governor Siegelman has fought and will continue to fight to improve the lives of the "greatest generation."

**Gov. Siegelman awarded a grant to assist low-income families, the elderly, and people with disabilities.** Gov. Siegelman awarded $1.9 to Community Action Agencies in Pike and 22 other Alabama counties. The grant will assist low-income families, the elderly and those with disabilities. "Gov. Don Siegelman said the grants are designed to help the agencies offer an array of community-based services to assist households and individuals work toward self-sufficiency." The grants are awarded based on population and economic factors the state regions that the CAA represents. [MA, 12/30/02]

**Governor Siegelman awarded a grant to help low-income families heat their homes.** Gov. Siegelman awarded the $255,718 grant to Community Services of Calhoun and Cleburne Counties Inc. to assist low-income families in warming their homes. Gov. Don Siegelman announced the grant from the U.S. Department of Health and Human Services, saying, "Without assistance, many of Alabama's low-income elderly, as well as those with disabilities and families with small children, would have to endure the winter season without heat," the governor said. "In addition, soaring bills would result in utilities being disconnected for some families leaving them with no way to prepare meals." [Anniston Star, 11/22/01]

**Gov. Don Siegelman signed a bill regulating pre-need funeral arrangements.** The bill requires 75% of prearranged funeral policies to be placed in a trust. The amount in the trust must be enough to cover the cost of the funeral. Sales of prearranged funerals, cemetery merchandise, or other services must also be certified by the insurance commissioner. The bill includes provisions for consumers to seek refunds as well as penalties for violations. [AP, 2/15/02; Tuscaloosa News, 2/1/02; AP, 1/31/02]

## ASSISTED LIVING

For the first time in 18 years, Alabama toughened its safety standards for assisted-living facilities. Now, assisted-living facilities include protection for seniors with Alzheimer's or dementia, meet minimum license requirements, and face severe penalties if they failed to meet minimum safety standards or properly care for residents. Siegelman ordered more inspections of assisted-living homes and held criminally responsible anyone who abused or neglected seniors. Siegelman proposed criminal background checks for anyone that wanted to work with seniors, and provided financial assistance for seniors to get better long-term care.

**Gov. Siegelman signed a bill to give the Department of Public Health the power to regulate assisted living facilities.** Gov. Don Siegelman signed a bill into law that will "raise licensing fees for operating assisted living facilities, require that all facilities be licensed, and toughen penalties for operating unlicensed

assisted living homes." "Most folks caring for seniors do a great job. Some do not. Things happen in these facilities that embarrass the industry," Siegelman said. "Seniors brought us this far along the way. We should take care of them in their golden years," Siegelman said. [MA, 12/21/01; AP, 12/20/01]

**Governor Siegelman improved the quality of care at assisted living centers for seniors with Alzheimer's or dementia.** Siegelman worked with assisted-living industry and senior citizen leaders to ensure senior citizens with Alzheimer's get the quality care they need and deserve. Siegelman required assisted-living homes without staffers specially trained to work with residents with Alzheimer's or dementia to move those patients who need special care to qualified homes. Assisted-living homes that do not meet minimum safety requirements such as accessible exits must also send their patients to qualified centers. Centers that want to care for patients with Alzheimer's or dementia must have properly trained staff and must be secure so that patients cannot wander away. [AP, Poovey, 9/20/00; AP, Poovey, 12/27/00].

>   **Siegelman worked with industry leaders and consumer representatives to develop tough, but fair, protective regulations for Alabama's seniors.** Siegelman worked with the assisted living industry to make sure the new rules both protected seniors and were fair to businesses. Siegelman and State Health Officer Don Williamson met with more than 300 representatives of the assisted living industry, the nursing home industry, and consumers. "I refuse to hear any more horror stories of abuse and neglect at licensed and unlicensed facilities in this state," Siegelman told the assisted-living industry representatives before their meeting. [AP, 7/14/00].

**Siegelman required new assisted-living homes to get licenses.** New assisted living centers that want to care for seniors with Alzheimer's or dementia must undergo certificate-of-need review to prevent the overbuilding of facilities, which tends to decrease the quality of available care. [AP, Poovey, 2/14/01].

**Governor Siegelman hired new inspectors to hold facilities accountable.** Siegelman used $750,000 from a state budget emergency fund to hire additional assisted-living inspectors [AP, Poovey, 7/18/00].

>   **Siegelman enforced the Adult Protective Services Act.** The Department of Human Resources hired 10 new inspectors to enforce the Adult Protective Services Act, which prevents neglect and abuse at senior centers. At Gov. Siegelman's request, DHR helped state health officer Don Williamson investigate and hold accountable assisted-living facilities that mistreat elderly people. "The governor is very zealous about this," Fuller said. [AP, Poovey, 8/12/00].

>   **When inspectors found seniors being abused, they moved them to new homes.** At Governor Siegelman's request, the Department of Human Resources inspected more than 50 unlicensed homes throughout the state. 21 facilities closed because of the scrutiny, and 4% of seniors in the homes were found to be experiencing abuse or neglect. DHR moved those seniors to other facilities and made law enforcement officials aware of the specific incidents. [AP, 1/13/01].

**Governor Siegelman created a Long-Term Care Task Force.** The governor created a Long-Term Care Task Force to study the needs of Alabama's senior citizens and prepare for the increase the state's senior citizen population. About 568,000 Alabamians are age 65 and over. By the year 2050, that number is expected to grow to 1.3 million. "I will never, ever turn my back on Alabama seniors," Siegelman said. "Seniors built this state and country with their hard work and sacrifice. Now, they're depending on us to care for them after their many years of caring for us." [AP, 1/27/00; AP, 5/25/00].

**Siegelman pushed to have Medicaid help support those with Alzheimer's.** Gov. Don Siegelman and the state health officer are looking to have Medicaid start paying some of the cost for elderly people who have dementia or Alzheimer's disease to receive care at assisted living facilities. [AP, Poovey, 5/2/00].

