# EXHIBIT 15

## Abramoff's Email Re Riley

Friday, August 11, 2006
8:45 AM



Screen clipping taken: 8/11/2006, 9:59 AM

to shut down the Poarch Creek operation, including his announcing that anyone caught gambling there can't qualify for a state contract or something like that. anyway, are you in town this week? Call me.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

2