# EXHIBIT B



NewsFlash Home | More Alabama News

# Young agrees to pay restitution in Siegelman case

5/8/2007, 10:37 a.m. CDT
**The Associated Press**

MONTGOMERY, Ala. (AP) — Landfill developer and lobbyist Lanny Young, a key witness against former Alabama Gov. Don Siegelman, has agreed to pay $389,781 in restitution as part of his sentence for bribery and other charges.

The restitution agreement still must be approved by U.S. District Judge Mark Fuller.

Court records show that Young would pay $181,325 to the state and $202,456 to the Internal Revenue Service, the Press-Register reported Tuesday.

Young and former Siegelman aide Nick Bailey were key witnesses last year in the trial of Siegelman and former HealthSouth CEO Richard Scrushy. Siegelman and Scrushy were convicted of bribery, conspiracy and mail fraud charges and are scheduled to be sentenced by Fuller on June 26.

Bailey and Young both pleaded guilty. Young, 46, signed the restitution agreement from Forrest City Federal Correctional Complex in Forrest City, Ark., where he is serving a two-year prison term.

Bailey has been ordered to begin serving an 18-month federal prison term on July 31. He previously agreed to pay $50,000 in restitution to the state, and $28,359 in back taxes to the federal government.

Should Young and former Siegelman aide Nick Bailey fulfill their restitution requirements, the state and federal corruption probe into the Siegelman administration will have

## INSIDE News

» Business
» NewsFlash
» Weather
» Politics
» Space/Tech
» Education
» Religion
» Crime
» Elections
» Gas Prices
» News Obituaries
» Paid Death Notices

**Site Tools**
✉E-mail This
🖨Print This
➜Search Site
Newsletters

**Speak Up!**

• Talk About Current Events

Get The Best Local...
Jobs | Autos | Real Estate
All Classifieds | Place An Ad
More Giveaways

FROM OUR ADVERTISERS
>>
>>
>>

• Advertise With Us

generated payments of more than $1 million to the state.

Last year, toll bridge developer Jim Allen paid the state more than $800,000 in what was deemed to have been undeserved profits from selling the paint-striping product RainLine to the highway department.

Siegelman and Scrushy are also expected to be ordered to pay restitution after they are sentenced.

What developed into a wide-ranging investigation into the Siegelman administration began in May 2001, after the Press-Register reported irregularities and apparent double-billing by a company called G.H. or "Goat Hill" Construction.

The company, secretly owned by Young, was selected by Bailey to build two state warehouses in Montgomery.

The $181,325 Young has agreed to pay the state represents money paid to G.H. Construction that was not used for a legitimate purpose, prosecutor Steve Feaga said.

Siegelman's former chief of staff, Paul Hamrick, and his former transportation director, Mack Roberts, were also charged in the case and were found not guilty.

———

Information from: Press-Register,
http://www.al.com/mobileregister

☐ Print This                    ☐ E-mail This
MORE ALABAMA NEWS

• Alabama native bluesman 'Big' Joe Duskin dead at 86 5/8/2007, 10:51 a.m. CDT

• Former Leighton mayor arrested on federal extortion charge 5/8/2007, 10:44 a.m. CDT

• Young agrees to pay restitution in Siegelman case 5/8/2007, 10:37 a.m. CDT

• More Stories

     Copyright 2007 Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

**The Best Local Classifieds:** Jobs | Autos | Real Estate | Place An Ad

**Special Home Delivery Offers!**
☞ SUBSCRIBE —   The Birmingham News | The Huntsville Times | Press-Register

About Us | Help/Feedback | Advertise With Us

© 2007 Alabama Live LLC [al.com and gulflive.com] All rights reserved.
Use of this Site constitutes acceptance of our User Agreement and Privacy Policy.

