# EXHIBIT G

```
02/23/2006  14:56   2053231583              JOHN SAXON PC                PAGE  03
  02/23/2006 10:32 FAX                                                    ☑003/021
     07/23/2002  08:46   2053231256          FARRIS RILEY PITT           PAGE  02/02
```

# STATE DEMOCRATIC EXECUTIVE COMMITTEE
## OF ALABAMA

P.O. BOX 950
MONTGOMERY, ALABAMA 36104

JULY 9, 2002

Office of the Secretary of State
PO Box 5616
Montgomery, Alabama 36103-5616

Enclosed please find an amendment to the 5 day pre-primary report for 2000. We learned on July 8, 2002, that a loan received by the Alabama Democratic Party in 1999 was repaid on March 9, 2000 by the Alabama Education Foundation.

The receipt of this loan, and the expenditure of the proceeds of this loan, were reported in 1999 and 2000.

If you have any questions, please do not hesitate to call.

Sincerely,

Redding Pitt
Chairman
State Democratic Executive Committee
Of Alabama

John Haley
Treasurer
State Democratic Executive Committee
Of Alabama



DEFENDANT'S EXHIBIT