# EXHIBIT H

Kassouf, David 06-21-04 .txt

19    Q.    But those came to your view because you got

20  this inadvertent fax after finding out about a bank

21  overdraft; is that right?

22    A.    That's correct.

23    Q.    What, if anything, happened after you found

24  out about those things?

25    A.    Well, it took me some time to get the

12

1  information about this account.

2    Q.    Can you give us an approximate length of time

3  that it took you?  You said some time.

4    A.    Months.

5    Q.    Months.  Okay.

6    A.    I -- I can't tell you precisely.

7    Q.    I understand.

8    A.    But it was not within weeks.  It was maybe

9  six, eight months later on that we got the details on

10  this bank account.

11    Q.    Did you feel like you had been stonewalled?

12    A.    I got the impression that -- and not knowing

13  anything more than I knew, I got the impression that

14  this was a failed lottery foundation; it was a failed

15  political issue; and at this point in time, people

16  want to just move on and get beyond it; and that the

17  people who were originally involved in it couldn't --

18  they couldn't be located and we didn't know where the

19  records were.

20    Q.    Okay.  You said that six to eight months went

21  by.  Did any -- did you read about anything in the

22  newspaper that caused you any additional concern

23  before you got these final records?

Page 10