# EXHIBIT J

ALABAMA ATTORNEY GENERAL'S OFFICE
INVESTIGATIVE DIVISION
INTERVIEW REPORT FORM

December 10, 2001
TRANSCRIPTION DATE

Gerald Smith, General Manager, Montgomery Honda Yamaha, 535 North Eastern Boulevard, Montgomery, Alabama 36117, telephone number (334) 272-6600, voluntarily provided the following information in the presence of David Huneycutt, the Service Manager of Montgomery Honda Yamaha:

Smith provided his date of birth as March 22, 1952.

Prior to questioning, Smith was served with subpoenas from the State of Alabama and the federal government requiring him to produce records related to a Honda motorcycle bearing vehicle identification number 1HFSC3435YA300425:

Smith identified the aforementioned motorcycle as a GO1500 Valkyrie. In addition, Smith provided original documents with regard to the motorcycle; copies of which are attached hereto.

Smith provided the following information with regard to the motorcycle in question:

In approximately November 1999, he received a telephone call from Harold Pugh of America Honda located at 1919 Torrance Boulevard, Torrance, California 90501. Pugh is the national sales manager for America Honda and works with another individual by the name of Marvin Kylers. Pugh use to be the service manager at the Montgomery Honda Yamaha dealership. Smith stated he has been acquainted with Pugh for a number of years based on Pugh's previous employment at the Montgomery Honda Yamaha dealership.

Pugh stated in his telephone conversation in November 1999 that the Governor of Alabama was interested in buying a Volkyrie Honda motorcycle. Smith noted that he did not have a Volkyrie in stock at the time of that telephone conversation. Pugh stated that America Honda would ship one to the Montgomery Honda Yamaha dealership and invoice it. Pugh wanted the motorcycle sold to the Governor for the invoice price plus dock and title fee. Smith referred to this as a net/net sale. During the telephone conversation, Pugh indicated that America

DATE OF INTERVIEW   12/06/01   AT   Montgomery, Alabama

BY   William J. Long & FBI SA Shirley Samaniego            SPECIAL AGENT

FILE #   27460

DEFENDANT'S EXHIBIT

Page 2                                                                                  Matter # 27460

Honda wanted to give the motorcycle to the Governor but the Governor wanted to pay something for it. Pugh also stated that America Honda would give the dealership a courtesy fee, which amounted to approximately $200. Pugh stated someone from the Governor's office would contact him shortly to arrange for the purchase of the motorcycle.

Smith stated following his conversation with Harold Pugh a big tall black man from the Governor's office came and got a brochure from the dealership.

Smith stated that on or about December 7, 1999, Don Siegelman appeared at the Montgomery Honda Yamaha dealership and paid for the Volkyrie Honda motorcycle. Governor Siegelman provided a check in the amount of $12,173.35 to pay for the motorcycle. Sales Manager Mike Ayoub handled the sale of the motorcycle to Governor Siegelman. Derek Catrett, the financial manager for the dealership, took the check from Governor Siegelman and processed the paperwork.

Approximately one to two weeks later, Governor Siegelman reappeared at the dealership and purchased two helmets and possibly some gloves. Smith stated he does not have the ability to retrieve the paperwork with regard to the purchase of the helmets.

Smith recalled having a conversation with the Governor concerning the operation of the motorcycle and whether or not he had the knowledge of how to operate the motorcycle. He recalled the Governor told him he knew how to ride the motorcycle because he had a Honda 750 when he was in college.

David Huneycutt, the sales manger, in recalling the motorcycle stated he thought the Montgomery Honda Yamaha dealership serviced the motorcycle for the Governor on one occasion.

Smith explained the invoice and cost of the motorcycle as follows:

The suggested dealer net for the motorcycle in question is $13,327. The retail cost is listed as $14,699. There is a hold back for the motorcycle in the amount of $1,470. If you subtract the hold back cost from the dealer net, you have a cost of $11,759. That was the cost of the motorcycle to Governor Siegelman prior to adding taxes and other fees. Smith stated his dealership received a courtesy fee from America Honda in the amount of $200 and that was the only money, which he made on the sale of the motorcycle.

Smith stated the motorcycle was delivered to the Governor at the Governor's mansion in Montgomery. There was no cost associated with that.

Smith concluded by saying Governor Siegelman recently called his dealership

Page 3                                                                      Matter # 27460

inquiring about a motorcycle. To his knowledge, Governor Siegelman did not follow-up on the telephone call.