# EXHIBIT K

# Motorcycle Bill of Sale

In consideration of *Nine thousand two hundred dollars* ($9,200.00) [handwritten: 12,173.35], the receipt whereof is hereby acknowledged do hereby bargain, sell and deliver ~~fifty~~ percent ~~(50%)~~ [handwritten: 100/100] ownership unto:

Buyer's Name: **NICHOLAS D. BAILEY**

Address: [redacted]

Year: **2000**   Make: **HONDA**   Model: **GL1500T2Y**   VIN: **1HFSC3435YA300425**

I do vouch to be the true and lawful owner of said motorcycle. The same is free and clear of all liens and encumbrances, and that I have full power, right and lawful authority to transfer ~~fifty~~ One hun. percent ~~(50%)~~ ownership of this vehicle.

I certify under penalty of perjury in the second degree that the above facts are true and correct.

Seller's signature _____
Don Siegelman
[redacted]

October 16, 2001

DEFENDANT'S EXHIBIT