**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

June 13, 2007

# NOTICE OF DEFICIENCY

**To:**       Attorney Susan James

**From:**  Clerk's Office

**Case Style:**   U.S.A. vs. Don Eugene Siegelman, et al.

**Case Number:**   2:05cr119-MEF

**Referenced Pleading:**  Defendant Don Siegelman's Reply to the Government's Sentencing Memorandum and Motion for Upward Departure
Document #600

The above referenced pleading filed by electronic means on 6/12/07 was improperly filed as a Motion rather than a Reply to the Government's Sentencing Memorandum and Motion for Upward Departure. The motion [#600] has been terminated and the text has been modified to appear as a Reply.