IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY    ) | |

## **O R D E R**

This cause is before the Court on William Kurtz's Motion to Quash Subpoena (Doc. # 606). Upon consideration of the motion, it is hereby

ORDERED that the Government show cause in writing on or before June 21, 2007 as to why the motion should not be granted.

DONE this the 20th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE