IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05cr119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, et al ) | |

## MOTION TO WITHDRAW AS ATTORNEY

Comes now Jennifer M. Garrett and files her Motion to Withdraw as Attorney for the United States of America in the above styled case and respectfully shows unto the Court the following:

1. Said attorney is no longer an Assistant Attorney General with the Alabama Attorney General's Office.

WHEREFORE, Jennifer M. Garrett requests that this Court allow her to Withdraw as Attorney for the United States of America as of April 13, 2007 in this matter.

DONE this the 19th day of June, 2007.

Jennifer M. Garrett
3342 Narrow Lane Road
Montgomery, AL 36111

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system which will forward a copy to all counsels of record.

DONE this the 19th day of June, 2007.

Jennifer M. Garrett