### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:05cr119 |
| | * |
| DON SIEGELMAN, ET AL | * |
| DEFENDANT. | * |

### SUPPLEMENTAL SENTENCING MEMORANDUM

Comes now Don Siegelman by and through undersigned counsel and files this his supplement to his sentencing memorandum filed with this Court on June 12, 2007 and in support thereof states the following:

1. This Court entered an order on April 26, 2007 setting forth deadlines for filing sentencing pleadings in this case. The plain language of the order suggests that June 12, 2007 was the last deadline.

2. However, the last line of the two page order states, "Nothing contained in this order shall be construed as impairing the rights of any party as established in the constitution or laws of the United States."

3. Counsel interprets that sentence to allow any relevant sentencing material to be submitted and considered by the Court after the June 12, 2007 deadline and up to the time of sentencing.

4. Further, Title 18 United States Code §3661 provides that there shall be no limitation on matters the Court may consider before sentencing.

5. Subsequent to the last filing additional information has been developed on matters directly related to sentencing. Specifically, a more detailed and developed sentencing alternative plan (Exhibit A) and information on recidivism and comparative sentencing. (Exhibit B)

6. Wherefore, the defendant respectfully urges the Court to consider these documents in conjunction with the sentencing pleadings previously filed and that the Court impose a reasonable sentence, no more than necessary, to satisfy the factors set forth in 18 U.S.C. §3553(a)

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis Franklin, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012