IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Superseding Indictment filed on October 26, 2005, as to Don Eugene Siegelman, Paul Michael Hamrick, Gary Mack Roberts, and Richard M. Scrushy, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of July, 2007

UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Superseding Indictment filed on October 26, 2005, heretofore filed in the above styled cause as to Don Eugene Siegelman, Paul Michael Hamrick, Gary Mack Roberts, and Richard M. Scrushy.

Respectfully submitted,

/s/ Louis V. Franklin, Sr.
LOUIS V. FRANKLIN, SR.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135