IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.* | ) | |

# **O R D E R**

Upon consideration of defendant Siegelman's Motion for Correction of Sentence Pursuant to FRCP 35(a) (Doc. #620) filed on July 3, 2007, it is hereby

ORDERED that the government file a response on or before July 5, 2007 at 12:00 noon as to why the motion should not be granted.

DONE this 3rd day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE