IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 29  A 11: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA        *
                                *
v.                              *   Case No. 2:05-cr-119-MEF
                                *
DON EUGENE SIEGELMAN            *

    Notice is hereby given that Don Eugene Siegelman, defendant in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of conviction and sentence entered in this action on the 28th day of June, 2007.

_____
Vince Kilborn
Attorney for Don Eugene Siegelman
Kilborn Roebuck & McDonald
Post Office Box 66710
Mobile, AL 36660
KILBV4484

_____
Hiram Eastland, Jr.
Attorney for Don Eugene Siegelman
Eastland Law Offices, PLLC
107 Grand Boulevard
Greenwood, MS 38930
Mississippi Bar # 5294

_____
G. Robert Blakey
Attorney For Don Eugene Siegelman
Notre Dame Law School
Notre Dame, IN 46556
D.C. Bar # 424844

_____
Charles Redding Pitt
Attorney for Don Eugene Siegelman

John D. Saxon, PC
2119 Third Avenue, North
Birmingham, AL 35203
Alabama Bar # PIT-006

---

David McDonald
Attorney for Don Eugene Siegelman
Kilborn Roebuck & McDonald
Post Office Box 66710
Mobile, AL 36660
MCDOD5329

---

Susan G. James
Attorney for Don Eugene Siegelman
The Law Office of Susan G. James
and Associates
600 S. McDonough
Montgomery, AL 36104
(JAM-012)

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2007, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Louis Franklin
United States Attorney's Office
Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

---

Vince Kilborn