RECEIVED

2007 JUL 23 P 4:13

No. 07-13163-B

## JURISDICTIONAL QUESTION

Whether the appellant's notice of appeal from the final judgment perfects an appeal from the amended final judgment, which eliminated the restitution requirement, pursuant to Fed.R.Crim.P. 35(a)? See Fed.R.App.P. 4(b)(2), (b)(3)(A), (b)(3)(C), (b)(5); United States v. Cartwright, 413 F.3d 1295, 1299-1300 (11th Cir. 2005); United States v. Portillo, 363 F.3d 1161, 1166 (11th Cir. 2004); United States v. Diaz-Clark, 292 F.3d 1310, 1317-18 (11th Cir. 2002).