IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 23  P 3: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 2:05-cr-119-MEF |
| | * | |
| DON EUGENE SIEGELMAN | * | |

## NOTICE OF APPEAL

Notice is hereby given that Don Eugene Siegelman, defendant in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the amended final judgment of conviction and sentence entered in this action on the 10th day of July, 2007.

_/s/ Redding Pitt_

Redding Pitt
Attorney for Don Eugene Siegelman
John D. Saxon, PC
2119 Third Avenue, North
Birmingham, AL 35203
Alabama Bar # PIT-006


_/s/ Hiram C. Eastland, Jr._

Hiram Eastland, Jr.
Attorney for Don Eugene Siegelman
Eastland Law Offices, PLLC
107 Grand Boulevard
Greenwood, MS 38930
Mississippi Bar # 5294


Vince Kilborn
Attorney for Don Eugene Siegelman
Kilborn Roebuck & McDonald
Post Office Box 66710
Mobile, AL 36660
KILBV4484

G. Robert Blakey
Attorney For Don Eugene Siegelman
Notre Dame Law School
Notre Dame, IN 46556
D.C. Bar # 424844


David McDonald
Attorney for Don Eugene Siegelman
Kilborn Roebuck & McDonald
Post Office Box 66710
Mobile, AL 36660
MCDOD5329


Susan G. James
Attorney for Don Eugene Siegelman
The Law Office of Susan G. James
and Associates
600 S. McDonough
Montgomery, AL 36104


## CERTIFICATE OF SERVICE

I hereby certify that on the 10TH day of July, 2007, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Louis Franklin
United States Attorney's Office
Middle District of Alabama
One Court Square, Suite 201
Montgomery, AL 36104

_____
Redding Pitt