<u>USA vs. Don Eugene Siegelman, et al.</u>
District Court No. 2:05-cr-00119
Court of Appeals No. 07-13163B

# Exhibit A

**Please note:** *Judge for the proceedings requested below is Hon. Mark E. Fuller, unless otherwise indicated in the description.*

I am ordering a transcript of the following proceedings:

| <u>Date</u><br>Docket Report | <u>Description</u> | Docket Entry Type | Court Reporter |
|---|---|---|---|
| | **PreTrial** | | |
| 10/27/05 | Initial Appearance and Arraignment<br>In-Chambers Scheduling Conference Proceedings<br>*(Judge Coody) (#15)*<br>*(Transcript 12/08/05)* | Minute | Entrekin |
| 11/16/05 | Status/Scheduling Conference<br>*(#48) (Transcript 11/22/05)* | Minute | Dickens |
| 12/28/05 | Arraignment as to Don E. Siegelman<br>*(Judge McPherson) (#76)* | Minute | Entrekin |
| 01/20/06 | Status Conference<br>*(#102) (Transcript 1/24/06)* | Minute | Dickens |
| 02/02/06 | Motion Hearing as to First Motion for Discovery of Jury Records by Scrushy and First Motion to Dismiss and Challenge the Composition of Petit Jury Pool (Re: 104 & 105)<br>*(Judge Coody) (#117) (Transcript 02/03/06)* | Minute | Dickens |
| 02/23/06 | Telephone Status Conference<br>*(Judge Coody) (#171) (Transcript 02/24/06)* | Minute | Dickens |
| 03/02/06 | Telephone Status Conference<br>*(Judge Coody) (#186) (Transcript 03/06/06)* | Minute | Entrekin |
| 03/06/06 | Telephone Status Conference<br>*(Judge Coody) (#194) (Transcript 03/08/06)* | Minute | Dickens |
| 03/14/06 | Status Conference<br>*(#230) (Transcript 03/22/06)* | Minute | Dickens |

1

| | | | |
|---|---|---|---|
| 03/20/06 | Telephone Conference re: Scrushy's Fourth Motion for Discovery of Jury Records (docket entry date 3/23/06) **(Judge Coody)** | *Transcript* | Dickens |
| 03/21/06 | Telephone Conference **(Judge Coody) (#250) (Transcript 03/23/06)** | Minute | Dickens |
| 04/03/06 | Teleconference Proceedings (docket entry date 04/04/06) **(Judge Coody)** | *Transcript* | Dickens |
| 04/10/06-04/13/06 | Evidentiary Proceedings (docket entry date 04/25/06) **(Judge Coody)** | *Transcript* | Dickens |
| 04/18/06 | Proceedings held during 04/10 - 04/13/06 re: Docs. 110, 111, 104 **(Judge Coody) (#358)** | Minute | Dickens |
| 04/19/06 | Status Conference; Voir Dire (4/19/06) Jury Selection (04/19 - 04/20/06) **(#377, 378)** | Minute | Dickens |
| 04/21/06 | Status Conference **(#379)** | Minute | Dickens |
| | **Trial & Post Trial** *(All Trial Proceedings and In Camera Conferences)* | | |
| 05/01/06 - 05/05/06 | Jury Trial | Trial | Dickens |
| 05/03/06, 05/05/06 | In Camera Conference with Juror | Sealed | Dickens |
| 05/08/06-05/11/06 | Jury Trial | Trial | Dickens |
| 05/15/06-05/19/06 | Jury Trial | Trial | Dickens |
| 05/15/06 | In Camera Conference with Juror | Sealed | Dickens |
| 05/22/06-05/26/06 | Jury Trial | Trial | Dickens |
| 05/30/06-06/02/06 | Jury Trial | Trial | Dickens |
| 06/05/06-06/09/06 | Jury Trial | Trial | Dickens |

| | | | |
|---|---|---|---|
| 06/12/06-06/16/06 | Jury Trial | Trial | Dickens |
| 06/21/06-06/23/06 | Jury Trial | Trial | Dickens |
| 06/23/06 | In Camera Hearing with Juror | Sealed Letter | |
| 06/26/06-06/28/06 | Jury Trial | Trial | Dickens |
| 06/29/06 | Jury Verdict; Exhibit Lists Filed<br>*(#446)* | Minute | Dickens |
| 09/27/06 | Status Conference | Minute | Dickens |
| 10/31/06 | Evidentiary Hearing re: Doc 467<br>*(#488, 494 - Transcript of Hearing)* | Minute | Dickens |
| 11/17/06 | Evidentiary Hearing re: Doc 467<br>*(#502, 505 - Transcript of Hearing)* | Minute | Dickens |
| 02/06/07 | Motion Hearing on supplementing record in jury challenge and request for additional data (Docs. 392, 266)<br>*(Judge Coody) (#526)* | Minute | Dickens |
| 06/15/07 | Status Conference<br>*(#604)* | Minute | Entrekin |
| | **Sentencing** | | |
| 06/26/07-06/28/07 | Sentencing Hearing & Corrective Minute Entry on 06/26/07<br>*(#622)* | Minute | Reisner |

3