# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



RECEIVED
2007 SEP 13 A 4:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 10 2007
THOMAS K. KAHN
CLERK

07-13163-B

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee-
                                        Cross-Appellant,

versus

DON EUGENE SIEGELMAN,
RICHARD SCRUSHY,

                                        Defendants-Appellants-
                                        Cross-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

O R D E R:

      By letter dated August 27, 2007, Court Reporter Risa L. Entrekin has informed the Court that the court reporter who reported the trial of this case has died, leaving the trial transcript largely unfinished. Ms. Entrekin, who has undertaken responsibility for completion of the transcript in addition to her present workload,

requests an extension of time until December 31, 2007, to complete and file the trial transcript. Her request for an extension of time is GRANTED. The trial transcript is due to be completed and filed with the district court no later than December 31, 2007.

/s/ R. LANIER ANDERSON
UNITED STATES CIRCUIT JUDGE