CASE NO. 07-13163-B

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 1 0 2007
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,
Plaintiff/Appellee,

vs.

DON EUGENE SIEGELMAN, et al.,
Defendants/Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EXHIBITS TO DEFENDANT/APPELLANT SIEGELMAN'S
MOTION FOR RELEASE PENDING APPEAL

HIRAM C. EASTLAND, JR.
Attorney for Defendant/Appellant
EASTLAND LAW OFFICES, P.L.L.C.
107 Grand Boulevard
Greenwood, Mississippi 38930
Telephone: (662) 453-1227
Facsimile: (662) 453-2808
Email: eastlandlaw@bellsouth.net

CASE NO. 07-13163-B

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff/Appellee,

vs.

DON EUGENE SIEGELMAN, et al.,
Defendants/Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EXHIBITS TO DEFENDANT/APPELLANT SIEGELMAN'S
MOTION FOR RELEASE PENDING APPEAL

HIRAM C. EASTLAND, JR.
Attorney for Defendant/Appellant
EASTLAND LAW OFFICES, P.L.L.C.
107 Grand Boulevard
Greenwood, Mississippi 38930
Telephone: (662) 453-1227
Facsimile: (662) 453-2808
Email: eastlandlaw@bellsouth.net

Case No. 07-13163-B

USA vs. Siegelman

| EXHIBIT 1 | Trial Court's oral order denying bond pending appeal |
| --- | --- |
| EXHIBIT 2 | Trial Court's written order denying bond pending appeal |
| EXHIBIT 3 | N. Bailey, 05/03/06, TR-68-74, 79-82, 88, 155-157, 159-160 |
| EXHIBIT 4 | N. Bailey, 05/05/06, TR-23-24, 26-29, 45-46 |
| EXHIBIT 5 | D. Cline, TR-15-17, 60, 91-93, 96, 144-150 |
| EXHIBIT 6 | J. Miller, TR-211-228 |
| EXHIBIT 7 | E. Harris, TR-12, 16-20, 23-24, 39-42, 67-68 |
| EXHIBIT 8 | A. Lambert, 05/01/06, TR-13-16 |
| EXHIBIT 9 | R. Bell, TR-239-240 |
| EXHIBIT 10 | N. Bailey, 05/02/06, TR-134-143 |
| EXHIBIT 11 | A. Lambert, 05/02/06, TR-65 |
| EXHIBIT 12 | Jury Instructions (Doc 450), at 28, 41 |
| EXHIBIT 13 | TR, Volume 31, June 14, 2006, at 62, 64-66, 68, 70 |
| EXHIBIT 14 | Indictment |
| EXHIBIT 15 | N. Bailey, 05/04/06, TR-213 |
| EXHIBIT 16 | Affidavit of Redding Pitt |

| EXHIBIT 17 | Affidavit of Vincent Kilborn |
| --- | --- |
| Exhibit 18 | Affidavit of Robert Segall |
| *Siegelman* Trial Exhibit 32 | Siegelman Check No. 1080 in the amount of $12,173.35 |
| *Siegelman* Trial Exhibit 46 | Motorcycle Bill of Sale |
| *Siegelman* Trial Exhibit 48 | October 16, 2001 Motorcycle Bill of Sale |