# EXHIBIT 1

Case 2:05-cr-00119-MEF-CSC   Document 658-2   Filed 09/28/2007   Page 1 of 3

```
 1  understand your rights regarding appeal?  Seek seek yes,
 2  sir.
 3           THE COURT:  Scrushy?
 4           MR. SCRUSHY:  Yes, sir.
 5           THE COURT:  Is there anything else we need to
 6  take up before we adjourn?
 7           stopstop
 8           MS. JAMES:  It's our request that the Court
 9  consider a voluntary surrender to the federal prison
10  system.
11           MR. LEACH:  Same as to Mr. Scrushy, Your
12  Honor.
13           THE COURT:  Any other motions?
14           MR. LEACH:  I would just ask that you consider
15  the medical procedures that he wants to go through in
16  terms of calculating the amount of time should you allow
17  him to self report so he could do whatever procedures
18  you'll allow.
19           THE COURT:  What says the United States?
20           MR. FRANKLIN:  The United States would object
21  to these defendants remaining free on bond and ask that
22  the Court take them into custody immediately.
23  Specifically the United States believes that neither of
24  these defendants would qualify for a release pending
25  appeal based object thirty-one forty-three B.
```

1    THE COURT: The Court has considered eighteen
2  United States Code, Section thirty-one forty three, and
3  particularly thirty-one forty-three B, "release pending
4  appeal". The Court does not find that the defendants
5  are eligible for an appeal bond. The request for
6  self-surrender is denied.
7    You're remanded to the custody of the marshal.
8    I wish you the best of luck.
9    MS. JAMES: Your Honor, may we be heard on
10 that?
11   THE COURT: No, ma'am.
12   We're in recess.
13   (Whereupon, the proceedings were concluded.)