# EXHIBIT 4

5-5-06 Siegelman trial,       Bailey testimony.txt

1

1    IN THE UNITED STATES DISTRICT COURT
2       FOR THE MIDDLE DISTRICT OF ALABAMA
3              NORTHERN DIVISION
4
5   UNITED STATES OF AMERICA,
6      vs.              CASE NO: 2:05cr119-F
7   DON EUGENE SIEGELMAN,
    RICHARD M. SCRUSHY,
8   PAUL MICHAEL HAMRICK,
    and GARY MACK ROBERTS,
9
       Defendants.
10
11           * * * * * * * * * * *
12        EXCERPTS OF TRIAL PROCEEDINGS
13           * * * * * * * * * * *
14       TESTIMONY AND PROCEEDINGS before The
15  Honorable Mark E. Fuller, United States District
16  Judge, and a jury, at the United States Federal
17  Courthouse, One Church Street, Montgomery,
18  Alabama, reported by Dee Coker, Registered
19  Professional Reporter and Commissioner for the
20  State of Alabama, commencing on Friday, May 5,
21  2006, commencing at approximately 9:00 a.m.
22           * * * * * * * * * * *
23

                        2
1            (Jury not present)
2       MR. LEACH:  Good morning, Your Honor.
3       THE COURT:  I understand before the
4          jury is brought in -- and the
5          record should reflect that we are
6          both out of the hearing and the

Page 1

5-5-06 Siegelman trial,    Bailey testimony.txt
```
 7            need to as long as it's relevant,
 8            but we will finish this witness
 9            today.
10                   All right.  Let's get
11            Mr. Bailey in the courtroom.
12            Let's let him come in first and
13            then bring the jury in.
14                   (Mr. Bailey present)
15                   (Jury present)
16       THE COURT:  If everyone will be seated,
17            Mr. Leach, you may continue with
18            cross of this witness.
19       MR. LEACH:  May it please the Court.
20       CROSS-EXAMINATION (continuing)
21  BY MR. LEACH:
22  Q.  Good morning, Mr. Bailey.
23  A.  Good morning.

                          30
 1  Q.  Mr. Bailey, at the time that you first knew
 2      of contact between Richard Scrushy and
 3      Governor Siegelman, did you know at that time
 4      that Richard Scrushy was a philanthropist?
 5  A.  Would you define philanthropist for me, sir?
 6  Q.  Someone that gives to the community, to the
 7      state, the colleges, somebody who regularly
 8      donates in large amounts.
 9  A.  Yes, sir.
10  Q.  All right.  And did you know that Mr. Scrushy
11      supported all sorts of causes through his
12      philanthropy in the state of Alabama?
13  A.  I'm not aware of all that he supports, no,
```
Page 23

5-5-06 Siegelman trial,      Bailey testimony.txt

14    sir, but I'm aware of some.
15 Q. You mentioned in I believe your direct
16    examination -- might have been cross -- that
17    you knew of certain projects that had
18    Mr. Scrushy's name attached to it. Did I
19    hear that correctly?
20 A. Yes, sir.
21 Q. What kind of projects did you know about?
22 A. I've seen them on libraries, highways,
23    perhaps other things.

                              31
1 Q. Did you know about contributions to any of
2    the colleges?
3 A. I'm not aware of any specifically.
4 Q. All right. Now, how long have you lived in
5    the state of Alabama?
6 A. 25 years probably.
7 Q. And when you came to the state of Alabama,
8    where did you come from?
9 A. Cullman, Alabama.
10 Q. All right. I'm saying --
11 A. Excuse me. From Florida.
12 Q. Okay. And is that where you were raised?
13 A. I was born and raised in Cullman, Alabama,
14    went to Florida for a while and back to
15    Cullman, Alabama.
16 Q. All right. And is it fair to say that
17    throughout the course of your life in
18    Alabama, you had a pretty good awareness of
19    what was going on politically in the state of
20    Alabama?

Page 24

5-5-06 Siegelman trial,     Bailey testimony.txt

4  A.  That is correct.
5  Q.  You know that Richard Scrushy at the time
6      that these events occurred was the chief
7      executive officer of HealthSouth; is that
8      right?
9  A.  As I recall, yes, sir.
10 Q.  All right. And, obviously, because of your
11     relationship with Governor Siegelman, you
12     knew his political history leading up to the
13     events in question here, correct?
14 A.  Governor Siegelman's history?
15 Q.  Yes, sir.
16 A.  Yes, sir.
17 Q.  Because you lived it with him, right?
18 A.  Governor Siegelman's political career? No,
19     sir.
20 Q.  Okay. Well, you lived a good portion of it.
21     Let me put it that way.
22 A.  Recent years, yes, sir.
23 Q.  Tell me the portion of Governor Siegelman's

0                      34
1   political career that you did not live.
2  A.  Prior to 1994.
3  Q.  Well, what was that? What positions did he
4      hold in that period of time that you were not
5      involved?
6  A.  Attorney General and Secretary of State.
7  Q.  Now, Attorney General is the chief law
8      enforcement officer for the State of Alabama;
9      isn't that correct?
10 A.  That is correct.

Page 26

5-5-06 Siegelman trial,   Bailey testimony.txt

11  Q.  All right. And people like Mr. Fitzpatrick
12      here, who is an Assistant Attorney General
13      with the State of Alabama, he works for that
14      office, doesn't he?
15  A.  I'd have to take your word for that,
16      Mr. Leach. I'm not sure where Mr. -- where
17      Mr. Fitzpatrick works.
18  Q.  Were you aware of cases that were prosecuted
19      during the time that the Governor was
20      attorney general for the State of Alabama?
21      Did you just know that cases were being
22      prosecuted in his name?
23  A.  He was attorney general in 1986, Mr. Leach.

