# EXHIBIT 10

BAILEY, Nick, Day 1.txt
                              1

1           IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF ALABAMA

3                    NORTHERN DIVISION

4

5   UNITED STATES OF AMERICA,

6       vs.                      CASE NO: 2:05cr119-F

7   DON EUGENE SIEGELMAN,
    RICHARD M. SCRUSHY,
8   PAUL MICHAEL HAMRICK,
    and GARY MACK ROBERTS,
9
           Defendants.
10

11           * * * * * * * * * *

12        EXCERPTS OF TRIAL PROCEEDINGS

13           * * * * * * * * * *

14        TESTIMONY AND PROCEEDINGS before The

15  Honorable Mark E. Fuller, United States District

16  Judge, and a jury, at the United States Federal

17  Courthouse, One Church Street, Montgomery,

18  Alabama, reported by Dee Coker, Registered

19  Professional Reporter and Commissioner for the

20  State of Alabama, commencing on Tuesday, May 2,

21  2006, commencing at 9:00 a.m.

22           * * * * * * * * * *

23

                              2

1                    APPEARANCES

2   FOR THE UNITED STATES:

3   Mr. Louis V. Franklin, Sr.
    Mr. Stephen P. Feaga
4   Mr. James B. Perrine
    Mr. Richard C. Pilger
5   Mr. Joseph L. Fitzpatrick, Jr.
    Ms. Jennifer M. Garrett
6   Assistant United States Attorneys
    UNITED STATES ATTORNEY'S OFFICE
                                         Page 1

BAILEY, Nick, Day 1.txt
172

1 Q. Yes.
2 A. I think I said earlier it was our
3    understanding he had supported Governor Fob
4    James.
5 Q. And is that why they were having these
6    conversations about what it was going to take
7    to get right?
8 A. That's correct.
9 Q. Okay. Now -- now, did there come a time when
10   you saw Richard Scrushy at the offices of the
11   governor?
12 A. Yes.
13 Q. Do you remember exactly when that was?
14 A. Not exactly, no.
15 Q. Now, did there come a point in time --
16        MR. FEAGA: Your Honor, I'd like to
17           approach the witness with
18           Government Exhibit #21. It's the
19           IHS check.
20        THE COURT: You may approach.
21        MR. FEAGA: Thank you, Your Honor.
22 Q. Mr. Bailey, I'm going to show you what's been
23    marked as Government's Exhibit #21 for

173

1    identification purposes and ask you to take a
2    look at it.
3 A. Yes, sir. I've seen this exhibit.
4 Q. You've seen that before?
5 A. Yes, sir.
6 Q. Would you tell the ladies and gentlemen of

Page 134

```
                              BAILEY, Nick, Day 1.txt
 7     the jury where you first ever saw, if you
 8     remember, Government's Exhibit #21.
 9  A. I saw it when the Governor showed it to me.
10  Q. Okay. And where were you when he showed it
11     to you?
12  A. At the Capitol.
13  Q. And where in the Capitol were you?
14  A. Inside the Governor's Office area.
15         MR. FEAGA: Your Honor, at this time --
16  Q. Well, I'll ask you a couple more questions
17     about it. Would you tell the ladies and
18     gentlemen of the jury what, if anything, the
19     Governor said to you when he showed you that
20     exhibit?
21  A. He told me that Mr. Scrushy was halfway
22     there, referring to his --
23         MR. LEACH: Objection to this. And I'd

 0                        174
 1              like to have the date stated very
 2              specifically.
 3         MR. FEAGA: Your Honor, he can do that
 4              on cross. I've established it.
 5         MR. LEACH: He's established nothing.
 6         MR. FEAGA: Can I offer the check, Your
 7              Honor?
 8         THE COURT: Get the date off the check.
 9         MR. FEAGA: Yes, sir. I was trying to
10              get it in, and I can't seem to
11              make Mr. Leach happy.
12         MR. LEACH: I didn't object.
13         THE COURT: Ask the witness to look at
```

BAILEY, Nick, Day 1.txt

```
14              the exhibit.  If he doesn't have
15              it, I'll get him a copy.
16         MR. FEAGA:  I've got it here, Your
17              Honor.
18         THE WITNESS:  I can see it from here.
19         THE COURT:  Point to the witness from
20              the exhibit that he's looking at,
21              establish a date; and then we'll
22              move forward.
23         MR. FEAGA:  Yes, sir.  Your Honor, if I
```

