# EXHIBIT 15

5-4-06 Bailey testimony,    USA v. Siegelman.txt
                            1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF ALABAMA

3                    NORTHERN DIVISION

4

5   UNITED STATES OF AMERICA,

6        vs.              CASE NO: 2:05cr119-F

7   DON EUGENE SIEGELMAN,
    RICHARD M. SCRUSHY,
8   PAUL MICHAEL HAMRICK,
    and GARY MACK ROBERTS,
9
             Defendants.
10

11           * * * * * * * * * *

12        EXCERPTS OF TRIAL PROCEEDINGS

13           * * * * * * * * * *

14        TESTIMONY AND PROCEEDINGS before The

15  Honorable Mark E. Fuller, United States District

16  Judge, and a jury, at the United States Federal

17  Courthouse, One Church Street, Montgomery,

18  Alabama, reported by Dee Coker, Registered

19  Professional Reporter and Commissioner for the

20  State of Alabama, commencing on Thursday, May 4,

21  2006, commencing at 9:05 a.m.

22           * * * * * * * * * *

23

                            2

1        THE COURT:  Mr. McDonald.  Are you

2              ready to proceed?

3        MR. McDONALD:  Yes, Your Honor, may it

4              please the court.

5        THE COURT:  You may proceed.

6        CROSS-EXAMINATION (continuing)

                        Page 1

5-4-06 Bailey testimony,    USA v. Siegelman.txt

14          (Brief pause)
15    MR. DEEN:  That's all, Your Honor.
16    THE COURT:  Mr. Baxley, you may
17          proceed.
18    MR. BAXLEY:  May it please the Court.
19          Your Honor, on behalf of Mack
20          Roberts, we don't see any need to
21          question this witness.
22    THE COURT:  Thank you, Mr. Baxley.
23          Mr. Leach?

                        274

1          (Brief pause)
2    MR. LEACH:  May it please the Court.
3    THE COURT:  Yes, sir.
4          CROSS-EXAMINATION
5  BY MR. LEACH:
6  Q.  Mr. Bailey, I'd like to get your agreement at
7      the outset that with regard to Richard
8      Scrushy, you were not an eyewitness to any
9      meeting that he had with Governor Siegelman.
10     will you agree with me on that?
11 A.  And you mean by me -- by witness of the
12     meeting, was I included in the meeting?
13 Q.  That's precisely what I mean, sir.
14 A.  Then I will agree with you absolutely.  I was
15     not.
16 Q.  Am I understanding your testimony correctly
17     that everything that you have submitted with
18     regard to Richard Scrushy comes from
19     conversations that you had with persons other
20     than Richard Scrushy?

                  Page 213