# EXHIBIT 16

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | On appeal from the United States |
| | * | District Court for the Middle District |
| v. | * | of Alabama, Northern Division |
| | * | |
| **DON EUGENE SIEGELMAN** | * | Case No. 2:05-cr-119-MEF |
| | * | |
| | * | District Judge |
| | * | Hon. Mark E. Fuller |

## AFFIDAVIT

**STATE OF ALABAMA**

**COUNTY OF JEFFERSON**

Before me, the undersigned authority, personally appeared Charles Redding Pitt and after first being duly sworn states as follows:

1. My name is Charles Redding Pitt, and I am over twenty-one years of age. I understand that this affidavit is to be submitted to the United States Court of Appeals for the Eleventh Circuit in connection with a request for an appeal bond.

2. I am a lawyer licensed to practice in the State of Alabama. I am a member of the Bar of the United States Court of Appeals for the Eleventh Circuit.

3. I have been one of the lawyers for Don Eugene Siegelman since the inception of the above styled case. Based on my experience in representing Mr. Siegelman throughout the case, I can affirm that upon his indictment he surrendered to authorities promptly.

4. I can further affirm that throughout the entire case, Mr. Siegelman appeared at

every court hearing at the time set by the Court. He fully cooperated with all requirements set by the Court and the Probation office.

5. I have been licensed to practice law in Alabama for twenty-six years, and have known Governor Siegelman continuously and well during this entire period. I am very familiar with his positive character, years of public service, and deep roots in the community. I served and worked closely with him in the Office of the Attorney General of the State of Alabama. During the seven year period during the 1990's in which I served as United States Attorney for the Middle District of Alabama in Montgomery, I was very much aware of his efforts on behalf of effective, honest law enforcement, his strong record of accomplishment and service to the state, and his deep commitment and ties to the State of Alabama, and communities in which he lived, Montgomery and Birmingham, Alabama. I am confident to a moral certainty that Governor Siegelman absolutely represents no flight risk whatever.

Further, Affiant saith not.

_____
Charles Redding Pitt

STATE OF ALABAMA

COUNTY OF JEFFERSON

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority, this the 30th day of June, 2007.

Seal

_____
Notary Public
My Commission Expires: 10-5-07