# *SIEGELMAN* TRIAL EXHIBIT 32





DEFENDANT'S EXHIBIT

CASE NO. Siegelman 2:05-cr-119-MEF

EXHIBIT NO. 32