# *SIEGELMAN* TRIAL EXHIBIT 46

# Motorcycle Bill of Sale

In consideration of *Nine thousand two hundred dollars* ($9,200.00), the receipt whereof is hereby acknowledged do hereby bargain, sell and deliver *fifty percent (50%) ownership* unto:

Buyer's Name: NICHOLAS D. BAILEY

Address: P. O. BOX 906, MONTGOMERY, ALABAMA 36101

Year: 2000 Make: HONDA Model: GL1500T2Y VIN: 1HFSC3435YA300425

I do vouch to be the true and lawful owner of said motorcycle. The same is free and clear of all liens and encumbrances, and that I have full power, right and lawful authority to transfer fifty percent (50%) ownership of this vehicle.

I certify under penalty of perjury in the second degree that the above facts are true and correct.

Seller's signature _[signature]_
Don Siegelman
1142 South Perry Street
Montgomery, AL 36104

**DEFENDANT'S EXHIBIT**
CASE NO. Siegelman 2:05-cr-119-MEF
EXHIBIT NO. 46