# SIEGELMAN TRIAL EXHIBIT 48

# Motorcycle Bill of Sale

In consideration of *Nine thousand two hundred dollars* ($~~9,200.00~~ 12,173.35), the receipt whereof is hereby acknowledged do hereby bargain, sell and deliver ~~fifty~~ percent (~~50%~~ 100%) ownership unto:

Buyer's Name: **NICHOLAS D. BAILEY**

Address: **P. O. BOX 906, MONTGOMERY, ALABAMA 36101**

Year: **2000** Make: **HONDA** Model: **GL1500T2Y** VIN: **1HFSC3435YA300425**

I do vouch to be the true and lawful owner of said motorcycle. The same is free and clear of all liens and encumbrances, and that I have full power, right and lawful authority to transfer ~~fifty~~ One hundred percent (~~50%~~ 100%) ownership of this vehicle.

I certify under penalty of perjury in the second degree that the above facts are true and correct.

Seller's signature _____
Don Siegelman
1142 South Perry Street
Montgomery, AL 36104

October 16, 2001

DEFENDANT'S EXHIBIT
CASE NO. Siegelman 2:05-cr-119-MEF
EXHIBIT NO. 48