Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

January 04, 2008

**Appeal Number: 07-13163-B**
Case Style: USA v. Don Eugene Siegelman
District Court Number:  05-00119  CR-F-N ()

CC:   Vincent F. Kilborn, III

CC:   Hiram Chester Eastland, Jr.

CC:   G. Robert Blakey

CC:   David Allen McDonald

CC:   Arthur W. Leach

CC:   James K. Jenkins

CC:   Louis V. Franklin, Sr.

CC:   James B. Perrine

CC:   Stephen P. Feaga

CC:   John Alex Romano

CC:   Debra P. Hackett

CC:   Risa Entrekin

CC:   Richard Martin Adams

CC:   Redding Pitt

CC:   Susan Graham James

CC:   Jennifer M. Garrett

CC:   Joseph L. Fitzpatrick, Jr.

CC:   Richard C. Pilger

CC:   Leslie V. Moore

CC:   Carmen D. Hernandez

CC:   Frederick G. Helmsing

CC:   W. Bruce Maloy

CC:   James W. Parkman, III

CC:   William C. White, II

CC:   Bruce Rogow

CC:   Cynthia E. Gunther

CC:   Hon. Mark E. Fuller

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 04, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-13163-B**
Case Style: USA v. Don Eugene Siegelman
District Court Number:  05-00119  CR-F-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

An extension of time has been granted to and including March 31, 2008, for the following:

For filing the trial transcript

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

EXT-1 (06-2007)

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 07-13163-B

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN - 4 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee-
Cross-Appellant,

versus

DON EUGENE SIEGELMAN,
RICHARD SCRUSHY,

Defendants-Appellants-
Cross-Appellees,

--------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
--------------------------

O R D E R:

Court Reporter Risa L. Entrekin's request for a second extension of time until March 31,

2008, to complete and file the trial transcript is GRANTED. Although appellant is incarcerated and

deserves a prompt appeal, the Court understands the court reporter's predicament, and believes she

is diligently at work and will complete the transcript as soon as possible.

_/s/  R. LANIER ANDERSON_____
UNITED STATES CIRCUIT JUDGE