## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| DEBRA P. HACKETT | | TELEPHONE |
|---|---|---|
| CLERK | March 20, 2008 | (334) 954-3610 |

Mr. Thomas K. Kahn, Clerk          USDC No **CR-05-F-119-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW              USCA No. **07-13163-B**
Atlanta, GA   30303

In Re:  **USA VS. DON EUGENE SIEGELMAN, RICHARD SCRUSHY**

_____

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **11**   Volume(s) of Pleadings

  **71**   Volume(s) of Transcripts

  **X**   Exhibits: ___ Box  **X** Binders: ___Envelopes;

       ___ Other: **X**  SEAL Envelopes (s) : **2**  PSI(s)

  **X** Other: **BOXES OF SEALED TRANSCRIPTS AND DOCUMENTS**

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk


By:  Yolanda Williams

cc**: VINCENT F. KILBORN, III       HIRAM CHESTER EASTLAND, JR.   G. ROBERT BLAKEY
    DAVID ALLEN MCDONALD       ARTHUR W. LEACH               JAMES K. JENKINS
    JOHN ALEX ROMANO           RICHARD MARTIN ADAMS          REDDING  PITT
    SUSAN GRAHAM JAMES         LOUIS V. FRANKLIN, SR.        JAMES B. PERRINE
    JENNIFER M. GARRETT        JOSEPH L. FITZPATRICK, JR.    RICHARD C. PILGER
    STEPHEN P. FEAGA           LESLIE V. MOORE               W, BRUCE MALOY
    CARMEN D. HERNANDEZ        FREDERICK G. HELMSING         BRUCE ROGOW
    JAMES W. PARKMAN, III      WILLIAM C. WHITE, II           CYNTHIA E. GUNTHER