## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | Criminal No: 2:05-cr-119-MEF |
| | * | |
| DON EUGENE SIEGELMAN, et al., | * | |

### RESPONSE TO JOINT MOTION TO UNSEAL TRIAL TRANSCRIPT

Comes now the Defendant, DON EUGENE SIEGELMAN (Governor Siegelman), by and through his counsel of record, and files this his Response to Richard M. Scrushy and the United States of America's Joint Motion to Unseal Trial Transcript [Doc 873], and in support thereof states as follows:

In compliance with the Court's April 1, 2008 Order [Doc 874], Governor Siegelman does not oppose the Joint Motion to Unseal Trial Transcript [Doc 873].

**WHEREFORE**, the premises considered, Governor Siegelman respectfully requests the Court to enter an Order unsealing all previously sealed segments of the trial transcript as requested in the Joint Motion to Unseal Trial Transcript [Doc 873], and for such further, other, and different relief to which Governor Siegelman is entitled.

/s/ David A. McDonald
David A. McDonald (MCDOD5329)
KILBORN, ROEBUCK & McDONALD
203 South Warren Street (36602)
Post Office Box 832
Mobile, Alabama 36601
Telephone: (251) 434-0045
Fax: (251) 434-0047

**Attorney for Defendant Siegelman**

OF COUNSEL:

Vincent F. Kilborn, III (KILBV4483)
W. Perry Hall (HALLW9043)
KILBORN, ROEBUCK & McDONALD
1810 Old Government Street
Post Office Box 66710
Mobile, Alabama 36660
Telephone: (251) 479-9010
Fax: (251) 479-6747

Charles Redding Pitt, Esquire
JOHN D. SAXON, P.C.
2119 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 324-0223
Fax: (205) 323-1583

Hiram Eastland, Esquire
EASTLAND LAW OFFICES
107 Grand Boulevard
Greenwood, Mississippi 38930
Telephone: (662) 453-1227
Fax: (662) 453-2808

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 3rd day of April, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/ David A. McDonald
DAVID A. McDONALD