IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cr-119-MEF |
| ) | |
| DON EUGENE SIEGELMAN and ) | |
| RICHARD M. SCRUSHY ) | |

# ORDER

This cause is before the Court on the Joint Motion to Unseal Trial Transcript (Doc. # 873), the Joint Statement in Furtherance of Joint Motion to Unseal Trial Transcript (Doc. # 875) filed by Defendant Richard M. Scrushy and the United States and the Response to Joint Motion to Unseal Trial Transcript (Doc. # 876) filed by Defendant Don Eugene Siegelman. Upon consideration of the motion and joint submission, it is hereby ORDERED as follows:

1. The joint motion of Defendant Scrushy and the United States (Doc. # 873) is GRANTED.

2. The Clerk of Court shall continue to seal the following portions of the trial transcript which are currently sealed, and which contain identifying information protected by this Court's General Order or by 11th Cir. R. 25-5 or which contain the names of or pertain to jurors: transcript pages 1538; 2432; 2457; 2464; 2488; 3064; 3494; 4023; 5415; 5786; 5787; 5798; 5912; 5916; 5935; 5936; 5951; 5963; 6055; 6328; 6329; 6972; 7758; 7759; 7761; 7766; 7768; 7769-

7791; 704-709; and 1208-09.

3. The Clerk of Court shall redact the names of the jurors in the following portions of the trial transcript and unseal the following portions of the trial transcript which contain non-sensitive information: transcript pages 1133-35; 2514-17; 7547-52 and 7718-38.  Additionally, the name of an individual mentioned in relation to Juror # 83 shall also be redacted to protect the identity of the juror in the following pages of the trial transcript:  transcript pages 593 line 25; 594 lines 4, 7, 15 and 25; 595 lines 11 and 15; 596 line 4; 598 line 25; 600 lines 16, 17, 19, and 20; and 602 line 13.  After redaction of Juror # 83's name and the references to the name of the other individual, the following portion of the trial transcript is to be unsealed:  transcript pages 593-603.

4. With the exception of those transcript pages specified in paragraphs 2 and 3, and the necessary redactions specified therein, the Clerk of Court shall unseal all remaining portions of the trial transcript.

DONE this the 7th day of April, 2008.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE