IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN | ) | |

## **O R D E R**

Upon consideration of government's Motion to Unseal (Doc. #879) filed on May 1, 2008, it is hereby

ORDERED that the defendant shall file a response to the motion on or before May 6, 2008.

DONE this 1st day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE