IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cr-119 MEF |
| | ) |
| DON EUGENE SIEGELMAN, | ) (WO- Do Not Publish) |
| | ) |

## **ORDER**

This cause is before the Court on the United States' Motion to Unseal (Doc. # 879). By this motion, the United States of America asks this Court to unseal the Order it entered on June 29, 2006 (Doc. # 441) imposing certain conditions on Defendant Don Eugene Siegelman during the period of his release from custody after his conviction and before the imposition of his sentence. The Court has carefully considered the arguments in support of and in opposition to this motion. It is hereby ORDERED that the United State's motion is due to be GRANTED. It is further ORDERED that to the extent that Governor Siegelman's Response to the United States' Motion to Unseal (Doc. # 882) contains a request for alternative relief respecting the disclosure of certain information by parties not before this Court, that request is DENIED.

DONE this the 6th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE