IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN and | ) | (WO- Do Not Publish) |
| RICHARD M. SCRUSHY | ) | |

## ORDER

The Court has previously ordered that the trial transcript in this case shall be unsealed subject to the redaction of certain materials. *See* Doc. # 877. The Court does not consider the transcript of the jury selection for this case to be part of the "trial transcript." Nevertheless, the parties appear to agree that in the circumstances of this case, portions of the transcript of the jury selection process may be relevant to the issues on appeal and should be unsealed. For that reason, it is hereby ORDERED that subject to certain redactions previously specified separately (Doc # 878), the transcript of jury selection in this case (conducted on April 19-21, 2006) is UNSEALED. It is further ORDERED that the Clerk of the Court shall ensure that the redactions specified by the parties in paragraph 3 of the Notice of Filing of Redactions (Doc. # 878) are effected in order to protect the identity of the jurors and potential jurors in this matter.

DONE this the 21st day of May, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE