RECEIVED

2008 JUL -2 A 9:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 30, 2008

**Appeal Number: 07-13163-BB**
Case Style: USA v. Don Eugene Siegelman
District Court Number: 05-00119 CR-F-N

TO:   Debra P. Hackett

CC:   Vincent F. Kilborn, III

CC:   Hiram Chester Eastland, Jr.

CC:   G. Robert Blakey

CC:   David Allen McDonald

CC:   Arthur W. Leach

CC:   James K. Jenkins

CC:   Leslie V. Moore

CC:   Bruce Rogow

CC:   Cynthia E. Gunther

CC:   Sam Heldman

CC:   Louis V. Franklin, Sr.

CC:   James B. Perrine

CC:   Stephen P. Feaga

CC:   John Alex Romano

CC:   David A. Sifre

` CC:    Administrative File

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

June 30, 2008

2008 JUL -2 A 9: 59

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-13163-BB**
Case Style: USA v. Don Eugene Siegelman
District Court Number: 05-00119 CR-F-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Cross only

Encl.

DIS-4 (3-2005)

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 07-13163-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee-
Cross-Appellant,

versus

DON EUGENE SIEGELMAN,
RICHARD SCRUSHY,

Defendants-Appellants-
Cross-Appellees.

------------------------------

On Appeal from the United States District Court for the
Middle District of Alabama

------------------------------

BEFORE:   HULL and MARCUS, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss its cross-appeal is GRANTED, with the main appeals continuing unabated.

The Government's request for leave to file a brief containing up to 40,000 words, notwithstanding the Government's dismissal of its cross-appeal, is GRANTED.