

**Gordon Fields**/CA11/11/USCOURTS

08/05/2008 02:11 PM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS

cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Jan S Camp/CA11/11/USCOURTS@USCOURTS

bcc:

Subject: 1st Request for ROA::  07-13163-BB (DC: 2:05-00119 CR F N)

CA11# 07-13163-BB
USA v. Don Eugene Siegelman
MAL: 2:05-00119 CR F N

----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226