IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 SEP -2  P 4:37

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, et al | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

Comes now, Joseph L. Fitzpatrick, Jr., and files his Motion to Withdraw as Attorney for the United States of America in the above styled case and respectfully shows unto the Court the following:

1. Said attorney is no longer a Deputy Attorney General with the Alabama Attorney General's Office, as he has entered the private practice of law.

Wherefore, Joseph L. Fitzpatrick, Jr., requests that this Court allow him to Withdraw as Attorney for the United States of America in this matter.

Respectfully submitted this the 2nd of September, 2008.

Joseph L. Fitzpatrick, Jr.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO.  2:05-cr-119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, et al | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I filed the foregoing with the Clerk of the Court and will send a copy of such filing to all attorneys of record.

Respectfully submitted,

_____
Joseph L. Fitzpatrick, Jr.