✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.                                    Crim. No.   2:05cr119-WKW-01

DON EUGENE SIEGELMAN

On _____August 8, 2017_____ the above named was placed on supervised release for a period of

__3___ years.  The supervised releasee has complied with the rules and regulations of supervised release and is no

longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from

supervision.

Respectfully submitted,


_____/s/ David Armstrong_____
Senior United States Probation Officer
Northern District of Alabama


## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this _____ day of _____ , 20 _____ .


_____
UNITED STATES DISTRICT JUDGE