PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.                                       } Crim. No.   2:05cr119-WKW-01

DON EUGENE SIEGELMAN

On  August 8, 2017  the above named was placed on supervised release for a period of __3__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ David Armstrong
Senior United States Probation Officer
Northern District of Alabama

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11th__ day of __June__, 20__19__.

W. Keith Watkins
UNITED STATES DISTRICT JUDGE