Governor Siegelman's proposed changes failed in the Legislature in 2000, but he worked with the industry and consumers to get common-sense standards passed. Gov. Siegelman worked with industry leaders to make the changes after a compromise could not be reached during the 2000 legislative session. In that session, Siegelman introduced bills to set criminal penalties for unlicensed operators, establish a new level of care for residents suffering from dementia, raise licensing fees from $5 to $15 a bed, create a moratorium on new facilities, and require all new facilities to be approved by the Certificate of Need Board. [MA, Cason, 5/2/00].

<u>The News</u> called Siegelman's actions 'an important step' in protecting seniors. "Last summer's agreement to tighten health and safety rules for hundreds of assisted-living homes in Alabama was an important step toward better protecting the growing number of older residents who live in the facilities." [BN, Editorial, 5/29/01].

Headline: "2 assisted living homes to close. Siegelman wants probe in Shelby, Marshall cases" [BN, 8/2/00].
Headline: "Governor proposes changes for assisted living facilities" [MR, 8/16/00].
Headline: "Care bills may help elderly" [MA, 5/2/00].
Headline: "Governor pledges aid to seniors" [MA, 11/14/00].
Headline: "Siegelman challenges long-term care task force with deadline" [MR, 11/14/00].
Headline: "Assisted-living bills pushed by governor" [BN, 5/2/00].
Headline: "Push is on: 'End abuse of seniors'" [MR, 5/2/00].

# SENIOR SAFETY NET

Governor Siegelman established a "Senior's Safety Net" to ensure that Medicaid would be available for Alabama's seniors through the next decade. Governor Siegelman ensured that there would be money available to provide seniors with the care they deserve. Governor Siegelman put aside 40% of the state's share of the national tobacco settlement to help maintain the solvency of the state's Medicaid agency. The Governor feels strongly that senior citizens should "never have to lay their head down at night and worry about where the money for their medicine is coming from." [AP, 5/56/00]

Siegelman made more than $60 million available in a fund for seniors. The Seniors' Safety Net Trust Fund is meant to save money over the next 10 years to pay for the growing number of Alabama's seniors to have Medicaid coverage. The $60,272,701 will come from tobacco settlement. The trust fund will supplement Medicaid money for nursing home care, hospitalization and medicine for senior citizens. "I want to assure seniors that even during this period of economic downturn, we have a safety net that they deserve and may need," Siegelman said. "They are depending on us to care for them after their many years of caring for us." [AP, 3/30/01].

"In the last legislative session, we dared to imagine a 'Seniors' Safety Net,' setting up a trust fund, for our parents. With your help, we now have $50 million in trust, to protect our seniors." [AP, State of the State Address, 2/06/01]

# MEALS ON WHEELS

Governor Siegelman extended the "Meals on Wheels" program to more low-income seniors. When he expanding the "Meals on Wheels" program, Governor Siegelman ensured that more seniors would have access to hot, nutritious meals. Since 1998, almost 30,700 low-income seniors have been added to the program, and over 4 million meals have been served to low-income seniors. [AP, 5/25/00; MA, Sherman, 4/25/01; Department of Senior Services].

**Siegelman worked to expand Meals on Wheels to all seniors who need it.** While more than 30,000 seniors have been receiving Meals on Wheels, 15,000 more had to be put on a waiting list. Siegelman recommended expanding the "Meals on Wheels" program to serve those people. [AP, 2/6/01].

**Governor Siegelman saved Meals on Wheels by solving the franchise tax crisis.** Gov. Don Siegelman worked to protect services like Meals on Wheels from cuts when the U.S. Supreme Court declared Alabama's franchise tax unconstitutional. "Without this replacement revenue, this state would have been forced to go without 'Meals on Wheels' for seniors, forced to move people from the work force back on welfare, forced to cut children's health insurance, and forced to put felons back on our streets and into our communities," Siegelman said. [AP, 11/30/99].

**Siegelman increased funding for "Meals on Wheels".** Gov. Don Siegelman pushed legislation that increased funds for the "Meals on Wheels" program. [AP, 5/17/00].

**Many seniors depend on Meals on Wheels for food.** At least one out of every seven Alabamians depends on a state social service, such as food stamps, Medicaid, or "Meals on Wheels." [AP, 12/10/99].

# ALABAMA FAMILY CARES

**Governor Siegelman created the Alabama Family Cares program to help seniors remain in their homes instead of moving into nursing homes.** The Alabama Family Cares program provides counseling, laundry, cooking, and adult day care services to family care providers. The Family Cares Program helps to reduce the stress of long-term care that often falls upon seniors and their families, while allowing seniors to stay at home longer with the independence and quality health care they deserve. Siegelman provided state funds and secured federal matching funds for the program. [AP, Rawls, 2/7/01].

**Siegelman provided care for more than 2,300 Alabama seniors with Alzheimer's.** Siegelman secured a $1 million grant to provide care for Alabama seniors with Alzheimer's. The funds will be used to provide intensive technical training to professional and family caregivers and family of individuals with Alzheimer's; respite care for families caring for individuals with Alzheimer's; daycare and companion care for individuals with Alzheimer's; and community education about Alzheimer's and its effects. The U.S. Department of Health and Human Services will give the $350,000 grant to Alabama for the next three years. A state match from the state's Area Agencies on Aging will also be provided each year. [Siegelman Press Release, 7/3/01].

# SENIOR HEALTH CARE

**Gov. Siegelman pushed legislation to provide lower-cost drugs for senior citizens.** Gov. Don Siegelman got overwhelming support for his legislation that will allow some state agencies to band together to buy prescription drugs in hopes of saving money. Siegelman has described the bill as the first step in his plan to provide a break for senior citizens struggling with the rising cost of prescription drugs. Siegelman said the savings from the bill would provide money for other programs, such as consolidating efforts currently underway to distribute low cost and free drugs, offered by pharmaceutical companies, to low-income senior citizens. "The big drug companies are ripping off the seniors of Alabama, and this bill is the very necessary first step to ultimately allow me to negotiate lower drug prices and help our seniors afford the medicines they need to live longer and healthier lives," Siegelman said in a statement. The bill would also allow state agencies to work with other states on bulk purchases. [AP, 3/19/02]

**Siegelman designated a portion of the state's share of the tobacco settlement to the Senior Services Trust Fund, part of which funds for health care for low-income and home-ridden seniors.** Governor Siegelman has provided better health care to low income seniors who cannot leave their homes. [AP, 8/5/00].