0                       35
1       I was in high school. I didn't pay a lot of
2       attention to what cases were being prosecuted
3       in Alabama.
4   Q.  And when were you in high school, were you in
5       Florida or were you in Alabama?
6   A.  Cullman, Alabama.
7   Q.  All right. What other offices did he hold
8       before you knew him?
9   A.  Secretary of State.
10  Q.  All right. And were you aware of the fact
11      that he had actually gone to law school?
12  A.  Yes, sir.
13  Q.  Do you know where he went to law school?
14  A.  Georgetown and Oxford, I believe.
15  Q.  All right. And Oxford is where?
16  A.  It's not in Mississippi.
17  Q.  It's in England.

5-5-06 Siegelman trial,    Bailey testimony.txt

18  A. Yes, sir.
19  Q. Okay. Now, once you do come into the
20     Governor's life, what office does he have
21     right at that moment when you meet him?
22  A. When I first met Governor Siegelman?
23  Q. Yes, sir.

                           36

1   A. He was not in office.
2   Q. All right. What office had he just left?
3   A. He was attorney general before I met him.
4   Q. All right. What office did he go into?
5   A. Lieutenant governor.
6   Q. How long was he lieutenant governor?
7   A. For four years.
8   Q. And then what position did he hold after
9      that?
10  A. Governor.
11  Q. In terms of experience of a politician, can
12     you tell me anyone you know that has more
13     experience in the state of Alabama than
14     Governor Siegelman?
15  A. No one.
16  Q. In terms of his political ability, can you
17     tell me if you know any political operative
18     that is better than Governor Siegelman, in
19     your opinion?
20  A. No one.
21  Q. Now, since we've established that he's a
22     lawyer, formal attorney general, a great
23     political operative, would you say that he is

```
                5-5-06 Siegelman trial,    Bailey testimony.txt
☐                              37
 1      knowledgeable of the law as it relates to how
 2      a politician needs to operate in office?
 3  A.  Yes, sir, I believe he is aware.
 4  Q.  All right. And is it fair to say that one of
 5      the things that anyone in political office
 6      has to be aware of is the fact that you
 7      cannot trade on your office? Would you agree
 8      with me on that, that that is against the
 9      law?
10  A.  Yes, sir.
11  Q.  All right. Now, in an average day at the
12      Governor's Office, how many people would
13      Governor Siegelman see that wanted something
14      from him?
15  A.  As many as we could fit in a day.
16  Q.  And what would be the number of people that
17      would come into the office, want to shake
18      this man's hand, and spend ten minutes with
19      him to either get his support for something
20      or his opposition to stop something? How
21      many would that be?
22  A.  Over the three years I was there, probably
23      hundreds.

☐                              38
 1  Q.  Could it be thousands?
 2  A.  I think that would be a stretch.
 3  Q.  Well, let's break it down by a day. How many
 4      could you get in a day?
 5  A.  Maybe five to ten.
 6  Q.  Would that include people at the State House,
```

5-5-06 Siegelman trial,        Bailey testimony.txt

14  A.  No, sir, I don't believe he was told he was a
15      target.
16  Q.  Okay. And you wouldn't tell anyone. I mean,
17      this isn't unique to Richard Scrushy. You
18      wouldn't tell any of the people that
19      contribute that they've been targeted for a
20      certain sum?
21  A.  I believe that's correct, sir.
22  Q.  All right. And the whole idea behind that is
23      when a telephone call is made and the target,

                                58

1      let's say, is $50,000, but the individual
2      indicates that they'll only go ten, do you
3      say, well, no thanks, clink, we're done, no
4      thanks? What happens?
5  A.  Sometimes you keep calling.
6  Q.  Well, do you take the ten? That's my point.
7  A.  If you have to.
8  Q.  All right. I want to talk a little bit in
9      terms of the history leading to the lottery
10     just so the jury can have the time frames
11     correct. Governor Siegelman is elected in
12     November of 1998, correct?
13  A.  Yes, sir.
14  Q.  And how long is it before he gets the lottery
15     issue before the voters? How fast in terms
16     of the priorities of the administration?
17  A.  It was his top priority.
18  Q.  All right. What did he have to do to get
19     that issue to the voters?
20  A.  The best I can recall, he had to move it

5-5-06 Siegelman trial, Bailey testimony.txt

```
21      through the Alabama Legislature first.
22  Q.  All right. And when is the first time that
23      the Alabama Legislature met after Governor
```

                              59

```
 1      Siegelman was sworn in as governor of the
 2      state?
 3  A.  Can I give you a season?
 4  Q.  You can give me whatever fits for you.
 5  A.  Late winter, early spring.
 6  Q.  All right. So can you tell me when he is
 7      sworn in?
 8  A.  January '99.
 9  Q.  Was the legislation passed before or after he
10      was sworn in?
11  A.  I would guess after, Mr. Leach.
12  Q.  Okay. Now, in order to establish the lottery
13      foundation, was a corporation established?
14      Was it incorporated?
15  A.  The Alabama Education Lottery was created.
16      Whether or not it was a corporation, I can't
17      say for sure.
18  Q.  Do you ever recall seeing articles of
19      incorporation?
20          MR. LEACH: This is #91.
21  A.  I might remember them if you would share them
22      with me.
23          MR. LEACH: If I may approach, Your
```

                              60
```
 1              Honor.
 2          THE COURT: You may.
 3  Q.  I'm going to show you what's marked as
```
                          Page 46