                                175

```
1               can, I just want -- I can't
2               authenticate it without asking him
3               how it connects to the case, which
4               he's objecting to.  And so I've
5               got to go one way or the other.
6               He's objecting to both ways of
7               getting it in, but I'll try again.
8          MR. LEACH:  I have no objection to the
9               check.  Let the check in.  I just
10              want him to tell me when he first
11              saw it.  That's what I want.
12         THE COURT:  I'll let you run your
13              case.  You ask the questions.
14              I'll rule on the objections.
15         MR. FEAGA:  Thank you.
16   Q.  Mr. Bailey, can you tell from the copy of the
17       check that you have in your hand what the
18       date on it is?
19   A.  July 19th, 1999.
20   Q.  Okay.  Now, when you saw the Governor, did he
```

BAILEY, Nick, Day 1.txt
```
21      have this check in his hand?  Did he have it?
22  A.  Yes, sir.
23  Q.  Okay.  Now, when the Governor showed you the

                         176
 1      check, what, if anything, did he say to you?
 2  A.  He made a comment referring to Mr. Scrushy's
 3      commitment to give 500,000 and he's halfway
 4      there.
 5  Q.  Okay.  And what, if anything, did you say to
 6      him?
 7  A.  I said -- I responded by saying, what in the
 8      world is going to want for that; and his
 9      response was the CON Board or the C-O-N
10      Board.
11  Q.  Okay.  And what did you --
12  A.  I wouldn't think there would be a problem
13      with it.  And he said, I wouldn't think so.
14  Q.  Now, what did you say -- now, if you could,
15      repeat that conversation.  You showed it to
16      him.  He said he's halfway there.  And what
17      did you say to him?
18         MR. LEACH:  It's been asked and
19                answered.
20         THE COURT:  Overruled.
21  Q.  What did you say when he showed you the check
22      and he said, he's halfway there?
23  A.  I responded by, what in the world is he going

                         177
 1      to want for that?  And the Governor said, the
 2      C-O-N Board or the CON Board.  And I said, I
 3      wouldn't think there would be a problem with
                         Page 137
```

BAILEY, Nick, Day 1.txt

4  it; and he said, I wouldn't think so.
5  Q. Okay. And isn't it true that the week after
6     the date on this check, on July the 26th,
7     Richard Scrushy got appointed to the CON
8     Board?
9        MR. LEACH: Objection unless there's
10             some foundation for that.
11       MR. FEAGA: If he knows.
12 A. Do I know if he was appointed?
13       THE COURT: Wait. Wait, wait.
14       MR. FEAGA: Can I publish the check
15             now, Judge? Well, I've got to
16             offer it first. We'd like to
17             offer into evidence --
18       MR. LEACH: I have an objection on the
19             table.
20       THE COURT: Is it a letter of
21             appointment already in evidence?
22       MR. LEACH: It is not.
23       MR. FRANKLIN: Yes.

                          178
1    MR. FEAGA: Yes, sir, Your Honor, it
2          is.
3    MR. LEACH: I don't think it is. Are
4          all of them in?
5    MR. FRANKLIN: #6B, Mr. Feaga.
6    THE COURT: Government's Exhibits #6A
7          through I are the Government's
8          exhibits. The CON is dated July
9          the 26th, 1999. Objection
10         overruled.

                    Page 138

BAILEY, Nick, Day 1.txt

| | |
|---|---|
| 11 | Are you moving for the |
| 12 | admission of Government's Exhibit |
| 13 | #21? |
| 14 | MR. FEAGA:  I am, Your Honor.  And I |
| 15 | apologize to the court. |
| 16 | THE COURT:  No need to apologize to the |
| 17 | Court.  Objection from the |
| 18 | Governor? |
| 19 | MR. McDONALD:  To which -- Judge, I'm |
| 20 | having trouble. |
| 21 | THE COURT:  Any objections to the |
| 22 | admissibility of Government's |
| 23 | Exhibit #21? |

                            179
| | |
|---|---|
| 1 | MR. McDONALD:  And that is the -- |
| 2 | THE COURT:  Check. |
| 3 | MR. McDONALD:  No objection. |
| 4 | THE COURT:  Mr. Hamrick? |
| 5 | MR. DEEN:  No. |
| 6 | THE COURT:  Mr. Roberts? |
| 7 | MR. BAXLEY:  Without putting that on |
| 8 | Mr. Roberts. |
| 9 | THE COURT:  Mr. Scrushy? |
| 10 | MR. LEACH:  No. |
| 11 | THE COURT:  Without objection, |
| 12 | Government's Exhibit #21 is |
| 13 | admitted subsequent to the request |
| 14 | for limiting instruction. |
| 15 | MR. FEAGA:  May I publish it on the |
| 16 | Elmo? |
| 17 | THE COURT:  You may. |

Page 139

BAILEY, Nick, Day 1.txt

18  Q.  Okay. Mr. Bailey, is that the date you read
19      off the exhibit a little earlier?
20  A.  Yes, sir, it is.
21  Q.  And is this the check --
22  A.  That is the --
23  Q.  -- that you saw the Governor with when he