**Siegelman gave seniors access to free prescription drugs.** Gov. Siegelman provided the Elderly Medication Program with a $75,000 grant. The program, a pilot run in Northwest Alabama, connects elderly patients with pharmaceutical companies that are already giving away free prescription drugs. [AP, Bryan, 3/19/01].

## SENIOR TAX BENEFIT

**Governor Siegelman reformed the tax code to allow Alabama taxpayers to donate a portion of their taxes to help fund programs for seniors.** Governor Siegelman increased funding for seniors' services by giving Alabamians the choice about where their tax dollars go. Starting in 2001, Alabama income tax forms contained an option to designate a portion of Alabama's taxes to the Senior Services Trust Fund. [AP, 5/25/00].

## SENIOR CENTERS

**Governor Siegelman renovated 13 senior centers.** Siegelman pledged to renovate 13 senior centers with a $1 million grant from the Alabama Department of Economic and Community Affairs. [MA, Sherman, 4/25/01].

**Don Siegelman**
**Governor of Alabama**

Governor Siegelman was elected Governor on November 3, 1998. Since taking office, Governor Siegelman has been a tireless advocate for Alabama and its citizens. Siegelman is noted for his work in improving education, children's services, senior services, economic development, and government accountability, and for promoting anti-crime initiatives.

Under Governor Siegelman's leadership:

- **Education is improving:**
  - Today, Alabama students have the highest test scores in the history of the State. The number of Academic Caution and Alert schools is down and the number of Academic Clear schools is at an all-time high.
  - The Thomas B. Fordham Foundation has ranked Alabama as one of the top five states in the nation for academic standards and accountability.
  - The nationally recognized Alabama Reading Initiative has been implemented in more than 400 schools across the State. Test scores have increased, disciplinary action has decreased and library circulation has more than doubled since the program began. This program is being replicated in Massachusetts, Florida and Connecticut.
  - Currently, the state is involved in the largest school construction project in the history of Alabama. Governor Siegelman's first act as governor was to sign an executive order that will virtually eliminate all portable classrooms by 2002.

- **Economic development has increased:**
  - Governor Siegelman has pushed to recruit new industry into the state. To date, Alabama has created more than 68,000 new jobs and announced $9 billion in investments through new and expanded industry across the state.
  - Alabama now touts three of the top five auto makers in the country, which provide jobs that will keep our children working in-state and our families together. New or expanding industries include Honda, Mercedes, Toyota, Hyundai, Navistar, Fiat and Boeing.
  - In 2000, Alabama was ranked the second largest banking state in the country. The 131 banks now regulated by Alabama's Department of Banking operate in 16 states and represent more than $173 billion in assets.

- **Children and seniors are being helped:**
  - Alabama has insured almost 90,000 children through its children's health insurance program. In addition, access to pediatricians and dentists has increased for more than 300,000 children across the State.
  - Alabama four-year-olds will have the opportunity for better care through Governor Siegelman's announcement of 43 new early learning sites across this state. In 2000, Governor Siegelman increased childcare standards for the first time in 19 years.
  - Seniors can choose safe alternatives to nursing homes, allowing them the independence they desire with the care they deserve. Governor Siegelman has increased standards for assisted living and implemented the Alabama Family Cares Program to provide support to family care providers.

- **Criminals are doing their time:**
  - Governor Siegelman has made domestic violence a crime in Alabama. Governor Siegelman proposed and passed the Safe Homes legislation creating the crime of domestic violence and requiring mandatory jail time for repeat offenders.
  - Governor Siegelman has increased penalties for adults who drive drunk with a child in a car and has required mandatory sentences for repeat DUI offenders.
  - Governor Siegelman worked with the Attorney General to create a safe schools initiative and has created a statewide system of alternative schools to take children who cause trouble out of the classroom so that well behaved children can learn in a safe and healthy environment.

- **Government is more accountable:**
  - For the first time in the history of the State, there is a strategic plan in place that requires state agencies to manage for results with the goal of increasing efficiency in state government and improving services. So far, six agencies have been transitioned from incremental budgeting to performance-based budgeting so that taxpayers can see how their money is being spent.
  - Since taking office, Governor Siegelman has redirected more than $27 million in non-essential spending to programs that serve Alabama taxpayers.
  - Governor Don Siegelman has saved the state more than $100 million by cutting waste and improving efficiency in state government. In 1999, Alabama received the second largest surplus in the history of the State. In 2000, Alabama received the largest surplus in the history of the State. These savings have been redirected into programs that provide important services to Alabama taxpayers.

For the first time in the history of the State, Alabama has elected a leader that is getting results. Alabama finally has a governor whose priority is to manage state government through setting goals and priorities. Governor Siegelman's leadership has improved education, economic development and services for Alabama families.

## GOVERNOR DON SIEGELMAN
## ACCOMPLISHMENTS

## EDUCATION

### Rewarding Teachers, Principals and Schools

**RAISING TEACHERS SALARIES**
- In 2000, Governor Siegelman set the path to begin raising teacher salaries to the National Average. Through pay increases, ranging from one percent to five and a half percent, Governor Siegelman will maintain the advantage Alabama gives beginning teachers in order to attract the best and brightest and will increase the salary of Alabama's most experienced teachers in order to keep them in the classroom.

**REWARDING EXCELLENCE FOR TEACHERS**
- Since Governor Siegelman took office, the number of National Board Certified Teachers in Alabama has increased from 24 to 309. The governor's Rewarding Excellence for Teachers program gives a $5,000 grant and a $5,000 salary increase to any teacher who achieves certification. To achieve certification, a teacher must pass a rigorous two-part assessment of teaching skills. The governor's program also encourages teachers to become mentors and advisors to other teachers seeking certification in their communities.