                          180
1       told you that Mr. Scrushy wanted the CON
2       Board?
3   A.  Yes, sir.
4   Q.  Now --
5           MR. LEACH: Your Honor, the question
6               posed by counsel that Mr. Scrushy
7               wanted the CON Board, that was
8               not the testimony. Object to that
9               recitation.
10          MR. FEAGA: Your Honor, he can argue
11              that to the jury all he wants.
12              That's what I heard. He may have
13              heard something else.
14          MR. LEACH: Well --
15          THE COURT: Direct your comments to the
16              bench. Objection overruled.
17          MR. FEAGA: Yes, sir.
18  Q.  Now, how much is that check for?
19  A.  250,000.
20  Q.  Now, let me show you something else, if I
21      can. Have you seen this check since you saw
22      the Governor with it and before coming into
23      this courtroom? Has it been shown to you by

Page 140

```
                         BAILEY, Nick, Day 1.txt
                                  181
 1      investigators?
 2  A.  This copy, yes, sir.
 3  Q.  All right, sir.  And do you -- did you ever
 4      tell them when you saw that check -- did they
 5      ever ask you to look at the signature on it?
 6  A.  Yes.
 7  Q.  And what did you tell them?
 8  A.  I actually thought it was Richard Scrushy the
 9      first time I looked at it.
10  Q.  Okay.  I want you to look at it today.  Is
11      that the signature that you looked at when
12      you saw it at the Governor's Office?
13  A.  Yes, sir.
14  Q.  And you thought that was Richard Scrushy's
15      signature?
16  A.  I did.  I hadn't seen his signature before,
17      but it just looked like -- I glanced at it
18      and it looked like Richard Scrushy, so --
19  Q.  You don't in fact know whether it is or not?
20  A.  I don't.
21  Q.  Now, let me ask you, if you would, to tell
22      me -- if you would, look right down here
23      where it says Alabama Education Lottery

                                  182
 1      Foundation.  Can you tell the ladies and
 2      gentlemen of the jury what that is?
 3  A.  What is the Alabama Education Lottery
 4      Foundation?
 5  Q.  Yes, sir.
 6  A.  It was a campaign fund for the lottery that
```

BAILEY, Nick, Day 1.txt

```
 7       Governor Siegelman was promoting.
 8  Q.   Now, I see over here -- up here, right here
 9       it says IHS.  Now -- and then it says here --
10       well, can you make that out, what that says?
11  A.   No, sir.
12  Q.   Let me see if I can blow it up a little
13       bigger.  I don't know why it won't go any
14       bigger.
15            Now let's see.  Do you know what that
16       check says?
17  A.   Integrated Health Services.
18  Q.   And down here, it looks like it says MD; is
19       that right?
20  A.   Maryland maybe.  I can't read the town.
21  Q.   Do you know -- or had you at that time when
22       you saw that check that day ever heard of
23       Integrated Health Services?
```

                                    183

```
 1  A.   No.
 2  Q.   Did you know of any Integrated Health
 3       Services in Maryland?
 4  A.   No.
 5  Q.   But the Governor told you this check was from
 6       Richard Scrushy?
 7  A.   Yes, sir.
 8  Q.   You said he said at the outset of that
 9       conversation, he's halfway there.  Do you
10       know what he was talking about when he said
11       that this $250,000 was halfway there?
12  A.   Again -- again, he was referring to the
13       $500,000 commitment Mr. Scrushy had made to
```

Page 142

BAILEY, Nick, Day 1.txt

```
14      our lottery campaign.
15  Q.  Okay.  Now, do you know what happened to this
16      check after that day?
17  A.  It was ultimately sent to our campaign
18      finance office, but I'm not sure how long it
19      stayed there.
20  Q.  Were there any instructions given to the
21      campaign finance office when it went out
22      there?
23  A.  To hold the check until it was determined how
```

                                    184

```
 1      to disclose it.
 2  Q.  And who gave those instructions?
 3  A.  The Governor.
 4  Q.  To hold it until it was determined how to
 5      disclose it?
 6  A.  Correct.
 7  Q.  And who was in charge of the AELF campaign
 8      that got this check?
 9          MR. LEACH:  What campaign is AELF?
10          MR. FEAGA:  Whatever is on the check.
11  A.  I don't know.  Who do you mean?
12  Q.  Have you ever heard of a fellow named Darrin
13      Cline?
14  A.  Yes, Darrin Cline.
15  Q.  Was Darrin Cline -- was he associated with
16      this Alabama Education Lottery Foundation?
17  A.  He was involved, yes, sir.
18  Q.  Was he one of the senior people in that
19      organization?
20  A.  He was a fund raiser.
```