**GOVERNOR'S ACADEMIC IMPROVEMENT PROGRAM**
- The governor's academic improvement program helps struggling schools two ways:
  1. It has provided more than $22 million to help caution and alert schools develop and implement school improvement programs. The number of Caution and Alert schools is at an all-time low and the number of Clear schools is at an all-time high. In addition, students in the 2000-2001 school year had the highest test scores in the history of the state.
  2. It offers grants from $2,000 to $5,000 to reward schools that meet academic goals. Grants go directly to the school and are used by the school to invest in instructional improvement programs and/or materials to be voted on by the teachers.

**INCREASING MATH AND SCIENCE TEACHERS**
- Governor Siegelman has created the Reach and Teach Program to increase the number of math and science teachers across the state. The 2002 Budget provides $4,000 loans to 100 prospective math and science teachers entering their junior year in college who agree to work in high need areas across this state. Prospective teachers who join the governor's program will also be eligible to receive loans for their senior year. For the student's loans to be forgiven, the student must agree to work in an identified high need area for five years.

**Demanding Accountability**

## TEACHER ACCOUNTABILITY ACT

- The Teacher Accountability Act abolishes tenure for principals and makes it easier to fire bad teachers when they fail to perform. The Act:
  - Abolishes tenure for principals, holding them accountable when schools fail
  - Adds failure to perform duties as one of the terms for which teachers and principals can be dismissed
  - Expedites the current tenure process by reducing the time periods during the appeals process
  - Provides for emergency transfers up to fifteen days after the beginning of school

## TEACHER TESTING

- When Don Siegelman became governor, teacher testing had been tied-up in litigation for more than 17 years. Governor Don Siegelman, in cooperation with the state superintendent and the state Board of Education, worked aggressively in his first year in office to move teacher testing from the courtroom to the classroom for the first time in nearly two decades.

## TEACHER BACKGROUND CHECKS

- Governor Siegelman advocated and signed into law legislation that requires Alabama's teachers to undergo nationwide criminal background checks before they are allowed to teach our children.
- Governor Siegelman believes parents need to be assured that when they leave their children at school – their most precious possession – they are left in the safest hands possible.

## SCHOOL ACCOUNTABILITY REPORT CARD

- Governor Siegelman has provided the resources to send parents a report card on their child's school. The School Accountability Report Card contains information such as student performance on testing, dropout rates, attendance rates, graduation rates, the school's academic status, school construction, school safety, discipline reports and a taxpayer report on revenues and per pupil expenditures.
- The Department of Education also issues report cards for each of the 29 colleges/universities that offer teacher preparation programs. The report card provides students and K-12 schools with information on the effectiveness of the colleges' teacher preparation programs.

## SCHOOL ACCOUNTABILITY

- In 2000, the Thomas B. Fordham Foundation ranked Alabama as one of the top five states in the nation for academic standards and accountability.
- The study singled out Alabama for evaluating and rating its public schools on the basis of academic performance and having the authority to sanction failing schools.

## SUPERINTENDENT ACCOUNTABILITY

- In the 2001 legislative session, Governor Siegelman signed legislation requiring that all new superintendents pass a course in financial management and education law before taking office. In addition, the superintendent accountability legislation requires the State Board of Education to establish provisions for ensuring accountability in existing superintendents.

2

<u>Giving Alabama Children the Skills They Need To Succeed</u>

## PORTABLE CLASSROOMS
- As governor, Don Siegelman's first act was the signing of Executive Order #1 demanding the removal of portable classrooms from Alabama schoolyards by the year 2002.
- Since January 1999, Alabama has spent more than $1 billion to remove portable classrooms from schoolyards. The state is moving toward accomplishing Governor Siegelman's goal by 2002. Right now school construction is proceeding at record pace in Alabama.

## OVERCROWDED CLASSROOMS
- In his FY 00 budget, Governor Siegelman provided for an additional 600 teachers in kindergarten through the third grade, the most critical grades for learning.

## ALABAMA READING INITIATIVE
- The governor has provided more than $27 million for the nationally recognized Alabama Reading Initiative expanding the program to more than 400 schools across the state. By the summer of 2002, nearly 600 schools will participate in the Reading Initiative. The Alabama Reading Initiative is dedicated to improving reading instruction and ultimately achieving 100% literacy among public school students. During the 2001-2002 school year, the Reading Initiative will touch the lives of 14,035 teachers and 210,525 students across this state. It has also provided 110 reading specialists to work directly with the 128 school systems.

## HIGH HOPES FOR ALABAMA HIGH SCHOOL SENIORS
- Alabama now has one of the toughest graduation exams in the country. Governor Siegelman has provided more than $15 million to help high school students in danger of failing the exam. High Hopes provides tutoring, mentoring, after-school programs, summer school and one-on-one intervention for kids struggling with the exam. In addition, Governor Siegelman has directed ADECA to provide $1.5 million through the Workforce Investment Act for graduation exam remediation this summer. Today, Alabama's dropout rate is the lowest in the history of the State.

## EXPANDING TECHNOLOGY
- Governor Siegelman has invested more than $18 million for the Virtual Library, development of the Alabama Virtual High School, increasing technology in the classroom and teacher technology training. Governor Siegelman also passed legislation establishing the Office of Information Technology to develop and implement a statewide strategic plan for technology in government and public schools. Technology initiatives include:
  - **Virtual Library** – Governor Siegelman has provided $8.8 million for the Alabama Virtual Library over the last three fiscal years. The Virtual Library gives every public school student access to the 2,000 periodicals, 150 newspapers, newswires and government documents to which some Alabama schoolchildren would not have access.
  - **Virtual High School** – Governor Siegelman created the Alabama On-line High School that is administered through the Program for Rural Services and Research (PACERS) at the University of Alabama. In conjunction with Alabama public school teachers, PACERS is developing and offering courses through the Internet that will allow every public school child to access the courses needed to graduate from High School.
  - **Teacher Training** – Governor Siegelman has provided $4.7 million for teacher technology training. A recent study showed only 39 percent of teachers feel well prepared to use technology in the classroom. The governor will continue pushing for teacher

technology training programs so that Alabama students will have the skills they need to compete in the 21st Century.

- **E-BAMA** – Governor Siegelman established the Office of Information Technology as a department of the executive branch of government. The office will be responsible for administering such programs as related to state government and public schools. The Office of Information Technology will develop a long-range statewide plan for technology in Alabama and will be responsible for implementing this plan.

## INVESTING IN HIGHER EDUCATION

- Governor Siegelman has worked to increase the state's investment in higher education. During his first two years as governor, Siegelman increased the higher education budget by more than 6% each year. Governor Siegelman believes we must continue to invest in our public schools so that we can provide a first class education that will lead to higher paying quality jobs for all Alabamians.

## ALABAMA WORKS

- Following a recommendation by the Alabama Commerce Commission, the governor has provided approximately $2 million to the Alabama Works technical scholarship program. In addition, the governor has designated $3 million from federal funding sources to be used as part of the program. Technical scholarships will be provided to train Alabamians for high paying, quality 21st Century jobs.

### Making Our Schools Safe

## ALTERNATIVE SCHOOLS

- Governor Siegelman has provided $8 million through Children First to expand alternative schools statewide. Governor Siegelman believes every system must have an alternative school so that teachers can teach and children can learn in a safe environment. Courses in conflict resolution, anger management, mediation and life skills must be taught at alternative schools receiving state resources.

## INCREASING PENALTIES FOR ENDANGERING OUR CHILDREN

- One of the first acts the governor signed into law during the 2000 legislative session was a bill to increase the penalty for anyone falsely reporting a bomb or other incidents causing public alarm from a Class A misdemeanor to a Class C felony. Anyone caught threatening Alabama school children could serve up to ten years in prison.

## PRIVATE EYES EDUCATION PROGRAM (PEEP)

- Governor Siegelman's Private Eyes Education Program has put video cameras in more than 130 middle schools and high schools across Alabama. PEEP schools received up to $10,000 and 20% matching funds for video camera installation by providing a well thought out plan. Priority was given to those schools that demonstrated the most need.

## JUVENILE INFORMATION ACT

- Governor Siegelman worked with Attorney General Bill Pryor to pass the Juvenile Information Act allowing law enforcement in different jurisdictions to share information regarding juvenile offenders. The bill also allows law enforcement officials to notify school districts when a student attending one of their schools is convicted of a crime.

**SAFE SCHOOLS INITIATIVE**
- In conjunction with the attorney general, Governor Siegelman developed the Safe Schools Initiative to provide parents and schools with information necessary to help protect the lives of Alabama's children. In 1999, the Safe Schools Hotline was established to encourage open lines of communication for students, parents and others to report suspicious activity in schools.
- In addition, the governor provided $2.6 million to school systems for the purchase of school safety devices through the Children First appropriation. Schools were able to use this funding to purchase metal detectors, school resource officers and other security devices to protect the lives of Alabama's children.

## CHILDREN

### Making our Children a Priority

**CHILDREN'S CABINET**
- Governor Siegelman created the Department of Children's Affairs and appointed former Mobile pre-school teacher Pam Baker as Alabama's first Children's Commissioner. In addition, the governor has formed an Early Childhood Commission to develop a plan for children ages 0-6.

**CHILDREN'S POLICY COUNCIL**
- Governor Siegelman has created a State Children's Policy Council and has worked to ensure that a local council is established in every county. The state council is developing a state resource guide including procedural information concerning how to access children services. Both the state and the county councils will be responsible for determining priorities for children ages 0-19 in each county as well as working with the Legislature to support effective services for children within each local community.

**EARLY LEARNING OPPORTUNITIES**
- Governor Don Siegelman created the Office of School Readiness within the Department of Children's Affairs to administer the operation and management of an early learning program. In 2000, Governor Siegelman announced that the newly created Office of School Readiness secured private and public support to begin developing eight model sites for early learning throughout the state. By the end of 2001, the office will be providing early learning opportunities within 43 sites across Alabama.

**INSURING ALABAMA'S CHILDREN**
- Under the leadership of Governor Don Siegelman, Alabama has provided health insurance to approximately 90,000 uninsured children. In fact, a recent Urban Institute survey highlighted Alabama as one of three U.S. states that has significantly increased enrollment in its Children's Health Insurance Program (CHIP).
- To decrease the number of uninsured children in Alabama, Governor Siegelman created the Governor's CHIP Task Force with Executive Order 27 on April 19, 2000. The final report of the CHIP Task Force was presented to the governor on January 9, 2001 and includes a number of recommendations to enroll every uninsured child throughout Alabama.

## INCREASE STANDARDS FOR CHILDCARE

- Governor Siegelman fought to increase the standards required by childcare providers including lowering teacher/child ratios and requiring additional training for childcare providers. In January 2001, the new standards took effect. This was the first successful attempt at increasing childcare standards in 18 years. In addition, over the past four years, Alabama has more than doubled its expenditures for subsidized care, providing childcare to nearly 35,000 children annually.

## SAFE HAVEN FOR INFANTS

- The Safe Haven for Infants legislation authorizes a mother to voluntarily deliver a child to an emergency medical services provider within 72 hours after the birth of that child. It also authorizes the emergency medical services provider to notify the Department of Human Resources that the provider has taken possession of the child and provides for an affirmative defense to the crime of abandonment.

## IMPROVING DENTAL CARE FOR CHILDREN

- Governor Siegelman has worked to improve dental care for children. This year, the governor invested nearly $7 million in children's dental care by raising reimbursement rates for dentists that see Medicaid children.
- To further efforts to increase access to dental care, an initiative entitled "Smile Alabama" was enacted to enroll more dentists as Medicaid providers. This program aims to recruit dentists for the 350,000 children Medicaid annually serves.

## CHILDREN FIRST

- In 1999, Governor Siegelman signed the Children First legislation, creating a package of juvenile justice intervention and prevention programs.

## CHILD CARE BACKGROUND CHECKS

- The Child Care Background Check bill provides for criminal background checks for both tenured and new daycare facility employees. It also requires that DHR applicants must undergo criminal background checks before employment.

## TEN MOST WANTED

- Governor Siegelman's Ten Most Wanted legislation requires the Department of Human Resources to publish photos of parents who financially abandon their children by failing to meet child support payments. So far, DHR has collected $1.7 million in child support from Alabama's "Lost Dogs."

### First Lady Initiatives

## CHILDREN'S ART FESTIVAL

- In 2000, First Lady Lori Allen Siegelman hosted her first annual "Get Smart Through Art" First Lady's Children's Art Festival. More than 2,000 Alabama sixth-grade students attended the art festival at the Governor's Mansion.
- Each student was given the opportunity to participate in half-day sessions of hands-on interactive art experiences. The teachers taking part in the First Lady's Children's Art Festival participated in workshops which focused on how to apply to their classroom activities the art techniques demonstrated at the festival. Both participating students and teachers have received follow-up curriculum and educational materials.

**ANNUAL EASTER EGG HUNT**
- Each year, the governor and first lady host an Easter egg hunt for foster children and children with special needs. Foster children from throughout Alabama as well as children with mental and physical disabilities are invited to the Governor's Mansion to participate in Easter egg hunting, egg and basket decorating, face painting, story telling, live music and photos with the Easter Bunny.

**ENCOURAGING ADOPTION**
- The governor and first lady are committed to ensuring that every child in Alabama has a safe and secure home. Since becoming residents of the Governor's Mansion, the Siegelmans have hosted holiday parties for children from throughout the state who are waiting to be placed in permanent homes.
- Gov. and Mrs. Siegelman appeared in a public service announcement which aired statewide to promote adoption of these children.

## GOVERNMENT ACCOUNTABILITY

### Making Government Accountable to the People

**FRANCHISE TAX**
- In November 1999, Governor Siegelman called the Legislature into a special session to deal with the unconstitutional franchise tax. Siegelman worked with Alabama's business community to find replacement revenue for the General Fund.
- This revenue was vital to securing Meals-on-Wheels, nursing homes for seniors, adoption services for children, prisons and facilities for the mentally ill and mentally retarded citizens of Alabama.

**BUDGET SURPLUS**
- Since taking office, Governor Don Siegelman has saved the state more than $100 million by cutting waste and improving efficiency in state government. In 1999, Alabama received the second largest surplus in the history of the state. In 2000, Alabama received the largest surplus in the history of the state.

**Y2K**
- Governor Siegelman issued a directive mandating that every state agency develop Y2K contingency plans and signed legislation authorizing the state to use bond funding to correct the state's information technology system.
- January 1, 2000 came and went without any major Y2K-related glitches.

**ESTABLISHING A RAINY DAY FUND**
- Governor Siegelman has put $12.5 million in a Rainy Day Fund for General Fund agencies. The governor also has pledged to work aggressively to increase the fund for use in cases of emergency cash-flow problems in the budgets of critical government services.

7

## STRATEGIC PLANNING
- On the first day of the 2000 legislative session, Governor Siegelman introduced a strategic plan for Alabama and promised it would not be placed on a shelf to collect dust. ACHIEVE: Achieving Accountability for Alabama outlines the governor's goals to increase educational opportunities, improve the lives of children, make our homes, schools and streets safer, grow the number of quality, high paying jobs across the state and improve the lives of seniors. In addition, ACHIEVE has driven the governor's plan to increase government efficiency and improve services.

## PERFORMANCE-BASED BUDGETING
- During the 2000 legislative session, the governor and the Legislature began the transition from incremental budgeting to performance-based budgeting of state services. Over the last two years, Governor Siegelman has required the Department of Mental Health and Mental Retardation, the Department of Human Resources, the Department of Youth Services, the Department of Corrections, the Department of Public Safety and the Alcohol Beverage Control Board to budget for results so that taxpayers can see how their money is being spent.

## INCENTIVE PAY
- In 2000, Governor Siegelman created a program that makes state employees eligible for rewards of as much as $5,000 for finding ways to save taxpayer money and improve efficiency in state government.

## MANDATORY LIABILITY INSURANCE
- Before this law, Alabama was one of only a few states that did not require its drivers to have auto insurance. This law will reward responsible drivers and punish those drivers who refuse to purchase insurance. By sampling all drivers, consistently monitoring problem drivers, and by imposing stiff fines on drivers who do not have insurance, this law will dramatically reduce the number of drivers without insurance.

## IMPROVING COMMUNITY-BASED CARE
- In 1999, Governor Siegelman settled a 30-year-old lawsuit that challenged how Alabama treated its mentally ill. Currently, the Department of Mental Health and Mental Retardation is transitioning residents from institutional to community based care.

## REDUCE FRIVOLOUS SPENDING
- In an effort to control spending and improve services, the governor directed the finance director to reduce non-essential spending. From 1999 to 2000, non-essential spending was reduced by $27 million and was redirected on programs that provide services to Alabama taxpayers.

## SENIORS

## SENIORS' SAFETY NET
- Governor Siegelman established the Seniors' Safety Net creating a Medicaid Trust Fund with earmarked tobacco revenue that will allow seniors on Medicaid to continue receiving medicine and nursing home care, as well as other health benefits, through the rest of this decade. To date, Governor Siegelman has invested $65 million into the Trust Fund. The senior citizen population is expected to increase by 85 percent over the next 25 years, which will lead to larger demands for Medicaid funding.

## MEALS ON WHEELS

- For the last two years, Governor Siegelman has increased the budget for Alabama's homebound meals program. In 2000, the Alabama Department of Senior Services served 3,884,991 meals to needy Alabama seniors, an increase of more than 7% from 1999. Some meals are served in congregate settings, while some are delivered personally to seniors' homes. In addition to increased nutrition, program participants experience much-needed contact with a caring senior service worker.

## ALABAMA FAMILY CARES

- Governor Siegelman has created a program that provides support services to family care providers. Services include respite care, counseling, laundry, cooking services and adult day care. The Family Cares Program helps to reduce the stress of providing long-term care so seniors can stay at home longer with the independence and quality health care they deserve.

## ASSISTED LIVING ACCOUNTABILITY

- Following a number of deaths in Alabama's assisted living facilities, Governor Siegelman developed rules and regulations to ensure that seniors receive the safe, quality care that they need and deserve.
- To ensure quality of care for seniors, Governor Siegelman established a new level of care for individuals with dementia, protected against over-building of the new dementia units by implementing a certificate of need process, and doubled the number of assisted living inspectors. Currently, Governor Siegelman is working with the Alabama Medicaid Agency to develop a plan to provide Medicaid funding for residents of the newly created dementia care units.

## INCREASING RESOURCES FOR SENIORS

- Governor Siegelman worked with the Legislature to establish a Senior Check-off Program to provide an additional means by which assistance to seniors may be financed through a voluntary check-off on state income tax return forms.

## ENHANCING SENIOR SERVICES

- Passage of Amendment One will allow $5 million for area agencies on aging to enhance services for seniors. In addition, Governor Siegelman has provided $2.5 million annually through tobacco revenues for home-health community services for seniors.

## LONG-TERM CARE

- Governor Siegelman has appointed a Long-term Care Task Force to advise the administration on how to provide long-term care services that will allow seniors to age with the independence and dignity they deserve. In addition, the governor continues to support rules and regulations that require assisted living facilities to provide safe environments for the seniors they serve.

CRIME

**Making Our Homes and Our Streets Safe**

## SAFE HOMES LEGISLATION
- Governor Siegelman proposed and passed the Safe Homes legislation creating the crime of domestic violence and requiring mandatory jail time for repeat offenders. The legislation requires the following mandatory incarceration penalties:
  - First Degree domestic violence is a Class A felony, carrying a ten-year to life sentence, with a minimum of one year-and-a-day prison term for repeat offenders.
  - Second Degree domestic violence is a Class B felony, with a minimum six-month jail term for repeat offenders.
  - Third Degree domestic violence is a Class A misdemeanor, with a minimum 48-hour jail term for repeat offenders.

## DOMESTIC VIOLENCE – PROTECTION ORDERS
- Governor Siegelman proposed and passed legislation increasing penalties for domestic abusers who violate protection orders.

## DOMESTIC VIOLENCE – COOLING OFF
- Governor Siegelman proposed and passed the Domestic Violence Cooling Off legislation providing that a person arrested for an offense involving the abuse of a family member, dating or engagement relationship may not be released on bail until after an appearance before a magistrate or 12 hours, whichever may come first.

## DOMESTIC ABUSE PROTECTION ACT
- Governor Siegelman signed into law the Domestic Abuse Protection Act prohibiting insurance companies from engaging in an unfair discriminatory act or practice on the basis of an applicant's history of abuse. This legislation states that no insurer may deny, refuse to issue, renew, or reissue, cancel, or otherwise terminate, restrict, or exclude coverage on an insurance policy or health benefit plan on the basis of an applicant's abuse history. The act also prevents insurers from adding a premium differential to an insurance policy based on an applicant's abuse history.

## DUI – INCREASING PENALTIES AND OPEN CONTAINER
- The governor has passed several DUI bills to stop drinking and driving in Alabama. The governor's DUI bills:
  - Increase penalties for DUI by increasing the minimum days of imprisonment or community service days that may be imposed on second DUI offenders and provides for mandatory minimum days of confinement for fourth DUI offenders; requires a person convicted of DUI to attend and complete a DUI or substance abuse program and provides for the suspension of the motor vehicle registration of all vehicles owned by a repeat DUI offender
  - Increase penalties for adults driving drunk with a young child in the car; The adult has a choice. The child does not.
  - Ban open containers in moving vehicles.

## CAPITAL CRIMES AGGRAVATING CIRCUMSTANCES
- Governor Siegelman signed into law legislation that makes the killing of two or more people by the same act a capital crime.

## ELIMINATE TWO-TIER DEATH PENALTY
- Before Governor Siegelman took office, Alabama was the only state in the nation that gave convicted murderers two bites at the apple on appeal. With the introduction of legislation to eliminate the two-tier death penalty, the Alabama Supreme Court changed its administrative procedures to abide by the governor's intent.

## GUCCI BILL
- Governor Siegelman proposed and passed the Pet Protection Act establishing cruelty to domesticated dogs and cats a crime in Alabama. A person commits the crime of cruelty to a dog or cat in the first degree if he or she tortures the dog or cat with the intent to inflict intense pain, serious physical injury, or death upon the dog or cat. Cruelty to a dog or cat in the first degree is a Class C felony. Cruelty to a dog or cat in the second degree is a Class A misdemeanor.

## ECONOMIC DEVELOPMENT

## CREATING NEW JOBS
- Governor Siegelman has pushed to recruit new industry into the state. To date, Governor Siegelman has announced more than 52,000 new jobs and $9 billion in investments through new and expanded industry across the state, including Huntsville, Dothan, Luverne, Fairfield, Opelika, Tuscaloosa, Lincoln, Greenville, Montgomery, and Birmingham. New business partners include Mercedes, Honda, Toyota, Navistar, Boeing, Fiat and many others.

## ROADS AND BRIDGES TO ALABAMA'S FUTURE

- The Alabama Commerce Commission's report recommended enhancing the state's transportation system. This legislation allows for cities and counties to replace bridges and roads that are deteriorating across Alabama. This legislation will allow Alabama to repair or replace 2,500 dilapidated bridges over the next five years. Currently, school buses detour 17,000 miles a day at a cost of $7 million a year.

## STATE PARKS LEGISLATION

- The State Parks Bond bill authorizes the issuance of $110 million in bonds to renovate, re-equip and upgrade Alabama's parks and historic sites. Parks receiving improvements include the tavern at Monte Sano Park in Huntsville, Oak Mountain State Park near Birmingham, Guntersville State Park, Lakepoint State Park in Eufaula and Gulf State Park in Gulf Shores

## REVITALIZING STATE PORT

- Through the successful passage of Amendment One, Governor Siegelman will invest $100 million in making Alabama's port an international port of trade. The governor's investment will allow the improvement of warehouses, rail upgrades and the introduction of a new container terminal to attract new shipping lines and tonnage. In addition, Governor Siegelman passed the Port of Alabama Administrative Reform legislation creating a nine-member Board of Directors for the Port of Alabama. The Board of Directors must have substantial business management experience and is responsible for hiring a director.

## PREFERENCE FOR ALABAMA BUSINESSES

- The Alabama Business legislation provides preference to Alabama persons, firms, or corporations in the awarding of public contracts subject to the state competitive bid law. The legislation also allows more flexibility in negotiating contracts to save taxpayer's money.

## AMENDMENT ONE

- Governor Siegelman pushed and passed Amendment One allowing 35% of oil and gas revenues to be used for state, county and municipal capital needs. Amendment One also authorizes the issuance of $350 million for revitalizing the Port of Alabama, building roads and bridges, and improving agricultural research facilities at no cost to the taxpayer.

## TORT REFORM

- Governor Siegelman was instrumental in the passage of three tort reform bills that place reasonable caps on punitive damage awards, reform the venue laws to stop jury and judge shopping and place restrictions on class action lawsuits.
- Before Siegelman became governor, tort reform had divided the Legislature for more than a decade.

## ALABAMA COMMERCE COMMISSION

- One of Siegelman's first acts as governor was to create the Alabama Commerce Commission. The Commerce Commission developed the first strategic plan for economic development in this State. Recommendations made by the Commerce Commission include the regionalization plan currently being implemented by the Alabama Development Office to regionalize economic development throughout the State. Other recommendations by the Commerce Commission have included revitalizing the State Port, improving county roads and bridges, increasing rural economic development and creating a technical scholarship program.

## DEPARTMENT OF BANKING RANKED SECOND LARGEST
- In 2000, Alabama was ranked the second largest banking state in the country. The 131 banks now regulated by Alabama's Department of Banking have operations in 16 states representing more than $173 billion in assets.

## ALABAMA GOVERNOR RINGS OPENING BELL
- On April 24, 2000 Governor Siegelman and Honda Motor Co., Ltd. President and CEO Hiroyuki Yoshino rang the opening bell to begin the day's trading at the New York Stock Exchange. The ceremony occurred one day before Honda was scheduled to host its groundbreaking ceremony at the site of the new Honda vehicle and engine production facility in Lincoln, Ala.

## ENVIRONMENT

## MOBILE CAUSEWAY
- Governor Siegelman has announced a long-term plan to elevate large sections of the Mobile Causeway to allow the natural flow and mixture of fresh water and salt water in the Mobile Delta. The first phase in the plan is a joint assessment and study by the Department of Transportation and the U.S. Army Corps of Engineers on the impact that elevating portions of the Causeway would have on the Delta. The assessment follows the state's purchase of 49,000 acres of the Mobile Delta in a move to preserve the wetlands.

## GOVERNOR ANNOUNCES LOWER-SULFUR GASOLINE FOR BIRMINGHAM
- Governor Siegelman joined BP Amoco officials in announcing that Birmingham will be the fifth city in the nation to offer lower-sulfur gasoline year round. BP Amoco is spending more than $100 million modifying refining and associated operations to make its lower-sulfur fuels available in major cities most troubled by smog and pollution.

## MOBILE DELTA
- Governor Don Siegelman authorized the single largest State land purchase in the history of Alabama – 49,000 acres of the Mobile-Tensaw River Delta wilderness.
- The Delta is home to a range of endangered species and rare plants. The land is now part of the Alabama Department of Conservation's Forever Wild Trust, which will help to preserve Alabama's ecosystem.

## PROMOTING ECONOMIC DEVELOPMENT
- During the 2001 legislative session, Governor Siegelman signed legislation creating a voluntary brownfields program to encourage the re-use of urban and rural properties that are perceived to have environmental problems. The act will revitalize lands in Alabama that have economic development potential, but which currently are unutilized. The Brownfields Redevelopment Act promotes community and private partnerships in efforts to rejuvenate underdeveloped lands.

13

## Governor Don Siegelman Biography

Governor Don Siegelman is noted for his work in improving education, children's services, economic development and promoting anticrime initiatives including drunk driving and domestic violence prevention.

Governor Siegelman is committed to changing education in Alabama for the better and changing education forever. Siegelman's first act as governor was to sign an executive order to eliminate portable classrooms in public schools and to build safe new classrooms for school children. Today, over 2,000 portables have been eliminated. More than 70 new schools have been built and more than 2,600 new classrooms are now in use.

He also signed a bill into law to raise teacher salaries to the national average and removed tenure for principals. He has implemented the nationally recognized Alabama Reading Initiative in 424 schools, helping over 200,000 students become better readers and enjoy reading. And he has provided rewards for schools that meet and exceed Alabama's standards for education.

The Fordham Foundation has recognized Alabama for being among the top five states in the nation with academic and accountability standards. Governor Siegelman proved his commitment to children by appointing the state's first children's commissioner and children's cabinet.

Additionally, the governor created the Office of School Readiness to begin providing early learning opportunities to four-year olds throughout the state.

Governor Siegelman believes in making Alabama's homes, streets and schools safer, and has signed a number of domestic violence bills into law including one making domestic violence a crime in Alabama. Siegelman has continued to push for tougher DUI laws including increasing penalties for adults driving drunk with a child in the car.

Since becoming governor, Siegelman has expanded industry across the state by announcing the location of businesses including Honda, which has since announced expansion, Navistar, Fiat and Boeing, Toyota, Hyundai and expansion of Mercedes here in Tuscaloosa. Siegelman was also instrumental in enacting tort reform, including caps on punitive damages and established a task force charged with developing the State's first long-term strategic plan for economic growth.

These recruitment successes are complimented by the Governor's Amendment One program to replace thousands of deficient county bridges and invest in the state docks in Mobile.

Governor Siegelman has clearly shown his commitment to move Alabama forward, and today stands prepared to tackle the challenges our state faces more so as opportunities to build Alabama into the state it can truly be.